IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )  Criminal Action No. 09-36-M<br>  )<br>PAUL E. PAVULAK,  )<br>  )<br>Defendant.  )  | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    __X__  Crime of violence (18 U.S.C. § 3156)

    __X__  Maximum sentence life imprisonment or death

    ____  10+ year drug offense

    __X__  Felony, with two prior convictions in above categories

    __X__  Minor victim

    ____  Possession/ use of firearm, destructive device or other dangerous weapon

    ____  Failure to register under 18 U.S.C. § 2250

    __X__  Serious risk defendant will flee

    ____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__  Defendant's appearance as required

    __X__  Safety of any other person and the community

FILED

MAR 30 2009

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

      _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (~~Receipt of Child Pornography~~ Enticement of a Minor) with minor victim

      ___ Previous conviction for "eligible" offense committed while on pretrial bond

    4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

      ___ At first appearance

      _X_ After continuance of _1-2_ days (not more than 3).

    5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

      1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 30th ____ day of  March _____, 2009.

                              Respectfully submitted,

                              DAVID C. WEISS
                              Acting United States Attorney

BY: _____
          Edward J. McAndrew
          Assistant United States Attorney