# Exhibit # 19

SBI NUMBER: _____
(Leave blank)

Registered Name: _PAVULAK_____ _PAUL_____ _EDWARD_____
                    LAST                       FIRST              MIDDLE      SUFFIX

Date of Birth: ████████-44    Place of Birth (state/country): _B N.J. CAMDEN_

Social Security Number: ████████474 1

Driver's license or id state: _DE_    Driver's license or id number: ████████_____

Race: _C___   Sex: _M___        Height: _6'___        Weight: _250_

Hair color: _BR___   Eye color: _BL___   Skin color: _WHITE___

Alias names:
_NONE_____
_____
_____
_____
_____

Scars, marks or tattoos (with descriptions):  (Example: tattoo of snake lower left arm, scar on right check)
_NONE_____
_____
_____
_____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Home telephone number: _302_ _322-3070_____   _____ _____
                        (area code)  (number)              (area code)   (number)

Cell telephone number: _____ _____   _____ _____
                        (area code)  (number)       (area code)   (number)

Passport Identification Number: _451954842___   Issuing Country: _USA_

Immigration status: _____

GOVERNMENT
EXHIBIT
19

01/01/2008

00000767

## LIVING and/or MAILING ADDRESS

Are you living at a shelter: _NO_ (yes or no)     Are you homeless: _NO_ (yes or no)

MAILING ADDRESS (is this different from your physical address?) _____ (yes or no)

Development or Apartment Name: _HOLLYWOOD MOTEL_ Apartment #: _104_

Street Address: _145 So DUPONT HWY_
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _NEW CASTLE_     State: _DE_     Zip: _19720_

## PHYSICAL ADDRESS: (if different from mailing address)

Development Name: _____

Street Address: _____
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _____     State: _____     Zip: _____

### Are there other addresses that you live: _____ (yes or no)

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _____     State: _____     Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _____     State: _____     Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _____     State: _____     Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
_____Number____(North, South, etc)_____Street Name_____(Street/Drive/etc)

City: _____     State: _____     Zip: _____

**If Homeless list the area you frequent:** _____

01/01/2008

00000768

## PLACE OF STUDY INFORMATION

Do you have a place of study? _____ (yes or no)     Are you enrolled? _____ (yes or no)

Name of place of study: _____ Effective Date: _____

Street Address: _____
          Number    (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          Number    (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          Number    (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          Number    (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          Number    (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

01/01/2008

00000769

## EMPLOYMENT INFORMATION

Are you employed? _____ (yes or no)

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
      Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City:_____ State: _____ Zip:_____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
      Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City:_____ State: _____ Zip:_____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
      Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City:_____ State: _____ Zip:_____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
      Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City:_____ State: _____ Zip:_____

Telephone: number: _____

01/01/2008

00000770

## VEHICLE INFORMATION

List all vehicles that you own or operate for private or work use. (Vehicles include cars, trucks, motorcycles, boats, planes, etc.)

_350 325_

Registration / hull / or plane tail number      _DE_

State of registration

Vehicle year: _1996_   Vehicle make: _Ford_   Vehicle model: _Taurus_

Vehicle color: _Grass_     over _____

Place vehicle is parked or located: _Hollywood more_
(Hanger, marina, garage, location)

Owner's name: _Paul Pavulak_

Street Address: _645   S   Dupont Hwy_
Number   (North, South, etc)   Street Name   (Street/Drive/etc)

City: _New Castle_   State: _DE_   Zip: _19720_

_350 325_

Registration / hull / or plane tail number      _DE_

State of registration

Vehicle year: _79_   Vehicle make: _____   Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number   (North, South, etc)   Street Name   (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Registration / hull / or plane tail number      State of registration

Vehicle year: _____ Vehicle make: _____ Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number   (North, South, etc)   Street Name   (Street/Drive/etc)

City: _____ State: _____ Zip: _____

7 of 9

01/01/2008

00000771

## VERIFICATION CERTIFICATION

I, _____PAUK   PAVUCAk_____ , have completed this validation process and make these
(PRINT FULL NAME here)

statements as true and factual.  I understand that by improperly stating or willfully withholding facts needed to

complete this verification, I am liable for criminal prosecution due to non-compliance with Delaware's Megan

Law 11 Delaware Code Chapter 41.


Signature: _____

Date: _____1-16-08_____


**If under 18:**

Name of parent/guardian: _____
(PRINT NAME here)

Signature of parent/guardian: _____

Date: _____


DSP Employee Accepting Packet: _____

Date: _____1-16-09_____


9 of 9

01/01/2008



# Exhibit # 20

# STATE OF DELAWARE
## DRIVING RECORD

PAGE NO. 1                                  DATE 08/16/10

| NAME AND RESIDENTIAL ADDRESS | LICENSE NUMBER | LICENSE CLASS | | ENDORSEMENTS | | |
|---|---|---|---|---|---|---|
| PAVULAK PAUL EDWARD<br>270 QUIGLEY BLVD<br><br>NEW CASTLE    DE 19720 | ▓▓▓ | CLASS D | | | | |

| MAILING ADDRESS | DATE OF BIRTH | SEX | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| | ▓▓1944 | M | BLU | 6 00 | 230 |

| LICENSE STATUS | ORIGINAL ISSUE DATE | CURR. LIC. ISSUED | LICENSE EXPIRES | RESTRICTIONS | |
|---|---|---|---|---|---|
| PVT-VALID    CDL- | 08/26/1991 | 12/31/2007 | 02/24/2013 | Y | |

| VIOLATION / DEPARTMENTAL ACTION | DATE ACTION/ VIOLATION | REFERENCE NUMBER | COURT NO. | CMV | HAZ MAT | ACC | POINT |
|---|---|---|---|---|---|---|---|
| CHANGE OF ADDRESS FROM LIC<br>CHANGE OF ADDRESS FROM LIC | 10/17/08<br>10/17/08 | | | | | | |
| PRIOR: 721 KING JAMES CT<br>PRIOR: 270 QUIQLEY BLVD | | | | | | | |
| BEAR 197010000<br>NEW CASTLE 197200000 | | | | | | | |
| CHANGE OF ADDRESS FROM LIC<br>PRIOR: 109 FARM HOUSE LN | 12/31/07 | | | | | | |
| COUNTRYSIDE FARMS<br>BEAR 197010000 | | | | | | | |
| LIC SURR/NV-2101529655<br>LICENSED IN NV | 12/31/07<br>04/09/02 | | NV | | | | |
| DUP LIC ISSUED PRIOR ISS 02/01/2001<br>CHANGE OF ADDRESS FROM LIC | 06/12/01<br>02/01/01 | | | | | | |
| PRIOR: 739 KILGORE COURT<br>NEWARK 197020000 | | | | | | | |
| 4169 SPEEDING 44 35<br>DUP LIC ISSUED PRIOR ISS 01/26/1996 | 03/09/99<br>01/12/98 | ELA32374 | E7 | U | U | | 2 |
| 4169 SPEEDING 39 30<br>4164 A FAILED TO REMAIN STOPPED | 09/25/96<br>07/28/96 | NPA20983<br>NPA20208 | B2<br>B2 | | | | 2<br>3 |
| LIC SURR/NJ-P09266196502444 | 08/26/91 | | | | | | |
| TOTAL POINTS | | | | | | | 007 |
|     156WMA 0000000P  1043661 | | | | | | | |




GOVERNMENT
EXHIBIT
20

I, the undersigned, an officer of the Division of Motor Vehicles for the State of Delaware, in whose charge the above records are, DO HEREBY CERTIFY that the above is a true and correct copy of the driving record of the above named individual as it appears in the Division of Motor Vehicles, and that I am the officer having legal custody of this record.

In testimony whereof, I have hereunto set my hand and official seal of my office at Dover, Kent County, DE.

DEPARTMENT OF TRANSPORTATION
DMV

Division of Motor Vehicles

# Exhibit # 23



# Exhibit # 25



GOVERNMENT
EXHIBIT
25

# Exhibit # 26



GOVERNMENT
EXHIBIT
26

# Exhibit # 27



# Exhibit # 30



# EXHIBIT 33

# Computer

# Exhibit # 38



GOVERNMENT
EXHIBIT
38

# Exhibit # 43



GOVERNMENT
EXHIBIT
43

# Exhibit # 44



GOVERNMENT
EXHIBIT

# Exhibit # 45



GOVERNMENT EXHIBIT

45

# Exhibit # 46



GOVERNMENT
EXHIBIT

# Exhibit # 47



GOVERNMENT
EXHIBIT
47

# Exhibit # 48



GOVERNMENT
EXHIBIT
48

# Exhibit # 49



GOVERNMENT
EXHIBIT
49

# Exhibit # 50



GOVERNMENT
EXHIBIT
50

# Exhibit # 51



# Exhibit # 52



# EXHIBITS 56

# Computer

# Exhibit # 61