# Exhibit # 93

PENGAD-Bayonne, N. J.

GOVERNMENT
EXHIBIT
83

KIMBERLY SANTOS 83
ZONE 1, RESURRECCION DRIVE
AURORA VILLAGE
~~MASBATE~~
ZAMBOANGA CITY

PHILL?

ALL CALL YES YES

SWEET MAY    CE564

CLINODY

SHARRA BANKS
& HEAVENLY
COLOSTRY
ARA DUNN
CINEMA

0928549998
CHICC
CE84

15

AISSIE OLITA
PUROK SUBA          PANDY
BIN BY STREET PHASE 3
CANLAON CITY

BACOLOD CITY

C 01138485C           DECEMBER

63 919 331 2448

X 061884 788 588 061

C 0113 2 973

JOVELYN

SINUE

SINUE

LESLIE LACAVLALE
3367 BABAK-1,
LAPU-LAPU CITY

CEBU PHIL 6015

LACAVLALELESLIE

TERESA 0474-w19@YA
C 01120365
MATAWCA

CHIA RIVAS
BUT LAN CITY
(SURIGAO CITY)

# Exhibit # 97

**TOPS**

Made in/Hecho en/fabriqué aux U.S.A.

GOVERNMENT
EXHIBIT
97

Green • 6" x 9" • 80 Sheets/Book • Gregg Rule

Verde • 15.24 x 22.86 cm • 80 Hojas/Bloque • Renglón Gregg

Vert • 15.24 x 22.86 cm • 80 Feuilles/Bloc • Réglure Gregg

# STENO BOOK
# BLOQUE
# ESTENOGRÁFICO
# BLOC-STENO

No. 8021

0  2593280211  9

©2003 TOPS Osage, IA 50461

No. _____ From/De _____ To/A _____

ROMIE 0921 951 8881

ALA 0928 541 5818

TAXE 0917933 32 94

J HAM 09 28 20 36 779

DOKAY REMAN 09 295 641139

11951

SIMVASTATIN 20mg
PIROXICAM 10mg

✓Bm Cowen        478-6031

Carla   PA  8270842
         Shannon  9270 DI

Kim — PNC BANK
    KYM. SIMMONS @ FIRST DATA-Com

        866 - 353 - 5082 K20069

                202
KATHY — Liberty    234-8873

302-535-3829

PLASTIC
TAPE
STRING
STAKES (WOOD - METAL
SCREW GUN
EXTENTION CORD          REBAR BATO
SAW
CONCRETE TOOLS - HAND
LEVEL
FLEX FORMS
2×4
BROOM c HANDLE
CUT NAILS
SCREWS
EXPANSION JOINT
GAS SAW
RAKE
SHOVEL    BOTH
TAMP
COME-4-LONG
WHEEL B.
SNIPS

Q. Talbot 'Mr — lettered trucks

Builder Refund Program

computer

Wed 3/31 Comput

1-850 - 150 n.072-1



388 × 9 (2)          6984

BREEZE WAYS
30 × 20 (2)          1000

FRONT CITY
48 × 8               384
                     8368

29,000 (7 yrs) 32/yr = 1210

35,090

Reinstall Steel Parking Bases in
asphalt with conerets 1.02 ea.

Annum contract
                     SHAW

( BEAR PHOTOS )

9720 EI Days JAN

600 Price       1300 Northeast

Wayne ( $7^{00}$   $7^{30}$ )   BLVD
                                $4^{30}$

(302)   239-3000

6694

Broushi

1604 Willow Ave    Wilm

Almon - 3rd Br

MIKE DiGach From NVD
2/8 - 8893          650 DAY

in BROOKE ST

190×7 = 1330        535.3  wkly

CURB =              1000  ku

                    1920  CURB

Full                7353
                    8253
                              + 2000
WALL
     INSIDE & TOP   440       2200

     OUTSIDE       7.70  4   3080

720
150        120              750

LAS VEGAS

Tour Rest 702-822-6689

Info @ Vegas US...

CO-Op 2bl 23am 108L
4955 (LEDELL RD

MARLANIE DIVINO
DAVID DACRS (YES)

+639 692152124

No english

MARLIN DIVINO @ 4...00
(9 PRETTY
GOOD LOOKS

C 06 737-90
841134...

EVELYN - VIRGIN 06

JACEL CORRAL
STO. NINO SAPA TORK
DAVAO CITY
X 061 832 674 / 95 589


ROEFE Y PASAYLO
258 NARRA AVE
BAYUGAN CITY
PHILLIPINS   8502   32A
                          Sm.



DONNA MAE LARDINO

639 085 144 149

| | |
|---|---|
| 11 PM TUES | 2 PM WED |
| MIDNIGHT WED | 3 PM WED |
| NOON WED | 3 AM THURS |
| 6 PM WED | 9 PM THURS |
| 6 PM | |

Power William — cedar city — 356-495-8158
8850
13466

Brown    $650    606-330-4692    Ramon

out Hall

Candy    Stefan Couch    33

Russer    Pine Creeks    27

Kut    Pine Cali Gibson    37

OB    Crooks Ka    32

Horsy    Grd Grm    37

DAD    10

Mom    37 yr

2539 PARADISE VILLAGE WAY

PROPOSAL TO PURCHASE

THIS PROPOSAL TO PURCHASE IS
BEING MADE WITH THE FOLLOWING
PRICE, TERMS AND CONDITIONS.

Price                    $75,900.00    ~~76,000 DN~~    ~~9,000 DN~~
                                                        66,900 MGT

CONDITION                AS IS EXCEPT AS STATED

SETTLEMENT               OCT ~~15 30~~ 2008 AS STATED

1. SELLER TO LEAVE ALL EXISTING FURNITURE
   AND APPLIANCES

2. SELLER TO HOLD A ~~MORTGAGE~~ FIRST LIEN OF
   $66,900.00 AT 5% FOR 36 MONTHS
   INTEREST ONLY @ 278.75/MTH

3. ~~Buyer to finance purchase of~~

3/6 SELLER TO PAY FOR A/C AND HOT
   TUB REPAIRS NOT TO EXCEED $5,900
   AS CLOSE TO BUYER

4. SELLER TO BUYER RECEIVES A
   20% LOAN AT AN ACCEPTABLE RATE TO BUYER

CHAR NYN DESCALLAR — ISKHOBYIST
BABAO CORDOVA
CEBU CITY, PHIL   09236952.073
CHAR NYN — LOVER @ yahoo

LAYK 224

CUTE - BUTAN @ yahoo

CUTE C 0108011S

CAGAYAN DE ORO CITY

LANAO DEL NOTE

MALYN 09215-743-221

JECLYN CUTE18@ yahoo.C

C.0112-024

MEL

SWEET LOVELY 312.002 @ yahoo

C.0115906

CHARMYN DESILLER

NOKIA N76

JEANY                    DAVAO

JOAN CLAUDE L ESTAL
BOARDWALK DIST
MANGAGOY, BISLIG CITY
PHL 8311
JEANY - ESTAL @ YH
SURIGAO     SUR

0929 5141 613     IN LOVE


NIEZHEL TORRES
029 ARELLANO STREET
TAGOLOAN MISAMIS
ORIENTAL, PHL

NIEZHEL _ TORRES77 @ YA
              TORRES 2000 @ H
63 91 65323 774

JACEL CORRAL
HOTTIE_ JACEL 18@ YH

(63) 9108 49 1976

MELVILYN DAITOL BARING
3181 PAJO
LAPU-LAPU CITY
CEBU PHIL 6015
C00 714952

SHANE

CAGAYAN DE ORO CITY
MISAMIS OCCIDENTAL

CUTE  BUEAN SEX

#25  REAPER BUENA          LOVER

KOLAMBUGAN LANAO

DEL NORTE

9207  MINDANAO
                 PHCP
63906 680 5635

BEPER GEMENTIR

KRISTINE    MOIRA a. CASUNAY

Block 10 Lot 1
Emerald Lakes
San Roque Lanbagu Her
Tlilian City
Phil row

MALYN CAMPOS
BONISELIO STREET
DAVAO CITY 8000

PASSWORD: CUTE FACE

09728879463 7

IT;

X091 855 09 443995

Mr. ... Gn

C 6 11 08 337

G-IMAVIE INOT
0101 BARRA MACABALAN
CAGAYAN DE ORO CITY
PHIL  9000

28
35/
23    239 W. Hermes
       Oso 70

HINA BAEDA cebu
63909 829 6989

Romle L VILLATIme

822 815-1531

DUAL CORE
CITRON
WITEZEL PHASE 202 470 9161

563 - 3474

TRAILER FOR DESI COLLAR
CORDOVA
CEBU CITY 6017
0922-773-6136

THANK YOU

14% INTEREST COLD

11 AM 3 PM ...
IN THE FOOD EXPRESS
A4480 AA SUPER MART
GATEWAY MALL

09275316657
LOUIS

THE SUBMITTING Officer
Bamboozled

C 0114 5207 INDAY

AILSA 0929316 7277

ALEXIS 0928654 3561

ANA 0928 541 5818

JOCELSY 09229 35 7807

REMIE 09 2195 88 01

UV 09186 385702

JACKIE 0909 716 7612

SUN TAGBILARAN BOHOL
INDAY 09 21654877

Set Mark Dice Sy

MON

Foi GAISANO TABUNOK LAYSA
MALL B035



18906 4585

373-726885

632 750-3010

MAKATI PRIME
TOWER SUITES
KALAYAAN AVE
CELLA MERCADO ST
MAKATI CITY

# Exhibit # 101

| ContactsID | Date | First Name | Last Name |
|---|---|---|---|
| Nanjappa | 11/6/2008 Mr. | | Nanjappa |

| Address |
|---|
| 104 Tuckaway Drive, Tuckaway |

| City | State | Zip | Home Phone |
|---|---|---|---|
| Wilmington | DE | | 302-764-5729 |

| Work Phone | Salesperson | Referred By |
|---|---|---|
| | Paul | NJ-Crossroads |

| Notes |
|---|
| deck/concrete, New pour, appt. 11/7/08 |

**Sold Date**

Fri. 11/7/08 @ 9:00.



# MAPQUEST.



Las Vegas
Having it all is just the beginning

Air & 2 nights from $104*

US AIRWAYS
VACATIONS
Escape with us

ONLY Vegas

Learn more ›

**Total Time: 17 minutes      Total Distance: 11.24 miles**

**A: 270 Quigley Blvd, New Castle, DE 19720-4106**

| | | |
|---|---|---|
| START | **1:** Start out going EAST on QUIGLEY BLVD toward BLEVINS DR. | 0.4 mi |
| | **2:** Turn LEFT onto FRENCHTOWN RD/DE-273. | 0.3 mi |
| NORTH 13 | **3:** Turn SLIGHT RIGHT onto N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.0 mi |
| NORTH 13 | **4:** Turn SLIGHT LEFT to stay on N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.4 mi |
| RAMP | **5:** Take the I-295 N/US-40 E ramp toward I-95. | 0.2 mi |
| SOUTH 295 | **6:** Merge onto I-295 S toward I-95/WILMINGTON/BALTIMORE. | 1.1 mi |
| NORTH 95 | **7:** Merge onto I-95 N/US-202 N via the exit on the LEFT toward WILMINGTON. | 5.1 mi |
| EXIT 8 | **8:** Take the US-202/CONCORD PK. exit, EXIT 8, toward WILMINGTON/WEST CHESTER. | 0.1 mi |
| RAMP | **9:** Take the CONCORD PIKE/US-202 N ramp toward WEST CHESTER. PA. | 1.0 mi |
| | **10:** Keep RIGHT at the fork in the ramp. | 0.1 mi |
| | **11:** Keep RIGHT at the fork in the ramp. | 0.1 mi |
| | **12:** Turn SLIGHT RIGHT onto FOULK RD/DE-261. | 0.4 mi |
| | **13:** Turn SLIGHT RIGHT onto SIMON RD. | 0.1 mi |
| END | **14:** End at 104 Tuckaway Rd Wilmington, DE 19803-3900 | |

1 of 2

11/6/2008 12:55 PM

# Exhibit # 102

*Paul*   *Referral Program*   *12-A]*

| ContactsID | Date | First Name | Last Name |
|---|---|---|---|
| Romano - contra | 11/12/2008 | Eric | Romano - contractor |

| Address |
|---|
| Ida homeowner, 1805 Arlene Drive, Rolling Hills |

| City | State | Zip | Hom |
|---|---|---|---|
| Wilmington | DE | 19804 | 302-598-5315 Eric |

| Work Phone | Salesperson | Referr |
|---|---|---|
| | Paul | Steve Brooks -Referral Program-Ho |

| Notes |
|---|
| remove 12 X 8 area and replace with 12 X 12 with footer & sidewalk, appt. 11/19/08 |

| Sold Date |
|---|
| *Friday 11/14/08 @ 1:00.* |

C 0013527



**GOVERNMENT EXHIBIT**

102

14X8          112 X 5        560

14X12         168 x 8      1 344

SIDEWALK?

12x4 =     48 x 10     480

Pour                     816

Prep Floor               300

Resurface    200       1320

Floor                     768
                        _____

# Exhibit # 104

MAIL MCH–IDC
61469  66186
USAA   00067  69  53      3      7107

**USAA**

PAUL E PAVULAK
270 QUIGLEY BLVD
NEW CASTLE DE 19720-4106

## IMPORTANT INSURANCE PAPERS ENCLOSED



GOVERNMENT
EXHIBIT
104

12/02/08

PRTCOVSHT1   9-96

2325

THIS PAGE IS INTENTIONALLY LEFT BLANK