# Exhibit # 106

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

ANY AND ALL QUESTIONS
SHOULD BE DIRECTED TO
THE SEX OFFENDER
REGISTRY UNIT:
1-302-672-5306

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354      F.B.I. Number: 91062X8
Date of Birth: ███████/1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: TROOP 2 STATE POLICE

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

Aliases:
PAVULAK, PAUL

---

**Address, Employer, Place of Study and Hosts Information**

Registered Mailing Address:
HOLLYWOOD MOTEL
145 S DUPONT HWY
ROOM 104
NEW CASTLE, DE 19720
NEW CASTLE COUNTY

Registered Physical Address:
HOLLYWOOD MOTEL
145 S DUPONT HWY
ROOM 104
NEW CASTLE, DE 19720
NEW CASTLE COUNTY

Home Phone: (302) 322-3070
Effective: 01/16/2009

Registered Employers:
Unemployed

Registered Place of Study:
Not Attending

Effective:

Effective:

Host Address(es):

Host Address(es):

Effective Date of Anticipated Release
06/27/2008

GOVERNMENT
EXHIBIT
106

Registrant's Initials _____      Date  1-16-09

00385354 PAVULAK, PAUL E                                    Page 1 of 4

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

**S.B.I. Number:** 00385354          **Offender:** PAVULAK, PAUL E

**OFFENSE SUMMARY:**

| | |
|---|---|
| DUC/Case Number: | 0403016870 |
| Complaint Number: | 3204024808 |
| Arresting Agency: | 96 |
| Court of Conviction: | NEW CASTLE COUNTY SUPERIOR COURT |
| State of Conviction: | DE |
| Date of Plea/Verdict of Guilt: | 04/06/2005 |
| Sentence Date: | 06/10/2005 |
| Date of Incarceration: | 10/14/2004 |
| Lead Offense: | DE1107680000FG |

| | |
|---|---|
| DUC/Case Number: | 9802015040 |
| Complaint Number: | 3298017198 |
| Arresting Agency: | 32 |
| Court of Conviction: | NEW CASTLE COUNTY SUPERIOR COURT |
| State of Conviction: | DE |
| Date of Plea/Verdict of Guilt: | 06/30/1998 |
| Sentence Date: | 09/04/1998 |
| Date of Incarceration: | 02/20/1998 |
| Lead Offense: | DE1107680000FG |

**CHARGE SUMMARY:**

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |

**VICTIM(S) INFORMATION:**

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____    Date 1-16-09

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

**S.B.I. Number:** 00385354        **Offender:** PAVULAK, PAUL E

**Registered Vehicle Information:**
**Sequence:** 0002
   **Make:** FORD
   **Model:** TAURUS
   **Tag Number:** 350325
   **Color:** Green
   **Registration State:** DE
   **Vehicle Type:** Automobile

**Owner Address:**
   145 S DUPONT HWY
   ROOM 104
   NEW CASTLE, DE 19720

**Vehicle Address:**
   145 S DUPONT HWY
   HOLLYWOOD MOTEL ROOM 104
   NEW CASTLE, DE 19720

Registrant's Initials _____    Date  1-16-09

00385354 PAVULAK, PAUL E                                    Page 3 of 4

## Delaware Sex Offender Registration/Verification Supplement

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

**PLEASE READ CAREFULLY BEFORE SIGNING**

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

I AM ALSO REQUIRED TO VERIFY MY INFORMATION IN PERSON AT SBI (4) FOUR TIMES A YEAR
IN THE MONTHS OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

| | | |
|---|---|---|
| _(signature)_ | 1-16-09 | Wendy S. Meyers Crim. Hist. Tech II |
| Registrant's Signature | Date | Please print Witness and Title   1-16-09 |

| | | |
|---|---|---|
| | | _(signature)_ |
| Legal Guardian of Juvenile Offender | Date | Witness Signature |

**Instructions:**
Forward the signed original copy to:     Delaware State Police, SBI
P.O. Box 430
Dover, DE 19903

# Exhibit # 107



| ContactsID | Date | First Name | Last Name |
|---|---|---|---|
| ▓▓▓ | 12/5/2008 | ▓▓▓ | ▓▓▓ |

**Address**
▓▓▓ Mimosa Drive

≥ 90.8 on Paper Mill
little white
sign on ⊕ Loot
on ①.

| City | State | Zip | Home Phone |
|---|---|---|---|
| Newark | DE | 19711 | ▓▓▓ |

| Work Phone | Salesperson | Referred By |
|---|---|---|
| | Paul | Yellow Pages |

**Notes**
floors, cracks and releveling, appt. 12/6/08

**Sold Date**   Sat - 12/6/08 @ 10:00

GOVERNMENT EXHIBIT
107

# Exhibit # 108

10-D11

| ContactsID | Date | First Name | | Last Name | |
|---|---|---|---|---|---|
| Neau | 10/10/2008 | Rio██████ | | ████████ | |

| Address | | | | | |
|---|---|---|---|---|---|
| ██ ████ ████, ████ ████ | | | | | |

| City | State | Zip | | Home Phone | |
|---|---|---|---|---|---|
| Newark | DE | 19711 | | ████████ | |

| Work Phone | Salesperson | | Referred By | |
|---|---|---|---|---|
| 302-530-1080 | Paul | | DE Fall Home Show 08 | |

| Notes | |
|---|---|
| driveway, appt. 10/28/08 | |

**Sold Date** Tues. 10/28/08 @ 6:15 - 6:30

GOVERNMENT
EXHIBIT
108

*in comp*



270 Quigley Blvd.
New Castle, DE 19720
1-800-700-0004
(302) 324-1400
Fax: (302) 324-1404
ctrdinc@verizon.net

# CONCRETE TECHNOLOGY RESURFACING & DESIGN, INC.

## Client Information Form

Name: Richard & Barbara Nead

Address: ▓▓▓▓▓▓▓▓

Development: ▓▓▓▓▓▓

City: Newark   State: DE Zip: 19711

Home #: ▓▓▓▓▓   Work #: ▓▓▓▓▓

Concrete Area: Driveway

Appointment Availability:   DAY   OR   EVENING

Comments: _____

APT OCt 28th 5³⁰

"Bringing Design & Beauty To Concrete"



# Exhibit # 112

**⊗PNC BANK**

PNC Bank Delaware

FW02836

## ACCOUNT REGISTRATION AND AGREEMENT

| LEGAL TITLE | TIN | Work Phone # | Email Address |
|---|---|---|---|
| PAUL E PAVULAK | | | |

| ACCOUNT ADDRESS | FOREIGN ADDRESS |
|---|---|
| | |

**Certification of Owner:** Under penalties of perjury, I certify that: (1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.**

☐ Check this box if you are a non-resident alien.        ☐ Check if Exempt Payee - Status does not apply to individuals.
See instruction for the W-9 form available on the IRS website.

By signing below, I, PAUL E PAVULAK agree that I have given PNC Bank permission to send my personal information to a third party reporting agency to verify my identity and credit worthiness.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, PNC Bank Online services, I agree to be bound by the terms and conditions of PNC Bank's Account Agreement for Checking Accounts and Savings Accounts, PNC Bank's Account Agreement for Certificates of Deposit, or IRA CDs, as applicable, and Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank.

| ACCOUNT # | PRODUCT | BRANCH | EFFECTIVE DATE | APPLICATION DATE | APPLICATION # |
|---|---|---|---|---|---|
| | FRC | 00351 | 01/07/2008 | 01/07/2008 | 1-FJAHZL |

PAUL E PAVULAK                          X _Paul Pavulak_
                                              Signature
_____          X _____
                                              Signature
_____          X _____
                                              Signature
_____          X _____
                                              Signature
_____          X _____
                                              Signature
_____          X _____
                                              Signature

**PNC Bank internal use only instructions:**
Please forward this form in the red plastic envelope with the red insert to CIF.
It can also be mailed via interoffice mail to CIF - Mail Stop: P7-PFSC-04-F

EFORM122014-0100

**Account Number** ~~███████~~

**Scan Date**        2008 Jan 08



GOVERNMENT
EXHIBIT
112 A

Free Checking Account Statement
PNC Bank

Primary account number: ~~████████~~
Page 1 of 2
Number of enclosures: 0

For the period 01/07/2008 to 01/30/2008

PAUL E PAVULAK
~~████████~~
NEWPORT DE 19804-2513

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

PNC presents the 2008 Philadelphia Flower Show at the Pennsylvania Convention Center, March 2-9, 2008, and is proud to be a partner, a
neighbor and a contributor to our community. Tickets for the Show can be purchased at select PNC Bank branches. For more information and
to locate a branch near you visit pnc.com/flowershow.

---

## Free Checking Account Summary

Account number: ~~████████~~

Paul E Pavulak

Please see the Activity Detail section for
additional information.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| .00 | 244.00 | 49.85 | 194.15 |
| | | Average monthly balance | Charges and fees |
| | | 89.38 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 2 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

### Activity Detail

**Deposits and Other Additions**

| Date | Amount | Description |
|---|---|---|
| 01/07 | 100.00 | Branch Deposit   Tel 0800035106 0083 |
| 01/30 | 144.00 | Deposit Reference No  026355731 |

There were 2 Deposits and Other Additions
totaling  $244.00 .

**Banking/Check Card Withdrawals and Purchases**

| Date | Amount | Description |
|---|---|---|
| 01/23 | 34.90 | 3171 Check Card Purchase Itvrealestat8008047572 |
| 01/23 | 14.95 | 3171 Check Card Purchase Intelius-Intelius Com |

There were 2 other Banking Machine/Check
Card deductions totaling  $49.85 .

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number ▓▓▓▓▓▓ continued

For the period 01/07/2008 to 01/30/2008
PAUL E PAVULAK
Primary account number ▓▓▓▓▓▓▓▓▓
Page 2 of 2

Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/07 | 100.00 | 01/23 | 50.15 | 01/30 | 194.15 |

00001482

Free Checking Account Statement
PNC Bank

For the period 01/31/2008 to 02/28/2008

PAUL E PAVULAK
NEWPORT DE 19804-2513

Primary account number: ▨▨▨▨▨▨
Page 1 of 1
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

PNC presents the 2008 Philadelphia Flower Show at the Pennsylvania Convention Center, March 2-9, 2008, and is proud to be a partner, a neighbor and a contributor to our community. Tickets for the Show can be purchased at select PNC Bank branches. For more information and to locate a branch near you visit pnc.com/flowershow.

Free Checking Account Summary                                                    Paul E Pavulak
Account number: ▨▨▨▨▨▨

Please see the Activity Detail section for
additional information

**Balance Summary**

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 194.15 | 998.00 | 32.85 | 1,159.30 |
| | | Average monthly balance | Charges and fees |
| | | 242.08 | .00 |

**Transaction Summary**

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions | |
|---|---|---|---|
| 0 | 2 | 0 | |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions | |
| 0 | 0 | 0 | |

**Activity Detail**

Deposits and Other Additions

There was 1 Deposit or Other Addition
totaling  $998.00  .

| Date | Amount | Description |
|---|---|---|
| 02/27 | 998.00 | Deposit Reference No  027338925 |

Banking/Check Card Withdrawals and Purchases

There were 2 other Banking Machine/Check .
Card deductions totaling     $32.85  .

| Date | Amount | Description |
|---|---|---|
| 02/06 | 2.90 | 3171 Check Card Purchase US Search  888-9994384 |
| 02/11 | 29.95 | 3171 Check Card Purchase Natricures8002371957V |

**Daily Balance Detail**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/31 | 194.15 | 02/06 | 191.25 | 02/11 | 161.30 | 02/27 | 1,159.30 |

00001483

Free Checking Account Statement
PNC Bank

Primary account number: ▓▓▓▓▓▓
Page 1 of 2
Number of enclosures: 0

For the period 02/29/2008 to 03/28/2008

**PAUL E PAVULAK**
▓▓▓▓▓▓▓▓▓▓
NEWPORT DE 19804-2513

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Paul E Pavulak

Free Checking Account Summary
Account number: ▓▓▓▓▓▓

Please see the Activity Detail section for
additional information.

Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,159.30 | 998.00 | 1,183.25 | 974.05 |
| | | | Average monthly balance | Charges and fees |
| | | | 611.31 | 2.00 |

Transaction Summary

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 0 | 2 | 20 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 2 | 1 | 1 |

---

Activity Detail

Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 03/26 | 998.00 | Direct Deposit - Soc Sec US Treasury 303 XXXXX4741A |

There was 1 Deposit or Other Addition
totaling   $998.00

Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 02/29 | 301.75 | ATM Withdrawal 201 W Market St  Newport, De |
| 02/29 | 2.00 | ATM Withdrawal Fee |
| 03/03 | 10.00 | POS Purchase Shoprite Of Wi Stanton De |
| 03/04 | 30.73 | POS Purchase Wawa 848 Dover De |
| 03/05 | 101.05 | POS Purchase Acme Dover De |
| 03/05 | 37.83 | POS Purchase Wawa 848 Dover De |
| 03/10 | 37.71 | 3171 Check Card Purchase Super Soda Dover Dove |
| 03/10 | 29.95 | 3171 Check Card Purchase Itvrealestat8008181154 |
| 03/10 | 5.69 | POS Purchase Acme Bear De |
| 03/12 | 36.08 | POS Purchase Wawa $44 Newark De |
| 03/14 | 42.79 | POS Purchase Wawa 848 Dover De |

There were 2 Banking Machine withdrawals
totaling   $601.75

There were 20 Check Card/Bank card PIN
POS purchases totaling   $511.84

There were 3 other Banking Machine/Check
Card deductions totaling   $69.66

Banking/Check Card Withdrawals and Purchases continued on next page

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 02/29/2008 to 03/28/2008
PAUL E PAVULAK
Primary account number
Page 2 of 2

Account number: ▆▆▆▆ continued

Banking/Check Card Withdrawals and Purchases — continued

| Date | Amount | Description |
|---|---|---|
| 03/17 | 30.97 | POS Purchase Acme Dover De |
| 03/17 | 23.98 | POS Purchase Pep Boys #67 Dover De |
| 03/17 | 6.10 | POS Purchase Acme Dover De |
| 03/19 | 15.94 | POS Purchase Acme Dover De |
| 03/19 | 3.51 | POS Purchase Acme Dover De |
| 03/20 | 39.23 | POS Purchase Wawa 852 New Castle De |
| 03/20 | 4.39 | POS Purchase Acme Dover De |
| 03/24 | 300.00 | ATM Withdrawal 2800 N Dupont Hgh Dover De |
| 03/24 | 23.63 | POS Purchase Shoprite Of Wi Stanton De |
| 03/24 | 16.52 | POS Purchase Acme Dover De |
| 03/24 | 7.19 | POS Purchase Acme Bear De |
| 03/25 | 24.99 | POS Purchase The Home Depot New Castle De |
| 03/25 | 16.10 | POS Purchase Exxonmobil Newport De |
| 03/28 | 35.12 | POS Purchase Wawa 848 Dover De |

Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 02/29 | 855.55 | 03/10 | 602.59 | 03/19 | 443.22 | 03/26 | 1,009.17 |
| 03/03 | 845.55 | 03/12 | 566.51 | 03/20 | 399.60 | 03/28 | 974.05 |
| 03/04 | 814.82 | 03/14 | 523.72 | 03/24 | 52.26 | | |
| 03/05 | 713.77 | 03/17 | 462.67 | 03/25 | 11.17 | | |

Do you receive a Social Security or SSI check by mail?  Here are three good reasons to switch to direct deposit.  It's Safer - mailed checks can be lost or stolen; Easier - your funds are deposited to your PNC Bank account electronically; and best of all it's Convenient - your money is available without making a trip to the bank.  Enrolling is easy.  Stop in at any PNC Bank branch or call us at 1-888-762-2265 6am-12 midnight for more information on how to enroll.

00001485

Free Checking Account Statement
PNC Bank

For the period 03/29/2008 to 04/29/2008

PAUL E PAVULAK

NEWPORT DE 19804-2513

Primary account number ████████
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Traveling Outside the United States?

Stop by your local PNC Bank branch to order foreign currency before you go.

- Convenience - carry currency with you for immediate expenses such as taxi fares, tips and meals.
- Avoid delays and save time when you travel.
- Having local currency for your destination will give you added peace of mind.
- Competitive rates and no transaction fees.
- When you return with excess currency, PNC can buy it back for U.S. dollars.

Visit any PNC Bank branch for more information.

Free Checking Account Summary
Account number ████████

Paul E Pavulak

Please see the Activity Detail section for
additional information.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 974.05 | 998.00 | 847.09 | 1,124.96 |
| | | Average monthly balance | Charges and fees |
| | | 480.08 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 1 | 11 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 2 | 2 | 0 |

### Activity Detail

There was 1 Deposit or Other Addition
totaling  $998.00

Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 04/23 | 998.00 | Direct Deposit - Soc Sec US Treasury 303 XXXXX4741A |

00001486

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 03/29/2008 to 04/29/2008
PAUL E PAVULAK
Primary account number
Page 2 of 2

Account number ▮▮▮▮▮▮▮▮continued

## Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 03/31 | 200.00 | ATM Withdrawal 505 N Dupont Hihgw Dover De |
| 03/31 | 74.66 | POS Purchase Acme Bear De |
| 04/02 | 52.48 | POS Purchase The Home Depot Newark De |
| 04/03 | 200.00 | ATM Withdrawal 505 N Dupont Hihgw Dover De |
| 04/03 | 38.67 | POS Purchase Exxonmobil Newport De |
| 04/03 | 20.44 | POS Purchase Acme Dover De |
| 04/03 | 10.19 | POS Purchase Exxonmobil Newport De |
| 04/04 | 19.99 | POS Purchase Verizon Wrls 0 Wilmington De |
| 04/04 | 15.83 | POS Purchase Acme Ogletown De |
| 04/07 | 69.01 | POS Purchase Exxonmobil Newport De |
| 04/07 | 48.86 | POS Purchase Acme Dover De |
| 04/07 | 47.04 | POS Purchase Exxonmobil Newport De |
| 04/07 | 19.97 | POS Purchase The Home Depot New Castle De |
| 04/09 | 29.95 | 3171 Check Card Purchase Realestate8008047572-V |

There were 2 Banking Machine withdrawals
totaling  $400.00   .

There were 11 Check Card/Bank card PIN
POS purchases totaling    $417.14   .

There was 1 other Banking Machine/Check
Card deductions totaling    $29.95   .

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 03/29 | 974.05 | 04/02 | 646.91 | 04/04 | 341.79 | 04/09 | 126.96 |
| 03/31 | 699.39 | 04/03 | 377.61 | 04/07 | 156.91 | 04/23 | 1,124.96 |

At PNC, we're committed to protecting the environment. That's why your PNC Bank Visa Check Card is made from 100% recycled materials.
You can help protect the environment too by reducing the number of checks you write and limiting the amount of driving you do. Just use
your card to pay recurring or one-time bills or make purchases from your home computer. Every little bit helps.

Use your PNC Bank Visa® Check Card at ATMs in select McDonald's franchise restaurants across Manhattan and receive a surcharge-free
transaction. For locations, visit pnc.com/locatepnc. Member FDIC

00001487

Free Checking Account Statement
PNC Bank

Primary account number: 
Page 1 of 2
Number of enclosures: 0

For the period 04/30/2008 to 05/29/2008

G

PAUL E PAVULAK
NEWPORT DE 19804-2513

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Sometimes bigger dreams require larger loans.  With highly competitive rates and low down payments, we can offer more mortgage options and better financing solutions. Whether you're shopping for a new primary residence, a second home, or considering a refinance, we can tailor a jumbo mortgage that fits your big plans perfectly.

For More Information:
> Visit your local PNC Bank branch
> Visit pncmortgage.com
> Call 1-800-778-6678

---

Paul E Pavulak

Free Checking Account Summary
Account number:

Please see the Activity Detail section for additional information.

Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,124.96 | 998.00 | 29.95 | 2,093.01 |
| | | Average monthly balance | Charges and fees |
| | | 1,168.53 | .00 |

Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 1 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

Activity Detail

There was 1 Deposit or Other Addition totaling $998.00 .

Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 05/28 | 998.00 | Direct Deposit - Soc Sec US Treasury 303 XXXXX4741A |

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 04/30/2008 to 05/29/2008
PAUL E PAVULAK
Primary account number:
Page 2 of 2

Account number:                    continued

Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description | |
|------|--------|-------------|---|
| 05/07 | 29.95 | 3171 Check Card Purchase Realestate8008181154-V | There was 1 other Banking Machine/Check Card deductions totaling   $29.95 . |

Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 1,124.96 | 05/07 | 1,095.01 | 05/28 | 2,093.01 |

Paying for college?

PNC Bank can provide solutions to all your education financing needs. Call now to review your options with an experienced loan counselor.

Call PNC Bank: 1-800-762-1001
If you prefer to apply online, visit us at pnconcampus.com.

00001489

Free Checking Account Statement

PNC Bank

Primary account number: ████████
Page 1 of 2
Number of enclosures: 0

For the period 05/30/2008 to 06/27/2008

PAUL E PAVULAK
████████
NEWPORT DE 19804-2513

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?    Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

For your convenience, under certain conditions we may allow you to overdraft your checking or money market account when using your PNC
Bank Visa Check Card or PNC Bank Banking Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases.  At PNC Bank ATMs
we can give you the choice to cancel the transaction if it would cause an overdraft.  We are not able to provide you this choice when using a
non-PNC Bank ATM or when making purchases.

Effective June 22, 2008, if you would prefer not to have overdraft access, call our Telephone Banking service at 1-877-222-5401 between
6 am - 12 midnight, Eastern Time, seven days a week.

If you have called previously to opt-out of overdraft access at non-PNC ATMs, you are automatically excluded from overdraft access for all
ATM transactions and purchases and do not need to call again.

For more information, please see our Consumer Schedule of Service Charges and Fees, Other Account Charges and Services and/or Account
Agreement for Personal Checking and Savings Accounts, Withdrawals section.

Free Checking Account Summary
Account number: ████████

Paul E Pavulak

Please see the Activity Detail section for
additional information.

Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,093.01 | 998.00 | 29.95 | 3,061.06 |
| | | | Average monthly balance | Charges and fees |
| | | | 2,172.49 | .00 |

Transaction Summary

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 0 | 1 | 0 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 0 | 0 | 0 |

00001490

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.
Account number: ~~XXXXXXXX~~ continued

For the period 05/30/2008 to 06/27/2008
PAUL E PAVULAK
Primary account number: ~~XXXXXXXX~~
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 06/25 | 998.00 | Direct Deposit - Soc Sec |
|  |  | US Treasury 303 XXXXX4741A |

There was 1 Deposit or Other Addition
totaling  $998.00  .

### Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 06/05 | 29.95 | 3171 Check Card Purchase Real Estat8008047572-V |

There was 1 other Banking Machine/Check
Card deductions totaling     $29.95  .

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/30 | 2,093.01 | 06/05 | 2,063.06 | 06/25 | 3,061.06 |

00001491

Free Checking Account Statement
PNC Bank

For the period 06/28/2008 to 07/30/2008

PAUL E PAVULAK
NEWPORT DE 19804-2513

Primary account number: ████
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Effective September 19, 2008 we will change the way we determine if you have sufficient available funds to pay checks or other withdrawals from your account. Please see the enclosed insert for more details regarding these changes.

**OVERDRAFT PROTECTION for your PNC Bank checking account**
If you haven't already done so, stop into your local PNC Bank branch today to open and enroll your PNC Bank Select Rewards Visa Platinum Card. What could be better than the safety and comfort of knowing you're protected?

Free Checking Account Summary
Account number: ████

Paul E Pavulak

Please see the Activity Detail section for additional information.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 3,061.06 | 1,081.94 | 2,157.60 | 1,985.40 |
| | | Average monthly balance | Charges and fees |
| | | 2,434.32 | .00 |

### Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 4 | 13 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 4 | 0 |

### Activity Detail

Deposits and Other Additions

There are 2 Deposits and Other Additions totaling $1,081.94.

| Date | Amount | Description |
|---|---|---|
| 07/21 | 83.94 | Check Card Credit Provisional Credit - R Pittsburgh PA |
| 07/23 | 998.00 | Direct Deposit - Soc Sec |
| | | US Treasury 303 XXXXX4741A |

00001492

Free Checking Account Statement

For the period 06/28/2008 to 07/30/2008
PAUL E PAVULAK
Primary account number: ~~~~~~~
Page 2 of 2

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number ~~~~~~~ continued

## Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 07/02 | 26.94 | POS Purchase Shoprite Of Wi Stanton De |
| 07/03 | 24.73 | POS Purchase Shoprite Of Wi Stanton De |
| 07/03 | 10.49 | POS Purchase Shoprite Of Wi Stanton De |
| 07/07 | 400.00 | ATM Withdrawal 1515 N Dupont Hwy New Castle De |
| 07/07 | 29.95 | 3171 Check Card Purchase Real Estat8008047572-V |
| 07/08 | 7.98 | POS Purchase Shoprite Of Wi Stanton De |
| 07/09 | 245.00 | 3171 Check Card Purchase Fairview Inn |
| 07/09 | 83.94 | 3171 Check Card Purchase Yahoo 866-4588744 Ca |
| 07/09 | 13.16 | POS Purchase Giant Food Inc Bear De |
| 07/11 | 300.00 | ATM Withdrawal 1693 Pulaski High Newark De |
| 07/11 | 14.54 | POS Purchase Shoprite Of Wi Stanton De |
| 07/14 | 28.06 | POS Purchase Shoprite Of Wi Stanton De |
| 07/18 | 18.00 | POS Purchase Shoprite Of Wi Stanton De |
| 07/21 | 25.82 | POS Purchase Shoprite Of Wi Stanton De |
| 07/23 | 88.44 | POS Purchase Acme Wilmington De |
| 07/25 | 6.85 | POS Purchase Acme Bear De |
| 07/28 | 400.00 | ATM Withdrawal 1515 N Dupont Hgwy New Castle De |
| 07/28 | 19.22 | POS Purchase Shoprite Of Wi Stanton De |
| 07/28 | 14.48 | POS Purchase Superfresh #70 Wilmington De |
| 07/30 | 400.00 | ATM Withdrawal 4000 N Dupont Hwy New Castle De |

There were 4 Banking Machine withdrawals totaling  $1,500.00  .

There were 13 Check Card/Bank card PIN POS purchases totaling  $298.71  .

There were 3 other Banking Machine/Check Card deductions totaling  $358.89  .

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 06/28 | 3,061.06 | 07/08 | 2,560.97 | 07/18 | 1,858.27 | 07/28 | 2,385.40 |
| 07/02 | 3,034.12 | 07/09 | 2,218.87 | 07/21 | 1,916.39 | 07/30 | 1,985.40 |
| 07/03 | 2,998.90 | 07/11 | 1,904.33 | 07/23 | 2,825.95 | | |
| 07/07 | 2,568.95 | 07/14 | 1,876.27 | 07/25 | 2,819.10 | | |

Your Money. Your Business. YOUR FUTURE.

*PNC Investments can help you get more mileage from your financial relationship.*
*We are a valuable partner on your financial journey. No matter whether your destination is education or retirement we have the products and services to help you map your way to a secure financial future. For more information stop by a PNC Branch or visit pnc.com.*

**Not FDIC Insured * May Lose Value * No Bank Guarantee**
**Important Investor Information:** Securities and brokerage services are provided by PNC Investments LLC, member FINRA and SIPC. Annuities and other insurance products are offered by PNC Insurance Services, LLC a licensed insurance agency.

Our FHA Home Loans Can Help You Achieve Your Goals More Easily
Whether it's your first home or your fourth - an FHA loan can place your goal within closer reach.
-Purchase a home with little money down.
-Overcome credit challenges, including a limited or less-than-perfect credit history, for qualified applicants.
For more information on mortgage products:
  Stop at your local bank branch

Visit us at pncmortgage.com
Call our mortgage team at 800-778-6678

00001493

Free Checking Account Statement
PNC Bank

For the period 07/31/2008 to 08/28/2008

PAUL E PAVULAK
~~~~~~~~~~~~~~~~
NEWPORT DE 19804-2513

Primary account number: ████████
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**OVERDRAFT PROTECTION for your PNC Bank checking account**
If you haven't already done so, stop into your local PNC Bank branch today to open and enroll your PNC Bank Select Rewards Visa Platinum
Card. What could be better than the safety and comfort of knowing you're protected?

Setting a sound investment course requires expertise, empathy and experience. PNC Investments guides their clients toward real-world
solutions designed to help them meet their goals. For more information stop by a PNC Branch or visit pnc.com

**Not FDIC Insured * May Lose Value * No Bank Guarantee**
**Important Investor Information:** Securities and brokerage services are provided by PNC Investments LLC, member FINRA and SIPC.
Annuities and other insurance products are offered by PNC Insurance Services, LLC a licensed insurance agency.

---

Free Checking Account Summary                                      Paul E Pavulak
Account number: ████████

Please see the Activity Detail section for
additional information.

**Balance Summary**

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,985.40 | 998.00 | 1,768.24 | 1,215.16 |
| | | Average monthly balance | | Charges and fees |
| | | 1,230.87 | | 1.53 |

**Transaction Summary**

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 5 | 18 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 2 | 2 | 0 |

**Activity Detail**

Deposits and Other Additions                                    There was 1 Deposit or Other Addition
totaling  $998.00 .

| Date | Amount | Description |
|---|---|---|
| 08/27 | 998.00 | Direct Deposit - Soc Sec |
| | | US Treasury 303 XXXXX4741A |

00001494

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 07/31/2008 to 08/28/2008
PAUL E PAVULAK
Primary account number: ███████
Page 2 of 2

Account number ███████ continued

**Banking/Check Card Withdrawals and Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/31 | 20.73 | POS Purchase Shoprite Of Wi Stanton De |
| 08/01 | 15.32 | POS Purchase Shoprite Of Wi Stanton De |
| 08/04 | 70.98 | POS Purchase Kohl's #0272 Wilmington De |
| 08/04 | 40.13 | POS Purchase Shoprite Of Wi Stanton De |
| 08/04 | 10.24 | POS Purchase Shoprite Of Wi Stanton De |
| 08/06 | 300.00 | ATM Withdrawal 400 N Dupont Pkwy New Castle De |
| 08/07 | 38.04 | POS Purchase Shoprite Of Wi Stanton De |
| 08/08 | 61.30 | 8895 Check Card Purchase Rx-Bill4 Com |
| 08/08 | 6.98 | POS Purchase Acme Wilmington De |
| 08/08 | 1.53 | International POS Fee Vis 0806      Ru |
| 08/11 | 7.33 | POS Purchase Shoprite Of Wi Stanton De |
| 08/11 | 7.00 | POS Purchase Shoprite Of Wi Stanton De |
| 08/12 | 55.99 | POS Purchase Shoprite Of Wi Stanton De |
| 08/14 | 18.33 | POS Purchase Shoprite Of Wi Stanton De |
| 08/18 | 400.00 | ATM Withdrawal 1515 N Dupont Hgwy New Castle De |
| 08/18 | 22.11 | POS Purchase Shoprite Of Wi Stanton De |
| 08/18 | 19.99 | POS Purchase National Whole New Castle De |
| 08/19 | 74.95 | 8895 Check Card Purchase Cherry Blossom |
| 08/19 | 52.00 | POS Purchase Shoprite Of Wi Stanton De |
| 08/21 | 47.05 | 8895 Check Card Purchase Polidoro Italian Grill |
| 08/22 | 227.00 | 8895 Check Card Purchase Westernunion Com Money |
| 08/22 | 5.83 | POS Purchase Acme Fairfax De |
| 08/25 | 227.00 | 8895 Check Card Purchase Westernunion Com Money |
| 08/26 | 18.55 | POS Purchase Pathmark #593 New Castle De |
| 08/27 | 3.30 | POS Purchase Shoprite Of Wi Stanton De |
| 08/28 | 16.56 | POS Purchase Shoprite Of Wi Stanton De |

There were 2 Banking Machine withdrawals totaling $700.00 .

There were 18 Check Card/Bank card PIN POS purchases totaling $429.41 .

There were 6 other Banking Machine/Check Card deductions totaling $638.83 .

**Daily Balance Detail**

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/31 | 1,964.67 | 08/08 | 1,420.15 | 08/19 | 762.45 | 08/27 | 1,231.72 |
| 08/01 | 1,949.35 | 08/11 | 1,405.82 | 08/21 | 715.40 | 08/28 | 1,215.16 |
| 08/04 | 1,828.00 | 08/12 | 1,349.83 | 08/22 | 482.57 | | |
| 08/06 | 1,528.00 | 08/14 | 1,331.50 | 08/25 | 255.57 | | |
| 08/07 | 1,489.96 | 08/18 | 889.40 | 08/26 | 237.02 | | |

Seniors - don't forget, PNC Mortgage, LLC offers Reverse Mortgages. Stop by or call your local branch to speak to a Reverse Mortgage Specialist.

Borrower must be at least 62 years of age. All first mortgage products are offered and provided by PNC Mortgage, LLC which may arrange loans with third party providers. PNC Mortgage, LLC may not be available in your area. (c)2008 PNC Mortgage, LLC. All rights reserved.

Is paying for college tuition in the picture for you this summer?

PNC has many federal and private education loan options available to help pay for college at great rates and offering delayed repayment. Check us out at www.pnconcampus.com.

00001495

Free Checking Account Statement
PNC Bank

Primary account number: ████████
Page 1 of 3
Number of enclosures: 0

For the period 08/29/2008 to 09/29/2008

PAUL E PAVULAK
████████████
NEWPORT DE 19804-2513

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?    Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Important Account Information

### Effective September 19, 2008

Due to consolidation within the Federal Reserve Processing Centers, the following routing numbers will be considered local for funds availability: 0110, 0111, 0112, 0113, 0114, 0115, 0116, 0117, 0118, 0119, 0211, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2211. This means that funds from these checks will be available sooner in most cases. The complete listing of local routing numbers appears below.

Amendment to the Consumer and Business Funds Availability Policies for the PNC Bank Philadelphia, Northeast, PA (Scranton, Wilkes Barre), and Central PA markets (State College & Harrisburg), Delaware, and New Jersey.

The information stated below amends certain information in our Consumer and Business Funds Availability Policies ("Policies"). All other information in our Policies continues to apply to your account. Please review the following information and retain it with your records.

### Identification of Market

**Philadelphia, PA:** (Philadelphia) PA Counties of:
Bucks, Chester, Delaware, Montgomery, Philadelphia

**Northeast, PA:** (Scranton, Wilkes Barre) PA Counties of:
Carbon, Columbia, Lackawanna, Lehigh, Luzerne, Monroe, Northampton, Pike, Schuylkill, Susquehanna, Wayne

**Central PA / Northern Region:** (State College) PA Counties of:
Lycoming, Center, Huntingdon

**Central PA Southern & Eastern Regions:** (Harrisburg) PA Counties of:
Adams, Berks, Cumberland, Dauphin, Franklin, Lancaster, Lebanon, Perry, York

**Delaware:** All Branches

**New Jersey:** All Branches

**Local Routing Numbers:**
0110, 0111, 0112, 0113, 0114, 0115, 0116, 0117, 0118, 0119, 0210, 0211, 0212, 0213, 0214, 0219, 0310, 0311, 0312, 0313, 0319, 0360, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2210, 2211, 2212, 2213, 2214, 2219, 2310, 2311, 2312, 2313, 2319, 2360

If you have any further questions about our Funds Availability Policy, please contact your local branch office or call our toll-free customer service line at 1-888-PNC-Bank between the hours of 6 am - 12 midnight Eastern Time, 7 days a week.

00001496

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 08/29/2008 to 09/29/2008
PAUL E PAVULAK
Primary account number: ▬▬▬▬▬
Page 2 of 3

---

OVERDRAFT PROTECTION for your PNC Bank checking account
If you haven't already done so, stop into your local PNC Bank branch today to open and enroll your PNC Bank Select Rewards Visa Platinum Card.  What could be better than the safety and comfort of knowing you're protected?

Free Checking Account Summary
Account number ▬▬▬▬▬

Paul E Pavulak

Please see the Activity Detail section for additional information.

**Balance Summary**

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,215.16 | 2,397.21 | 2,198.41 | 1,413.96 |
| | | | Average monthly balance | Charges and fees |
| | | | 606.41 | 95.01 |

**Transaction Summary**

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 0 | 23 | 4 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 1 | 1 | 0 |

---

**Activity Detail**

**Deposits and Other Additions**

| Date | Amount | Description |
|---|---|---|
| 09/02 | 5.00 | Check Card Rebate |
| 09/08 | 245.86 | Deposit Reference No  026133981 |
| 09/17 | 300.00 | Deposit Reference No  021499906 |
| 09/22 | 448.35 | Deposit Reference No  022849933 |
| 09/24 | 998.00 | Direct Deposit - Soc Sec US Treasury 303 XXXXX4741A |
| 09/24 | 400.00 | Deposit Reference No  023066001 |

There were 6 Deposits and Other Additions totaling  $2,397.21  .

**Banking/Check Card Withdrawals and Purchases**

| Date | Amount | Description |
|---|---|---|
| 09/02 | 400.00 | ATM Withdrawal 1515 N Dupont Hgwy New Castle De |
| 09/02 | 314.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/02 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/02 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/02 | 11.84 | POS Purchase Shoprite Of Wi Stanton De |
| 09/03 | 50.00 | 8895 Check Card Purchase Ccbilleu Com +18885969 |
| 09/03 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/03 | 1.25 | International POS Fee  Vis 0901          Mh |
| 09/05 | 55.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/08 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/11 | 118.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/11 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/11 | 8.52 | POS Purchase Shoprite Of Wi Stanton De |
| 09/15 | 118.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/15 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/15 | 5.00 | 8895 Check Card Purchase Jajah Com  Randers Lu |
| 09/15 | .13 | International POS Fee  Vis 0908          Lu |
| 09/16 | 55.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/19 | 25.00 | 8895 Check Card Purchase Www Jajah Com |
| 09/19 | .63 | International POS Fee  Vis 0914          Lu |

There was 1 Banking Machine Withdrawal totaling  $400.00  .

There were 4 Check Card/Bank card PIN POS purchases totaling     $91.40  .

There were 26 other Banking Machine/Check Card deductions totaling     $1,614.01  .

Banking/Check Card Withdrawals and Purchases continued on next page

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number: ████████ continued

For the period 08/29/2008 to 09/29/2008
PAUL E PAVULAK
Primary account number: ████████
Page 3 of 3

## Banking/Check Card Withdrawals and Purchases — continued

| Date | Amount | Description |
|---|---|---|
| 09/22 | 38.66 | POS Purchase Shoprite Of Wi Stanton De |
| 09/22 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/22 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/23 | 102.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/25 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/26 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/26 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/29 | 160.00 | 8895 Check Card Purchase Xoom Corporation |
| 09/29 | 32.38 | POS Purchase Shoprite Of Wi Stanton De |
| 09/29 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 09/29 | 28.50 | 8895 Check Card Purchase Xoom Corporation |

## Other Deductions

There were 3 Other Deductions totaling $93.00

| Date | Amount | Description |
|---|---|---|
| 09/16 | 31.00 | NSF/Unavail Paid Item Fee |
| 09/16 | 31.00 | NSF/Unavail Paid Item Fee |
| 09/17 | 31.00 | NSF/Unavail Paid Item Fee |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/29 | 1,215.16 | 09/08 | 360.43 | 09/17 | 125.78 | 09/24 | 1,748.84 |
| 09/02 | 357.82 | 09/11 | 205.41 | 09/19 | 100.15 | 09/25 | 1,720.34 |
| 09/03 | 278.07 | 09/15 | 25.72 | 09/22 | 452.84 | 09/26 | 1,663.34 |
| 09/05 | 222.57 | 09/16 | 143.22 | 09/23 | 350.84 | 09/29 | 1,413.96 |

Seniors - don't forget, PNC Mortgage, LLC offers Reverse Mortgages. Stop by or call your local branch to speak to a Reverse Mortgage Specialist.

Borrower must be at least 62 years of age. All first mortgage products are offered and provided by PNC Mortgage, LLC which may arrange loans with third party providers. PNC Mortgage, LLC may not be available in your area. (c)2008 PNC Mortgage, LLC. All rights reserved.

Places everyone. Places. PNC is celebrating the performing arts in Central Pennsylvania.
PNC On Stage is a special program that focuses the spotlight on five Central Pennsylvania theaters. To learn more, visit pnc.com/pnconstage.

00001498

Free Checking Account Statement
PNC Bank

For the period 09/30/2008 to 10/30/2008

PAUL E PAVULAK
~~████████████~~
NEW CASTLE DE 19720-4106

Primary account number: ~~████████~~
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Free Checking Account Summary
Account number: ~~████████~~

Paul E Pavulak

Please see the Activity Detail section for
additional information.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,413.96 | 1,939.80 | 1,549.48 | 1,804.28 |
| | | | Average monthly balance | Charges and fees |
| | | | 1,603.76 | .63 |

### Transaction Summary

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 0 | 18 | 7 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 3 | 3 | 0 |

### Activity Detail

**Deposits and Other Additions**

There were 5 Deposits and Other Additions
totaling  $1,939.80

| Date | Amount | Description |
|---|---|---|
| 09/30 | 220.00 | Deposit Reference No  023568451 |
| 10/15 | 555.06 | Deposit Reference No  022205733 |
| 10/16 | 350.00 | Deposit Reference No  021676751 |
| 10/20 | 514.74 | Deposit Reference No  023562027 |
| 10/27 | 300.00 | Deposit Reference No  022766487 |

**Banking/Check Card Withdrawals and Purchases**

There were 3 Banking Machine withdrawals
totaling  $450.00

There were 7 Check Card/Bank card PIN POS
purchases totaling   $206.35

There were 19 other Banking Machine/Check
Card deductions totaling  $893.13

| Date | Amount | Description |
|---|---|---|
| 09/30 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/01 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/06 | 212.00 | 8895 Check Card Purchase Xoom Corporation |
| 10/06 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/06 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/06 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/06 | 11.37 | POS Purchase Shoprite Of Wi Stanton De |
| 10/07 | 35.49 | POS Purchase Pathmark #593 New Castle De |

Banking/Check Card Withdrawals and Purchases continued on next page

00001499

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 09/30/2008 to 10/30/2008
PAUL E PAVULAK
Primary account number: ██████████
Page 2 of 2

Account number: ██████████ continued

Banking/Check Card Withdrawals and Purchases - continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/08 | 44.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/08 | 10.90 | POS Purchase Pathmark #593 New Castle De |
| 10/14 | 35.00 | 8895 Check Card Purchase Hooters-New Castle |
| 10/14 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/14 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/14 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/14 | 25.00 | 8895 Check Card Purchase Www Jajah Com |
| 10/14 | .63 | International POS Fee  Vis 1008        Lu |
| 10/15 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 10/15 | 20.12 | POS Purchase Pathmark #593 New Castle De |
| 10/20 | 200.00 | ATM Withdrawal 1100 Pulaski High Bear De |
| 10/20 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/21 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/21 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/23 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 10/24 | 85.82 | POS Purchase Pathmark #593 New Castle De |
| 10/27 | 100.00 | ATM Withdrawal 2203 Kirkwood High Wilmington De |
| 10/27 | 38.86 | POS Purchase Shoprite Of Wi Stanton De |
| 10/27 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 10/27 | 3.79 | POS Purchase Shoprite Of Wi Stanton De |
| 10/29 | 150.00 | ATM Withdrawal 4601 Stanton-Ogle Newark De |

Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 09/30 | 1,605.46 | 10/08 | 1,171.20 | 10/20 | 2,082.25 | 10/27 | 1,954.28 |
| 10/01 | 1,576.96 | 10/14 | 1,019.07 | 10/21 | 2,025.25 | 10/29 | 1,804.28 |
| 10/06 | 1,262.09 | 10/15 | 1,446.01 | 10/23 | 1,917.25 | | |
| 10/07 | 1,226.60 | 10/16 | 1,796.01 | 10/24 | 1,831.43 | | |

Seniors - don't forget, PNC Mortgage, LLC offers Reverse Mortgages.  Stop by or call your local branch to speak to a Reverse Mortgage
Specialist.

Borrower must be at least 62 years of age.  All first mortgage products are offered and provided by PNC Mortgage, LLC which may arrange
loans with third party providers. PNC Mortgage, LLC may not be available in your area. (c)2008 PNC Mortgage, LLC. All rights reserved.

OVERDRAFT PROTECTION for your PNC Bank checking account
 If you haven't already done so, stop into your local PNC Bank branch today to open and enroll your PNC Bank Select Rewards Visa Platinum
Card.  What could be better than the safety and comfort of knowing you're protected?

00001500

Free Checking Account Statement
PNC Bank

Primary account number: ▓▓▓▓▓
Page 1 of 2
Number of enclosures: 0

For the period 10/31/2008 to 11/26/2008

PAUL E PAVULAK 
▓▓▓▓▓▓▓▓▓▓
NEW CASTLE DE 19720-4106

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?    Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

Important information on FDIC Deposit Insurance Coverage:
The FDIC announced a temporary deposit insurance coverage increase from $100,000 to $250,000, per depositor, through 12/31/09.

Also, any person, charity or non-profit may be named as a beneficiary on a payable on death or living trust account.  This is a
permanent change. To learn more, stop by any branch or go to pnc.com or www.fdic.gov

Free Checking Account Summary
Account number ▓▓▓▓▓

Paul E Pavulak

Please see the Activity Detail section for
additional information.

Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,804.28 | 1,590.90 | 1,240.43 | 2,154.75 |
| | | | Average monthly balance | Charges and fees |
| | | | 2,014.14 | 1.25 |

Transaction Summary

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 0 | 16 | 10 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 1 | 1 | 0 |

Activity Detail

Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 11/04 | 496.00 | Deposit Reference No  022256424 |
| 11/12 | 398.25 | Deposit Reference No  022630163 |
| 11/18 | 333.46 | Deposit Reference No  026673086 |
| 11/21 | .13 | Direct Deposit - Verifybank Paypal XXXXXXX2277N3Ky |
| 11/21 | .09 | Direct Deposit - Verifybank Paypal XXXXXXX2277N3Ky |
| 11/26 | 362.97 | Deposit Reference No  022363012 |

There were 6 Deposits and Other Additions
totaling  $1,590.90

00001501

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

For the period 10/31/2008 to 11/26/2008
PAUL E PAVULAK
Primary account number:
Page 2 of 2

Account number: ...tinued

## Banking/Check Card Withdrawals and Purchases

There was 1 Banking Machine Withdrawal totaling $100.00 .

There were 10 Check Card/Bank card PIN POS purchases totaling $380.24 .

There were 17 other Banking Machine/Check Card deductions totaling $760.19 .

| Date | Amount | Description |
|---|---|---|
| 10/31 | 50.00 | 8895 Check Card Purchase Www.Jajah Com |
| 10/31 | 1.25 | International POS Fee Vis 1026 Lu |
| 11/03 | 50.40 | POS Purchase Shoprite Of Wi Stanton De |
| 11/03 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/03 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/03 | 18.26 | POS Purchase Pathmark #593 New Castle De |
| 11/04 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/04 | 18.00 | 8895 Check Card Purchase Hooters-New Castle |
| 11/05 | 32.77 | POS Purchase Pathmark #593 New Castle De |
| 11/07 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/10 | 39.94 | POS Purchase Shoprite Of Wi Stanton De |
| 11/10 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/10 | 33.46 | 8895 Check Card Purchase Hooters-New Castle |
| 11/10 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/10 | 24.48 | 8895 Check Card Purchase Hooters-New Castle |
| 11/12 | 100.00 | ATM Withdrawal Airport & Churchm New Castle De |
| 11/12 | 39.98 | POS Purchase Shoprite Of Wi Stanton De |
| 11/12 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/12 | 25.94 | POS Purchase Shoprite Of Wi Stanton De |
| 11/14 | 35.13 | POS Purchase Shoprite Of Wi Stanton De |
| 11/17 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/18 | 42.39 | POS Purchase Pathmark #593 New Castle De |
| 11/18 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/21 | 22.05 | POS Purchase Acme Bear De |
| 11/24 | 222.00 | 8895 Check Card Purchase Xoom Corporation |
| 11/24 | 73.38 | POS Purchase Pathmark #593 New Castle De |
| 11/24 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 11/26 | 108.00 | 8895 Check Card Purchase Xoom Corporation |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,753.03 | 11/07 | 2,015.60 | 11/17 | 1,988.92 | 11/26 | 2,154.75 |
| 11/03 | 1,627.37 | 11/10 | 1,854.72 | 11/18 | 2,251.49 | | |
| 11/04 | 2,076.87 | 11/12 | 2,058.55 | 11/21 | 2,229.66 | | |
| 11/05 | 2,044.10 | 11/14 | 2,023.42 | 11/24 | 1,899.78 | | |

Seniors – don't forget, PNC Mortgage, LLC offers Reverse Mortgages. Stop by or call your local branch to speak to a Reverse Mortgage Specialist.

Borrower must be at least 62 years of age. All first mortgage products are offered and provided by PNC Mortgage, LLC which may arrange loans with third party providers. PNC Mortgage, LLC may not be available in your area. (c)2008 PNC Mortgage, LLC. All rights reserved.

OVERDRAFT PROTECTION for your PNC Bank checking account
If you haven't already done so, stop into your local PNC Bank branch today to open and enroll your PNC Bank Select Rewards Visa Platinum Card. What could be better than the safety and comfort of knowing you're protected?

Free Checking Account Statement
PNC Bank

For the period 11/27/2008 to 12/30/2008

PAUL E PAVULAK
NEW CASTLE DE 19720-4106

Primary account number:
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?    Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Did you know that every purchase made with your PNC Bank Visa Credit or Check Card through the end of the year could mean a chance for you to help yourself and Sesame Workshop?  Get a lot - and give a lot with PNC. Visit pnc.com/visasweeps for promotional details.

Did you know it is possible to have significantly more than $250,000 in deposits at PNC Bank FDIC insured?  Stop in any branch to review your account or call 800-PNC-BANK. Or go to PNC.com or  http://www.fdic.gov/edie/ for more information.

---

Free Checking Account Summary

Account number:

Paul E Pavulak

Please see the Activity Detail section for additional information.

**Balance Summary**

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,154.75 | 1,877.65 | 2,429.74 | 1,602.66 |
| | | | Average monthly balance | Charges and fees |
| | | | 2,283.15 | .00 |

**Transaction Summary**

| | Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|---|
| | 1 | 7 | 2 |
| | Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| | 4 | 4 | 0 |

---

**Activity Detail**

There were 3 Deposits and Other Additions totaling  $1,877.65 .

**Deposits and Other Additions**

| Date | Amount | Description |
|---|---|---|
| 11/28 | 922.15 | Direct Deposit - Transfer Paypal 522223Gj63V8W |
| 12/04 | 945.00 | Deposit Reference No  021372234 |
| 12/30 | 10.50 | ATM Transaction Fee Reimbursement |

00001503

Free Checking Account Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 11/27/2008 to 12/30/2008
PAUL E PAVULAK
Primary account number
Page 2 of 2

Account number ███████ atinued

## Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 11/28 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 11/28 | 23.97 | POS Purchase Pathmark #593 New Castle De |
| 12/01 | 34.50 | 8895 Check Card Purchase Xoom Corporation |
| 12/01 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 12/04 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 12/04 | 6.31 | POS Purchase Pathmark #593 New Castle De |
| 12/08 | 400.00 | ATM Withdrawal 1515 N Dupont Hgwy New Castle De |
| 12/08 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 12/08 | 28.50 | 8895 Check Card Purchase Xoom Corporation |
| 12/09 | 108.00 | 8895 Check Card Purchase Xoom Corporation |
| 12/26 | 210.07 | ATM Withdrawal 000000000000000000 Cebu Mgo1 |
| 12/26 | 105.04 | ATM Withdrawal 000000000000000000 Cebu_capitol |
| 12/26 | 3.50 | Intl ATM Withdrawal Fee |
| 12/26 | 3.50 | Intl ATM Withdrawal Fee |
| 12/29 | 210.07 | ATM Withdrawal 000000000000000000 Cebu Mgo1 |
| 12/29 | 3.50 | Intl ATM Withdrawal Fee |

There were 4 Banking Machine withdrawals totaling  $925.18  .

There were 2 Check Card/Bank card PIN POS purchases totaling   $30.28  .

There were 10 other Banking Machine/Check Card deductions totaling    $454.50  .

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 11/28 | 9.98 | Web Pmt Single – Echeck Paypal 522223Gkj6Yqc |
| 11/28 | 9.80 | Web Pmt Single – Echeck Paypal 522223Gj6Tjc2 |

There were 2 Online or Electronic Banking Deductions totaling   $19.78  .

## Other Deductions

| Date | Amount | Description | |
|------|--------|-------------|--|
| 12/04 | 1,000.00 | Withdrawal | Tel 0800033504 0050 |

There was 1 Other Deduction totaling $1,000.00  .

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/27 | 2,154.75 | 12/04 | 2,772.34 | 12/26 | 1,805.73 |
| 11/28 | 2,925.15 | 12/08 | 2,235.84 | 12/29 | 1,592.16 |
| 12/01 | 2,862.15 | 12/09 | 2,127.84 | 12/30 | 1,602.66 |

Take control with your PNC Bank Visa® Check Card. Use your card to pay your bills automatically – set payment schedules, amounts, even the number of bills you want to pay. The funds come right from your checking account and the payments are listed on your monthly statement. Learn more at pnc.com/paybycard.

00001504

Free Checking Account Statement
PNC Bank

Primary account number: ▓▓▓▓▓▓
Page 1 of 2
Number of enclosures: 0

For the period 12/31/2008 to 01/29/2009

PAUL E PAVULAK
▓▓▓▓▓▓▓▓▓▓
NEW CASTLE DE 19720-4106

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
between the hours of 6 AM and Midnight ET.

Para servicio en espanol, 1-866-HOLA-PNC

Moving?   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at pnc.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

Paul E Pavulak

Free Checking Account Summary
Account number: ▓▓▓▓▓▓

Please see the Activity Detail section for
additional information.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,602.66 | 1,085.95 | 1,609.48 | 1,079.13 |
| | | Average monthly balance | Charges and fees |
| | | 326.23 | 28.00 |

## Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 8 | 8 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions
totaling  $1,085.95  .

| Date | Amount | Description |
|---|---|---|
| 01/12 | 29.95 | Check Card Final CR        490039313171 |
| 01/28 | 1,056.00 | Direct Deposit - Soc Sec |
| | | US Treasury 303 XXXXX4741A |

### Banking/Check Card Withdrawals and Purchases

There were 8 Banking Machine withdrawals
totaling  $1,581.48  .

There were 8 other Banking Machine/Check
Card deductions totaling      $28.00  .

| Date | Amount | Description |
|---|---|---|
| 12/31 | 210.07 | ATM Withdrawal 000000000000000000 Cebu Mango2 |
| 12/31 | 3.50 | Intl ATM Withdrawal Fee |
| 01/02 | 210.07 | ATM Withdrawal 000000000000000000 Cebu Mgo1 |
| 01/02 | 210.07 | ATM Withdrawal 000000000000000000 Bac Main |
| 01/02 | 3.50 | Intl ATM Withdrawal Fee |
| 01/02 | 3.50 | Intl ATM Withdrawal Fee |
| 01/05 | 210.07 | ATM Withdrawal 000000000000000000 Bac Main |
| 01/05 | 210.07 | ATM Withdrawal 000000000000000000 Sm Cebu 2 |
| 01/05 | 210.07 | ATM Withdrawal 000000000000000000 Cebu Mgo1 |
| 01/05 | 3.50 | Intl ATM Withdrawal Fee |

Banking/Check Card Withdrawals and Purchases continued on next page

Free Checking Account Statement

For the period 12/31/2008 to 01/29/2009

PAUL E PAVULAK
Primary account number ▮▮▮▮▮▮

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number ▮▮▮▮▮▮▮ continued

Page 2 of 2

Banking/Check Card Withdrawals and Purchases                    - continued

| Date | Amount | Description |
|------|--------|-------------|
| 01/05 | 3.50 | Intl ATM Withdrawal Fee |
| 01/05 | 3.50 | Intl ATM Withdrawal Fee |
| 01/09 | 214.51 | ATM Withdrawal 00000000000000000 Cebu Mango2 |
| 01/09 | 3.50 | Intl ATM Withdrawal Fee |
| 01/12 | 106.55 | ATM Withdrawal 00000000000000000 Cebu Mango3 |
| 01/12 | 3.50 | Intl ATM Withdrawal Fee |

Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/31 | 1,389.09 | 01/05 | 321.24 | 01/12 | 23.13 |
| 01/02 | 961.95 | 01/09 | 103.23 | 01/28 | 1,079.13 |

PNC presents the 2009 Philadelphia Flower Show, March 1-8, at the Pennsylvania Convention Center. Tickets for the Show can be purchased at select PNC branches. For more information and to locate a branch near you visit pnc.com/flowershow.

## Important Account Information

Amendment to the Consumer Schedule of Service Charges and Fees

The information stated below amends certain information in our Consumer Schedule of Service Charges and Fees. All other information in the schedule continues to apply to your account. Please review the following information and retain it with your records.

### Effective March 6, 2009

Other Account Charges and Services

**Continuous Overdraft Charge**
$7 assessed each day your account remains overdrawn for a period greater than 4 consecutive calendar days, up to a maximum of $35. This charge is in addition to any insufficient/unavailable fund fees assessed.

Wire Transfers

**Domestic Wires**
$25 per outgoing wire (no minimum wire amount).
Additional $15 fee for Telephone Customer Service Representative assisted wire.
$15 per incoming wire (no minimum wire amount).
No charge for Performance Select Checking and Complete Plan.

**International Wires**
$45 per outgoing wire ($100 USD minimum wire amount).
Additional $15 fee for Telephone Customer Service Representative assisted wire. No charge for Performance Select Checking and Complete Plan.
$15 per incoming wire (no minimum wire amount).
$15 per tracer.
$5 per incoming wire telephone notification.

00001506

# Exhibit # 114

# 6.03% APR*

500085

**(We printed this big because we know it matters to you.)**

APR is obviously a very important factor when looking for a **Fixed-Rate Home Loan**, and most of your options will have a similar rate. But here are some of the ways that Capital One® Home Loans takes out the hassle:

- Customized loan amounts from $20,000 to $500,000
- Guaranteed FIXED payments
- No-hassle loan process

No Hassles From Call To Close. Your Personal Home Loan Consultant Will Handle Everything.

**Call toll free   1-800-760-2493**          **Or visit www.capitalonehomeloans.com**
Mon.-Fri. 8am-8pm; Sat. 10am-1pm EST

Reservation Number: 5018 051 352 1985

\* Advertised annual percentage rate is effective as of 11/12/2007 and subject to change at any time. APR is based on good credit history, $200,000 loan amount, 80% combined loan-to-value ratio and a 30-year fixed-rate first-lien mortgage. Monthly payment for this example is $1,205. Additional terms and restrictions apply. Capital One is an Equal Housing Lender. See reverse for additional important information.

Capital One® Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $24.05- | $0.00 | $0.00 | $1,431.78 | $1,407.73 | $42.00 | Feb. 22, 2008 |

Dec. 28, 2007– Jan. 28, 2008    Page 1 of 1

*PLEASE PAY AT LEAST THIS AMOUNT*

Visa Platinum Account

**Your Account Information**
TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

Payments, Credits & Adjustments

**Transactions**
| | | | |
|---|---|---|---|
| 1 | 31 DEC | FIRST STATE INN DOVER DE | $285.00 |
| 2 | 04 JAN | | |
| 3 | 07 JAN | FIRST STATE INN DOVER DE | |
| 4 | | | $275.00 |
| 5 | 13 JAN | FIRST STATE INN DOVER DE | $285.00 |
| 6 | 21 JAN | THE DOVER INN DOVER DE ARRIVE: 01/19/08 | $275.00 |
| 7 | 21 J | | |

**Finance Charges   (Please see reverse for important information)**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchase | $0.00 | 0.0391% | 14.30% | $0.00 |
| Cash | $0.00 | 0.0531% | 19.39% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   0.00%

Capital One Home Loans offers a variety of no hassle home loan products, including first mortgages, refinance and debt consolidation loans, as well as home equity loans and lines of credit. Our team of experienced professionals understands that your situation is unique so your loan solution should be too. You'll have the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information. Capital One is an Equal Housing Lender.

**At Your Service 1-800-903-3637**
To call Customer Relations or to report a lost or stolen card.

**Send payments to:**
Capital One □ P.O. Box 70884 □ Charlotte, NC 28272-0884

**Send inquiries to:**
Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

6086    506        1    07  27  040128          PAGE 1 of 3          010H0884

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE

0  4388642515153552  27  1407731902710042000

**CapitalOne®** | what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $1,407.73 | $42.00 | Feb. 22, 2008 |

**PLEASE PAY AT LEAST THIS AMOUNT**

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address
Home Phone          Alternate Phone
E-mail address          @

GOVERNMENT EXHIBIT 14A

*80030707172278658 MAIL ID NUMBER

□08081940362900

Capital One Bank
P.O. Box 70884        040530
Charlotte, NC 28272-0884
□2827206848470

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

500183

## APRs as low as 6.03%* and a loan process as easy as...

 **1 ✔ Apply**
Get started by calling us toll free, or visiting us online.

 **2 ✔ Get a quick decision**
You'll know if you've been approved in minutes.

 **3 ✔ Next-day delivery**
Upon approval, all your paperwork is prepared and delivered to your door via next-day air.

No Hassles From Call To Close. Your Personal Home Loan Consultant Will Handle Everything.

**Call toll free** 1-800-760-2607          Or visit **www.capitalonehomeloans.com**

Mon–Fri. 8am–8pm; Sat 10am–1pm EST          Reservation Number: 5028 061 114 1583

* Advertised annual percentage rate is effective as of 12/11/2007 and subject to change at any time. APR is based on a good credit history, $200,000 loan amount, 80% combined loan-to-value ratio and a 30-year fixed-rate first-lien mortgage. Monthly payment for this example is $1,203. Additional terms and restrictions apply. Capital One is an Equal Housing Lender. See reverse for additional important information.

**Capital One** Home Loans

Home Equity Loans | Mortgages | **Refinancing** | Debt Consolidation



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $1,407.73 | – $1,407.73 | + $0.00 | + $1,888.85 | = $1,888.85 | $56.00 | Mar. 24, 2008 |

Jan. 28, 2008 — Feb. 27, 2008     Page 1 of 1     PLEASE PAY AT LEAST THIS AMOUNT

Visa Platinum Account

Your Account Information
TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH  $

**Payments, Credits & Adjustments**
1   22 FEB ............................................. $1,407.73

**Transactions**
2   28 JAN   THE DOVER INN DOVER DE          $275.00
             ARRIVE: 01/25/08
3   29 JAN
4   01 FEB   THE DOVER INN DOVER DE          $550.00
5   04 FEB   ARRIVE: 01/29/08
6   10 FEB
7   17 FEB ....................... 000-417/234 NY
8   18 FEB   THE DOVER INN DOVER DE          $275.00
             ARRIVE: 02/15/08
9   22 FEB
10  24 FEB
11  25 FEB   THE DOVER INN DOVER DE          $275.00
             ARRIVE: 02/22/08

Finance Charges (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.039189%. | 14.30% | $0.00 |
| Cash | $0.00 | 0.053129%. | 19.39% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   0.00%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

Send payments to:
Capital One Bank ☐ P.O. Box 70884 ☐ Charlotte, NC 28272-0884

Send inquiries to:
Capital One ☐ P.O. Box 30285 ☐ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

Capital One Home Loans offers a variety of no-hassle home loan products, including first mortgages, refinance and debt consolidation loans, as well as home equity loans and lines of credit. Our team of experienced professionals understands that your situation is unique so your loan solution should be too. You'll have the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information. Capital One is an Equal Housing Lender.

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  438864251515352 27          188885140730056005

**Capital One** what's in your wallet?*

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $1,888.85 | $56.00 | Mar. 24, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.

Address

Home Phone          Alternate Phone

E-mail address          @

MAIL ID NUMBER

*080819403629*

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

*4084*

*282720884847*

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.



## Keep your
### Finances Fit

- Know your credit limit and the amount of credit available for your use.
- Maintain a good credit history...it affects more areas of your life than just your ability to get a credit card.
- Use a budget to help you see what you can afford to buy now and to help you save for the future.
- Understand that the cost of credit includes fees as well as interest.
- Request a copy of your credit report from a credit reporting bureau regularly.

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $1,888.85 | $1,888.85 | $0.00 | $1,635.77 | $1,635.77 | $49.00 | Apr. 21, 2008 |



Feb. 28, 2008 — Mar. 27, 2008    Page 1 of 1

**Payments, Credits & Adjustments**

**Transactions**

| | | | |
|---|---|---|---|
| 2 | 01 MAR | P... | |
| 3 | 04 MAR | THE DOVER INN DOVER DE ARRIVE: 02/29/08 | $275.00 |
| 4 | 10 MAR | THE DOVER INN DOVER DE ARRIVE: 03/07/08 | $275.00 |
| 5 | 10 MAR | T... | |
| 6 | 16 MAR | | |
| 7 | 17 MAR | THE DOVER INN DOVER DE ARRIVE: 03/14/08 | $275.00 |
| 8 | 24 MAR | THE DOVER INN DOVER DE ARRIVE: 03/21/08 | $275.00 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.0391852L | 14.30% | $0.00 |
| Cash | $0.00 | 0.0531252L | 19.39% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:  0.00%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

Send payments to:
Capital One Bk(USA),NA ☐ P.O. Box 70884 ☐ Charlotte, NC 28272-0884

Send inquiries to:
Capital OneO P.O. Box 30285 ☐ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $1,635.77 | $49.00 | Apr. 21, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.

Address
Home Phone          Alternate Phone
E-mail address

Capital One Bk(USA),NA
P.O. Box 70884
Charlotte, NC 28272-0884

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

500016



**PSSST...**

*Capital One® does credit cards—and then some!*

Need a car? A savings account? A loan? Braces or glasses?
Capital One can handle it all. Hassle free!

Visit **capitalone.com** for a complete list of services and
to manage your account online.

*Capital One*
*what's in your wallet?*



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $1,635.77 | $1,850.77 | $0.00 | $648.97 | $433.97 | $15.00 | May. 23, 2008 |

Mar. 28, 2008 — Apr. 28, 2008    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**

**Your Account Information**
TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Payments, Credits & Adjustments**
1   09 APR   THE DOVER INN DOVER DE                              $215.00-
2   21

**Transactions**
3   30 MAR   THE DOVER INN DOVER DE                              $275.00
           ARRIVE: 03/28/08
4   06 APR   THE DOVER INN DOVER DE                              $275.00
           ARRIVE: 04/04/08
5   09 APR
6   09 APR
7   09 APR
8   18 APR
9   26 APR

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.033019%L | 12.05% | $0.00 |
| Cash | $0.00 | 0.046965%L | 17.14% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:    0.00%

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

**At Your Service** 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

**Send payments to:**
Capital One Bk(USA),NA ▢ P.O. Box 70884 ▢ Charlotte, NC 28272-0884

**Send inquiries to:**
Capital One▢ P.O. Box 30285 ▢ Salt Lake City, UT 84130-0285

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  43886425151535552 27          043397163377001S003

*Capital One* | what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $433.97 | $15.00 | May. 23, 2008 |

**PLEASE PAY AT LEAST THIS AMOUNT**

Amount Enclosed

Please print address or phone number changes below using blue or black ink

Address _____

Home Phone _____    Alternate Phone _____
E-mail address _____ @ _____

ACCOUNT NUMBER

SIC

Capital One Bk(USA),NA
P.O. Box 70884
Charlotte, NC 28272-0884

*4144*          *080819403629*

*282720884847*

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

500023



# Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

> **Ready to transfer? See reverse to learn how.**
> **Call 1-877-476-7939.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $433.97 | $433.97 | $0.00 | $53.66 | $53.66 | $15.00 | Jun. 21, 2008 |

Apr. 29, 2008 — May. 27, 2008     Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

Payments, Credits & Adjustments

Your Account Information
TOTAL REVOLVING CREDIT LINE
TOTAL AVAILABLE
REVOLVING CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

Transactions

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.033015%L | 12.05% | $0.00 |
| Cash | $0.00 | 0.046969%L | 17.14% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:  0.00%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

Send payments to:
Capital One Bk(USA),NA □ P.O. Box 70884 □ Charlotte, NC 28272-0884

Send Inquiries to:
Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  4388642515153552 27          0053660433970015001

CapitalOne | what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $53.66 | $15.00 | Jun. 21, 2008 |

PLEASE PAY AT LEAST
THIS AMOUNT

Please print address or phone number changes below using blue or black ink.

Address

Home Phone                    Alternate Phone
E-mail address                    @

Amount Enclosed

MAIL ID NUMBER

Capital One Bk(USA),NA
P.O. Box 70884
Charlotte, NC 28272-0884          *4173*

*2K2720884847*                    *060819403629*

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

500023



# Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes,
mailing letters. Get some time back each month with Capital One® balance
transfers. Consolidate your bills and higher-interest payments, maybe even
save some money, and then spend your time relaxing, shopping or watching
the game—instead of writing a lot of checks.

> **Ready to transfer? See reverse to learn how.**
> **Call 1-877-476-7939.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $53.66 | $53.66 | $0.00 | $17.35 | $17.35 | $15.00 | Jul. 22, 2008 |

May. 28, 2008  — Jun. 27, 2008      Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**

**Your Account Information**
TOTAL REVOLVING CREDIT LINE
TOTAL AVAILABLE
REVOLVING CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Payments, Credits & Adjustments**
1

**Transactions**
2   16 JUN

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

**Finance Charges (Please see reverse for important information)**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.033019%L | 12.05% | $0.00 |
| Cash | $0.00 | 0.046965%L | 17.14% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | 0.00% | | |

☎ At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

✉ Send payments to:
Capital One Bk(USA),NA □ P.O. Box 70884 □ Charlotte, NC 28272-0884

❓ Send Inquiries to:
Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

⁇ Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your
statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  4388642515153552 27            0017350053660015000

**Capital One®**  what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $17.35 | $15.00 | Jul. 22, 2008 |

**PLEASE PAY AT LEAST THIS AMOUNT**

Please print address or phone number changes below using blue or black ink.
Address
Home Phone                     Alternate Phone
E-mail address               @

Amount Enclosed

*030180787172278683* MAIL ID NUMBER

Capital One Bk(USA),NA
P.O. Box 70884
Charlotte, NC 28272-0884
*282720884847*          *4204*                *080819403629*

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

500023



## Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

Ready to transfer? See reverse to learn how.
Call 1-877-476-7939.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $17.35 | $40.01 | $0.00 | $1,545.35 | $1,522.69 | $45.00 | Aug. 22, 2008 |

Jun. 28, 2008  — Jul. 28, 2008        Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**

**Your Account Information**
TOTAL REVOLVING CREDIT LINE          $
TOTAL AVAILABLE REVOLVING CREDIT          $
CREDIT LINE FOR CASH          $
AVAILABLE CREDIT FOR CASH          $

**Payments, Credits & Adjustments**
1   21 JUL
2   22 JUL   THE

**Transactions**
3   02 JUL   FAIRVIEW INN WILMINGTON DE          $245.00
            ARRIVE: 07/01/08
4   15 JUL   FAIRVIEW INN WILMINGTON DE          $245.00
            ARRIVE: 07/01/08
5   16 JUL
6   22 JUL
7   25 JUL

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.033569%L | 12.25% | $0.00 |
| Cash | $0.00 | 0.047515%L | 17.34% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   0.00%

Whether you're in the market for a home equity loan or you're interested in refinancing, Capital One will find a home loan solution to fit your needs. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

**At Your Service** 1-800-903-3637
To call Customer Relations or to report a lost or stolen card

**Send payments to:**
Capital One Bk(USA),NA ▯ P.O. Box 70884 ▯ Charlotte, NC 28272-0884

**Send Inquiries to:**
Capital One ▯ P.O. Box 30285 ▯ Salt Lake City, UT 84130-0285

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/droutcx

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  4388642515153552 27          15226900173 50045002

**Capital**One   what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $1,522.69 | $45.00 | Aug. 22, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.

Address

Home Phone          Alternate Phone

E-mail address          @

ACCOUNT NUMBER

Capital One Bk(USA),NA
P.O. Box 70884          *4235*
Charlotte, NC 28272-0884

*080819403629*

*28272088484 7*

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

# A Capital One® Mortgage
### no hassles, no gotchas



- Fixed APRs, currently **6.65%***
- Lower your monthly payments by an average of $250▼
- No hidden fees



Call toll free **1-800-760-2607**, or visit **www.capitalonehomeloans.com**
Reservation Number: 5088 061 157 2155
Phone hours: Mon–Fri 8 a.m.–8 p.m. and Sat 10 a.m.–1 p.m. EST

* Advertised annual percentage rate is effective as of 06/25/2008 and subject to change at any time. APR is based on good credit history, $300,436 loan amount, 80% combined loan-to-value ratio and a 30-year fixed-rate first-lien mortgage. Monthly payment for this example is $1,929. Additional terms and restrictions apply.
▼ Lower average monthly payment claim based on first month payment on non-purchase loans, exclusive of closing costs, that closed between 11/01/2007 and 04/30/2008. Actual lower payment may vary. Refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs and increasing the total amount paid when compared to your current situation. Capital One is an Equal Housing Lender. See reverse for additional important information.

Home Loans  |  Mortgages  |  Refinancing  |  Debt Consolidation





| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $1,522.69 | $1,522.69 | $0.00 | $60.00 | $60.00 | $15.00 | Sep. 22, 2008 |

Jul. 29, 2008 — Aug. 27, 2008   Page 1 of 1

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.033565%L | 12.25% | $0.00 |
| Cash | $0.00 | 0.047519%L | 17.34% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   0.00%

At Your Service Go to www.capitalone.com to manage your account, or Call 1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com or mail your payment to: Capital One Bank (USA), N.A. □ P.O. Box 70884 □ Charlotte, NC 28272-0884

Send Inquiries to: Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0  4388642515153552 27          0060001522690015005

**Capital One** | what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $60.00 | $15.00 | Sep. 22, 2008 |

*PLEASE PAY AT LEAST THIS AMOUNT*

Amount Enclosed

Please print address or phone number changes below using blue or black ink.

Address _____
Home Phone _____  Alternate Phone _____
E-mail address _____@_____

6202417871722786## MAIL ID NUMBER

Capital One Bank (USA), N.A.
P.O. Box 70884
Charlotte, NC 28272-0884

FDAFDAATADTTTFTTFTAFTTTTADDFTPADATAFDDDFFDTATDTFDTFFATFADTTTDTDTA

DAFDFAAAAAATADTFFFDATDAFFAPAFADFDAADDDADDFAAATDFTFTDDFAFTDDAFDTAF

Please write your account number on your payment made payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

500205

# 6.65% APR*

### (We printed this big because we know it matters to you.)

APR is obviously a very important factor when looking for a **Fixed-Rate Mortgage**. And here are some of the ways that Capital One® Home Loans takes out the hassle:

- • Customized loan amounts up to $1,000,000
- • Guaranteed FIXED payments
- • Personalized Loan Consultant from start to finish

No Hassles From Call To Close. Your Personal Home Loan Consultant Will Handle Everything.

Call toll free: **1-800-760-2493**    Or visit **www.capitalonehomeloans.com**

Mon.–Fri. 8am–8pm; Sat. 10am–1pm EST

Reservation Number: 5098 041 886 5301

EQUAL HOUSING LENDER

\* Advertised annual percentage rate is effective as of 07/28/2008 and subject to change at any time. APR is based on excellent credit history, $300,496 loan amount, 80% combined loan-to-value ratio and a 30-year fixed-rate first-lien mortgage. Monthly payment for this example is $1,929. Additional terms and restrictions apply. Capital One is an Equal Housing Lender. See reverse for additional important information.

Home Loans | Mortgages | Refinancing | Debt Consolidation

**Capital**One Home Loans

---

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $60.00 | $60.00 | $0.00 | $139.93 | $139.93 | $15.00 | Oct. 22, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Aug. 28, 2008 — Sep. 27, 2008    Page 1 of 1

**Payments, Credits & Adjustments**

Visa Platinum Account

**Your Account Information**

TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Transactions**

| | 01 SEP | USAIRWAYS 0372320579799 PHILADELPHIA PA | $17.00 |
| | | TK# 0372320579799 PSGR: PAVULAK/PAUL | |
| | | ORIG: EBC, DEST: PBE | |
| | | CARRIER: US SVC: Y | |
| 3 | 05 SEP | USAIRWAYS 0372321039127 LAS VEGAS NV | $17.00 |
| | | TK# 0372321039127 PSGR: PAVULAK/PAUL | |
| | | ORIG: EBC, DEST: PBE | |
| | | CARRIER: US SVC: Y | |
| 4 | 05 SEP | MANDALAY BAY RESORT/CASIN LAS VEGAS NV | $105.93 |
| | | ARRIVE: 09/01/08 | |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.03356%L | 12.25% | $0.00 |
| Cash | $0.00 | 0.04751%L | 17.34% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 0.00% | |

Are you interested in refinancing your current mortgage? Capital One can help. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

At Your Service Go www.capitalone.comto manage your account, or Call 1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A. □ P.O. Box 70884 □ Charlotte, NC 28272-0884

Send Inquiries to:
Capital One□ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

**Capital**One | what's in your wallet?®

0  4398642515153552 27          013993006000001 5002

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $139.93 | $15.00 | Oct. 22, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink

Address

Home Phone                 Alternate Phone

E-mail address          @

#002727871772786 3# MAIL ID NUMBER

Capital One Bank (USA), N.A.
P.O. Box 70884
Charlotte, NC 28272-0884

TDTTTDPDDFDFDTAFTTTADTTDDFTAFFTDDAFTAADTDTTTDFATTAFTFDFFFDTTTFA

DAFDFAAAAAATDTFFFDATDAFFAFAFADFDAADDDADDFAAATDPTFTDDFAFTDDAFDTAF

Please write your account number on your payment made payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



# important notification
## of a change in terms to your account

Please see the important notice included with this statement.
It details changes to the:

- **Minimum monthly payment calculation**
  This change will take effect starting with your December billing period.
  You cannot decline this change.

500251
41080





| Previous Balance | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| $139.93 | − $139.93 | + | $0.00 | + | $146.56 | = | $146.56 | $15.00 | Nov. 21, 2008 |

Sep. 28, 2008 — Oct. 27, 2008     Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

Visa Platinum Account

**Your Account Information**
TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

Payments, Credits & Adjustments

Transactions

13 OCT USAIRWAYS 0372325066486 PHOENIX AZ     $36.56
TK# 0372325066486 PSGR: PAVULAK/PAULE
ORIG: JFK, DEST: SIN
CARRIER: SQ SVC: X
ORIG: SIN, DEST: MNL
S/O: O CARRIER: SQ SVC: X
ORIG: MNL, DEST: SIN
S/O: O CARRIER: SQ SVC: XO
ORIG: SIN, DEST: CDG
S/O: O CARRIER: SQ SVC: XO

3  13 OCT USAIRWAYS 0372325066540 PHOENIX AZ     $40.00
TK# 0372325066540 PSGR: PAVULAK/PAULE
ORIG: FTF, DEST: FEE
CARRIER: US SVC: Y

13 OCT USAIRWAYS 0372325066614 PHOENIX AZ     $50.00
TK# 0372325066614 PSGR: PAVULAK/PAULE
ORIG: FFP, DEST: FEE
CARRIER: US SVC: Y

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic nte | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.03540% | 12.92% | $0.00 |
| Cash | $0.00 | 0.04924% | 18.01% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 0.00% | |

At Your Service Go www.capitalone.com to manage your account, or Call1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com mail your payment to:
Capital One Bank (USA), N.A. ◻ P.O. Box 71083 ◻ Charlotte, NC 28272-1083

Send Inquiries to:
Capital One ◻ P.O. Box 30285 ◻ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

Are you interested in refinancing your current mortgage? Capital One can help. We offer great rates, no hidden fees, and you will receive the one-on-one attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



1  43886425151535 52 27          01465601399300015003

### Lend a hand. Save the land.

**Manage your account online today—
it's fast, easy and secure.**

◉ Pay online anytime—no more checks, stamps or clutter.
◉ Moving? Change your address online or on the back.
◉ Help save the planet—Go paperless.
◉ Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Nov. 21, 2008 | $146.56 | $15.00 | . |

PLEASE PAY AT LEAST
THIS AMOUNT

#000027R71727286B#

TATDTFDFDFAAATADTFAAFADFTADDFDAADFFFAAFTTTTFFATTADFTFATTAAADAFADT
AFFTAATTFTTTADAFFTTFDATDAFDFDAATTATATFTDAFTATTDFDDADTDDADTFDTFFDD

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



500260

## Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

> **Ready to transfer? See reverse to learn how.**
> **Call 1-800-955-7070.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $146.56 | $146.56 | $0.00 | $451.81 | $451.81 | $15.00 | Dec. 23, 2008 |

Oct. 28, 2008 — Nov. 28, 2008    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**

Payments, Credits & Adjustments

**Your Account Information**

TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

Transactions

11 NOV HOSTELBOOKERS.COM HIGH HOLBURN    $14.92
CURRENCY08PEXCHANGE RATE628686533%

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.035404%L | 12.93% | $0.00 |
| Cash | $0.00 | 0.0493494L | 18.01% | $0.00 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 0.00% | |

At Your Service Go to www.capitalone.to manage your account, or Call-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com mail your payment to: Capital One Bank (USA), N.A. □ P.O. Box 71083 □ Charlotte, NC 28272-1083

Send Inquiries to: Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



**CapitalOne**

1 4388642513153552 27        045181014656015007

## Lend a hand. Save the land.

**Manage your account online today— it's fast, easy and secure.**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Dec. 23, 2008 | $451.81 | $15.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—Go paperless.
- Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

ADATDDATDFDDTTTFATTFDDDAFFDTTFDDFTAAFADAFTFTTFDATDAFDTFDDDFDDTTFFA
DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFFDFFDFTFDDF

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

500258



# Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

> **Ready to transfer? See reverse to learn how.**
> **Call 1-800-955-7070.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $451.81 | $464.81 | $0.00 | $1,116.95 | $1,103.95 | $16.00 | Jan. 21, 2009 |

Nov. 29, 2008 — Dec. 27, 2008    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Visa Platinum Account**

**Your Account Information**

TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Payments, Credits & Adjustments**

| | | | |
|---|---|---|---|
| 1 | 06 | | |
| 2 | 20 DEC | | |

**Transactions**

| 3 | 29 NOV | | |
| 4 | 30 NOV | | |
| 5 | 01 DEC | FAIRVIEW INN WILMINGTON DE | $245.00 |
|   |        | ARRIVE: 09/04/08 | |
| 6 | 05 DEC | | |
| 7 | 06 DEC | | |
| 8 | 06 DEC | | |
| 9 | 08 DEC | AVIS RENT-A-CAR 1 NEW CASTLE DE | $71.72 |
|   |        | RETURN: 12/08/08 | |
| 10 | 08 DEC | EXXONMOBIL  14341903 BROOKLYN NY | $15.50 |
| 11 | 12 DEC | COCO KEY ETICKET MT LAURL 856-2347300 NJ | $100.00 |
| 12 | 14 DEC | GARDEN PLAZA HOTEL-MLA MANILA | $166.14 |
|    |        | CURRENCYHPEXCHANGE RATE:83.91717783% | |
| 13 | 14 DEC | NS ROYAL PENSIONE CEBU CITY | $31.36 |
|    |        | CURRENCYHPEXCHANGE RATE:83.1632653% | |
| 14 | 15 DEC | DIRECTWITHHOTELS STREET | $26.40 |
| 15 | 15 DEC | NS ROYAL PENSIONE CEBU CITY | $81.97 |
|    |        | CURRENCYHPEXCHANGE RATE:578382335% | |
| 16 | 16 DEC | DIRECTWITHHOTELS STREET | $17.60 |
| 17 | 17 DEC | NS ROYAL PENSIONE CEBU CITY | $16.82 |
|    |        | CURRENCYHPEXCHANGE RATE:85493.4602% | |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.035409L | 12.92% | $0.00 |
| Cash | $0.00 | 0.0493492L | 18.01% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:    0.00%

At Your Service Go to www.capitalone.com to manage your account, or Call 1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com or mail your payment to: Capital One Bank (USA), N.A. □ P.O. Box 71083 □ Charlotte, NC 28272-1083

Send Inquiries to: Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/cinsrect

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



1  4388642515155552 27      11039504518100160008

**CapitalOne**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Jan. 21, 2009 | $1,103.95 | $16.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

## Lend a hand. Save the land.
**Manage your account online today— it's fast, easy and secure.**

- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—Go paperless.
- Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

#00363747172778608

TDDDAAFFDATATITFATAFTDTFDTFADFAADFADDAFTDDAFFTTAFADDADDFAFAAFATTDF
DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



500258

# Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

**Ready to transfer? See reverse to learn how.**
**Call 1-800-955-7070.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $1,103.95 | $25.00 | $108.50 | $1,959.28 | $3,146.73 | $64.00 | Feb. 21, 2009 |

Dec. 28, 2008  — Jan. 27, 2009      Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

**Your Account Information**

Afinn Platinum

TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Finance Charges (Please see reverse for important information)**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1,194.12 | 0.029895%L | 10.91% | $11.06 |
| Cash | $1,283.03 | 0.043849%L | 16.00% | $17.44 |

ANNUAL PERCENTAGE RATE applied this period:   44.97%

At Your Service Go www.capitalone.com to manage your account, or Call 1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com mail your payment to: Capital One Bank (USA), N.A. ☐ P.O. Box 71083 ☐ Charlotte, NC 28272-1083

Send Inquiries to: Capital One ☐ P.O. Box 30285 ☐ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

**Payments, Credits & Adjustments**
1      20...

**Transactions**

| | Date | Description | Amount |
|---|---|---|---|
| 2 | 28 DEC | 00000020180000000000000 CEBU MGO1 CURRENCYⅧEXCHANGE RATE:60319789%% | $210.07 |
| 3 | 29 DEC | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 4 | 31 DEC | 00000020180000000000000 CEBU MANGO3 CURRENCYⅧEXCHANGE RATE:60319789%% | $210.07 |
| 5 | 31 DEC | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 6 | 03 JAN | 00000020180000000000000 BAC MAIN CURRENCYⅧEXCHANGE RATE:60319789%% | $210.07 |
| 7 | 03 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 8 | 04 JAN | 00000020180000000000000 CEBU MGO1 CURRENCYⅧEXCHANGE RATE:60319789%% | $210.07 |
| 9 | 04 JAN | SUGARLAND HOTEL BACOLOD CITY CURRENCYⅧEXCHANGE RATE:61420765% | $45.75 |
| 10 | 05 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 11 | 06 JAN | 00000020180000000000000 CEBU MGO1 CURRENCYⅧEXCHANGE RATE:44733346%% | $210.76 |
| 12 | 08 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 13 | 08 JAN | DIRECTWITHHOTELS STREET | $14.40 |
| 14 | 09 JAN | 00000020180000000000000 CEBU MANGO2 CURRENCYⅧEXCHANGE RATE:61787329% | $214.51 |
| 15 | 09 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 16 | 10 JAN | 00000020180000000000000 CEBU MANGO3 CURRENCYⅧEXCHANGE RATE:92632566% | $213.10 |
| 17 | 10 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 18 | 12 JAN | 00000020180000000000000 BEL AIR 1 CURRENCYⅧEXCHANGE RATE:92632566% | $170.48 |
| 19 | 12 JAN | CASH FRONT END FIINANCE CHARGE | $10.00 |
| 20 | 23 JAN | HOLLYWOOD MOTEL NEW CASTLE DE ARRIVE: 01/16/09 | $250.00 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1  4388642515153552 27             3146730025000064005

**CapitalOne**

# Lend a hand. Save the land.

**Manage your account online today—
it's fast, easy and secure.**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Feb. 21, 2009 | $3,146.73 | $64.00 | |

PLEASE PAY AT LEAST
THIS AMOUNT

☐ Pay online anytime—no more checks, stamps or clutter.

☐ Moving? Change your address online or on the back.

☐ Help save the planet—Go paperless.

☐ Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

#900028782172278600#

DTAFAFTTFTAATDAFFFFATTAATTTFDDAFAAATDTDAATFAAATAFDADFTFDTTFTTTADTF
DDFFFFATDAATTDDADFTADTFDFPAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



500258

# Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

**Ready to transfer? See reverse to learn how.**
**Call 1-800-955-7070.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,146.73 | − $100.00 | + $36.54 | + $0.00 | $3,083.27 | $72.00 | Mar. 24, 2009 |

Jan. 28, 2009 — Feb. 27, 2009      Page 1 of 1      PLEASE PAY AT LEAST THIS AMOUNT

Visa Platinum Account

**Your Account Information**
TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

Payments, Credits & Adjustments
1   2) FE

**Finance Charges** (Please see reverse for important information)

| | Balance applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1,425.34 | 0.02989%L | 10.91% | $13.21 |
| Cash | $1,716.56 | 0.04384%L | 16.00% | $23.33 |

ANNUAL PERCENTAGE RATE applied this period:   13.96%

At Your Service Go to www.capitalone.com to manage your account, or Call-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com and mail your payment to: Capital One Bank (USA), N.A. □ P.O. Box 71083 □ Charlotte, NC 28272-1083

Send Inquiries to: Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1  4388642515153552 27          3082270100000072005

## Capital One

Acco

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Mar. 24, 2009 | $3,083.27 | $72.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

**Lend a hand. Save the land.**
**Manage your account online today—**
**it's fast, easy and secure.**

- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—Go paperless.
- Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

#900159787137227864#

FTDAFTDTTAAFFTFDTDFTDTFADFTFAAATFTTDTDFADAFADTDFFFFAAAFAFADDATADDDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.



500258

## Spread too thin?

Paying bills takes a lot of time: writing checks, addressing envelopes, mailing letters. Get some time back each month with Capital One® balance transfers. Consolidate your bills and higher-interest payments, maybe even save some money, and then spend your time relaxing, shopping or watching the game—instead of writing a lot of checks.

**Ready to transfer? See reverse to learn how.**
**Call 1-800-955-7070.**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,083.27 | $100.00 | $32.34 | $0.00 | $3,015.61 | $67.00 | Apr. 21, 2009 |

Feb. 28, 2009  — Mar. 27, 2009    Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

Visa Platinum Account

Payments, Credits & Adjustments

**Your Account Information**

TOTAL CREDIT LINE
TOTAL AVAILABLE CREDIT
CREDIT LINE FOR CASH
AVAILABLE CREDIT FOR CASH

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1,402.82 | 0.0298996L | 10.91% | $11.74 |
| Cash | $1,678.22 | 0.0438496L | 16.00% | $20.60 |

ANNUAL PERCENTAGE RATE applied this period:   12.60%

At Your Service-Go to www.capitalone.com to manage your account, or Call 1-800-903-3637 to report a lost or stolen card or speak to Customer Relations

Pay Online at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A. □ P.O. Box 71083 □ Charlotte, NC 28272-1083

Send inquiries to:
Capital One □ P.O. Box 30285 □ Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



I 4388642515153552 27                3015610100000067002

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Apr. 21, 2009 | $3,015.61 | $67.00 | |

PLEASE PAY AT LEAST THIS AMOUNT

### Lend a hand. Save the land.
**Manage your account online today— it's fast, easy and secure.**
- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—Go paperless.
- Sign up at www.capitalone.com.

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

#90007787172278654

ATADTATAFDATTTTAADAFDATTAADDTFAADTAFFDFFATDAADTATFFFFATATDAD FAFDA
DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

# EXHIBIT 115A

# BULK

# Exhibit # 118



# Exhibit # 119

