# Exhibit # 130


GOVERNMENT
EXHIBIT
130 B

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name: **pavy224**

GUID: **WXRUN37AH77GGORNPUTGPPCXXE**

Properties Used: **Mail**

Yahoo Mail Name: **pavy224@yahoo.com**

(Alternate) Email Address:

Registration IP address: **68.236.18.157**

Account Created (reg): **Tue Aug 19 00:25:12 2008 GMT**

Other Identities: **pavy224 (Yahoo! Mail)**

Full Name **Mr Paul Pavy**

Address1:

Address2:

City:

State, territory or province:

Country: **United States**

Zip/Postal Code: **19804**

Phone:

Time Zone:

Birthday: **February 24, 1954**

Gender: **Male**

Occupation:

Business Name:

Business Address:

Business City:

Business State:

Business Country: **us**

Business Zip:

Business Phone:

Business Email:

| | |
|---|---|
| Additional IP Addresses: | Tue Aug 19 00:25:12 2008 GMT  68.236.18.157[md5 – password-set-registration] |
| Account Status: | Active |

| guid | WXRUN37AH77GGORNPUTGPPCXXE |
|---|---|

| profile | |
|---|---|

| uri | http://social.yahooapis.com/v1/user/WXRUN37AH77GGORNPUTGPPCXXE/profile |
|---|---|
| guid | WXRUN37AH77GGORNPUTGPPCXXE |

| created | 2009-05-14T20:55:26Z |
|---|---|
| familyName | Pavy |
| gender | UNSPECIFIED |
| givenName | Paul |
| image | |

| height | 192 |
|---|---|
| imageUrl | http://l.yimg.com/us.yimg.com/i/identity/nopic_192.gif |
| size | 192x192 |
| width | 192 |

| intl | us |
|---|---|
| jurisdiction | us |
| lang | en-US |
| memberSince | 2008-08-19T00:25:12Z |
| nickname | Paul |
| profileStatus | ACTIVE |
| profileUrl | http://profiles.yahoo.com/u/WXRUN37AH77GGORNPUTGPPCXXE |

| connections | |
|---|---|

| connection | NO_VALUE |
|---|---|

| sent_invites | |
|---|---|

| invite | NO_VALUE |
|---|---|

| received_invites | |
|---|---|

| invite | NO_VALUE |
|---|---|

| handles | |
|---|---|

| 0 | |
|---|---|
| value | pavy224 |
| visibility | private |
| type | yid |

| yids | |
|---|---|

| 0 | |
|---|---|
| value | pavy224 |
| visibility | private |
| type | yid |

| blogs | NO_VALUE |
|---|---|
| guestbook | NO_VALUE |

| images_found | |
|---|---|

| link | http://Lying.com/us.ying.com/videniky/nopic_192.gif |
| --- | --- |
| ip | _NO_VALUE_ |
| added_date | _NO_VALUE_ |

00001908



| guid | WXRUN37AH77GGORNPUTGPPCXXE |
|---|---|

**profile**

| uri | http://social.yahooapis.com/v1/user/WXRUN37AH77GGORNPUTGPPCXXE/profile |
|---|---|
| guid | WXRUN37AH77GGORNPUTGPPCXXE |
| created | 2009-01-02T22:27:52Z |
| familyName | Pavy |
| gender | UNSPECIFIED |
| givenName | Paul |

**image**

| height | 192 |
|---|---|
| imageUrl | http://l.yimg.com/us.yimg.com/i/identity/nopic_192.gif |
| size | 192x192 |
| width | 192 |

| intl | us |
|---|---|
| jurisdiction | us |
| lang | en-US |
| nickname | PaulP |
| profileStatus | ACTIVE |
| profileUrl | http://profiles.yahoo.com/u/WXRUN37AH77GGORNPUTGPPCXXE |

**connections**

| connection | NO_VALUE |
|---|---|

**sent_invites**

| invite | NO_VALUE |
|---|---|

**received_invites**

| invite | NO_VALUE |
|---|---|

**handles**

0

| value | pavy224 |
|---|---|
| visibility | private |
| type | yid |

**emails**

0

| value | pavy224 |
|---|---|
| visibility | private |
| type | yid |

**yids**

0

| value | pavy224 |
|---|---|
| visibility | private |
| type | yid |

| blogs | NO_VALUE |
| guestbook | _NO_VALUE_ |

| images_found | |
|---|---|
| link | http://t.ying.com/in.ying.com/ifidentity/topic_192.gif |
| ip | _NO_VALUE_ |
| added_date | _NO_VALUE_ |

00001910

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | pavy224 |
| GUID: | WXRUN37AH77GGORNPUTGPPCXXE |

Messenger Friends List

a_tolentino1982, abby_luv4u, aguinnevere, aiza_simple23, alixis_mondejar, angel_hina05, angel_stingkers, angelteenz, anjelyn_villaflor, anne_772001, april_deguzman69, aprilgrace.cortez, bernadeth49, caxiopheia_03, charise_amelin, charnyn_lover, cheche_789, claire_doroon, curly_hezel2006, cutetetam_08, dlmay9, donah20081980, durandoray, emilyjaena, exotic_shel07, geck_me, gen_12589, ghea_blairbitch, gilveymutya, grace_onia@ymail.com, grethel_montanez, gwen_miral37, hina_barda2000, hottie_jacel18, imlovely_sexy, ishie_mine13, jacel_corral0411, jaisu_joy, jeanlyapas, jeany_estal, jenny0457, jerlyn_cute18, jham.cruz, jinky_escobar2008, julieann_cordova, kaira134, khaycee_bon21; knij_143, lady2luv20, lanejanesunlove, leah_gwaps2001, leeranmily, lips920, lucycharm21, majenepher, mabarcelon, mae_anne2008, maerose_roda, maggie_bonsubre, majic_adventurine, marianremigio, marielmilshake, mary08312000, maryjane_talopa, maryjoy_cortina, mas_cute_aq_sau, may2_031988, may_hayag, mayumi_gayle18, mheaanon, mbiles_poo,
miaangelasalvacion, michelle_lovesyousomuch, modela_iyo, monikay22; mrv_tds, mwwwwahhhh, mygian_09, natsha_nicole008, niaga18j, nikkijill_f, ninagumera18, per176, pinaysearch4luv, pragele, pretty_24k08, pretty_precious85, prettylollycius, rean_suzon2002, reyes_wella, rialyn.timon, ricafortwilliammae, rona_tala, ronalyn_epe, rosana_burlaza, roselyn_canete, rowena_montero, roxanapolinario, ruffalyne_lagria, sab_rina2008sdiego, seekingforlove32, shahara_babes, sherylmae.crausus, shieldy_amor, stephany_italia, stephany_shakira2000, sweet_cherryl1989, sweet_kathy10, sweet_lovely312002, sweet_romantica03, sweet_rutchelle, sweetmay_122005, t.noren, fabiosjenna, thectiman, tresha_aller, trezytolentino, trixiebabe_llanera, vhianzcute, viar_cruz, victoria252005, wildrose5589, yeng208,

Messenger Reverse Friends List

charris_abarcas18, silver2ne_lady11, estela_ocale, loveme871, patricia_cute@rocketmail.com, mitch204, pagnej, chenchua, sunshine_dominguez2000, rab_navs8787, joann_belleza2002, marj_tolibas, sweet_romantica03, eunahabiraatillo, jepthe_makay, shermaine_gutierrez, aprilgrace.cortez, marcelaforyou, nice_me311, sweetyrose2007, loveyoutoxic, mic_angel03, mrv_tds, sw8t_sexy, geck_me, trixiebabe_llanera, rean_suzon2002, crixah08, anne_772001, kathynbancale, imae_sexyflores, miles_cuteshy11, mia_bruno, joanntorres@ymail.com, red09real_myx, kaira134, jahwao, gerri_lovely08, natsha_nicole008, prettygirl231087, yuki_palmiano, lacanlaleleslie, love_girl6160, mygian_09, anne_castro1986, sweetrainbow_2007, alona19981999, pharlaze_barafon, kulet_naej, lovely_meh@ymail.com, stephany_shakira2000, lyka0816, leah_gwaps2001, knij_143, presteen69, aveshh18, sab_rina2008sdiego, katherine_tampus, san2684, ninagumera18, lavenia_lopez, agnes_canoy2002, arlyn_808, pragele, ghea_blairbitch, chesca_milan, tresha_aller, marian_divino, michelle_lovesyousomuch, sexy_iyvz7,

marianremigio, durandoray, abby_luv4u, hina_barda2000, kimberly_santos88,
celina_cabrira2000, topena_1225, tisay19752000, juliann_cordova, wildrose5589,
roxy_cruz2002, reyes_wella, mheaanon, carnation4567, jocel_sy, angelteenz,
krysschavez@rocketmail.com, lalasweet520, sweet_kathy10,
smiles_and_kisses_4you, sexy_cuteme2000, bea_goyu, cheris_an, maggie_bonsubre,

maricrissinadjan, aiza_simple23, fantastictwi_200, jnith26, lovely_mildred2k8,
pinaysearch4luv, alixis_mondejar, shahara_babes, grace_aller1982, rienzt_22,
maryjane4u_09, nroshoeyno, leejanna@ymail.com, donah20081980, jhunili_611,
gene_antigue2000, maerose_roda, mar_bun18, shagz09, gen_12589, rihanna_fuentie,

janese_amihan, redrose_dandy, jeany_estal, aileenlegaspi@ymail.com,
rosana_burlaza, frozenhearts_me, lezelmartino, majiie_adventurine,
victoria252005, simply_andrea81, tatzkyeusebio, rechiel_rago,
flowerteen_angel_08, jaisu_joy, t0pak_22, a_tolentino1982,
katya_villaranda2002, shieldy_amor, weng_d_best, epaoks, gang_gang5,
roxy_hotty21, marielmilshake, leerannily, gladdyrama, rona_tala,
rhea_mercader2002, perl76, sirap_epa, buenalabian, nicegirl_pia,
girl_pretty227, evazunega, a.arcelie, mary08312000, bcvz_cute143,
kissa_aligsao, kirsten18_ulod, jeanlyapas, iamwet_nicole, valdez_nicole_valdez,
modcla_iyo, jerlyn_cute18, vhianzcute, cutetetam_08, lyn_escan,
sweetandrea2002,.joren.tayona, doraine_g, viar_cruz, may2_031988, rosefep,
khaycee_bon21, hanelyn_martin, mayztall, gorgeous_girl848, younggirl_shien,
shielamae.garcia, prettylollycius, exotic_shel07, precious_kyla17,
charise_amelin, macylee16, lizateric, sweetmay_122005, gwen_miral37,
tabiosjenna, be_the_one_not_anyone, maricelgerasta, uba_jelle,
cherylann_vargas, trezyfolentino, mae_anne2008, beauty_perez2000,
silver_chai89, annphoebe_fernandez, bhabiekoh2000, stephany_italia, sweet_an20,
scannamors, steffanie_pagpaguitan, ricafortwilliammae, erica_asis71,
pretty_24k08, claire_doroon,'mas_cute_aq_sau, simply.ann85, gladz_iii,
grethel_montanez, prettylittle_angel07, lovely_sweet92000, maryjoy_cortina,
sweet_rutchelle, rutchell_ordonez, secret_society17, krizzytyne,
ana_delacrus292001, niezhel_torres2000, lovelymyra83, cresildavillanueva,
sweetpiecesofme, jham.cruz, glezylcaspillo, annamagas@ymail.com, malditaz_2305,

ma.jenepher, kate_villanueva95, jacqueline_jalon2008, land_orjen06,
sarah_delacruz69, roxanapolinario, jenny0457, louiebermido, brizamays,
r_mae2005, shane_yu75, shadan_mel7, riza_m19, justinemauisalvador,
nicole_garcia20002001, anjelyn_villaflor, niezhel_torres22, maryann_2686,
aissie_02_pretty, kris_lopez2306, cknk_taurus86, jenny_anget, famouse_woman,
talaga37, maryjane_talopa, iya_angela2000, nirri_lim, chindy01010,
sexyglyzza02, cutejonel2004, danica_pizaro22, chekai_ygat, sweet_lovely312002,
aiza_nala, ronalyn_epe, jacel_corral0411, gesh_gwaps, lorry_123456,
april_deguzman69, mchaihan, grace_casaljay, florenzr, robelyn_claver,
jinky_escobar2008, seekingforlove32, lucycharm21, simply_anna25, jaralamigo_85,
rosclyn_canete, bmajela, mayumi_gayle18, cristine199, scarletvale, thectiman,
caxiopheia_03, curly_hezel2006, jihanjhen_20, hottie_jacel18, mlgu_kuh21,
monikay22, pretty_precious85, ann_fransisco, emilyjaena, cristineconsunji,
florenz_cute, diamond_luvs, jessa_paka2008, ecyoj_cutie17, generose18,
raluca_ionita2, sweetkyleen,

Messenger
Ignore
List

rienzt_22, malditaz_2305, famouse_woman, jhunili_611, rhearne_alquiza2000,

bea_goyu, jenny_corpus96, fantastictwi_200, roxy_hotty21, lovelymyra83,
jessa_paka2008, iamwet_nicole,

00001913

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | pavy224 |
| GUID: | WXRUN37AH77GGORNPUTGPPCXXE |
| Messenger Friends List | a_tolentino1982, abby_luv4u, aguinnevere, aiza_simple23, alixis_mondejar, angel_hina05, angel_stingkers, angelteenz, anjelyn_villaflor, anne_772001, april_deguzman69, aprilgrace.cortez, bernadeth49, caxiopheia_03, charise_amelin, charnya_lover, cheche_789, claire_doroon, curly_hezel2006, cutetetam_08, dlmay9, donah20081980, durandoray, emilyjaena, exotic_shel07, geck_me, gen_12589, ghea_blairbitch, gilveymutya, grace_onia@ymail.com, grethel_montanez, gwen_miral37, hina_barda2000, hottie_jacel18, imlovely_sexy, ishie_mine13, jacel_corral0411, jaisu_joy, jeanlyapas, jeany_estal, jenny0457, jerlyn_cute18, jham.cruz, jinky_escobar2008, kaira134, khaycee_bon21, knij_143, lady2luv20, lanejanesunlove, leah_gwaps2001, leerannily, lips920, lucycharm21, ma.jenepher, mabarcelon, mae_anne2008, macrose_roda, maggie_bonsubre, majie_adventurine, marianremigio, marielmilshake, mary08312000, maryjane_talopa, maryjoy_cortina, mas_cute_aq_sau, may2_031988, may_hayag, mayumi_gayle18, mheaanon, mhilcs_poo, miaangelasalvacion, michelle_lovesyousomuch, modela_iyo, monikay22, mrv_tds, mwwwwahhhh, mygian_09, natsha_nicole008, niaga18j, nikkijill_f, ninagumera18, per176, pinaysearch4luv, pragele, pretty_24k08, pretty_precious85, prettylollycius, rean_suzon2002, reyes_wella, rialyn.timon, ricafortwilliammae, rona_tala, ronalyn_epe, rosana_burlaza, roselyn_canete, rowena_montero, roxanapolinario, ruffalyne_lagria, sab_rina2008sdiego, seekingforlove32, shahara_babes, sherylmae.crausus, shieldy_amor, stephany_shakira2000, sweet_cherry11989, sweet_kathy10, sweet_lovely312002, sweet_romantica03, sweetmay_122005, t.noren, tabiosjenna, thectiman, tresha_aller, trezytolentino, trixiebabe_llanera, vhianzcute, viar_cruz, victoria252005, wildrose5589, yeng208, |
| Messenger Reverse Friends List | charris_abarcas18, silver2ne_lady11, estela_ocale, loveme871, patricia_cute@rocketmail.com, chiamz_19, mitch204, pagnej, chenchua,· sunshine_dominguez2000, marvin.aloba, rab_navs8787, joann_belleza2002, marj_tolibas, sweet_romantica03, eunahabiraatillo, jepthe_makay, shermaine_gutierrez, aprilgrace.cortez, marcelaforyou, nice_me311, sweetyrose2007, loveyoutoxic, mic_angel03, mrv_tds, sw8t_sexy, geck_me, trixiebabe_llanera, rean_suzon2002, crixah08, anne_772001, kathynbancale, imae_sexyflores, miles_cuteshy11, mia_bruno, joanntorres@ymail.com, red09real_myx, myra_fashionista08, kaira134, jahwao, gerri_lovely08, natsha_nicole008, prettygirl231087, yuki_palmiano, lacanlaleleslie, love_girl6160, mygian_09, anne_castro1986, sweetrainbow_2007, alona19981999, pharlaze_barafon, lyndiewow, kulet_naej, lovely_meh@ymail.com, stephany_shakira2000, lyka0816, leah_gwaps2001, knij_143, presteen69, aveshh18, sab_rina2008sdiego, katherine_tampus, san2684, ninagumera18, agnes_canoy2002, lavenia_lopez, nyleb_ash, arlyn_808, dlmay9, pragele, ghea_blairbitch, chesca_milan, tresha_aller, marian_divino, michelle_lovesyousomuch, sexy_iyvz7, |

marianremigio, durandoray, abby_luv4u, hina_barda2000, kimberly_santos88,
celina_cabrira2000, topena_1225, tisay19752000, babes_charm_07, wildrose5589,
roxy_cruz2002, reyes_wella, mheaanon, carnation4567, jocel_sy, angelteenz,
krysschavez@rocketmail.com, lalasweet520, sweet_kathy10,
smiles_and_kisses_4you, sexy_cuteme2000, bea_goyu, cheris_an, maggic_bonsubre,

maricrissinadjan, aiza_simple23, fantastictwi_200, jnith26, lovely_mildred2k8,
pinaysearch4luv, lips920, alixis_mondejar, shahara_babes, grace_aller1982,
rienzt_22, maryjane4u_09, nroshoeyno, leejanna@ymail.com, donah20081980,
aguinnevere, jhunili_611, gene_antigue2000, maerose_roda, mar_bun18,
scarlet_boromio, shagz09, gen_12589, rihanna_fuentie, janese_amihan,
redrose_dandy, angel_stingkers, jeany_estal, aileenlegaspi@ymail.com,
rosana_burlaza, majie_adventurine, lezelmartino, frozenhearts_me,
victoria252005, tatzkyeusebio, simply_andrea81, rechel_rago,
rheame_alquiza2000, flowerteen_angel_08, jaisu_joy, t0pak_22, a_tolentino1982,
katya_villaranda2002, shieldy_amor, weng_d_best, epaoks, gang_gang5,
roxy_hotty21, marielmilshake, gerliequibido, leerannily, gladdyrama, rona_tala,
rhea_mercader2002, per176, sirap_epa, buenalabian, nicegirl_pia,
girl_pretty227, evazunega, a.arcelie, mary08312000, bevz_cute143,
kissa_aligsao, kirsten18_ulod, jeanlyapas, iamwet_nicole, valdez_nicole_valdez,
modela_iyo, jerlyn_cute18, lady2luv20, vhianzoute, cutetetarn_08, lyn_cscan,
rialyn.timon, sweetandrea2002, joren.tayona, doraine_g, viar_cruz, may2_031988,
rosefep, jamie_falcasantos, khaycee_bon21, hanelyn_martin, mayztall,
gorgeous_girl848, younggirl_shien, shielamae.garcia, prettyiollycius,
exotic_shel07, julian_torre2000, charise_amelin, macylee16, lizateric,
sweetmay_122005, sexy_cute_trisha, gwen_miral37, tabiosjenna,
he_the_one_not_anyone, maricelgerasta, jenny_corpus96, uba_jelle,
cherylann_vargas, trezytolentino, mae_anne2008, imlovely_sexy,
beauty_perez2000, silver_chai89, may_hayag, cherry_tambien,
annphoebe_fernandez, bhabiekoh2000, sweet_an20, blueberru_athena, seannamors,
lizamay_gozalo, steffanie_pagpaguitan, ricafortwilliammae, pretty_24k08,
claire_doroon, mas_cute_aq_sau, simply.ann85, gladz_iii, grethel_montanez,
prettylittle_angel07, lovely_sweet92000, maryjoy_cortina, sweet_rutchelle,
rutchell_ordonez, secret_society17, krizzytyne, jenalyn19822007,
ana_delacrus292001, niezhel_torres2000, lovelymyra83, cresildavillanueva,
clagun, sweetpiecesofme, jham.cruz, glezylcaspillo, annamagas@ymail.com,
malditaz_2305, ma.jenepher, kate_villanueva95, jacqueline_jalon2008,
land_orjen06, sarah_delacruz69, roxanapolinario, jenny0457, yeng208,
louiebermido, brizamays, r_mae2005, shane_yu75, shadan_mel7,
justinemauisalvador, riza_m19, nicole_garcia20002001, anjelyn_villaflor,
niezhel_torres22, maryann_2686, aissie_02_pretty, kris_lopez2306,
cknk_taurus86, jenny_anget, famouse_woman, talaga37, dawnpalma,
maryjane_talopa, iya_angela2000, chindy01010, nirri_lim, sexyglyzza02,
cutejonel2004, danica_pizaro22, chekai_ygat, sweet_lovely312002, aiza_nala,
rutchellelagata, ronalyn_epe, jacel_corral0411, gesh_gwaps, lorry_123456,
april_deguzman69, mchaihan, grace_casaljay, florenzr, robelyn_claver,
jinky_escobar2008, seekingforlove32, lucycharm21, simply_anna25, jaralamigo_85,
roselyn_canete, bmajela, mayumi_gayle18, cristine199, naughty_jillian,
scarletvale, rowena_montero, thectiman, caxiopheia_03, curly_hezel2006,
jihanjhen_20, hottie_jacel18, mlgu_kuh21, monikay22, pretty_precious85,

ann_fransisco, char_842, emilyjaena, cristineconsunji, florenz_cute,
diamond_luvs, jessa_paka2008, sherylmae.crausus, ecyoj_cutie17, generose18,
raluca_ionita2, mwwwwahhhh, sweetkyleen,

| Messenger Ignore List | rienzt_22, malditaz_2305, jhunili_611, rheame_alquiza2000, bea_goyu, jenny_corpus96, fantastictwi_200, roxy_hotty21, lovelymyra83, jessa_paka2008, |

# YAHOO! ACCOUNT MANAGEMENT TOOL

Login Name: **pavy224**

GUID: **WXRUN37AH77GGORNPUTGPPCXXE**

Messenger Friends List

a_tolentino1982, abby_luv4u, aguinnevere, aiza_simple23, alixis_mondejar, angel_hina05, angel_stingkers, angelteenz, anjelyn_villaflor, anne_772001, april_deguzman69, aprilgrace.cortez, bernadeth49, caxiopheia_03, charise_amelin, charnyn_lover, cheche_789, claire_doroon, curly_hezel2006, cutetetam_08, dlmay9, donah20081980, durandoray, emilyjaena, exotic_shel07, geck_me, gen_12589, ghea_blairbitch, gilveymutya, grace_onia@ymail.com, grethel_montanez, gwen_miral37, hina_barda2000, hottie_jacel18, imlovely_sexy, ishie_mine13, jacel_corral0411, jaisu_joy, jeanlyapas, jeany_estal, jenny0457, jerlyn_cute18, jham.cruz, jinky_escobar2008, juliann_cordova, kaira134, khaycee_bon21, knij_143, lady2luv20, lanejanesunlove, leah_gwaps2001, leerannily, lips920, lucycharm21, ma.jenepher, mabarcelon, mae_anne2008, maerose_roda, maggie_bonsubre, majie_adventurine, marianremigio, marielmilshake, mary08312000, maryjane_talopa, maryjoy_cortina, mas_cute_aq_sau, may2_031988, may_hayag, mayumi_gayle18, mheaanon, mhiles_poo, miaangelasalvacion, michelle_lovesyousomuch, modela_iyo, monikay22, mrv_tds, mwwwwahhhh, mygian_09, natsha_nicole008, niagal8j, nikkcijill_f, ninagumera18, per176, pinaysearch4luv, pragele, pretty_24k08, pretty_precious85, prettylollycius, rean_suzon2002, reyes_wella, rialyn.timon, ricafortwilliammae, rona_tala, ronalyn_epe, rosana_burlaza, roselyn_canete, rowena_montero, roxanapolinario, ruffalyne_lagria, sab_rina2008sdiego, seekingforlove32, shahara_babes, sherylmae.crausus, shieldy_amor, stephany_italia, stephany_shakira2000, sweet_cherryl1989, sweet_kathy10, sweet_lovely312002, sweet_romantica03, sweet_rutchelle, sweetmay_122005, t.noren, tabiosjenna, thectiman, tresha_aller, trezytolentino, trixiebabe_llanera, vhianzcute, viar_cruz, victoria252005, wildrose5589, yeng208,

Messenger Reverse Friends List

charris_abarcas18, silver2ne_lady11, estela_ocale, loveme871, patricia_cute@rocketmail.com, chiamz_19, mitch204, pagnej, chenchua, sunshine_dominguez2000, rab_navs8787, joann_belleza2002, marj_tolibas, sweet_romantica03, eunahabiraatillo, jepthe_makay, shermaine_gutierrez, aprilgrace.cortez, marcelaforyou, nice_me311, sweetyrose2007, loveyoutoxic, mic_angel03, mrv_tds, sw8t_sexy, geck_me, trixiebabe_llanera, rean_suzon2002, crixah08, anne_772001, kathynbancale, imae_sexyflores, miles_cuteshy11, mia_bruno, joanntorres@ymail.com, red09real_myx, myra_fashionista08, kaira134,

jahwao, gerri_lovely08, natsha_nicole008, prettygirl231087, yuki_palmiano, lacanlaleleslie, love_girl6160, mygian_09, anne_castro1986, sweetrainbow_2007, alona19981999, pharlaze_barafon, lyndiewow, kulet_naej, lovely_meh@ymail.com,

stephany_shakira2000, lyka0816, leah_gwaps2001, knij_143, presteen69, aveshh18,

00001917

sab_rina2008sdiego, katherine_tampus, san2684, ninagumera18, agnes_canoy2002,
lavenia_lopez, nyleb_ash, arlyn_808, dlmay9, pragele, ghea_blairbitch,
chesca_milan, tresha_aller, marian_divino, michelle_lovesyousomuch, sexy_iyvz7,
marianremigio, durandoray, abby_luv4u, hina_barda2000, kimberly_santos88,
celina_cabrira2000, topena_1225, tisay19752000, babes_charm_07,
julieann_cordova, wildrose5589, roxy_cruz2002, reycs_wella, mheaanon,
carnation4567, jocel_sy, angelteenz, krysschavez@rocketmail.com, lalasweet520,
sweet_kathy10, smiles_and_kisses_4you, sexy_cuteme2000, bea_goyu, cheris_an,
maggie_bonsubre, maricrissinadjan, aiza_simple23, fantastiotwi_200, jnith26,
lovely_mildred2k8, pinaysearch4luv, lips920, alixis_mondejar, shahara_babes,
grace_aller1982, rienzt_22, maryjane4u_09, nroshoeyno, leejanna@ymail.com,
donah20081980, aguinnevere, jhunili_611, gene_antigue2000, maerose_roda,
mar_bun18, scarlet_boromio, shagz09, gen_12589, rihanna_fuentie, janese_amihan,

redrose_dandy, jeany_estal, aileenlegaspi@ymail.com, rosana_burlaza,
majie_adventurine, lezelmartino, frozenhearts_me, victoria252005,
tatzkyeusebio, simply_andrea81, rechel_rago, rheame_alquiza2000,
flowerteen_angel_08, jaisu_joy, t0pak_22, a_tolentino1982,
katya_villaranda2002, shieldy_amor, weng_d_best, epaoks, gang_gang5,
roxy_hotty21, marielmilshake, gerliequibido, leerannily, gladdyrama, rona_tala,
rhea_merceadcr2002, per176, sirap_epa, buenalabian, nicegirl_pia,
girl_pretty227, evazunega, a.arcelie, mary08312000, bevz_cute143,
kissa_aligsao, kirsten18_ulod, jeanlyapas, iamwct_nicole, valdez_nicole_valdez,
modela_iyo, jerlyn_cute18, vhianzoute, cutetetam_08, lyn_escan, rialyn.timon,
sweetandrea2002, joren.tayona, doraine_g, viar_cruz, may2_031988, rosefep,
jamie_falcasantos, khaycee_bon21, hanelyn_martin, mayztall, gorgeous_girl848,
younggirl_shien, shielamae.garcia, prettylollycius, exotic_shel07,
precious_kyla17, julian_torre2000, charise_amelin, macylee16, lizateric,
sweetmay_122005, sexy_cute_trisha, gwen_miral37, tabiosjenna,
be_the_one_not_anyone, maricelgerasta, uba_jelle, cherylann_vargas,
trezytolentino, mae_anne2008, imlovely_sexy, beauty_perez2000, silver_chai89,
cherry_tambien, annphoebe_fernandez, bhabiekoh2000, stephany_italia,
sweet_an20, blueberru_athena, seannamors, steffanie_pagpaguitan,
ricafortwilliammae, erica_asis71, pretty_24k08, claire_dorroon, mas_cute_aq_sau,
simply.ann85, gladz_iii, grethel_montanez, prettylittle_angel07,
lovely_sweet92000, maryjoy_cortina, sweet_rutchelle, rutchell_ordonez,
secret_society17, krizzytyne, ana_delacrus292001, niezhel_torres2000,
lovolymyra83, cresildavillanueva, clagun, sweetpiecesofme, jham.cruz,
glezylcaspillo, annamagas@ymail.com, malditaz_2305, ma.jenepher,
kate_villanueva95, jacqueline_jalon2008, land_orjen06, sarah_delacruz69,
roxanapolinario, jenny0457, yeng208, louiebermido, brizamays, r_mae2005,
shane_yu75, shadan_me17, riza_m19, justinemauisalvador, nicole_garcia20002001,

anjelyn_villaflor, niezhel_torres22, maryann_2686, aissie_02_pretty,
kris_lopez2306, cknk_taurus86, jenny_anget, famouse_woman, talaga37,
maryjane_talopa, iya_angela2000, chindy01010, nirri_lim, sexyglyzza02,
cutejonel2004, danica_pizaro22, chekai_ygat, sweet_lovely312002, aiza_nala,
rutchellelagata, ronalyn_epe, jacel_corral0411, gesh_gwaps, lorry_123456,
april_deguzman69, mchaihan, grace_casaljay, florenzr, robelyn_claver,
jinky_escobar2008, seekingforlove32, lucycharm21, simply_anna25, jaralamigo_85,

00001918

roselyn_canete, bmajela, mayumi_gayle18, cristine199, naughty_jillian, scarletvale, rowena_montero, thectiman, caxiopheia_03, curly_hezel2006, jihanjhen_20, hottie_jacel18, mlgu_kuh21, monikay22, pretty_precious85, ann_fransisco, char_842, emilyjaena, cristineconsunji, florenz_cute, diamond_luvs, jessa_paka2008, sherylmae.crausus, ecyoj_cutie17, generose18, raluca_ionita2, mwwwwahhhh, sweetkyleen,

|  |  |
|---|---|
| Messenger Ignore List | rienzt_22, malditaz_2305, famouse_woman, jhunili_611, rheame_alquiza2000,<br><br>bea_goyu, jenny_corpus96, fantastictwi_200, roxy_hotty21, lovelymyra83, jessa_paka2008, iamwet_nicole, |

00001919

# Exhibit # 131



**Subject:** You got a message from Paul
**From:** Cherry Blossoms <do_not_reply@blossoms.com>
**Date:** Tue, 26 Aug 2008 12:00:37 -1000
**To:** Paul <shahara_babes@yahoo.com>

Dear zhohara,

You received an email from Paul, ID Code: C01105337.

YOU MUST <u>LOGIN</u> TO REPLY...

Please keep this record since we only store messages for 60 days and you may need to use these messages later.

<u>On 2008-08-26 12:00:36 Hawaii Time Paul  Wrote:</u>

I saw your profile and wanted to introduce my self. You can see a picture of me on my profile and read a little about me.

I would like to get to know more about you. Is your child a boy or gir? How old? I can not have children that is why I am looking a woman that has one. I would make a very good father. Please send me your e mail address and IM so we can communicate. I will be visiting Philippines December. Paul **CLICK HERE TO REPLY...**

# Exhibit # 132

**Subject:** You got a message from Paul
**From:** Cherry Blossoms <do_not_reply@blossoms.com>
**Date:** Fri, 19 Sep 2008 13:25:39 -1000
**To:** Paul <shahara_babes@yahoo.com>



Dear zhohara,

You received an email from Paul, ID Code: C01105337.

YOU MUST <u>LOGIN</u> TO REPLY...

Please keep this record since we only store messages for 60 days and you may need to use these messages later.



<u>On 2008-09-19 13:25:39 Hawaii Time Paul Wrote:</u>

hi

I added you to my friends and hope to chat with you soon and meet in December. My e mail is pavy224@yahoo.com I hope to chat this weekend. Paul **<u>CLICK HERE TO REPLY...</u>**

# Exhibit # 133

GOVERNMENT
EXHIBIT

133

**Subject:** Re: i like u dear..
**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Fri, 3 Oct 2008 14:04:19 -0700 (PDT)
**To:** shahara_babes@yahoo.com

Hi dear

Thanks for your letter
I know you are the girl I am looking for but we never seem to be able to chat . Do you have a phone number
I can call you at? I am on line usually daily your time 630 pm to 8 pm and 5am to 11 am. On weekends i am
on line your time 7 pm to midnight and 6 am to noon
I sure want to talk to you and make arrangements to meet. Where is the best city near you. Manila, Cebu of
Davao? Could you e mail me some pics of you and your daughter. I am so happy that you still enjoy good
sex and I sure hope we are compatible with our likes and dislikes. I will like dressing you and your daughter.
I cant wait to talk and chat with you. Paul


----- Original Message ----
From: ara duran <shahara_babes@yahoo.com>
To: Paul Pavy <pavy224@yahoo.com>
Sent: Wednesday, October 1, 2008 3:33:10 AM
Subject: i like u dear..

hi my paul,
how are u today?i got your long long message..thanx my dear for the message..im so much happy to hear your
reply..anyway,i think we are a good match...honestly,i am happy now having a 1 child.1 is enough for me..i
dont need more babies,,ok my dear?
yes,im the girl that u are looking for,i always shave my body hair,i put cream on my face day and night.i
always take a bath.always fresh..yes,i also like wearing jewelries..
yesterday my dear,i went to the malls and i bought more panties of my own and for my daughter too..
im sure when we meet,u will like me too..
for me,u are the right guy for me..your so sweet and kind dear...
i am very excited now to see u soon dear..
ok..hope to hear your reply..

muah muah muah

--- On **Sun, 9/21/08, Paul Pavy <*pavy224@yahoo.com*>** wrote:

> From: Paul Pavy <pavy224@yahoo.com>
> Subject:
> To: "ara duran" <shahara_babes@yahoo.com>
> Date: Sunday, September 21, 2008, 11:15 AM
>
> Hi
>
> I wanted to write to you because we haven't had a chance to chat yet. I told you that i can not have
> children because i chose to have an operation years ago to keep that from happening after my
> divorce. I have two kids, both grown and on their own, and i didn't think I would want any more.

But now that i have decided to look for a wife i realized that she would want kids and that i cant do so i thought to find a woman with a child. would be a goo idea. I hope you will be satisfied with just one or we can adopt if you want more. I do have some concerns. I am a very out spoken guy and I do say what I want to know. So i will be froward in listing my questions and wants and hope you will be the same to me. I have found that some girls loose interest in sex once they have a child. I am very active and sexual and want a partner that is the same. So if you have become neutral about sex and have lost the strong desire to have sex then we wont make a good match. It is extremely important the my wife whats an aggressive very active open sex desire like me. Also one who will experiment with different possibilities about sex.

I am also very interested in a very clean wife one that will shave her body hair daily and wear make up and use creams to keep her skin soft and beautiful. i like a woman that will wear fashionable clothes but a bit on the sexy side. Like low hip rider jeans and low cut tops sometimes without a bra. I also like her to wear jewelry. I realize we will have to do a lot of shopping to get those things, but it will be fun to shop with you . You can be the fashion model and we can pick the clothes together. Sexy underwear is a must. I like lace and bows on panties and bras. I like to cook and would like to share that daily chore with you. I know you will be a mother during the day but i want you to be my sexy wife at night and when we go out. Do you think you can be both. I do because you are already beautiful and i'm sure a good mother

I know we have not even chatted but i hope that i didnt offend you in any way i just thought it is very important that you know what i want for my wife. If you find that you do feel like the same as me about this then I tthink we will have a happy life to gether. If you are conseritive then I dont think it wil be a good match, because I am not going to change what i want in a wife and i would not ask you to change if you did not feel the same way as me. Hope to hear from you. Paul

# Exhibit # 134

# Filed Under Seal

# Exhibit # 135



--- On **Thu, 10/16/08, Paul Pavy *<pavy224@yahoo.com>*** wrote:

From: Paul Pavy <pavy224@yahoo.com>
Subject: Meeting you
To: shahara_babes@yahoo.com
Date: Thursday, October 16, 2008, 6:37 PM

Hi

Sorry we haven't been able to chat but i still want to meet the two of you in Cebu. I plan on arriving there December 10 in the afternoon. I don't have a hotel yet but if you know of one that isn't real big i like smaller quiet hotels but must have air conditioning. Let me know if you know any that would be good. I already got a gift for Shannon that i am sure she will like. I sure hope you are available on the 10th and will be able to stay with me for a while. If we don't get to chat this weekend i will call you. Send some more pics if you can hon. I can't wait to meet the two of you. See yo soon. Paul

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

9/13/2010 8:47 AM

# Exhibit # 136

# Filed Under Seal

# Exhibit # 138

GOVERNMENT
EXHIBIT

138

**Subject:** I booked this for us let me know if it is okay
**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Mon, 10 Nov 2008 20:57:35 -0800 (PST)
**To:** shahara_babes@yahoo.com

Please print out this email and take it with you when you arrive at the hostel. If you need to change or cancel your booking, please contact the hostel directly.

---

**Hostel Information:**

**Hostel:** NS Royal Pensione
**Address:** Juana Osmeña Street ,Cebu City 6000, Philippines
**Telephone:** +63 32 2545358
**Email:** reservations@nspensione.com
**Website:** http://www.hostelbookers.com/hostels/philippines/cebu-city/30683/

**Directions:**
From the Airport:
By Taxi:
Takes 40 Mins.
Pick up from the airport and drop off to airport is 800 Pesos.
The van can accommodate 2 - 6 people, regardless of number of people, charge will still be the same. - see map

---

**Booking Information:**

**Booking Ref: 30683-2680699 - paul pavulak**

| Date | Room details | People | Cost (USD) | Total (USD) |
|------|-------------|--------|-----------|-------------|
| Tue 23/12/08 | Deluxe Room | 2 | 15.47 | 30.94 |
| Wed 24/12/08 | Deluxe Room | 2 | 15.47 | 30.94 |
| Thu 25/12/08 | Deluxe Room | 2 | 15.47 | 30.94 |
| Fri 26/12/08 | Deluxe Room | 2 | 15.47 | 30.94 |
| Sat 27/12/08 | Deluxe Room | 2 | 15.47 | 30.94 |

| | |
|---|---|
| Total | USD 154.70 |
| 10% Deposit | USD 15.47 |
| Booking fee | NONE |
| **Total paid*** | **USD 15.47** |
| Balance** | USD 139.23 |

*The total paid has been charged at today's USD exchange rate by XE.com and is non refundable.
**Your balance of USD 139.23 is payable on arrival in the local currency at PHP 6750.00

Cancellation Policy:
Cancellation Policy is 48 Hours.
Inability to cancel within 48 Hours or No Show will be charged 1 night accommodation.

# Exhibit # 140



**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Sun, 7 Dec 2008 12:32:52 -0800 (PST)
**To:** shahara_babes@yahoo.com



## Hotel Le Carmen
Cebu City, Philippines

Rooms | Contact

🌀 *Reserve Your Room Today!*

**Hotel Le Carmen**
21 Juana Osmena St.
Cebu City, Philippines

**Telephone #: (011 63 32) 255-6366**

To read Hotel Le Carmen reviews on
Trip Advisor, please click here.



*Greetings from*
Cebu City, Philippines

1 of 1

# Exhibit # 141

GOVERNMENT
EXHIBIT
141

**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Sun, 7 Dec 2008 12:37:42 -0800 (PST)
**To:** shahara_babes@yahoo.com

honey this is where i want to stay from dec 16 to dec 23 wen we will move to the ms pentision  i want the matrimonial room as first choice and family room as second choice.  the first has a king size bed and we all will fit fine in that

Paul Pavy wrote:

well my son how is life in the states.  It is very interesting here.  the girls are like cold water, u can
keep on running it and never run out.  met 4 so far and have three more set up for the weekend.
they should be a pretty good group too
then i will go to the country with three different girls to their home towns by bus starting monday
tuesday and thursday
pig farms and chicken pens hehe
oh well what a guy has to do to get laid
all is fine here I hope the same for you  take care x0x0 dad

Paul Pavy wrote:

well i wrote a detailed e mail outlinging the jb and got a short little wise ass message in return. so far only used two of the pills and remie is the BEST by far.  Maybe not the prettiest but makes up for it with enthusiasm and the desire to try anything over and over again.  wore her young thing out right away though and had to resort to other methods hehe  anyway ara is nice but no tits and I mean NO tits which is a shame because really petty and sexy but I cant get past just nipples
  will meet a few more girls in the next few days.  The real venture begans then because soo far the two i have met I have had a lot of contact with prior to coming here.  We will seee how coorporative the others will be.  I will stay in cebu until the 27th ut ara is going home tomorrow and I wont se here again until the 24th.  I will go to manila from here than bacolod and davao and that wioll be the trip ending up with remi for the last might in manila.  proably 8 girls in all if it works out

Hope all is going good there looks like you have some work in front of you yet to do.  Hope gwen can convert that drive rip out to a cut in and the back patio too.  Take care hope thing are goding okay at home. xoxo dad

Paul Pavy wrote:

Hey I am in Cebu now  much nicer city.  I Am with ARA now her number is in the
phone program index.  I might have Remmie come here to meet me she is from
close to here anyway.  Real nice girl but way too imuture but up for ANYTHING.
take care Dad

# Exhibit # 144



GOVERNMENT
EXHIBIT

144 A

**Subject:** Re: Hey
**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Sun, 21 Dec 2008 15:35:14 -0800 (PST)
**To:** Paul Randall <thectiman@comcast.net>

thanks but i guess i forgot to tell u that u have to use my computer.  There security can recognize when the request comes from a different one i think because they canceled this one to

when u get to the office can u try again please sorry for the inconvenience

xoxo dad

---

**From:** Paul Randall <thectiman@comcast.net>
**To:** Paul Pavy <pavy224@yahoo.com>
**Sent:** Sunday, December 21, 2008 4:37:34 PM
**Subject:** Re: Hey

Paul Pavy wrote:

wow such a long letter was nice getting it.  Well i have meet 7 girls so far but only two remie and ara are any good so far
the new batch after new years had some real possibilities. I am doing christmas in the province (cointry) with ara and remie is coming down for new years and we are going to Bocol an island off of cebu then to new adventures in Bacolod and Davao  my new phne number is
09085047155 my old pnionw nmber was screwed up
i cant xoom money from the phil to the phil something about the laws here so i will need you to go to my xoom pavy224@yahoo.com/lasvegas1 is the user name and password and send remie 200 from the visa when you go on it should be al set upi fpr her just click on remie it is set for 200 all reandy and send it then e mail me the x number.  u can just cut and paste it thanks.  thqanks for all th news too xoxodad

---

Paul Pavy wrote:

well my son how is life in the states.  It is very interesting here.  the girls are like cold water, u can keep on running it and never run out.  met 4 so far and have three more set up for the weekend.
they should be a pretty good group too
then i will go to the country with three different girls to their home towns by bus starting monday tuesday and thursday
pig farms and chicken pens hehe
oh well what a guy has to do to get laid
all is fine here I hope the same for you  take care x0x0 dad

Paul Pavy wrote:

well i wrote a detailed e mail outlinging the jb and got a short little wise ass message in return. so far only used two of the pills and remie is the BEST by far.  Maybe not the prettiest but makes up for it with enthusiasm and the desire to try anything over and over again.  wore her young thing out right away though and had to resort to other methods hehe  anyway ara is nice but no tits and I mean NO tits which is a shame because really petty and sexy but I cant get past just nipples

will meet a few more girls in the next few days.  The real venture begans then because soo far the two i have met I have had a lot of contact with prior to coming here.  We will seee how coorporative the others will be.  I will stay in cebu until the 27th ut ara is going home tomorrow and I wont se here again until the 24th.  I will go to manila from here than bacolod and davao and that wioll be the trip ending up with remi for the last might in manila.  proably 8 girls in all if it works out

Hope all is going good there looks like you have some work in front of you yet to do.  Hope gwen can convert that drive rip out to a cut in and the back patio too.  Take care hope thing are goding okay at home. xoxo dad

Paul Pavy wrote:

Hey I am in Cebu now  much nicer city.  I Am with ARA now her number is in the
phone program index.  I might have Remmie come here to meet me she is from
close to here anyway.  Real nice girl but way too imuture but up for ANYTHING.
take care Dad

# Exhibit # 149

GOVERNMENT
EXHIBIT
149

**Subject:** work stuff
**From:** duchessofeight@comcast.net
**Date:** Wed, 15 Oct 2008 11:49:10 +0000
**To:** pavy224@yahoo.com
**CC:** thectiman@comcast.net

Hi Dad,
Would you consider going to this?  It is on Halloween and I cannot go but I think it might be worth
our while.  I know listening to speakers is not high on the excitement list but I feel it might be
beneficial.  Please check out the link sent to me by the Chamber of commerce.
Thanks,
Gwen

http://www.dedo.delaware.gov/brac/index.shtml

1 of 1

# Exhibit # 150



GOVERNMENT
EXHIBIT
150A

**Subject:** Re: Work Help Needed
**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Fri, 12 Dec 2008 19:01:58 -0800 (PST)
**To:** CTRD <ctrdinc@verizon.net>

Okay Gwen here is the story. I changed the guy 200 per wall crack one on each wall all hair line except the left wall as you enter the basement i charged him 400 to epoxy it from oth sided. I have no idea how we would do it maybe see what carter would charge to do them?? The rest is for floor crack 170 ft to grind epoxy and skim coat where crack is ( like a crack repair) he knows that the prpair is not going to look pretty but wait till you se what i sthere now. I said we would put a color in the skim coat when we repaired crack. Right noe the patch is dark gray and really stands out. I think i was at like $10 a foot to repair the floor but youshould charge more for outside and let him kno wthat the outside is less likely to stay for a long period with out a complete system. Also check about that drive way that i quoted rip out and also CTI the one that we did the fron steps. They wanted a quote on the back patio too. And have a chip on the front steps looks like from the movers.Small and easy fix    The baseent is another inside job even though small Randy might want to lok at the cracks with Bobbby and get a price to inject ut dont let carter there y him self even when he is injecting I dont trust him'to take other usiness from the guy. DadXoXo

1 of 1

# Exhibit # 152



**Subject:** Re: trying again
**From:** Paul Pavy <pavy224@yahoo.com>
**Date:** Tue, 30 Dec 2008 20:13:14 -0800 (PST)
**To:** thectiman@comcast.net

its amazing how i can lay on a beach in the philippines and communicate with u.  Have a happy new years and i will see u soon, ready to work really hard for the next three years so i can retire here.  waking up every morning witha different 19 year old doing u know what even with out being asked.  We  im leaving Boocol ( a small island off of cebu) and will be back in cebu.  xoxo dad

when i get home.  I do need u to check on the credit card again.  I did not use the wrong pin as i
copied it down and 3426  I am with remie in manila now and wil be here until the the 13th when i
leave.  the eagles football game will be shown hee live tomorrow mornng so i am going to watch it
xoxo dad

# Exhibit # 174

# UNITED STATES VS. PAUL E. PAVULAK

## Yahoo Archived Chat Directory Structure

pavy224
    Archive
        Messages
            a.arcelie (1 Chat)
            a_tolentino1982 (8 Chats)
            agnes_canoy2002 (4 Chats)
            aissie_02_pretty (6 Chats)
            alona19981999 (1 Chats)
            ana_delacrus292001 (1 Chats)
            analyn_natad (1 Chats)
            andrea_abener (2 Chats)
            angel_hina05 (3 Chats)
            annamagas@ymail.com (3 Chats)
            aruana_lopez (2 Chats)
            aveshh18 (2 Chats)
            be_the_one_not_anyone (1 Chats)
            beauty_perez2000 (1 Chats)
            blueberru_athena (4 Chats)
            bmajela (1 Chats)
            brizamays (1 Chats)
            charise_amelin (5 Chats)
            chamyn_lover (15 Chats)
            charris_abarcas18 (1 Chats)
            cheris_an (1 Chats)
            cherry_tambien (1 Chats)
            chesca_milan (2 Chats)
            chiamz_19 (4 Chats)
            cknk_taurus86 (4 Chats)
            clefejane09 (1 Chats)
            cute_buean (9 Chats)
            donah20081980 (2 Chats)
            donnamae_lardino (3 Chats)
            epaoks (1 Chats)
            evazunega (3 Chats)
            eve_shar97 (1 Chats)
            fantaslictwl_200 (2 Chats)
            flowerteen_angel_08 (1 Chats)
            gnerry (2 Chats)
            gorgeous_girl648 (1 Chats)
            grace_aller1982 (3 Chats)
            homelady_0708 (1 Chats)
            hottie_jacel18 (18 Chats)
            jahwao (1 Chats)
            jaralamigo_85 (1 Chats)
            jaymeeongpin (1 Chats)
            jeany_estal (17 Chats)
            jeffreydelacrus (3 Chats)
            jerlyn_cute18 (14 Chats)
            jihanjhen_20 (1 Chats)
            jnith26 (3 Chats)
            jovyadlawan (1 Chats)
            juliet22_ph (9 Chats)
            justinemauisalvador (1 Chats)
            kate_villanueva95 (3 Chats)
            kimberly_santos88 (3 Chats)
            kris_lopez2306 (2 Chats)
            krysschavez@rocketmail.com (4 Chats)
            lacanlaleleslie (4 Chats)
            lady2luv20 (2 Chats)
            lavenia_lopez (4 Chats)
            leah_raexane (4 Chats)
            leejanna@ymail.com (3 Chats)
            lezelmartino (1 Chats)
            lizamay_gozalo.(1 Chats)
            llorend (2 Chats)
            louiebermido (1 Chats)


GOVERNMENT EXHIBIT
174

# UNITED STATES VS. PAUL E. PAVULAK

loveme87 (2 Chats)
loveyoutoxic (1 Chats)
lyka0816 (4 Chats)
maerose_roda (4 Chats)
marianremigio (1 Chats)
maricelgerasta (1 Chats)
marieangel_gomez (1 Chats)
marjulyn (1 Chats)
maryjane_talopa (5 Chats)
maryjoy_cortina (1 Chats)
mas_cute_aq_sau (15 Chats)
mayumi_gayle18 (1 Chats)
mchaihan (1 Chats)
meldaitol (5 Chats)
monikay22 (3 Chats)
motilek81 (1 Chats)
ms_hazelgrace (2 Chats)
mwwwwahhhh (20 Chats)
myprincess47 (4 Chats)
nicegirl_pia (3 Chats)
niezhel_torres2000 (4 Chats)
niezhel_torres22 (5 Chats)
nikkijill_f (1 Chats)
ninagumera18 (1 Chats)
nirri_lim (1 Chats)
nympha_cruza (2 Chats)
per176 (1 Chats)
pretty_24k08 (4 Chats)
prettygirl231087 (2 Chats)
rean_suzon2002 (7 Chats)
rhea_mercader2002 (2 Chats)
rheakey_sinadjan (1 Chats)
rheame_alquiza2000 (4 Chats)
robelyn_claver (1 Chats)
rona_tala (2 Chats)
roselyn_canete (4 Chats)
rutchell_ordonez (1 Chats)
sab_rina2008sdiego (17 Chats)
san2684 (1 Chats)
seannamors (4 Chats)
secret_society17 (1 Chats)
sexy_gurl4yah18 (3 Chats)
sexy_lyvz7 (1 Chats)
sexyellyn_virgin06 (1 Chats)
shadan_me17 (1 Chats)
shahara_babes (11 Chats)
shane_yu75 (4 Chats)
shermaine_gutierrez (1 Chats)
shielamae.garcia (3 Chats)
shieldy_amor (2 Chats)
silver2ne_lady11 (1 Chats)
silver_chai89 (1 Chats)
skinsosolts (1 Chats)
slasheranne (2 Chats)
steph_08(1 Chats)
summer_yu@rocketmail.com (1 Chats)
sw8t_sexy (1 Chats)
sweet_lovely312002 (21 Chats)
sweet_rutchelle (5 Chats)
sweetmay_122005 (6 Chats)
sweetyrose2007 (1 Chats)
tabaresjayann (7 Chats)
talaga37 (1 Chats)
topena_1225 (1 Chats)
tresha_allor (2 Chats)
triez_samorano (4 Chats)
twinkleespink_heaven (1 Chats)
valdez_nicole_valdez (1 Chats)
victoria252005 (8 Chats)
younggirl_shien (1 Chats)

# UNITED STATES VS. PAUL E. PAVULAK

yuki_palmiano (2 Chats)

# Exhibit # 175

**United States v. Paul Pavulak**

**HP Tower**

### Conversation joined at Tue Sep 23 06:25:11 2008.
**pavy224 (Tue Sep 23 06:25:11 2008):** hope to get a chance to chat i am usually here your time 6:30pm to 8pm and 5:30am to 10 am during the week. i really want to meet you in December

### Conversation joined at Wed Sep 24 13:17:50 2008.
**pavy224 (Wed Sep 24 13:17:50 2008):** hope we can chat soon

### Conversation joined at Thu Sep 25 17:58:23 2008.
**pavy224 (Thu Sep 25 17:58:23 2008):** hope to chat with you soon

### Conversation joined at Mon Sep 29 18:11:49 2008.
**pavy224 (Mon Sep 29 18:11:49 2008):** i know yo will like me if you say hello

### Conversation joined at Wed Oct 01 06:44:36 2008.
**pavy224 (Wed Oct 01 06:44:36 2008):** i cant beliebe i missed your chat

### Conversation joined at Thu Oct 02 19:58:18 2008.
**pavy224 (Thu Oct 02 19:58:18 2008):** still want you send me some pics of youi and daughter

### Conversation joined at Fri Oct 03 20:07:20 2008.
**pavy224 (Fri Oct 03 20:07:20 2008):** where are you honey



1

### Conversation joined at Sat Oct 04 11:21:08 2008.

**pavy224 (Sat Oct 04 11:21:08 2008):** still looking for yu

### Conversation joined at Sun Oct 05 06:20:47 2008.

**shahara_babes (Sun Oct 05 06:20:47 2008):** yes i am online now..
**pavy224 (Sun Oct 05 06:20:57 2008):** i love you
**pavy224 (Sun Oct 05 06:21:11 2008):** ive been waiting for thew time
**shahara_babes (Sun Oct 05 06:21:27 2008):** hi
**shahara_babes (Sun Oct 05 06:21:40 2008):** im hapi your online too my dear
**shahara_babes (Sun Oct 05 06:21:44 2008):** cam pls
**shahara_babes (Sun Oct 05 06:21:49 2008):** i want to see u
**pavy224 (Sun Oct 05 06:22:01 2008):** i cant until latter today
**shahara_babes (Sun Oct 05 06:22:04 2008):** really?u love me too
**shahara_babes (Sun Oct 05 06:22:08 2008):** ok
**pavy224 (Sun Oct 05 06:22:43 2008):** i am setting up all the computerss
**pavy224 (Sun Oct 05 06:22:49 2008):** in the new shop
**shahara_babes (Sun Oct 05 06:23:23 2008):** i went to church then after the mass i stop here at cafe
**pavy224 (Sun Oct 05 06:23:32 2008):** thank you
**shahara_babes (Sun Oct 05 06:23:47 2008):** ya.just for u
**pavy224 (Sun Oct 05 06:24:07 2008):** i have looked at your picture and read yopur e mail often hoping to chat with you
**shahara_babes (Sun Oct 05 06:24:31 2008):** ok
**pavy224 (Sun Oct 05 06:24:41 2008):** how is your daughter
**shahara_babes (Sun Oct 05 06:24:42 2008):** u like me?
**pavy224 (Sun Oct 05 06:24:50 2008):** yes very much
**shahara_babes (Sun Oct 05 06:24:52 2008):** well,shes fine now
**pavy224 (Sun Oct 05 06:25:01 2008):** and i like your response to my e mail
**shahara_babes (Sun Oct 05 06:25:13 2008):** she had fever 3 days ago
**pavy224 (Sun Oct 05 06:25:40 2008):** well i hjope she is fine
**shahara_babes (Sun Oct 05 06:25:50 2008):** i took her to the doctor but shes fine now
**pavy224 (Sun Oct 05 06:25:51 2008):** kids have that
**shahara_babes (Sun Oct 05 06:25:56 2008):** ya
**pavy224 (Sun Oct 05 06:26:08 2008):** so when can i see you on cam
**shahara_babes (Sun Oct 05 06:26:15 2008):** u know my dear,im so much excited now to see u soon
**shahara_babes (Sun Oct 05 06:26:41 2008):** cam problem here
**shahara_babes (Sun Oct 05 06:26:49 2008):** i dont know why
**shahara_babes (Sun Oct 05 06:27:04 2008):** i will try just for u
**pavy224 (Sun Oct 05 06:27:09 2008):** i will be there around the christmas holiday
**pavy224 (Sun Oct 05 06:27:18 2008):** and want to meet bothof you
**shahara_babes (Sun Oct 05 06:27:28 2008):** wow!!!!!!!!!!!
**pavy224 (Sun Oct 05 06:28:00 2008):** no cam is black
**shahara_babes (Sun Oct 05 06:28:11 2008):** and that is good.u will be part of my world christmas here
**shahara_babes (Sun Oct 05 06:28:44 2008):** ya,u cant see me on my cam
**shahara_babes (Sun Oct 05 06:28:50 2008):** cam is black
**pavy224 (Sun Oct 05 06:28:53 2008):** no it is black
**shahara_babes (Sun Oct 05 06:29:19 2008):** i dont know wat happened of this cam
**shahara_babes (Sun Oct 05 06:29:33 2008):** yes dear,i like you
**pavy224 (Sun Oct 05 06:29:46 2008):** well maybe next time
**shahara_babes (Sun Oct 05 06:29:56 2008):** we are a good match
**shahara_babes (Sun Oct 05 06:30:00 2008):** ok
**pavy224 (Sun Oct 05 06:30:10 2008):** if you get a chance to send some pictures of you and your daughter i would like that
**shahara_babes (Sun Oct 05 06:30:19 2008):** ok
**shahara_babes (Sun Oct 05 06:30:51 2008):** i will send u pic this week together with my daughter

2

pavy224 (Sun Oct 05 06:31:00 2008): i will know my schedule by the middle of october when we can meet
shahara_babes (Sun Oct 05 06:31:09 2008): ok dear
pavy224 (Sun Oct 05 06:31:28 2008): what is you work schedule
shahara_babes (Sun Oct 05 06:31:59 2008): i quit now
shahara_babes (Sun Oct 05 06:32:35 2008): on 11th of october,i will be 22 years old dear
pavy224 (Sun Oct 05 06:32:59 2008): well happy birthday almost
pavy224 (Sun Oct 05 06:33:09 2008): where do you live
shahara_babes (Sun Oct 05 06:33:11 2008): tyvm dear
shahara_babes (Sun Oct 05 06:33:32 2008): when is your birhday?
pavy224 (Sun Oct 05 06:34:34 2008): 'feb 24
shahara_babes (Sun Oct 05 06:34:43 2008): OK
pavy224 (Sun Oct 05 06:34:55 2008): what is tyvm?
shahara_babes (Sun Oct 05 06:35:05 2008): SO,AFTER VALENTINES IS YOUR BIRHDAY DEAR
pavy224 (Sun Oct 05 06:35:19 2008): yes
shahara_babes (Sun Oct 05 06:35:32 2008): TYMV MEANS THANK YOU VERY MUCH
pavy224 (Sun Oct 05 06:35:43 2008): ic
shahara_babes (Sun Oct 05 06:35:50 2008): OK
pavy224 (Sun Oct 05 06:35:52 2008): so where do you live
shahara_babes (Sun Oct 05 06:36:06 2008): I LIVE IN SIBONGA,CEBU
pavy224 (Sun Oct 05 06:36:19 2008): yes but is that in the city
shahara_babes (Sun Oct 05 06:36:46 2008): NO,SIBONGA IS IN PROVINCE
pavy224 (Sun Oct 05 06:37:05 2008): how far from the city
shahara_babes (Sun Oct 05 06:37:10 2008): 80 KILOMETERS FROM SIBONGA TO CEBU CITY DEAR
pavy224 (Sun Oct 05 06:37:37 2008): ic will you come and stay with me in cebu
shahara_babes (Sun Oct 05 06:38:29 2008): YA,SURE
shahara_babes (Sun Oct 05 06:38:40 2008): OF COURSE DEAR
shahara_babes (Sun Oct 05 06:38:57 2008): I WANT TO KNOW U
shahara_babes (Sun Oct 05 06:39:09 2008): SO I WILL STAY WITH U IN THE CITY
pavy224 (Sun Oct 05 06:39:47 2008): we will have a agoo dtime setting to know each other
shahara_babes (Sun Oct 05 06:40:01 2008): YES DEAR
pavy224 (Sun Oct 05 06:40:04 2008): i am so happy that you have a daughter
pavy224 (Sun Oct 05 06:40:13 2008): because i cant have any more kids
shahara_babes (Sun Oct 05 06:40:28 2008): THAT IS GODS GIFT TO ME
pavy224 (Sun Oct 05 06:40:29 2008): i had an operation to stop that
shahara_babes (Sun Oct 05 06:41:16 2008): 1 CHILD IS ENOUGH FOR ME DEAR AND THAT IS MY DAUGHTER
pavy224 (Sun Oct 05 06:41:26 2008): excellent
shahara_babes (Sun Oct 05 06:41:31 2008): YAP
pavy224 (Sun Oct 05 06:41:34 2008): so we can be a family of three
shahara_babes (Sun Oct 05 06:41:44 2008): WHY NOT/
shahara_babes (Sun Oct 05 06:41:55 2008): WE ARE A GOOD MATCH
shahara_babes (Sun Oct 05 06:42:04 2008): GOD GIVE U TO ME
pavy224 (Sun Oct 05 06:42:36 2008): well i hope we can chat more as time gets closer
shahara_babes (Sun Oct 05 06:42:41 2008): IM SO HAPPY THAT U LOVE MY DAUGHTER TOO
shahara_babes (Sun Oct 05 06:42:47 2008): U ACCEPT HER
pavy224 (Sun Oct 05 06:43:09 2008): of cpurse
shahara_babes (Sun Oct 05 06:43:13 2008): I THOUGHT NO ONE WOULD LOVE ME BEC.I HAD A DAGHTER
pavy224 (Sun Oct 05 06:43:14 2008): course
shahara_babes (Sun Oct 05 06:43:23 2008): DAUGHTER
pavy224 (Sun Oct 05 06:43:32 2008): well you found someone here
shahara_babes (Sun Oct 05 06:43:44 2008): YES,THAT IS U!!
shahara_babes (Sun Oct 05 06:43:53 2008): VERY HAPPY TO HAVE U
pavy224 (Sun Oct 05 06:44:54 2008): so tell me about your familhy
pavy224 (Sun Oct 05 06:44:59 2008): how many in it
shahara_babes (Sun Oct 05 06:46:00 2008): well,,we are 5 in the family including my parents
shahara_babes (Sun Oct 05 06:46:16 2008): i have 2 sisters no brother
shahara_babes (Sun Oct 05 06:46:31 2008): im in the middle

pavy224 (Sun Oct 05 06:46:56 2008): do you live with them
shahara_babes (Sun Oct 05 06:47:15 2008): my older sister already married and she has already a son
shahara_babes (Sun Oct 05 06:47:26 2008): yes,i live to my parents
shahara_babes (Sun Oct 05 06:47:44 2008): they help me to raised my daughter
pavy224 (Sun Oct 05 06:47:59 2008): what is her name
shahara_babes (Sun Oct 05 06:48:08 2008): my father is a construction worker
shahara_babes (Sun Oct 05 06:48:25 2008): my baby name
pavy224 (Sun Oct 05 06:48:45 2008): yes
shahara_babes (Sun Oct 05 06:48:49 2008): shannon is my daghter's name
shahara_babes (Sun Oct 05 06:48:58 2008): daughter
pavy224 (Sun Oct 05 06:49:09 2008): i am a construction worker too
shahara_babes (Sun Oct 05 06:49:21 2008): oh really?
pavy224 (Sun Oct 05 06:49:50 2008): yes i own a concrete company
pavy224 (Sun Oct 05 06:49:59 2008): we pour a lot of concrete
shahara_babes (Sun Oct 05 06:50:08 2008): ok
shahara_babes (Sun Oct 05 06:50:36 2008): dear,how long u will stay here in the philippines?
pavy224 (Sun Oct 05 06:50:52 2008): not sure yet
pavy224 (Sun Oct 05 06:50:58 2008): still planning
pavy224 (Sun Oct 05 06:51:01 2008): why
shahara_babes (Sun Oct 05 06:51:02 2008): i want always at your side wherever u go
pavy224 (Sun Oct 05 06:51:11 2008): how long will you stay with me
shahara_babes (Sun Oct 05 06:51:37 2008): its up to u
pavy224 (Sun Oct 05 06:52:12 2008): okay
shahara_babes (Sun Oct 05 06:52:23 2008): if u want me to stay with u till u return to usa,then i will
pavy224 (Sun Oct 05 06:52:27 2008): ill kmnow more byu the 15th
shahara_babes (Sun Oct 05 06:52:37 2008): ok dear
pavy224 (Sun Oct 05 06:53:27 2008): you will bring shannnon with you right
shahara_babes (Sun Oct 05 06:54:24 2008): if u let me bring her,then i bring her
pavy224 (Sun Oct 05 06:54:39 2008): i want to meet bothof you
pavy224 (Sun Oct 05 06:54:42 2008): both
shahara_babes (Sun Oct 05 06:54:44 2008): ok
pavy224 (Sun Oct 05 06:54:53 2008): is she still in dippers
shahara_babes (Sun Oct 05 06:54:54 2008): shes so cute dear
shahara_babes (Sun Oct 05 06:55:11 2008): wats dippers mean
pavy224 (Sun Oct 05 06:55:47 2008): when a baaby go pee
shahara_babes (Sun Oct 05 06:56:32 2008): yes,i still put diapers to her
pavy224 (Sun Oct 05 06:57:14 2008): i spelled it wrong sorry
shahara_babes (Sun Oct 05 06:57:27 2008): its ok
pavy224 (Sun Oct 05 06:58:03 2008): well it will be a good time to teach her english too
shahara_babes (Sun Oct 05 06:58:33 2008): she will speak english a little bit only
shahara_babes (Sun Oct 05 06:58:45 2008): dear,i read your email
pavy224 (Sun Oct 05 06:58:52 2008): yes
pavy224 (Sun Oct 05 06:58:53 2008): and
shahara_babes (Sun Oct 05 07:00:04 2008): of course,i still enjoy sex
pavy224 (Sun Oct 05 07:00:20 2008): some dont
shahara_babes (Sun Oct 05 07:00:45 2008): im different,
shahara_babes (Sun Oct 05 07:00:58 2008): i will make u happy day and night dear
pavy224 (Sun Oct 05 07:01:09 2008): sex is very important to me because i enjpy it with an agressive open woman
shahara_babes (Sun Oct 05 07:01:28 2008): see?we are really a good match
pavy224 (Sun Oct 05 07:02:09 2008): i enjoy pleaseing a woman a lot
shahara_babes (Sun Oct 05 07:02:15 2008): ok
pavy224 (Sun Oct 05 07:02:31 2008): and if you wouldnt enjoy being pleased i wouldnt enjoy it much
shahara_babes (Sun Oct 05 07:03:24 2008): are u alone?
shahara_babes (Sun Oct 05 07:03:41 2008): wat will u do if u getting horny?
pavy224 (Sun Oct 05 07:04:05 2008): i masturbate every day
shahara_babes (Sun Oct 05 07:04:22 2008): always remember-ara makes u happy
shahara_babes (Sun Oct 05 07:04:25 2008): ok
shahara_babes (Sun Oct 05 07:05:00 2008): my nickname is ara by the way
shahara_babes (Sun Oct 05 07:05:33 2008): but when i stay with u,no need to masturbate

4

pavy224 (Sun Oct 05 07:06:08 2008): unless we both do together and help each other climax
shahara_babes (Sun Oct 05 07:06:33 2008): of course
shahara_babes (Sun Oct 05 07:07:00 2008): u will kiss pussy?
pavy224 (Sun Oct 05 07:07:16 2008): you sent me a phone number 0909953710
pavy224 (Sun Oct 05 07:07:25 2008): can i call u some time on that
pavy224 (Sun Oct 05 07:10:13 2008): i will lick and suck your pussy three times a day
shahara_babes (Sun Oct 05 07:13:49 2008): dear,brown out here earlier but now its already on
shahara_babes (Sun Oct 05 07:13:55 2008): where are u now
shahara_babes (Sun Oct 05 07:14:09 2008): are still on line
shahara_babes (Sun Oct 05 07:14:38 2008): well,my number is 09285415818
shahara_babes (Sun Oct 05 07:14:55 2008): i want to hear your sweet voice
pavy224 (Sun Oct 05 07:15:16 2008): ye i am
shahara_babes (Sun Oct 05 07:15:20 2008): ok
pavy224 (Sun Oct 05 07:16:36 2008): thanks for the number
shahara_babes (Sun Oct 05 07:16:46 2008): ok
pavy224 (Sun Oct 05 07:16:53 2008): to rea answer you wuestion aboput kissing your pussy
pavy224 (Sun Oct 05 07:17:10 2008): i said i will three times a day
shahara_babes (Sun Oct 05 07:17:27 2008): oh really?
shahara_babes (Sun Oct 05 07:17:51 2008): i like it,kissing my pussy makes me very wet
shahara_babes (Sun Oct 05 07:18:13 2008): i will also suck u hard in many times
shahara_babes (Sun Oct 05 07:18:27 2008): i will always make yours very hard
shahara_babes (Sun Oct 05 07:18:35 2008): ok
pavy224 (Sun Oct 05 07:18:41 2008): love it
shahara_babes (Sun Oct 05 07:18:51 2008): yes,i will
pavy224 (Sun Oct 05 07:19:18 2008): and when yo get wet i will lick you and taste your wettness and
that gets me real hard
shahara_babes (Sun Oct 05 07:19:43 2008): oh really?
shahara_babes (Sun Oct 05 07:19:54 2008): wow! i really love it
shahara_babes (Sun Oct 05 07:20:39 2008): i will swallow your cums too
pavy224 (Sun Oct 05 07:21:05 2008): i like to lick your pussy after i cumin you
shahara_babes (Sun Oct 05 07:21:40 2008): ok
shahara_babes (Sun Oct 05 07:21:54 2008): we are both love sex my dear
pavy224 (Sun Oct 05 07:22:22 2008): yes
shahara_babes (Sun Oct 05 07:22:51 2008): i want to give u a big hug and kisses when we meet
pavy224 (Sun Oct 05 07:23:15 2008): you know you will need shannons fathers permission to take her
out of the phil
shahara_babes (Sun Oct 05 07:23:18 2008): i love to kiss your lips
shahara_babes (Sun Oct 05 07:23:56 2008): no need a permission
shahara_babes (Sun Oct 05 07:24:12 2008): i dont know where he is now
shahara_babes (Sun Oct 05 07:24:21 2008): he denied the baby
shahara_babes (Sun Oct 05 07:24:28 2008): and i hate him
pavy224 (Sun Oct 05 07:24:49 2008): ic
shahara_babes (Sun Oct 05 07:25:01 2008): he dont love that kid
pavy224 (Sun Oct 05 07:25:08 2008): who is on the birth certificate
shahara_babes (Sun Oct 05 07:25:19 2008): her father is an american
pavy224 (Sun Oct 05 07:25:27 2008): ic
shahara_babes (Sun Oct 05 07:26:02 2008): but the family name of that kid is my family name
shahara_babes (Sun Oct 05 07:26:33 2008): he stop supporting the baby
pavy224 (Sun Oct 05 07:27:19 2008): where is he now
shahara_babes (Sun Oct 05 07:27:29 2008): when i was 8 months pregnant,i caught him kissing a 15
years old lips
shahara_babes (Sun Oct 05 07:27:46 2008): i cried very hard,its really hurt
shahara_babes (Sun Oct 05 07:28:23 2008): he said to me that is the culture of an american kissing
girls lips
shahara_babes (Sun Oct 05 07:28:48 2008): anyway,we have to change topics
pavy224 (Sun Oct 05 07:28:54 2008): okay
pavy224 (Sun Oct 05 07:28:57 2008): sorry
shahara_babes (Sun Oct 05 07:29:04 2008): its ok dear
shahara_babes (Sun Oct 05 07:30:03 2008): i like u very much
pavy224 (Sun Oct 05 07:30:28 2008): well we will have a good time together and hopfully we will grow

5

into a couple
**shahara_babes (Sun Oct 05 07:30:47 2008):** ya
**shahara_babes (Sun Oct 05 07:31:12 2008):** i know u are so different to him
**shahara_babes (Sun Oct 05 07:31:16 2008):** i love u
**pavy224 (Sun Oct 05 07:31:57 2008):** well i will always respect you and treat you like a lady
**shahara_babes (Sun Oct 05 07:32:06 2008):** im so so much happy to have u
**shahara_babes (Sun Oct 05 07:32:12 2008):** thank u dear
**shahara_babes (Sun Oct 05 07:32:36 2008):** u are so nice
**shahara_babes (Sun Oct 05 07:32:42 2008):** very kind
**shahara_babes (Sun Oct 05 07:33:06 2008):** dear,i have to go now
**pavy224 (Sun Oct 05 07:33:18 2008):** i reall want to see pictures of shannon and you
**shahara_babes (Sun Oct 05 07:33:24 2008):** its already 7:30 pm here
**pavy224 (Sun Oct 05 07:33:30 2008):** i bet she is as pretty as you isnt she
**shahara_babes (Sun Oct 05 07:33:38 2008):** ok,i will send u pics this week
**shahara_babes (Sun Oct 05 07:33:55 2008):** yes,shes prettier than me
**shahara_babes (Sun Oct 05 07:34:04 2008):** ok
**pavy224 (Sun Oct 05 07:34:15 2008):** thats hare to imigine
**shahara_babes (Sun Oct 05 07:34:16 2008):** bye for now
**shahara_babes (Sun Oct 05 07:34:18 2008):** muah
**pavy224 (Sun Oct 05 07:34:21 2008):** bye hon
**shahara_babes (Sun Oct 05 07:34:24 2008):** goodnight
**shahara_babes (Sun Oct 05 07:34:31 2008):** sweetdreamss
**pavy224 (Sun Oct 05 07:34:31 2008):** lets chat soo n agin
**shahara_babes (Sun Oct 05 07:34:36 2008):** ok
**shahara_babes (Sun Oct 05 07:34:38 2008):** sure
**shahara_babes (Sun Oct 05 07:34:41 2008):** bye
**pavy224 (Sun Oct 05 07:34:48 2008):** love you
**pavy224 (Sun Oct 05 07:34:49 2008):** bye

**Conversation joined at Wed Oct 08 06:39:18 2008.**

**pavy224 (Wed Oct 08 06:39:18 2008):** Still lookng for you

**Conversation joined at Fri Oct 10 06:17:50 2008.**

**shahara_babes (Fri Oct 10 06:17:50 2008):** hi honey
**shahara_babes (Fri Oct 10 06:17:56 2008):** im online now
**shahara_babes (Fri Oct 10 06:18:02 2008):** how are u
**pavy224 (Fri Oct 10 06:18:02 2008):** yes yo are
**shahara_babes (Fri Oct 10 06:18:05 2008):** i miss u
**pavy224 (Fri Oct 10 06:18:22 2008):** where are he pictures you promised
**shahara_babes (Fri Oct 10 06:18:42 2008):** yes later u will received it
**shahara_babes (Fri Oct 10 06:18:55 2008):** still in scanned hon
**pavy224 (Fri Oct 10 06:18:56 2008):** good i am excited to see them
**shahara_babes (Fri Oct 10 06:19:00 2008):** ok
**pavy224 (Fri Oct 10 06:19:42 2008):** so you doing good
**shahara_babes (Fri Oct 10 06:19:44 2008):** cam lpss
**shahara_babes (Fri Oct 10 06:19:50 2008):** i want to see u hon
**pavy224 (Fri Oct 10 06:19:52 2008):** and the baby too i hope feels better
**shahara_babes (Fri Oct 10 06:20:14 2008):** shes still have a fever
**shahara_babes (Fri Oct 10 06:20:35 2008):** i bought a medicine for her
**pavy224 (Fri Oct 10 06:20:58 2008):** well i hope she get better soon i know how much that is disturbing

6

for her
**shahara_babes (Fri Oct 10 06:21:19 2008):** yap
**shahara_babes (Fri Oct 10 06:21:28 2008):** i always comfort her
**shahara_babes (Fri Oct 10 06:21:36 2008):** shes always crying
**pavy224 (Fri Oct 10 06:21:39 2008):** so i liked taking to you the other day
**pavy224 (Fri Oct 10 06:21:50 2008):** i will call you agin this next week
**pavy224 (Fri Oct 10 06:22:58 2008):** are you really as sexual as you say you are
**pavy224 (Fri Oct 10 06:23:17 2008):** because if you are you are my perfect match
**shahara_babes (Fri Oct 10 06:25:42 2008):** ok
**shahara_babes (Fri Oct 10 06:25:50 2008):** i will send u the pics now
**pavy224 (Fri Oct 10 06:25:55 2008):** good
**shahara_babes (Fri Oct 10 06:28:20 2008):** yes,we are a perfect match honey
**pavy224 (Fri Oct 10 06:29:10 2008):** well i can wait to ameet the two of you
**shahara_babes (Fri Oct 10 06:29:40 2008):** give me your e mail add hon hon
**shahara_babes (Fri Oct 10 06:29:48 2008):** i will send it now
**pavy224 (Fri Oct 10 06:30:03 2008):** pavy224@yahoo.com
**shahara_babes (Fri Oct 10 06:32:56 2008):** it says there was a problem
**shahara_babes (Fri Oct 10 06:33:09 2008):** about mhy the email addresses
**shahara_babes (Fri Oct 10 06:33:20 2008):** the email addresses
**pavy224 (Fri Oct 10 06:33:21 2008):** what
**shahara_babes (Fri Oct 10 06:33:25 2008):** yes
**shahara_babes (Fri Oct 10 06:33:32 2008):** i dont know y
**pavy224 (Fri Oct 10 06:33:35 2008):** pavy224@yahoo.com
**pavy224 (Fri Oct 10 06:33:50 2008):** try layk224@yahoo.com
**shahara_babes (Fri Oct 10 06:34:56 2008):** same honey
**pavy224 (Fri Oct 10 06:35:34 2008):** well honey they are both working here
**shahara_babes (Fri Oct 10 06:37:45 2008):** i try again but not working
**shahara_babes (Fri Oct 10 06:37:54 2008):** still have a problem here
**pavy224 (Fri Oct 10 06:37:54 2008):** the cam didnt work
**shahara_babes (Fri Oct 10 06:38:21 2008):** honey,u know i cant wait to suck u very hard on dec
**shahara_babes (Fri Oct 10 06:38:34 2008):** i always make yours very hard
**shahara_babes (Fri Oct 10 06:38:38 2008):** ok
**shahara_babes (Fri Oct 10 06:38:51 2008):** i want to kiss u all over your body
**pavy224 (Fri Oct 10 06:38:54 2008):** you are right now
**pavy224 (Fri Oct 10 06:39:44 2008):** yes
**pavy224 (Fri Oct 10 06:39:47 2008):** you know i am
**shahara_babes (Fri Oct 10 06:39:49 2008):** yup
**shahara_babes (Fri Oct 10 06:40:04 2008):** i want to make u happy everyday
**pavy224 (Fri Oct 10 06:40:20 2008):** i hope your pussy gets wet so i can lick it dry
**shahara_babes (Fri Oct 10 06:40:31 2008):** hehee
**shahara_babes (Fri Oct 10 06:40:52 2008):** yes,feels so wet now
**shahara_babes (Fri Oct 10 06:41:45 2008):** send me some pics of u
**pavy224 (Fri Oct 10 06:42:01 2008):** my hard cock?
**shahara_babes (Fri Oct 10 06:42:35 2008):** i cant wait to suck u hon
**pavy224 (Fri Oct 10 06:42:59 2008):** hon i want to see your pics
**shahara_babes (Fri Oct 10 06:43:11 2008):** we will both enjoy of our lovemaking soon
**shahara_babes (Fri Oct 10 06:43:14 2008):** hmmmmmmmm
**shahara_babes (Fri Oct 10 06:43:28 2008):** still had a problem
**shahara_babes (Fri Oct 10 06:43:32 2008):** hon
**shahara_babes (Fri Oct 10 06:43:40 2008):** i will try again
**pavy224 (Fri Oct 10 06:43:54 2008):** ask the attendant to help you
**shahara_babes (Fri Oct 10 06:44:16 2008):** ok
**shahara_babes (Fri Oct 10 06:47:26 2008):** she also dont know.
**pavy224 (Fri Oct 10 06:47:36 2008):** okay
**shahara_babes (Fri Oct 10 06:47:42 2008):** whats happening on this computer
**pavy224 (Fri Oct 10 06:47:48 2008):** but i know the emil is right
**shahara_babes (Fri Oct 10 06:47:59 2008):** yah
**shahara_babes (Fri Oct 10 06:48:05 2008):** i try and try
**shahara_babes (Fri Oct 10 06:49:29 2008):** i wil try again
**pavy224 (Fri Oct 10 06:50:41 2008):** hon i want to call you over the wekend ok

7

shahara_babes (Fri Oct 10 06:50:41 2008): hon,i want me and shannon wil going to meet u at the airport when u are here
shahara_babes (Fri Oct 10 06:51:05 2008): it says sorry for the inconvenience hon
shahara_babes (Fri Oct 10 06:51:19 2008): anytime u can call me
pavy224 (Fri Oct 10 06:51:37 2008): can i call and have phione sex with you
pavy224 (Fri Oct 10 06:51:44 2008): i want to make you cum
shahara_babes (Fri Oct 10 06:51:51 2008): sure why not
shahara_babes (Fri Oct 10 06:51:55 2008): but not now
shahara_babes (Fri Oct 10 06:52:00 2008): i am at cafe
shahara_babes (Fri Oct 10 06:52:06 2008): heheh
pavy224 (Fri Oct 10 06:52:09 2008): i know on the phone at home
shahara_babes (Fri Oct 10 06:52:17 2008): i want u to cum also
pavy224 (Fri Oct 10 06:52:19 2008): is ther a good time when you are alone
shahara_babes (Fri Oct 10 06:52:25 2008): i want to hear u moan
shahara_babes (Fri Oct 10 06:52:37 2008): hehehehe
pavy224 (Fri Oct 10 06:53:24 2008): baby do you masturbate a lot
shahara_babes (Fri Oct 10 06:53:58 2008): yes,sometimes if im alone
shahara_babes (Fri Oct 10 06:54:02 2008): i masturbate
pavy224 (Fri Oct 10 06:54:47 2008): i like to watch that while i play with you too
shahara_babes (Fri Oct 10 06:55:26 2008): yes sure
shahara_babes (Fri Oct 10 06:55:44 2008): u can watch me hon when u r here
shahara_babes (Fri Oct 10 06:55:49 2008): hehehe
pavy224 (Fri Oct 10 06:55:57 2008): all the time
shahara_babes (Fri Oct 10 06:56:14 2008): yap
pavy224 (Fri Oct 10 06:56:26 2008): hon do yo uwork
shahara_babes (Fri Oct 10 06:56:42 2008): anyway u can also reach me at my home address
shahara_babes (Fri Oct 10 06:57:05 2008): CANDAGUIT,SIBONGA,CEBU 6020 PHILIPPINES
shahara_babes (Fri Oct 10 06:57:55 2008): no work hon
pavy224 (Fri Oct 10 06:58:17 2008): thanks for the address
shahara_babes (Fri Oct 10 06:58:34 2008): whats your address too?
pavy224 (Fri Oct 10 06:59:07 2008): 270 Quiigley Blvd new castle, DE 19701
shahara_babes (Fri Oct 10 07:01:10 2008): ok
shahara_babes (Fri Oct 10 07:01:16 2008): thanx hon
pavy224 (Fri Oct 10 07:01:51 2008): where is the colsest hotel to you
shahara_babes (Fri Oct 10 07:02:18 2008): closest hotel?
pavy224 (Fri Oct 10 07:02:54 2008): yes
shahara_babes (Fri Oct 10 07:03:01 2008): many closest hotel here
pavy224 (Fri Oct 10 07:03:07 2008): that i can stay so you dont have to travel too far
shahara_babes (Fri Oct 10 07:04:31 2008): our place is very far from the city
pavy224 (Fri Oct 10 07:04:42 2008): how far
shahara_babes (Fri Oct 10 07:06:19 2008): 80 kilometers from our house to cebu city
shahara_babes (Fri Oct 10 07:06:36 2008): we need to take a bus to get there
shahara_babes (Fri Oct 10 07:06:43 2008): but its ok
pavy224 (Fri Oct 10 07:06:53 2008): well i guess we will stay inthe city then
shahara_babes (Fri Oct 10 07:06:59 2008): wow hon,ur wearing brief
shahara_babes (Fri Oct 10 07:07:18 2008): of course we will stay there
shahara_babes (Fri Oct 10 07:08:36 2008): u know hon
pavy224 (Fri Oct 10 07:08:54 2008): yes
shahara_babes (Fri Oct 10 07:09:04 2008): i did not sleep lastnight because of the baby
pavy224 (Fri Oct 10 07:09:13 2008): i will then get a hotel for us in the city and let you know where and when
shahara_babes (Fri Oct 10 07:09:41 2008): ok hon
shahara_babes (Fri Oct 10 07:09:47 2008): no problem
shahara_babes (Fri Oct 10 07:10:55 2008): where are u now hon
pavy224 (Fri Oct 10 07:11:09 2008): in the old office
pavy224 (Fri Oct 10 07:11:13 2008): so no cam here
pavy224 (Fri Oct 10 07:11:22 2008): but next time i willhave my cam
shahara_babes (Fri Oct 10 07:11:28 2008): its ok if no cam
shahara_babes (Fri Oct 10 07:11:35 2008): ok
shahara_babes (Fri Oct 10 07:12:32 2008): i told my parents about u and they are very happy to hear

8

the good news
**shahara_babes (Fri Oct 10 07:12:41 2008):** that u are coming
**shahara_babes (Fri Oct 10 07:12:51 2008):** and u accept also my daughter
**shahara_babes (Fri Oct 10 07:13:15 2008):** from now on,shannon will call u daddy paul
**shahara_babes (Fri Oct 10 07:13:32 2008):** i really like u honey
**pavy224 (Fri Oct 10 07:13:42 2008):** my too
**shahara_babes (Fri Oct 10 07:13:48 2008):** we are really a perfect match
**shahara_babes (Fri Oct 10 07:14:38 2008):** i will send the pics next time.i dont know wat happened on
the computer
**pavy224 (Fri Oct 10 07:14:51 2008):** okay babe that is good
**pavy224 (Fri Oct 10 07:15:01 2008):** i will call you this weekend
**shahara_babes (Fri Oct 10 07:15:16 2008):** ok hon,i wait your call
**shahara_babes (Fri Oct 10 07:15:28 2008):** im so much happy to hear your sweet voice
**pavy224 (Fri Oct 10 07:15:29 2008):** got togo now
**shahara_babes (Fri Oct 10 07:15:36 2008):** wait
**pavy224 (Fri Oct 10 07:15:42 2008):** what
**shahara_babes (Fri Oct 10 07:15:44 2008):** i want u
**shahara_babes (Fri Oct 10 07:15:55 2008):** chat with me plssss
**pavy224 (Fri Oct 10 07:16:07 2008):** got to work hon sorry
**shahara_babes (Fri Oct 10 07:16:13 2008):** ok hon
**pavy224 (Fri Oct 10 07:16:18 2008):** we will chat on the phone
**pavy224 (Fri Oct 10 07:16:21 2008):** later
**shahara_babes (Fri Oct 10 07:16:23 2008):** i will wait your call
**pavy224 (Fri Oct 10 07:16:30 2008):** bye now
**shahara_babes (Fri Oct 10 07:16:35 2008):** i love u hon
**shahara_babes (Fri Oct 10 07:16:45 2008):** byee
**shahara_babes (Fri Oct 10 07:16:48 2008):** muahhhhhhhh
**shahara_babes (Fri Oct 10 07:18:00 2008):** i left my phone in our house so call me 1 hour from now
because i need to take tricycle to our house
**shahara_babes (Fri Oct 10 07:18:07 2008):** ok bye hon

# Exhibit # 180

<u>**United States v. Paul Pavulak**</u>

<u>**HP Tower**</u>

**Conversation joined at Thu Sep 18 20:09:53 2008.**

**sab_rina2008sdiego (Thu Sep 18 20:09:53 2008):** hi there!
**sab_rina2008sdiego (Thu Sep 18 20:09:55 2008):** how are you
**pavy224 (Thu Sep 18 20:10:16 2008):** well she appears
**sab_rina2008sdiego (Thu Sep 18 20:10:35 2008):** we have power interruption last night because of the rain
**sab_rina2008sdiego (Thu Sep 18 20:10:36 2008):** yes
**pavy224 (Thu Sep 18 20:10:42 2008):** ic
**pavy224 (Thu Sep 18 20:10:43 2008):** t
**sab_rina2008sdiego (Thu Sep 18 20:10:47 2008):** im here
**sab_rina2008sdiego (Thu Sep 18 20:10:54 2008):** so how are you
**pavy224 (Thu Sep 18 20:11:02 2008):** i thought i scared you away with my tales
**sab_rina2008sdiego (Thu Sep 18 20:11:04 2008):** you are an invisible man again
**pavy224 (Thu Sep 18 20:11:19 2008):** yes it akeeps the ladies away
**pavy224 (Thu Sep 18 20:11:42 2008):** only do you know the secret passage to my heart
**sab_rina2008sdiego (Thu Sep 18 20:12:20 2008):** kinda.... i have thought about it but have understand the situation fo it truly happen if lacking of parental guidance and also you where still very young that time you dont have yet thge right thinking
**sab_rina2008sdiego (Thu Sep 18 20:12:46 2008):** maybe i am lucky to have the degree in psychology for it makes me understand you
**pavy224 (Thu Sep 18 20:13:34 2008):** well mayhbe because i dont seem to under stand my self at times
**pavy224 (Thu Sep 18 20:14:11 2008):** but then i really dont care most of teh time anyway
**pavy224 (Thu Sep 18 20:14:17 2008):** the
**sab_rina2008sdiego (Thu Sep 18 20:14:18 2008):** its ok but in your age you have to understand your self better than anyone else
**sab_rina2008sdiego (Thu Sep 18 20:14:20 2008):** hahaha
**sab_rina2008sdiego (Thu Sep 18 20:14:23 2008):** and thats you
**sab_rina2008sdiego (Thu Sep 18 20:14:31 2008):** thats makes you who you are
**pavy224 (Thu Sep 18 20:14:41 2008):** years ago sex with a young treen wa totally acceptable
**sab_rina2008sdiego (Thu Sep 18 20:14:52 2008):** but what is important to me that you have the ability to make me happy
**pavy224 (Thu Sep 18 20:14:54 2008):** not it is forbidden
**sab_rina2008sdiego (Thu Sep 18 20:14:58 2008):** yes
**sab_rina2008sdiego (Thu Sep 18 20:15:04 2008):** but a tabboo
**pavy224 (Thu Sep 18 20:15:14 2008):** that decision was made by only a few
**pavy224 (Thu Sep 18 20:15:18 2008):** and effects a lot
**sab_rina2008sdiego (Thu Sep 18 20:15:42 2008):** maybe im so aware that you here for happiness and not for marriage at all
**pavy224 (Thu Sep 18 20:16:00 2008):** because child porn is a huge bnusiness ebcuse it is wanted by moist guys even though it is illeagle
**pavy224 (Thu Sep 18 20:16:44 2008):** but thaT IS LIFE AND THE WQORALD GOES ON
**pavy224 (Thu Sep 18 20:16:55 2008):** world
**pavy224 (Thu Sep 18 20:17:51 2008):** anyway how about another subject
**sab_rina2008sdiego (Thu Sep 18 20:17:53 2008):** yes i know that
**sab_rina2008sdiego (Thu Sep 18 20:18:04 2008):** but i am ok with that
**sab_rina2008sdiego (Thu Sep 18 20:18:14 2008):** we can try if we can jive and be compatible
**sab_rina2008sdiego (Thu Sep 18 20:18:16 2008):** isnt it
**sab_rina2008sdiego (Thu Sep 18 20:18:25 2008):** ok let us talk on another subject
**pavy224 (Thu Sep 18 20:18:59 2008):** how abpout what you are going to do today
**pavy224 (Thu Sep 18 20:19:10 2008):** since you already slept half of it away

1


GOVERNMENT EXHIBIT 180

**pavy224 (Thu Sep 18 20:19:50 2008):** 'but you must look reallyu beautiful when yo sleep
**pavy224 (Thu Sep 18 20:20:06 2008):** maybe i willkiss you lightly on your forhead
**pavy224 (Thu Sep 18 20:20:28 2008):** and then your eyelids
**pavy224 (Thu Sep 18 20:20:32 2008):** and your nose
**sab_rina2008sdiego (Thu Sep 18 20:20:41 2008):** hmmmmpppppp
**pavy224 (Thu Sep 18 20:20:42 2008):** and on your neck
**pavy224 (Thu Sep 18 20:21:49 2008):** and down on your braeast and lick yuo nipple to get it hard and trail my tongue soen yor stomic lightly stopping at your navellicking and playing
**sab_rina2008sdiego (Thu Sep 18 20:22:18 2008):** is that what you want to do with my morning... are you maing me hory... i have not eaten yet my break fast
**pavy224 (Thu Sep 18 20:23:24 2008):** i can now smell the sweetness of your pussy and and a light lick gives me the taste of you the honey nectrur that drips from your pussy
**pavy224 (Thu Sep 18 20:23:32 2008):** i likc and lick
**pavy224 (Thu Sep 18 20:23:53 2008):** anyway what is the weather like now
**sab_rina2008sdiego (Thu Sep 18 20:24:33 2008):** somehow the weather is ok now..... good enough but the sun did not show up yes
**pavy224 (Thu Sep 18 20:24:37 2008):** wellsome times breakfast can wait
**sab_rina2008sdiego (Thu Sep 18 20:24:42 2008):** hahahaha
**pavy224 (Thu Sep 18 20:24:48 2008):** but i can cook and bring it to you in bed
**sab_rina2008sdiego (Thu Sep 18 20:24:54 2008):** thats good if we are together but to be away is not good
**sab_rina2008sdiego (Thu Sep 18 20:25:14 2008):** coz it will make us think in doing bad things
**pavy224 (Thu Sep 18 20:25:38 2008):** well what isa your true opinion about the safty of being in you r town for me
**pavy224 (Thu Sep 18 20:26:56 2008):** safety
**sab_rina2008sdiego (Thu Sep 18 20:27:00 2008):** being honest with my words? if you will come here it will be ok but its like you are exposing your self..... we never know what will happen but its like you are giving them the oppurtunity
**pavy224 (Thu Sep 18 20:27:41 2008):** yes the govt here says that kidnapping is what they do for ransom
**pavy224 (Thu Sep 18 20:28:05 2008):** and that sure would ruin my vacation
**sab_rina2008sdiego (Thu Sep 18 20:28:15 2008):** yes..... its better to avoid for me i think
**sab_rina2008sdiego (Thu Sep 18 20:28:22 2008):** yes....
**sab_rina2008sdiego (Thu Sep 18 20:28:36 2008):** so if we can avoid why give them the chance to ruin everything....
**sab_rina2008sdiego (Thu Sep 18 20:28:53 2008):** i think i can be with you like 3 days if ever i will be working then
**pavy224 (Thu Sep 18 20:29:00 2008):** i would really love to see cebu
**sab_rina2008sdiego (Thu Sep 18 20:29:06 2008):** thats nice
**sab_rina2008sdiego (Thu Sep 18 20:29:12 2008):** cebu is nice
**pavy224 (Thu Sep 18 20:29:30 2008):** yo bee there
**pavy224 (Thu Sep 18 20:29:33 2008):** been
**sab_rina2008sdiego (Thu Sep 18 20:29:42 2008):** yes i been there
**pavy224 (Thu Sep 18 20:30:25 2008):** you seem to have much more expierence than most fillipano women
**pavy224 (Thu Sep 18 20:30:46 2008):** exprience
**sab_rina2008sdiego (Thu Sep 18 20:31:17 2008):** in what way you say that i am much experience? in what field and aspect?
**pavy224 (Thu Sep 18 20:32:01 2008):** well in this case traveling out side your toen
**pavy224 (Thu Sep 18 20:32:36 2008):** town
**sab_rina2008sdiego (Thu Sep 18 20:32:40 2008):** ok... because in cebu i have relatives there... i have been there so early...
**pavy224 (Thu Sep 18 20:32:48 2008):** but your education
**sab_rina2008sdiego (Thu Sep 18 20:32:50 2008):** my mother is from cebu
**pavy224 (Thu Sep 18 20:33:06 2008):** and the fashionable way you dress
**sab_rina2008sdiego (Thu Sep 18 20:33:21 2008):** like every summer when i was kid ....with my mom and younger sis

**pavy224 (Thu Sep 18 20:33:53 2008):** nice
**sab_rina2008sdiego (Thu Sep 18 20:33:55 2008):** tso you like the way i dressed up
**pavy224 (Thu Sep 18 20:34:02 2008):** very much
**pavy224 (Thu Sep 18 20:34:19 2008):** and not just the obvious bikini
**sab_rina2008sdiego (Thu Sep 18 20:34:21 2008):** but when the time comes that i have to pay full fare my mom no longer wants me to bring there
**sab_rina2008sdiego (Thu Sep 18 20:34:44 2008):** the bikini was a pictorial for a school contest...
**sab_rina2008sdiego (Thu Sep 18 20:34:47 2008):** just that
**sab_rina2008sdiego (Thu Sep 18 20:35:02 2008):** it was for misss photogenic thats why
**pavy224 (Thu Sep 18 20:35:08 2008):** ic
**sab_rina2008sdiego (Thu Sep 18 20:35:11 2008):** yes
**pavy224 (Thu Sep 18 20:35:23 2008):** well you did make a pretty picturew
**sab_rina2008sdiego (Thu Sep 18 20:35:46 2008):** i actually wanted to buy bikinies for that bikinies are not mine the one who have oush me to join... i only borrowed it
**sab_rina2008sdiego (Thu Sep 18 20:35:54 2008):** thank you
**pavy224 (Thu Sep 18 20:35:56 2008):** have you had sex with some one other thatn yourself
**sab_rina2008sdiego (Thu Sep 18 20:36:15 2008):** iyou mean having sex with my bf
**pavy224 (Thu Sep 18 20:36:40 2008):** or girl frioend
**sab_rina2008sdiego (Thu Sep 18 20:37:10 2008):** i have not have sex with gf
**sab_rina2008sdiego (Thu Sep 18 20:37:32 2008):** i had sex with my 2 bfsand that because i love them
**pavy224 (Thu Sep 18 20:37:43 2008):** so that elminates half the question
**sab_rina2008sdiego (Thu Sep 18 20:37:50 2008):** my boy friends
**sab_rina2008sdiego (Thu Sep 18 20:37:58 2008):** i had an experience
**pavy224 (Thu Sep 18 20:38:04 2008):** excellent
**sab_rina2008sdiego (Thu Sep 18 20:38:35 2008):** and not because i just to make sex but i felt that i love him... it was never lust but it was love
**pavy224 (Thu Sep 18 20:39:02 2008):** i think a relationship must include all parts of a joining together
**sab_rina2008sdiego (Thu Sep 18 20:39:51 2008):** yes.....
**pavy224 (Thu Sep 18 20:39:51 2008):** well sex is always so much metter with love involved
**sab_rina2008sdiego (Thu Sep 18 20:40:28 2008):** you ar eright and its not sex but its love making
**pavy224 (Thu Sep 18 20:40:35 2008):** so how long have you ben without a bf
**sab_rina2008sdiego (Thu Sep 18 20:40:51 2008):** like two years
**sab_rina2008sdiego (Thu Sep 18 20:41:06 2008):** it was a hard decision leaving him
**pavy224 (Thu Sep 18 20:41:10 2008):** wow long time
**sab_rina2008sdiego (Thu Sep 18 20:41:16 2008):** but i have to think for my future
**pavy224 (Thu Sep 18 20:41:32 2008):** you just not looking or no one interesting
**sab_rina2008sdiego (Thu Sep 18 20:42:16 2008):** it was ok for us to be like boy friend and girl friend rrelationship but going to a higher level...
**pavy224 (Thu Sep 18 20:42:30 2008):** so what do you see you future being
**sab_rina2008sdiego (Thu Sep 18 20:43:28 2008):** i see myself with a guy that can make me feel good.... having a good life and comfortable life...
**pavy224 (Thu Sep 18 20:43:31 2008):** are you ready to comit to marriage
**pavy224 (Thu Sep 18 20:44:20 2008):** why would you opt for anolder guy like me when it is obvious that you could have most guys that you set your mind on having
**sab_rina2008sdiego (Thu Sep 18 20:44:54 2008):** i would say i am yes.... specially meeting the right one for me who can guide and make me a better person.
**sab_rina2008sdiego (Thu Sep 18 20:45:38 2008):** can bring out the best in me in all aspects////
**pavy224 (Thu Sep 18 20:46:06 2008):** but a lot of guys can do that
**pavy224 (Thu Sep 18 20:46:23 2008):** dont get me wrong i love that you caht with me
**sab_rina2008sdiego (Thu Sep 18 20:46:24 2008):** with you? because i have in mind that older guys do pampersa young lady like me...
**pavy224 (Thu Sep 18 20:46:30 2008):** aand that we are planning to meet
**pavy224 (Thu Sep 18 20:46:50 2008):** and i do think I deserve a woman like you
**sab_rina2008sdiego (Thu Sep 18 20:47:15 2008):** yes..... one thing also i am stucked with you for i no longer have the account on cb....
**pavy224 (Thu Sep 18 20:48:00 2008):** your not stuck with me

3

sab_rina2008sdiego (Thu Sep 18 20:48:10 2008): so i am talking to you now and i am happy.... i would not be here to wake up in the morning thinking that i have not been online.... maybe one reason is that you have told me everything about you even your darkest part and make me accept it

sab_rina2008sdiego (Thu Sep 18 20:48:14 2008): hahahahaha

pavy224 (Thu Sep 18 20:48:20 2008): you can goin and set a new accpount up using a diofferent name

sab_rina2008sdiego (Thu Sep 18 20:48:24 2008): that was a joke

pavy224 (Thu Sep 18 20:48:33 2008): and CB is only one of many sources

sab_rina2008sdiego (Thu Sep 18 20:48:39 2008): saying i am stuck with you

sab_rina2008sdiego (Thu Sep 18 20:48:45 2008): ok

sab_rina2008sdiego (Thu Sep 18 20:49:07 2008): ok i will try to do for what you have said to me

sab_rina2008sdiego (Thu Sep 18 20:49:19 2008): i can join anwyay

sab_rina2008sdiego (Thu Sep 18 20:49:51 2008): but i will have a job interview this afternoon... i did apply for a hotel here

pavy224 (Thu Sep 18 20:50:07 2008): well if im not enought for you now yes you can go join many sites

sab_rina2008sdiego (Thu Sep 18 20:50:12 2008): i know i can make it.... i hope i will

sab_rina2008sdiego (Thu Sep 18 20:50:40 2008): as what you have said that i can join... thats what youbhave said..... i got those words from you

pavy224 (Thu Sep 18 20:51:04 2008): im teasing you sweetheart

pavy224 (Thu Sep 18 20:51:32 2008): so what will you do at teh hotel

sab_rina2008sdiego (Thu Sep 18 20:52:14 2008): now you are teasing me...

sab_rina2008sdiego (Thu Sep 18 20:52:26 2008): work... front desk

pavy224 (Thu Sep 18 20:52:36 2008): well you tase me with your pics

pavy224 (Thu Sep 18 20:52:42 2008): tease

pavy224 (Thu Sep 18 20:52:55 2008): so tell me about the job intervciew

sab_rina2008sdiego (Thu Sep 18 20:53:10 2008): with my personality and ablitities i would say i can

pavy224 (Thu Sep 18 20:53:28 2008): what job is it for

sab_rina2008sdiego (Thu Sep 18 20:53:44 2008): i will be having an interview

pavy224 (Thu Sep 18 20:54:01 2008): for what type of job

sab_rina2008sdiego (Thu Sep 18 20:54:02 2008): yes its for work....

pavy224 (Thu Sep 18 20:54:17 2008): what wil yo be doing

sab_rina2008sdiego (Thu Sep 18 20:55:10 2008): attending the guest needs,room, calls,assiting

sab_rina2008sdiego (Thu Sep 18 20:55:14 2008): etc

pavy224 (Thu Sep 18 20:55:38 2008): if i stay there will you assist mein my nneeds

sab_rina2008sdiego (Thu Sep 18 20:56:04 2008): thats dont know....

sab_rina2008sdiego (Thu Sep 18 20:56:12 2008): as a guest yes

pavy224 (Thu Sep 18 20:56:35 2008): of course as a guest with special needs

sab_rina2008sdiego (Thu Sep 18 20:56:48 2008): i dont with that special needs

sab_rina2008sdiego (Thu Sep 18 20:57:00 2008): work is work

pavy224 (Thu Sep 18 20:57:22 2008): well my special needs is for translation to my gfr

sab_rina2008sdiego (Thu Sep 18 20:57:34 2008): and we never know i might meet someone nice from working at a hotel...

pavy224 (Thu Sep 18 20:57:46 2008): that wwould be tereible

sab_rina2008sdiego (Thu Sep 18 20:57:58 2008): aslong i am free and you wont take much of my time working then i can assist you

pavy224 (Thu Sep 18 20:57:59 2008): guys yoiu meet from hotel s are bad

sab_rina2008sdiego (Thu Sep 18 20:58:12 2008): ha?

sab_rina2008sdiego (Thu Sep 18 20:58:40 2008): maybe i can meet at the hotel with a widow who bring along his kids for a vacation...

pavy224 (Thu Sep 18 20:59:07 2008): i c

sab_rina2008sdiego (Thu Sep 18 20:59:12 2008): or maybe mature guys who wanted to have a vacation alone.... saw me and fell inlove....

sab_rina2008sdiego (Thu Sep 18 20:59:17 2008): we never know/....

sab_rina2008sdiego (Thu Sep 18 20:59:30 2008): we can never tell

pavy224 (Thu Sep 18 20:59:40 2008): well i might be ableto meet pretty girls at teh hotel pool while they sun in bikinis

sab_rina2008sdiego (Thu Sep 18 20:59:48 2008): and if i will be working i will have the less time to chat

4

with you

**sab_rina2008sdiego (Thu Sep 18 21:00:29 2008):** yes..... you are right..... you can meet much pretty and even paid girls at the hotel....

**pavy224 (Thu Sep 18 21:00:33 2008):** so then this is it

**pavy224 (Thu Sep 18 21:00:54 2008):** i lost you even before i had a chance to love you

**sab_rina2008sdiego (Thu Sep 18 21:01:26 2008):** hahahaha

**sab_rina2008sdiego (Thu Sep 18 21:01:45 2008):** thats the situation we are actually thinking and imagining

**pavy224 (Thu Sep 18 21:02:22 2008):** well i do hope you find a job because that is good for you

**sab_rina2008sdiego (Thu Sep 18 21:02:22 2008):** but if you truly have the love for me and wanted me and would try to make me feel secured with you then you will be in good hands and in better place

**sab_rina2008sdiego (Thu Sep 18 21:02:29 2008):** yes

**sab_rina2008sdiego (Thu Sep 18 21:02:31 2008):** thank you

**pavy224 (Thu Sep 18 21:02:37 2008):** and it would be very selfish for me to hope different

**sab_rina2008sdiego (Thu Sep 18 21:03:16 2008):** and if you will be kind with me then i will have to be kind with you and if you love then i can love you also .... and guys always do the first move .... specially in courting

**sab_rina2008sdiego (Thu Sep 18 21:03:29 2008):** wow.... thank you!!!!!

**sab_rina2008sdiego (Thu Sep 18 21:05:58 2008):** its so nice of you.... i am actually excited and i will let you know if i did it well...

**sab_rina2008sdiego (Thu Sep 18 21:06:04 2008):** in the interview

**pavy224 (Thu Sep 18 21:06:12 2008):** well i will find a way to meet you in December because i would not want to miss the opportunity to let all five senses appreciIat the woman that you rae

**pavy224 (Thu Sep 18 21:06:31 2008):** appreciate

**pavy224 (Thu Sep 18 21:07:04 2008):** and on the computer it just doesnt work

**sab_rina2008sdiego (Thu Sep 18 21:07:10 2008):** wow.... thats good!!!!! i know you will happy if i will be working

**sab_rina2008sdiego (Thu Sep 18 21:07:21 2008):** yes... better to meet in person...

**sab_rina2008sdiego (Thu Sep 18 21:07:29 2008):** its truly different

**sab_rina2008sdiego (Thu Sep 18 21:07:41 2008):** i will know the real you....

**sab_rina2008sdiego (Thu Sep 18 21:08:26 2008):** by the way, mr pavulayk?

**sab_rina2008sdiego (Thu Sep 18 21:08:42 2008):** you no longer talking to me

**sab_rina2008sdiego (Thu Sep 18 21:08:44 2008):** hahahaha

**sab_rina2008sdiego (Thu Sep 18 21:08:49 2008):** you are writing now

**pavy224 (Thu Sep 18 21:09:27 2008):** you are a very interesting person and seem to make your own decisions reguardless what society tires to dictate

**pavy224 (Thu Sep 18 21:09:54 2008):** yes i had to change the watewr bottle

**pavy224 (Thu Sep 18 21:09:58 2008):** water

**pavy224 (Thu Sep 18 21:10:09 2008):** because i used the last of it

**sab_rina2008sdiego (Thu Sep 18 21:10:30 2008):** ok.... i got it..... so how are you?

**pavy224 (Thu Sep 18 21:10:41 2008):** and it is not nice to leave it empty

**sab_rina2008sdiego (Thu Sep 18 21:10:42 2008):** how about you my mr pavulayk?

**sab_rina2008sdiego (Thu Sep 18 21:11:17 2008):** yes just like a person who lives in an epmty house and empty home

**pavy224 (Thu Sep 18 21:11:19 2008):** \i poured a lot of concretetoday so i am a little sore and tired

**pavy224 (Thu Sep 18 21:11:49 2008):** but i do that because i like it that way right now in my life

**pavy224 (Thu Sep 18 21:12:16 2008):** i dont want to share my life with just antone

**sab_rina2008sdiego (Thu Sep 18 21:12:22 2008):** ok...

**pavy224 (Thu Sep 18 21:12:24 2008):** they must be a special one

**sab_rina2008sdiego (Thu Sep 18 21:12:26 2008):** with ?

**sab_rina2008sdiego (Thu Sep 18 21:12:30 2008):** thats nice

**sab_rina2008sdiego (Thu Sep 18 21:12:36 2008):** i am thinking about that

**pavy224 (Thu Sep 18 21:12:48 2008):** and i dont know what makes them special so dont ask

**pavy224 (Thu Sep 18 21:13:47 2008):** it would be wonderful to have a mate companion lover person that you can just be your self woth

**sab_rina2008sdiego (Thu Sep 18 21:13:49 2008):** ok.... i will not ask

5

**pavy224 (Thu Sep 18 21:14:01 2008):** with

**sab_rina2008sdiego (Thu Sep 18 21:14:14 2008):** yes.... to be our self and they will accept and love us for what we are

**pavy224 (Thu Sep 18 21:14:52 2008):** seei told you about the bad part of my life because i wanted you to know the worst thing i ever did.

**pavy224 (Thu Sep 18 21:15:13 2008):** and if you can accept me with that then evewrything else is better

**pavy224 (Thu Sep 18 21:15:26 2008):** im far from a perfect person

**pavy224 (Thu Sep 18 21:15:49 2008):** but i am a considerate and kind person that made a mistake

**sab_rina2008sdiego (Thu Sep 18 21:16:02 2008):** no one is perfect person... but i did accpet you for who you are andfor what you are...

**pavy224 (Thu Sep 18 21:16:21 2008):** well i thought you were perfect

**pavy224 (Thu Sep 18 21:16:25 2008):** was i wrong

**sab_rina2008sdiego (Thu Sep 18 21:16:48 2008):** all of us made a mistake.... even the highest position in our governtment makes most of wrong decision

**pavy224 (Thu Sep 18 21:17:21 2008):** well if it is alright i will keep you as a perfect person in my mind always

**sab_rina2008sdiego (Thu Sep 18 21:17:39 2008):** i am not perfect..... i am just being me... and if you will love me and like me now then you should accpet the fact that i am not and i have my weaknesses...

**sab_rina2008sdiego (Thu Sep 18 21:17:44 2008):** hahahah

**sab_rina2008sdiego (Thu Sep 18 21:17:49 2008):** yes for sure

**sab_rina2008sdiego (Thu Sep 18 21:18:04 2008):** but dont hate me if sometimes you can see the imperfections

**sab_rina2008sdiego (Thu Sep 18 21:18:50 2008):** :x

**pavy224 (Thu Sep 18 21:18:52 2008):** sabrina i would just like to put my arms around you and hold you next to me and just feel your heart beat

**pavy224 (Thu Sep 18 21:19:16 2008):** and smell the fragrance of you

**sab_rina2008sdiego (Thu Sep 18 21:19:39 2008):** hahahaha

**sab_rina2008sdiego (Thu Sep 18 21:19:41 2008):** wow

**sab_rina2008sdiego (Thu Sep 18 21:19:43 2008):** i like that

**pavy224 (Thu Sep 18 21:19:43 2008):** i grt that feeling by looking at your pic

**sab_rina2008sdiego (Thu Sep 18 21:19:51 2008):** wow

**sab_rina2008sdiego (Thu Sep 18 21:19:57 2008):** but i cant see your pics?

**pavy224 (Thu Sep 18 21:19:57 2008):** you just have that come hold me look

**sab_rina2008sdiego (Thu Sep 18 21:20:08 2008):** you are invisible

**pavy224 (Thu Sep 18 21:20:13 2008):** rerally

**sab_rina2008sdiego (Thu Sep 18 21:20:21 2008):** yes you are

**pavy224 (Thu Sep 18 21:20:30 2008):** wellif i go visable too many girls keep popping up

**pavy224 (Thu Sep 18 21:20:41 2008):** and i do not ask them to do that

**pavy224 (Thu Sep 18 21:21:04 2008):** i dont even know how they find me

**pavy224 (Thu Sep 18 21:21:21 2008):** i think you are sending them to harass me

**sab_rina2008sdiego (Thu Sep 18 21:21:24 2008):** hmmmmmm

**sab_rina2008sdiego (Thu Sep 18 21:21:25 2008):** ok

**sab_rina2008sdiego (Thu Sep 18 21:21:54 2008):** what.?

**pavy224 (Thu Sep 18 21:22:05 2008):** if i wanted to chat with them i wouldnt go invisiable

**pavy224 (Thu Sep 18 21:22:24 2008):** harass + bother

**sab_rina2008sdiego (Thu Sep 18 21:22:25 2008):** ok... i believe in you

**pavy224 (Thu Sep 18 21:22:54 2008):** and i sent you messgaes when your off line telling you to check on me when you get up

**sab_rina2008sdiego (Thu Sep 18 21:23:10 2008):** i know the menaing of harrass.... harassment is actually much incomporatable than bothering

**pavy224 (Thu Sep 18 21:23:10 2008):** because i like sabrina

**sab_rina2008sdiego (Thu Sep 18 21:23:38 2008):** thats why i did say somthing when i get online this morning

**pavy224 (Thu Sep 18 21:24:13 2008):** i was hoping that i would get to chat with you again

**sab_rina2008sdiego (Thu Sep 18 21:24:35 2008):** yes..... why you are saying that?

**sab_rina2008sdiego (Thu Sep 18 21:24:43 2008):** you dont want to court me anymore

6

**pavy224 (Thu Sep 18 21:25:19 2008):** well after the last chat then your power problem i just wanted you to know that you were missed
**sab_rina2008sdiego (Thu Sep 18 21:25:31 2008):** wow
**sab_rina2008sdiego (Thu Sep 18 21:25:38 2008):** really you did miss me?
**pavy224 (Thu Sep 18 21:25:43 2008):** you are a real treat
**pavy224 (Thu Sep 18 21:26:02 2008):** i have your picture on my desk
**sab_rina2008sdiego (Thu Sep 18 21:26:08 2008):** wow
**pavy224 (Thu Sep 18 21:26:10 2008):** of course i missed you
**sab_rina2008sdiego (Thu Sep 18 21:26:13 2008):** thats something...
**pavy224 (Thu Sep 18 21:26:55 2008):** actually i have several pictures of you on my desk in a collage arrangement
**sab_rina2008sdiego (Thu Sep 18 21:27:12 2008):** i wanted to text you for we dont have the power and its not good that i have used my cousin load just to text you...
**pavy224 (Thu Sep 18 21:27:33 2008):** i will have my lap top here this weekend and i will show you in the cam
**sab_rina2008sdiego (Thu Sep 18 21:28:06 2008):** wow..... can you send me some of the collage
**pavy224 (Thu Sep 18 21:28:30 2008):** my new office will be great
**pavy224 (Thu Sep 18 21:28:42 2008):** yes but they are pictures of you
**pavy224 (Thu Sep 18 21:28:51 2008):** that you already have
**sab_rina2008sdiego (Thu Sep 18 21:29:03 2008):** it will be nice for i wanted to see them for that you have done with them
**sab_rina2008sdiego (Thu Sep 18 21:29:12 2008):** but it was a collage form
**sab_rina2008sdiego (Thu Sep 18 21:29:17 2008):** you did it?
**pavy224 (Thu Sep 18 21:29:32 2008):** it is real big and i have tv hooked up for my football games
**pavy224 (Thu Sep 18 21:29:43 2008):** yes i did it
**pavy224 (Thu Sep 18 21:29:54 2008):** i can do a lot of things
**sab_rina2008sdiego (Thu Sep 18 21:30:15 2008):** wow thank you
**sab_rina2008sdiego (Thu Sep 18 21:30:22 2008):** i wanna see your masterpiece
**pavy224 (Thu Sep 18 21:30:28 2008):** you inspire me
**pavy224 (Thu Sep 18 21:30:37 2008):** you wil this weekend
**pavy224 (Thu Sep 18 21:30:52 2008):** its on the laptop
**sab_rina2008sdiego (Thu Sep 18 21:30:58 2008):** thank you so much
**sab_rina2008sdiego (Thu Sep 18 21:31:02 2008):** i do like you
**sab_rina2008sdiego (Thu Sep 18 21:31:23 2008):** thank you for that
**pavy224 (Thu Sep 18 21:32:21 2008):** and i do like you too very much
**sab_rina2008sdiego (Thu Sep 18 21:32:36 2008):** hmmmm
**sab_rina2008sdiego (Thu Sep 18 21:32:40 2008):** really?
**sab_rina2008sdiego (Thu Sep 18 21:32:46 2008):** and would make me happy?
**pavy224 (Thu Sep 18 21:33:13 2008):** happy is a state of mind
**sab_rina2008sdiego (Thu Sep 18 21:33:36 2008):** i want to be happy on what i feel that comes from the heart and not just by thinking
**pavy224 (Thu Sep 18 21:34:11 2008):** bliss
**pavy224 (Thu Sep 18 21:34:35 2008):** pleasurable contentment
**sab_rina2008sdiego (Thu Sep 18 21:34:55 2008):** yes.....
**pavy224 (Thu Sep 18 21:35:28 2008):** sabrina do you think we could have that together
**sab_rina2008sdiego (Thu Sep 18 21:35:40 2008):** anything is possible
**sab_rina2008sdiego (Thu Sep 18 21:35:55 2008):** i can say yes...
**pavy224 (Thu Sep 18 21:36:05 2008):** i would like that
**pavy224 (Thu Sep 18 21:36:16 2008):** with you
**sab_rina2008sdiego (Thu Sep 18 21:36:45 2008):** i hope so.... we will see
**pavy224 (Thu Sep 18 21:37:29 2008):** when is your inerview
**sab_rina2008sdiego (Thu Sep 18 21:37:42 2008):** i will be having my job interview this afternoon
**pavy224 (Thu Sep 18 21:37:59 2008):** have you selected you outfit to wear
**sab_rina2008sdiego (Thu Sep 18 21:38:02 2008):** 1pm
**sab_rina2008sdiego (Thu Sep 18 21:38:24 2008):** wow.... thats nice that you are showing so uch concern

7

**sab_rina2008sdiego (Thu Sep 18 21:38:36 2008):** yes i did and i borrowed it from my cousin
**pavy224 (Thu Sep 18 21:38:39 2008):** i am very concerned about you
**pavy224 (Thu Sep 18 21:38:56 2008):** is it a drewss or skirt
**sab_rina2008sdiego (Thu Sep 18 21:39:25 2008):** its a skirt and blouse
**pavy224 (Thu Sep 18 21:39:57 2008):** well a bit of advice
**pavy224 (Thu Sep 18 21:40:05 2008):** watch how you sit
**sab_rina2008sdiego (Thu Sep 18 21:40:24 2008):** thanks
**sab_rina2008sdiego (Thu Sep 18 21:40:29 2008):** like very lady like
**sab_rina2008sdiego (Thu Sep 18 21:40:38 2008):** sit half of the chair
**pavy224 (Thu Sep 18 21:40:39 2008):** just incase you did not know about those things
**pavy224 (Thu Sep 18 21:40:58 2008):** knees togetrher
**sab_rina2008sdiego (Thu Sep 18 21:41:04 2008):** yes
**sab_rina2008sdiego (Thu Sep 18 21:41:08 2008):** thank you
**sab_rina2008sdiego (Thu Sep 18 21:41:21 2008):** i know and not to lean back
**sab_rina2008sdiego (Thu Sep 18 21:41:39 2008):** with the chair ofcourse
**pavy224 (Thu Sep 18 21:41:50 2008):** sit up straaight and slightly push your chest forward
**sab_rina2008sdiego (Thu Sep 18 21:42:16 2008):** yes
**sab_rina2008sdiego (Thu Sep 18 21:42:18 2008):** ]thank you
**pavy224 (Thu Sep 18 21:42:42 2008):** you are going to be magnificient inthe interview
**pavy224 (Thu Sep 18 21:42:47 2008):** you sould all ready
**sab_rina2008sdiego (Thu Sep 18 21:42:52 2008):** really?
**sab_rina2008sdiego (Thu Sep 18 21:42:55 2008):** thank you
**sab_rina2008sdiego (Thu Sep 18 21:43:22 2008):** i need that coming from you.... if i will do good and make it you should treat me....
**pavy224 (Thu Sep 18 21:43:25 2008):** i will be sleeping then but i will be wishing foir you
**pavy224 (Thu Sep 18 21:43:40 2008):** can you come on liane at night and let me know
**sab_rina2008sdiego (Thu Sep 18 21:43:59 2008):** thank you very much.... i am so happy to hear that from you coz not only sex that you have in mind... i am discovering the oterh side of you
**pavy224 (Thu Sep 18 21:44:04 2008):** i will be on line at 630 to 8
**sab_rina2008sdiego (Thu Sep 18 21:44:34 2008):** i will baby.... but i wont be onlien there are reasons why i cant be ... ok
**sab_rina2008sdiego (Thu Sep 18 21:44:49 2008):** online
**pavy224 (Thu Sep 18 21:44:50 2008):** okay
**sab_rina2008sdiego (Thu Sep 18 21:44:53 2008):** yes
**sab_rina2008sdiego (Thu Sep 18 21:44:59 2008):** are you going now
**pavy224 (Thu Sep 18 21:45:05 2008):** you can tell them yaou know me asa a reference
**sab_rina2008sdiego (Thu Sep 18 21:45:10 2008):** i did not have my breakfast yet for i had you first
**pavy224 (Thu Sep 18 21:45:20 2008):** well go eat
**pavy224 (Thu Sep 18 21:45:32 2008):** i havent had my dinner yer either
**sab_rina2008sdiego (Thu Sep 18 21:45:38 2008):** but they dont know you..... i have my refernces already
**sab_rina2008sdiego (Thu Sep 18 21:45:39 2008):** ok
**sab_rina2008sdiego (Thu Sep 18 21:45:55 2008):** then let have it together... in our state of mind
**sab_rina2008sdiego (Thu Sep 18 21:46:04 2008):** and what you will say before you gonna go
**pavy224 (Thu Sep 18 21:46:19 2008):** buzz
**sab_rina2008sdiego (Thu Sep 18 21:46:26 2008):** you not talking to me
**pavy224 (Thu Sep 18 21:46:29 2008):** im reading what you wrotte
**sab_rina2008sdiego (Thu Sep 18 21:46:36 2008):** hmmmmm]
**sab_rina2008sdiego (Thu Sep 18 21:46:37 2008):** ok
**pavy224 (Thu Sep 18 21:46:51 2008):** youi can be demanding cant you
**pavy224 (Thu Sep 18 21:47:16 2008):** i want to say good luck to my wondrful gal
**pavy224 (Thu Sep 18 21:47:32 2008):** and have a niced breakfast
**pavy224 (Thu Sep 18 21:47:55 2008):** and think of me during the day
**sab_rina2008sdiego (Thu Sep 18 21:49:19 2008):** hello..... the computer was hung
**sab_rina2008sdiego (Thu Sep 18 21:49:25 2008):** buts its ok now
**sab_rina2008sdiego (Thu Sep 18 21:49:29 2008):** thank you so much

8

**pavy224 (Thu Sep 18 21:49:39 2008):** oh i thought you were writing me a real long good byr
**sab_rina2008sdiego (Thu Sep 18 21:49:45 2008):** yes, i will be thinking of you and everything you have told me i will keep that in mind
**sab_rina2008sdiego (Thu Sep 18 21:49:51 2008):** hahaha
**sab_rina2008sdiego (Thu Sep 18 21:49:54 2008):** bye for now
**pavy224 (Thu Sep 18 21:50:02 2008):** bye
**sab_rina2008sdiego (Thu Sep 18 21:50:06 2008):** sleept tigh my mr pavulayk
**sab_rina2008sdiego (Thu Sep 18 21:50:11 2008):** i will be thinking of you
**pavy224 (Thu Sep 18 21:50:13 2008):** i will
**sab_rina2008sdiego (Thu Sep 18 21:50:14 2008):** byebye
**sab_rina2008sdiego (Thu Sep 18 21:50:24 2008):** dont forget my collage
**pavy224 (Thu Sep 18 21:50:38 2008):** Saturday