# Exhibit # 1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE          :
                           :
          v.               :    INDICTMENT BY THE GRAND JURY
                           :
PAUL PAVULAK               :    I.D. NO. 9802015040

The Grand Jury charges PAUL PAVULAK with the following

offenses:

COUNT I.  A FELONY          #N98- 03-0127

UNLAWFUL SEXUAL ~~PENETRATION THIRD~~ *Contact 2nd* DEGREE, in violation of

Title 11, Section 770 of the Delaware Code of 1974, as amended.

PAUL PAVULAK, between September 1, 1997, to September 30,

1997 ,in the County of New Castle, State of Delaware, did

intentionally ~~place a finger inside~~ *touch* the vagina of ███████

███████, and who was less than 16 years of age on the occasion

of the crime.

COUNT II.  A FELONY         #N98- 03-0128

UNLAWFUL SEXUAL ~~PENETRATION THIRD~~ *Contact 2nd* DEGREE, in violation of

Title 11, Section 770 of the Delaware Code of 1974, as amended.

PAUL PAVULAK, between October 1, 1997, to October 31

,1997, in the County of New Castle, State of Delaware, did

intentionally ~~place a finger inside~~ *touch* the vagina of ███████

███████, and who was less than 16 years of age on the occasion

of the crime.

GOVERNMENT
EXHIBIT
1

CERTIFIED AS A TRUE COPY
ATTEST SHARON AGNEW
PROTHONOTARY
BY

COUNT III.  A FELONY                 #N98- 03-0129

UNLAWFUL SEXUAL PENETRATION THIRD DEGREE, in violation of

Title 11, Section 770 of the Delaware Code of 1974, as amended.

PAUL PAVULAK, between November 1, 1997, to November 30, 1997

,in the County of New Castle, State of Delaware, did

intentionally place a finger inside the vagina of ████████

████████ and who was less than 16 years of age on the occasion

of the crime.

COUNT IV.  A FELONY                  #N98- 03-0130

UNLAWFUL SEXUAL PENETRATION THIRD DEGREE, in violation of

Title 11, Section 770 of the Delaware Code of 1974, as amended.

PAUL PAVULAK, between December 1, 1997, to December 31,

1997, in the County of New Castle, State of Delaware, did

intentionally place a finger inside the vagina of ████████

████████ and who was less than 16 years of age on the occasion

of the crime.

COUNT V.  A FELONY                   #N98- 03-0131

UNLAWFUL SEXUAL PENETRATION THIRD DEGREE, in violation of

Title 11, Section 770 of the Delaware Code of 1974, as amended.

PAUL PAVULAK, between January 1, 1998, to January 31, 1998,

in the County of New Castle, State of Delaware, did intentionally

place a finger inside the vagina of ████████ ████████, and who was

less than 16 years of age on the occasion of the crime.

COUNT VI. A FELONY                   #N98 03-0126

CONTINUOUS SEXUAL ABUSE OF A CHILD in violation of 11 Del.

<u>c</u>. §778, a class b felony.

PAUL PAUVLAK, between September 1, 1997 and January 31, 1998, reside in the same home with ▮▮▮▮▮▮ ▮▮▮▮▮▮ a child under the age of 14 and did intentionally engage in three or more acts of sexual misconduct as defined by 11 <u>Del. C</u> § 766, 769, 770, 771, 772, 773, 774, 775, or 1108, for a period of time in excess of three months, as set forth in counts I through V, incorporated by reference herein.

A TRUE BILL

_t. Walrs_

_M Jane Brady_
ATTORNEY GENERAL

_C Howard_
DEPUTY ATTORNEY GENERAL

# Exhibit # 2

Superior Court of the State of Delaware, *New Castle* County

## PLEA AGREEMENT

GOVERNMENT
EXHIBIT
2

State of Delaware v. *Paul Pavulak*

Case No(s): *9802015040* Cr.A.#s: _____

☐ Title 11 HAB. OFFENDER _____    ☐ BOOT CAMP ELIGIBLE    ☐ INELIGIBLE

☑ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____

☐ Title 11, §4336, sex offender notification required    ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge | [LIO if applicable] |
|-------|--------|--------|---------------------|
| I | IN98-03-027 | USC and | (LIO) |
| II | IN98-03-028 | USC and | (LIO) |
| | | | |
| | | | |
| | | | |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☑ all remaining charges on this indictment:

| Count | Cr.A.# | Charge |
|-------|--------|--------|
| | | |
| | | |
| | | |

Sentence Recommendation/Agreement:    ☑ PSI    ☐ Immediate Sentencing

*State agrees to suspended levels, if no criminal record found for def.*

**State and Defendant agree to the following:**

☐ Restitution: _____

☐ No _____ contact w/ *victim or any unsupervised contact with anyone under age.*

☐ Other Conditions: 

*Psycho-substance evaluation & follow all recommendations for treatment*

DAG: *C Showalter*      DEF. COUNSEL: *James A. Natalie Jr.*

PRINT NAME                       PRINT NAME

*(signature)*             *(signature)*

SIGNATURE                    SIGNATURE

Date: *June 30, 1998*      DEFENDANT:

CERTIFIED AS A TRUE COPY
ATTEST SHARON AGNEW
PROTHONOTARY
BY *Mich* _____ Page __ of __

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

# Exhibit # 3

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE                    CASE NO. 9802015040
          v.                         CR.A. NO. PN98030127
PAUL E PAVULAK

                                     CHARGE: UNLAW SEX CON 2

DOB: ██/██/44
SBI: ██████                          CHARGE DISP: PLED GUILTY - LESSER

                        SENTENCE ORDER
                     ─────────────────

NOW, THIS  4TH DAY OF SEPTEMBER, 1998, IT IS THE ORDER OF THE COURT
THAT:

     THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

     THE DEFENDANT IS TO PAY THE COST OF PROSECUTION.

     EFFECTIVE September  4,1998, THE DEFENDANT IS PLACED IN THE
CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5   FOR
A PERIOD OF 2 YEARS.

     THIS SENTENCE IS SUSPENDED FOR 2 YEARS AT SUPERVISION LEVEL 3.
AFTER SERVING 1 YEAR AT SUPERVISION LEVEL 3, THIS SENTENCE IS
SUSPENDED FOR 1 YEAR AT SUPERVISION LEVEL 2.

     THE DEFENDANT SHALL MAKE RESTITUTION AS FOLLOWS: $278.00
PAYABLE TO INSURANCE TRUST OF THE NJBA, NATIONAL BENEFIT CORPORATION.



GOVERNMENT
EXHIBIT
3

CERTIFIED AS A TRUE COPY
ATTEST SHARON AGNEW
PROTHONOTARY
BY _____

PAGE 001 OF 4

STATE OF DELAWARE V. PAUL E PAVULAK
9802015040

AS TO THE CHARGE OF PN98030128, UNLAW SEX CON 2,
IT IS THE ORDER OF THE COURT THAT:

    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE
CHARGED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF
CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 2 YEARS.

    THIS SENTENCE IS SUSPENDED FOR 2 YEARS AT SUPERVISION LEVEL 2.


    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN
CR.A. NO. PN98-03-0127.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED
CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE
IMPOSED IN CR.A. NO. PN98-03-0127.

STATE OF DELAWARE V. PAUL E PAVULAK,
9802015040

THE FOLLOWING CONDITIONS SHALL APPLY TO THIS SENTENCE, THE
DEFENDANT SHALL:

    PAY FINANCIAL OBLIGATIONS DURING THE PROBATIONARY PERIOD.

    HAVE NO CONTACT WITH THE VICTIM.

    BE EVALUATED FOR EMOTIONAL AND/OR PSYCHOLOGICAL PROBLEMS AND
FOLLOW ANY DIRECTIONS FOR TREATMENT OR COUNSELING MADE BY THE
PROBATION OFFICER.

    HAVE NO UNSUPERVISED CONTACT WITH ANYONE UNDER 16 YEARS OF AGE.

    NOTE: DEFENDANT SHALL BEGIN TREATMENT AND/OR COUNSELING WITHIN
60 DAYS AND REMAIN UNTIL DISCHARGED BY THERAPIST AND/OR COUNSELOR.

THE PROVISIONS OF 11 DEL. C. 4120 AND 4336, SEX OFFENDER
REGISTRATION AND COMMUNITY NOTIFICATION, APPLY TO THIS CASE.

                                      10/1

JUDGE FRED S. SILVERMAN

STATE OF DELAWARE V. PAUL E PAVULAK,
9802015040

FINANCIAL OBLIGATIONS ARE IMPOSED ON THE DEFENDANT PURSUANT TO THIS
SENTENCE AS FOLLOWS:

| | |
|---|---|
| TOTAL CDEFA-DIVERSION ORDERED | 0.00 |
| TOTAL CIVIL PENALTY ORDERED | 0.00 |
| TOTAL COSTS ORDERED | 80.00 |
| TOTAL DRUG SURCHARGE ORDERED | 0.00 |
| TOTAL EXTRADITION ORDERED | 0.00 |
| TOTAL FINE AMOUNT ORDERED | 0.00 |
| TOTAL FORENSIC FINE ORDERED | 0.00 |
| TOTAL SHERIFF KENT ORDERED | 0.00 |
| TOTAL SHERIFF NCC ORDERED | 0.00 |
| TOTAL PUBLIC DEF. FEE ORDERED | 0.00 |
| TOTAL RESTITUTION ORDERED | 278.00 |
| TOTAL SHERIFF SUSSEX ORDERED | 0.00 |
| TOTAL VICTIMS' COMP ORDERED | 0.00 |
| TOTAL VIDEO PHONE FEE ORDERED | 1.00 |
| TOTAL FINANCIAL ORDER | 359.00 |

# Exhibit # 4

RULE 9 WARRANT

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | |
| v. | : | INDICTMENT BY THE GRAND JURY |
| | : | |
| PAUL E. PAVULAK | : | I.D. NO. 0403016870 |

The Grand Jury charges **PAUL E PAVULAK** with the following
offenses:

## COUNT I.  A FELONY            I#N 04 - 04 - 0306w

**UNLAWFUL SEXUAL CONTACT SECOND DEGREE**, in violation of Title
11, Section 768, of the Delaware Code of 1974, as amended.

PAUL E. PAVULAK, between June 1, 1999 and August 31, 1999,
in the County of New Castle, State of Delaware, did intentionally
have sexual contact with ▓▓▓▓ ▓▓▓▓▓▓, a child less than 16
years of age.

## COUNT II.  A FELONY            I#N 04-04-0305w

**UNLAWFUL SEXUAL CONTACT SECOND DEGREE**, in violation of Title
11, Section 768, of the Delaware Code of 1974, as amended.

PAUL E. PAVULAK, between June 1, 1999 and August 31, 1999,
in the County of New Castle, State of Delaware, did intentionally
have sexual contact with ▓▓▓▓▓▓▓ ▓▓▓▓▓▓, a child less than 16

GOVERNMENT
EXHIBIT
4

CERTIFIED AS A TRUE COPY
ATTEST SHARON AGNEW
PROTHONOTARY
BY _____

Case 1:09-cr-00043-SLR Document 98-2  Filed 04/05/15  Page 14 of 68 PageID #: 3028

years of age.

A TRUE BILL

FOREPERSON

ATTORNEY GENERAL

DEPUTY ATTORNEY GENERAL

# Exhibit # 8

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354      F.B.I. Number: 91062X8
Date of Birth: ███████1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: WILMINGTON PD

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

---

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:          Registered Physical Address:
  FAIRVIEW INN                         FAIRVIEW INN
  1051 S MARKET ST                     1051 S MARKET ST
  ROOM 176                             ROOM 176
  WILMINGTON, DE 19801                 WILMINGTON, DE 19801
  NEW CASTLE COUNTY                    NEW CASTLE COUNTY

Home Phone: (   )   -
Effective: 07/01/2008

Registered Employers:                Registered Place of Study:
  Unemployed                           Not Attending

Effective:                           Effective:

Host Address(es):                    Host Address(es):

---

Effective Date of Anticipated Release
06/27/2008

Registrant's Initials _____   Date _____

00385354 PAVULAK, PAUL E                          Page 1 of 4

GOVERNMENT
EXHIBIT
8

00000811

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354        Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

```
                 DUC/Case Number: 0403016870
                 Complaint Number: 3204024808
                 Arresting Agency: 96
              Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
               State of Conviction: DE
Date of Plea/Verdict of Guilt: 04/06/2005
                    Sentence Date: 06/10/2005
            Date of Incarceration: 10/14/2004
                      Lead Offense: DE1107680000FG

                 DUC/Case Number: 9802015040
                 Complaint Number: 3298017198
                 Arresting Agency: 32
              Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
               State of Conviction: DE
Date of Plea/Verdict of Guilt: 06/30/1998
                    Sentence Date: 09/04/1998
            Date of Incarceration: 02/20/1998
                      Lead Offense: DE1107680000FG
```

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE   HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE   HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____  Date 7/1/08

00385354 PAVULAK, PAUL E                                    Page 2 of 4

00000812

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

**S.B.I. Number:** 00385354        **Offender:** PAVULAK, PAUL E

**Registered Vehicle Information:**
Sequence: 0001
    Make: FORD
    Model: 4 DOOR
    Tag Number: 350325
    Color: Green
    Registration State: DE
    Vehicle Type: Automobile
    Owner Notified Date: 04/01/2008

Owner Address:                    Vehicle Address:
    1051 S MARKET SHL                 1051 S MARKET SHL
    FAIRVIEW INN                      FAIRVIEW INN
    WILMINGTON, DE 19801              WILMINGTON, DE 19801

Registrant's Initials _____   Date 7/1/08

00385354 PAVULAK, PAUL E                    Page 3 of 4

00000813

**Delaware Sex Offender Registration/Verification Supplement**

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

PLEASE READ CAREFULLY BEFORE SIGNING

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

You are required to register each year during the following month(s):

I AM REQUIRED TO REGISTER (4) FOUR TIMES A YEAR IN THE MONTH OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

_____  7/11/08       SANDRA L WARDEN
Registrant's Signature    Date          Please print Witness and Title

                                        Operations Supervisor

                                        _____
                                        Sandra L Warden

_____        _____
Legal Guardian of Juvenile Offender  Date   Witness Signature


Instructions:
Forward the signed original copy to:    Delaware State Police, SBI
                                        P.O. Box 430
                                        Dover, DE 19903

00000814

# Exhibit # 9

SBI NUMBER: _____
                                            (Leave blank)

Registered Name: _PAVULAK_____ _PAUL_____ _E___ _____
                    LAST              FIRST      MIDDLE   SUFFIX

Date of Birth: ████44_____  Place of Birth (state/country): _CAMDEN NJ_

Social Security Number: ████████741

Driver's license or id state: _DE___  Driver's license or id number: ████████

Race: _W__  Sex: _M___  Height: _6____  Weight: _230_

Hair color: _Brown__ Eye color: _BLUE_  Skin color: _CAUC__

Alias names:
_____
_____
_____
_____
_____

Scars, marks or tattoos (with descriptions): (Example: tattoo of snake lower left arm, scar on right cheek)
_____
_____
_____
_____

Email Address: _____
Email Address: _____
Email Address: _____
Email Address: _____
Email Address: _____

Home telephone number: _none_____      _____
                        (area code)  (number)   (area code)   (number)

Cell telephone number: _none_____      _____
                        (area code)  (number)   (area code)   (number)

Passport Identification Number: _____  Issuing Country: _____

Immigration status: _____

GOVERNMENT
EXHIBIT
9

01/01/2008

00000815

## LIVING and/or MAILING ADDRESS

Are you living at a shelter: _____ (yes or no)    Are you homeless: _____ (yes or no)

MAILING ADDRESS (is this different from your physical address?) _____ (yes or no)

Development or Apartment Name: _FAIRVIEW INN_      Apartment #: _176_

Street Address: _1051_ _S_ _MARKET_ _ST_
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc)</small>

City: _WILM_      State: _DE_      Zip: _19801_

### PHYSICAL ADDRESS: (if different from mailing address)

Development Name: _____

Street Address: _____
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc\</small>

City: _____ State: _____ Zip: _____

### Are there other addresses that you live: _____ (yes or no)

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc)</small>

City: _____ State: _____ Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc)</small>

City: _____ State: _____ Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc)</small>

City: _____ State: _____ Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
       <small>Number</small>    <small>(North, South, etc)</small>       <small>Street Name</small>       <small>(Street/Drive/etc)</small>

City: _____ State: _____ Zip: _____

If Homeless list the area you frequent: _____

     01/01/2008

00000816

# PLACE OF STUDY INFORMATION

Do you have a place of study? _No_ (yes or no)    Are you enrolled? _____ (yes or no)

Name of place of study: _____ Effective Date: _____

Street Address: _____
           Number    (North, South, etc)       Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
           Number    (North, South, etc)       Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
           Number    (North, South, etc)       Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
           Number    (North, South, etc)       Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
           Number    (North, South, etc)       Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

01/01/2008

00000817

# EMPLOYMENT INFORMATION

Are you employed? _No_ (yes or no)

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
           Number     (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
           Number     (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
           Number     (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
           Number     (North, South, etc)      Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

01/01/2008

00000818

## VEHICLE INFORMATION

List all vehicles that you own or operate for private or work use. (Vehicles include cars, trucks, motorcycles, boats, planes, etc.)

_350325_         _DE_
Registration / hull / or plane tail number      State of registration

Vehicle year: _98_    Vehicle make: _Ford_    Vehicle model: _TAWS_

Vehicle color: _Colour_      over _____

Place vehicle is parked or located: _Fairview Inn_
(Hanger, marina, garage, location)

Owner's name: _PAUL PAVULAK_

Street Address: _Fairview   Inn_
Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

---

Registration / hull / or plane tail number      State of registration

Vehicle year: _____ Vehicle make: _____ Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

---

Registration / hull / or plane tail number      State of registration

Vehicle year: _____ Vehicle make: _____ Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number   (North, South, etc)    Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

       01/01/2008

00000819

## VERIFICATION CERTIFICATION

I, _____PAUL PAVULAK_____ , have completed this validation process and make these
(PRINT FULL NAME here)

statements as true and factual.  I understand that by improperly stating or willfully withholding facts needed to

complete this verification, I am liable for criminal prosecution due to non-compliance with Delaware's Megan

Law 11 Delaware Code Chapter 41.

Signature: _____

Date: ____7-1-2008____

**If under 18:**

Name of parent/guardian: _____
(PRINT NAME here)

Signature of parent/guardian: _____

Date: _____

DSP Employee Accepting Packet: _____Sandra L Warda_____

Date: _____7/1/08_____

01/01/2008

00000820

Case 1:09-cr-00043-SLR-W Document 98-2 Filed 04/05/15 Page 27 of 68 PageID #: 3041

# Exhibit # 10

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354        F.B.I. Number: 91062X8
Date of Birth: ██████/1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: WILMINGTON PD

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:
FAIRVIEW INN
1051 S MARKET ST
ROOM 160
WILMINGTON, DE 19801
NEW CASTLE COUNTY

Registered Physical Address:
FAIRVIEW INN
1051 S MARKET ST
ROOM 160
WILMINGTON, DE 19801
NEW CASTLE COUNTY

Home Phone: (   )   -
Effective: 07/03/2008

Registered Employers:
Unemployed

Registered Place of Study:
Not Attending

Effective:

Effective:

Host Address(es):

Host Address(es):

Effective Date of Anticipated Release
06/27/2008

GOVERNMENT
EXHIBIT
10

Registrant's Initials _P_    Date _7.3.08_

00385354 PAVULAK, PAUL E                                Page 1 of 4

00000806

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354          Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

          DUC/Case Number: 0403016870
          Complaint Number: 3204024808
          Arresting Agency: 96
          Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
          State of Conviction: DE
Date of Plea/Verdict of Guilt: 04/06/2005
          Sentence Date: 06/10/2005
          Date of Incarceration: 10/14/2004
          Lead Offense: DE1107680000FG

          DUC/Case Number: 9802015040
          Complaint Number: 3298017198
          Arresting Agency: 32
          Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
          State of Conviction: DE
Date of Plea/Verdict of Guilt: 06/30/1998
          Sentence Date: 09/04/1998
          Date of Incarceration: 02/20/1998
          Lead Offense: DE1107680000FG

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____    Date  7.3.08

00385354 PAVULAK, PAUL E                                    Page 2 of 4

00000807

**Delaware Sex Offender Registration Form**
**Sex Offender - Informational Print**

S.B.I. Number: 00385354          Offender: PAVULAK, PAUL E

**Registered Vehicle Information:**
  Sequence: 0001
    Make: FORD
    Model: 4 DOOR
    Tag Number: 350325
    Color: Green
    Registration State: DE
    Vehicle Type: Automobile
    Owner Notified Date: 04/01/2008

  Owner Address:                         Vehicle Address:
    1051 S MARKET SHL                      1051 S MARKET SHL
    FAIRVIEW INN RM 160                    FAIRVIEW INN RM 160
    WILMINGTON, DE 19801                   WILMINGTON, DE 19801

Registrant's Initials _____       Date 7-3-08

00385354 PAVULAK, PAUL E                          Page 3 of 4

00000808

## Delaware Sex Offender Registration/Verification Supplement

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

**PLEASE READ CAREFULLY BEFORE SIGNING**

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

You are required to register each year during the following month(s):

I AM REQUIRED TO REGISTER (4) FOUR TIMES A YEAR IN THE MONTH OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

| _Signature_ | 7-3-08 | Linda C Sims s Crim History Tech |
|---|---|---|
| Registrant's Signature | Date | Please print Witness and Title |

Linda C Sims

| | | Witness Signature |
|---|---|---|
| Legal Guardian of Juvenile Offender | Date | |

Instructions:
Forward the signed original copy to: Delaware State Police, SBI
P.O. Box 430
Dover, DE 19903

00000809

Case 1:09-cr-00043-SLR Document 98-2 Filed 04/05/11 Page 32 of 68 PageID #: 3046

# Exhibit # 11

SBJ
00385354

## CHANGE OF ADDRESS FORM
### (PLEASE PRINT)

NAME: _Paul Pavulak_     DOB: ▓▓▓-44

### HOME ADDRESS:

STREET ADDRESS: _1051 S. Market St_

APT # (if applicable): _Rm/60_

DEVELOPMENT: _Wilm DE 19801_

CITY/STATE:_____ ZIP _____

TELEPHONE NUMBER: _____

### EMPLOYER ADDRESS:

NAME OF EMPLOYER: _____

STREET ADDRESS: _____

CITY/STATE:_____ ZIP _____

TELEPHONE NUMBER: _____

OCCUPATION: _____

### PLACE OF STUDY (SCHOOL):

NAME OF SCHOOL: _____

STREET ADDRESS: _____

CITY/STATE:_____ ZIP _____

TELEPHONE NUMBER: _____

SIGNATURE: _Paul Pavulak_     DATE: _7-3-08_

GOVERNMENT
EXHIBIT
11

00000810

# Exhibit # 12

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354          F.B.I. Number: 91062X8
Date of Birth: ████1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: WILMINGTON PD

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

---

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:             Registered Physical Address:
FAIRVIEW INN                            FAIRVIEW INN
1051 S MARKET ST                        1051 S MARKET ST
ROOM 134                                ROOM 134
WILMINGTON, DE 19801                    WILMINGTON, DE 19801
NEW CASTLE COUNTY                       NEW CASTLE COUNTY

Home Phone: ( )  -
Effective: 07/03/2008

Registered Employers:                   Registered Place of Study:
Unemployed                                Not Attending

Effective:                              Effective:

Host Address(es):                       Host Address(es):

---

Effective Date of Anticipated Release
06/27/2008

GOVERNMENT
EXHIBIT

12

Registrant's Initials _____ PW _____    Date 7-11-08

00385354 PAVULAK, PAUL E                Page 1 of 4

00000799

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354      Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

                    DUC/Case Number: 0403016870
                    Complaint Number: 3204024808
                    Arresting Agency: 96
                  Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                    State of Conviction: DE
         Date of Plea/Verdict of Guilt: 04/06/2005
                        Sentence Date: 06/10/2005
                 Date of Incarceration: 10/14/2004
                          Lead Offense: DE1107680000FG

                    DUC/Case Number: 9802015040
                    Complaint Number: 3298017198
                    Arresting Agency: 32
                  Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                    State of Conviction: DE
         Date of Plea/Verdict of Guilt: 06/30/1998
                        Sentence Date: 09/04/1998
                 Date of Incarceration: 02/20/1998
                          Lead Offense: DE1107680000FG

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|----------|-----|---------|-------------|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE  HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE  HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|-----------|-----|--------------|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____  Date 7-1-05

00000800

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354    Offender: PAVULAK, PAUL E

Registered Vehicle Information:
Sequence: 0001
  Make: FORD
  Model: TAURUS
  Tag Number: 350325
  Color: Green
  Registration State: DE
  Vehicle Type: Automobile
  Owner Notified Date: 04/01/2008

Owner Address:                    Vehicle Address:
  1051 S MARKET SHL                 1051 S MARKET SHL
  FAIRVIEW INN RM 134               FAIRVIEW INN RM 134
  WILMINGTON, DE 19801              WILMINGTON, DE 19801

Registrant's Initials _____    Date 7-11-08

00385354 PAVULAK, PAUL E                        Page 3 of 4

00000801

Delaware Sex Offender Registration/Verification Supplement

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

PLEASE READ CAREFULLY BEFORE SIGNING

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

You are required to register each year during the following month(s):

> I AM REQUIRED TO REGISTER (4) FOUR TIMES A YEAR IN THE MONTH OF:
> March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

_____    7-11-02    Wendy S. Meyers Crim. Hist. Tech #
Registrant's Signature      Date       Please print Witness and Title    7-11-08

_____    _____    _____
Legal Guardian of Juvenile Offender   Date   Witness Signature

Instructions:
Forward the signed original copy to:       Delaware State Police, SBI
                                           P.O. Box 430
                                           Dover, DE 19903

# Exhibit # 13

## CHANGE OF ADDRESS FORM
### (PLEASE PRINT)

SBI # _____

NAME: Paul Parnell          DOB: ████████ 44

**HOME ADDRESS:**

DEVELOPMENT: Fairview Dr

STREET ADDRESS: Market St          Rm 134

APT # (if applicable): _____

CITY/STATE: Wilm  DE          ZIP _____

TELEPHONE NUMBER: _____  CELL # _____

**EMPLOYER ADDRESS:**

Change    Remove    Additional Employment    Unemployed    Self Employed

NAME OF EMPLOYER: _____

STREET ADDRESS: _____

CITY/STATE: _____  ZIP _____

TELEPHONE NUMBER: _____

OCCUPATION: _____

**PLACE OF STUDY (SCHOOL):**

Change    Remove    No place of Study    Additional Place of Study

NAME OF SCHOOL: _____

STREET ADDRESS: _____

CITY/STATE: _____  ZIP _____

TELEPHONE NUMBER: _____

SIGNATURE: _____  DATE: 7-11-08

GOVERNMENT
EXHIBIT
13

00000803

# Exhibit # 14

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354      F.B.I. Number: 91062X8
Date of Birth: ████ 1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: WILMINGTON PD

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

_____

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:              Registered Physical Address:
  FAIRVIEW INN                             FAIRVIEW INN
  1051 S MARKET ST                         1051 S MARKET ST
  ROOM 134                                 ROOM 134
  WILMINGTON, DE 19801                     WILMINGTON, DE 19801
  NEW CASTLE COUNTY                        NEW CASTLE COUNTY   sent

Home Phone: (302) 985-1951
  Effective: 07/03/2008

Registered Employers:                    Registered Place of Study:
  Unemployed                               Not Attending

  Effective:                               Effective:

Host Address(es):                        Host Address(es):

_____

Effective Date of Anticipated Release
06/27/2008

Registrant's Initials _____    Date 9/8/08

                                              X350119608

00385354 PAVULAK, PAUL E                             Page 1 of 4

GOVERNMENT
EXHIBIT
4

00000784

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354          Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

                    DUC/Case Number: 0403016870
                    Complaint Number: 3204024808
                    Arresting Agency: 96
                    Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                    State of Conviction: DE
        Date of Plea/Verdict of Guilt: 04/06/2005
                      Sentence Date: 06/10/2005
              Date of Incarceration: 10/14/2004
                      Lead Offense: DE1107680000FG

                    DUC/Case Number: 9802015040
                    Complaint Number: 3298017198
                    Arresting Agency: 32
                    Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                    State of Conviction: DE
        Date of Plea/Verdict of Guilt: 06/30/1998
                      Sentence Date: 09/04/1998
              Date of Incarceration: 02/20/1998
                      Lead Offense: DE1107680000FG

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____     Date _9/8/08_

00385354 PAVULAK, PAUL E                                    Page 2 of 4

00000785

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

**S.B.I. Number:** 00385354      **Offender:** PAVULAK, PAUL E

**Registered Vehicle Information:**
Sequence: 0001
   Make: FORD
   Model: TAURUS
   Tag Number: 350325
   Color: Green
   Registration State: DE
   Vehicle Type: Automobile
   Owner Notified Date: 04/01/2008

Owner Address:                 Vehicle Address:
  1051 S MARKET SHL          1051 S MARKET SHL
  FAIRVIEW INN RM 134       FAIRVIEW INN RM 134
  WILMINGTON, DE 19801      WILMINGTON, DE 19801

Registrant's Initials _____      Date 9/8/08

00000786

Delaware Sex Offender Registration/Verification Supplement

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendent of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s).  Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days.  I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

**PLEASE READ CAREFULLY BEFORE SIGNING**

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

You are required to register each year during the following month(s):

I AM REQUIRED TO REGISTER (4) FOUR TIMES A YEAR IN THE MONTH OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

| _____ | 9/8/08 | Ashley Coyle Criminal History Tech 1 |
| Registrant's Signature | Date | Please print Witness and Title |

| _____ | _____ | _____ |
| Legal Guardian of Juvenile Offender | Date | Witness Signature |

Instructions:
Forward the signed original copy to:     Delaware State Police, SBI
                                          P.O. Box 430
                                          Dover, DE 19903

00000787

Case 1:09-cr-00043-SLR   Document 98-2   Filed 04/05/15   Page 46 of 68 PageID #: 3060

# Exhibit # 15

SBI NUMBER: _____
(Leave blank)

Registered Name: _PAVLICAK_____ _PAUL_____ _E___ _____
　　　　　　　　　LAST　　　　　　　　　FIRST　　　　MIDDLE　　SUFFIX

Date of Birth: ██████ - 44　　Place of Birth (state/country): _CAMDEN NJ_

Social Security Number: ████████4741

Driver's license or id state: _DE___　Driver's license or id number: _____

Race: _WHITE_ Sex: _M___　　Height: _6____　　Weight: _210___

Hair color: _Brown__　Eye color: _Blue__　Skin color: _Medium___

Alias names:
_____
_____
_____
_____
_____

Scars, marks or tattoos (with descriptions): (Example: tattoo of snake lower left arm, scar on right cheek)
_____
_____
_____
_____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Home telephone number: _____
　　　　　　　　　　　　(area code)　　(number)　　(area code)　　(number)

Cell telephone number: _302_ _985_ _1951_ _____
　　　　　　　　　　　　(area code)　　(number)　　(area code)　　(number)

Passport Identification Number: _____ Issuing Country: _____

Immigration status: _____

2 of 9

GOVERNMENT
EXHIBIT
15

01/01/2008

00000788

## LIVING and/or MAILING ADDRESS

Are you living at a shelter: _____*N/O*_____ (yes or no)    Are you homeless: _____*N/O*_____ (yes or no)

MAILING ADDRESS (is this different from your physical address?) _____ (yes or no)

Development or Apartment Name: _*FAIL VIEW MOTEL*_ Apartment #: _*134*_

Street Address: _*1051 S. MARKET ST*_
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _*WILM*_    State: _*DE*_    Zip: _*19801*_

### PHYSICAL ADDRESS: (if different from mailing address)

Development Name: _____

Street Address: _____
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _____    State: _____    Zip: _____

### Are there other addresses that you live: _____ (yes or no)

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____ Apartment #: _____

Street Address: _____
                 Number  (North, South, etc)        Street Name              (Street/Drive/etc)

City: _____    State: _____    Zip: _____

If Homeless list the area you frequent: _____

3 of 9

01/01/2008

00000789

## PLACE OF STUDY INFORMATION

Do you have a place of study? _No_ (yes or no)    Are you enrolled? _____ (yes or no)

Name of place of study: _____    Effective Date: _____

Street Address: _____
           Number    (North, South, etc)         Street Name           (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Name of place of study: _____    Effective Date: _____

Street Address: _____
           Number    (North, South, etc)         Street Name           (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Name of place of study: _____    Effective Date: _____

Street Address: _____
           Number    (North, South, etc)         Street Name           (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Name of place of study: _____    Effective Date: _____

Street Address: _____
           Number    (North, South, etc)         Street Name           (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Name of place of study: _____    Effective Date: _____

Street Address: _____
           Number    (North, South, etc)         Street Name           (Street/Drive/etc)

City: _____    State: _____    Zip: _____

01/01/2008

00000790

# EMPLOYMENT INFORMATION

Are you employed? _No_ (yes or no)

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)     Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)     Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)     Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)     Street Name      (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

01/01/2008

00000791

## VEHICLE INFORMATION

List all vehicles that you own or operate for private or work use. (Vehicles include cars, trucks, motorcycles, boats, planes, etc.)

_____ 3JD 32L _____      _____ DE _____
<u>Registration / hull / or plane tail number</u>              <u>State of registration</u>

Vehicle year: _1996_   Vehicle make: _Ford_   Vehicle model: _Taru S_

Vehicle color: _Green_    over _____

Place vehicle is parked or located: _Fairview Motel_
                                        (Hanger, marina, garage, location)

Owner's name: _Paul Pavulak_

Street Address: _____
         Number     (North, South, etc)           Street Name                 (Street/Drive/etc)

City: _____ State: _____ Zip: _____



_____  _____
<u>Registration / hull / or plane tail number</u>              <u>State of registration</u>

Vehicle year: _____   Vehicle make: _____   Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
                                        (Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
         Number     (North, South, etc)           Street Name                 (Street/Drive/etc)

City: _____ State: _____ Zip: _____



_____  _____
<u>Registration / hull / or plane tail number</u>              <u>State of registration</u>

Vehicle year: _____   Vehicle make: _____   Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
                                        (Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
         Number     (North, South, etc)           Street Name                 (Street/Drive/etc)

City: _____ State: _____ Zip: _____

01/01/2008

00000792

## VERIFICATION CERTIFICATION

I, _____Paul Parrica_____, have completed this validation process and make these
(PRINT FULL NAME here)

statements as true and factual.  I understand that by improperly stating or willfully withholding facts needed to

complete this verification, I am liable for criminal prosecution due to non-compliance with Delaware's Megan

Law 11 Delaware Code Chapter 41.

Signature: _____

Date: ___Sept 8 2008___

If under 18:

Name of parent/guardian: _____
(PRINT NAME here)

Signature of parent/guardian: _____

Date: _____

DSP Employee Accepting Packet: _____

Date: ___9/8/08___

01/01/2008

00000793

Case 1:09-cr-00043-SLR   Document 98-2   Filed 04/15/15   Page 53 of 68 PageID #: 3067

# Exhibit # 16

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

**DELAWARE OFFENDER - RESIDES OUT OF STATE**

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354          F.B.I. Number: 91062X8
Date of Birth: ███/1944

Risk Level:  3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: OS

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:                Registered Physical Address:

1030 BELEN ST                                1030 BELEN ST
                                             PHILIPPINES, UN 1007
PHILIPPINES, UN 1007                         OTHER COUNTY
OTHER COUNTY
Home Phone: (   )      -
Effective: 12/05/2008

Registered Employers:                        Registered Place of Study:
Unemployed                                   Not Attending

Effective:                                   Effective:

Host Address(es):                            Host Address(es):

---

Effective Date of Anticipated Release
06/27/2008

Registrant's Initials  _____   Date  12-5-08

00385354 PAVULAK, PAUL E                                    Page 1 of 3



GOVERNMENT EXHIBIT 16

00000775

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354        Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

```
                DUC/Case Number: 0403016870
                Complaint Number: 3204024808
                Arresting Agency: 96
            Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
            State of Conviction: DE
Date of Plea/Verdict of Guilt: 04/06/2005
                  Sentence Date: 06/10/2005
          Date of Incarceration: 10/14/2004
                   Lead Offense: DE1107680000FG

                DUC/Case Number: 9802015040
                Complaint Number: 3298017198
                Arresting Agency: 32
            Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
            State of Conviction: DE
Date of Plea/Verdict of Guilt: 06/30/1998
                  Sentence Date: 09/04/1998
          Date of Incarceration: 02/20/1998
                   Lead Offense: DE1107680000FG
```

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE    HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____    Date 12 05 08

00385354 PAVULAK, PAUL E                                              Page 2 of 3

00000776

### Delaware Sex Offender Registration/Verification Supplement

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

PLEASE READ CAREFULLY BEFORE SIGNING

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

You are required to register each year during the following month(s):

I AM REQUIRED TO REGISTER (4) FOUR TIMES A YEAR IN THE MONTH OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

_____ 12-5-08        Sandra L Warder
Registrant's Signature    Date    Please print Witness and Title
                                  Operating Supervisor
                                  Sandra L Warder
_____                 _____
Legal Guardian of Juvenile Offender   Date    Witness Signature


Instructions:
Forward the signed original copy to:    Delaware State Police, SBI
                                        P.O. Box 430
                                        Dover, DE 19903

00000777

# Exhibit # 17

SBI NUMBER: _____
(Leave blank)

Registered Name: _PAVULAK_ _____ _PAUL_ _____ _EDWARD_ _____
LAST               FIRST              MIDDLE    SUFFIX

Date of Birth: ███████ 44    Place of Birth (state/country): _CAMDEN, NJ_

Social Security Number: ███-██-4741

Driver's license or id state: _DE_    Driver's license or id number: _1043441_

Race: _W_    Sex: _M_    Height: _6_    Weight: _210_

Hair color: _BR_    Eye color: _BL_    Skin color: _WHITE_

Alias names: _____
_____
_____
_____

Scars, marks or tattoos (with descriptions): (Example: tattoo of snake lower left arm, scar on right cheek)

_____
_____
_____
_____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Home telephone number: _____ _____    _____ _____
                        (area code)  (number)          (area code)  (number)

Cell telephone number: _____ _____    _____ _____
                        (area code)  (number)          (area code)  (number)

Passport Identification Number: _1451960447_    Issuing Country: _USA_

Immigration status: _____



GOVERNMENT
EXHIBIT
17

01/01/2008

00000778

## LIVING and/or MAILING ADDRESS

Are you living at a shelter: _____ (yes or no)    Are you homeless: _____ (yes or no)

MAILING ADDRESS (is this different from your physical address?) _____ (yes or no)

Development or Apartment Name: _____    Apartment #: _____

Street Address: _1030_ _BELEN_ _ST_
                    Number  (North, South, etc)           Street Name                 (Street/Drive/etc)

City: _PACO MANILA_    State: _PHILIPPINES_    Zip: _1007_

### PHYSICAL ADDRESS: (if different from mailing address)

Development Name: _____

Street Address: _____
                  Number     (North, South, etc)         Street Name            (Street/Drive/etc)

City: _____    State: _____    Zip: _____

### Are there other addresses that you live: _____ (yes or no)

Development or Apartment Name: _____    Apartment #: _____

Street Address: _____
                  Number     (North, South, etc)         Street Name            (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____    Apartment #: _____

Street Address: _____
                  Number     (North, South, etc)         Street Name            (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____    Apartment #: _____

Street Address: _____
                  Number     (North, South, etc)         Street Name            (Street/Drive/etc)

City: _____    State: _____    Zip: _____

Development or Apartment Name: _____    Apartment #: _____

Street Address: _____
                  Number     (North, South, etc)         Street Name            (Street/Drive/etc)

City: _____    State: _____    Zip: _____

If Homeless list the area you frequent: _____

_____

3 of 9

00000779

## PLACE OF STUDY INFORMATION

Do you have a place of study? _____ (yes or no)     Are you enrolled? _____ (yes or no)

Name of place of study: _____ Effective Date: _____

Street Address: _____
              Number     (North, South, etc)        Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
              Number     (North, South, etc)        Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
              Number     (North, South, etc)        Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
              Number     (North, South, etc)        Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Name of place of study: _____ Effective Date: _____

Street Address: _____
              Number     (North, South, etc)        Street Name        (Street/Drive/etc)

City: _____ State: _____ Zip: _____

01/01/2008

00000780

# EMPLOYMENT INFORMATION

Are you employed? _____ (yes or no)

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____
State: _____ Zip: _____

Telephone: number: _____


Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____
State: _____ Zip: _____

Telephone: number: _____


Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____
State: _____ Zip: _____

Telephone: number: _____


Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____
State: _____ Zip: _____

Telephone: number: _____

01/01/2008

00000781

# VEHICLE INFORMATION

List all vehicles that you own or operate for private or work use. (Vehicles include cars, trucks, motorcycles, boats, planes, etc.)

_____          NJ
Registration / hull / or plane tail number          State of registration

Vehicle year: _96__ Vehicle make: _Ford_ Vehicle model: _Taws_

Vehicle color: _Gray_ over _____

Place vehicle is parked or located: _____
                                    (Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
                Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____


_____          _____
Registration / hull / or plane tail number          State of registration

Vehicle year: _____ Vehicle make: _____ Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
                                    (Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
                Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____


_____          _____
Registration / hull / or plane tail number          State of registration

Vehicle year: _____ Vehicle make: _____ Vehicle model: _____

Vehicle color: _____ over _____

Place vehicle is parked or located: _____
                                    (Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
                Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____

01/01/2008

00000782

VERIFICATION CERTIFICATION

I, _____ Paul Pavulak _____, have completed this validation process and make these

(PRINT FULL NAME here)

statements as true and factual. I understand that by improperly stating or willfully withholding facts needed to

complete this verification, I am liable for criminal prosecution due to non-compliance with Delaware's Megan

Law 11 Delaware Code Chapter 41.

Signature: _____

Date: _12 — 5. — 08_

**If under 18:**

Name of parent/guardian: _____

(PRINT NAME here)

Signature of parent/guardian: _____

Date: _____

---

DSP Employee Accepting Packet: _Sandra Warda_

Date: _12 5 · 07_

01/01/2008

00000783

# Exhibit # 18

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

Registering Agency: NEW CASTLE COUNTY SUPERIOR COURT
Registration Date: 09/04/1998

Offender Name: PAVULAK, PAUL E
S.B.I. Number: 00385354    F.B.I. Number: 91062X8
Date of Birth: ████/1944

Risk Level: 3 - HIGH Assessment Date: 06/10/2005
Police Jurisdiction: TROOP 2 STATE POLICE

Sex: Male Height: 6 ft. 00 in. Eye Color: Blue
Weight: 200 lbs. Hair Color: Brown Race: White
Has Passport: No DNA Collected: No

Aliases:
PAVULAK, PAUL

---

Address, Employer, Place of Study and Hosts Information

Registered Mailing Address:          Registered Physical Address:
HOLLYWOOD MOTEL                      HOLLYWOOD MOTEL
145 S DUPONT HWY                     145 S DUPONT HWY
ROOM 104                             ROOM 104
NEW CASTLE, DE 19720                 NEW CASTLE, DE 19720
NEW CASTLE COUNTY                    NEW CASTLE COUNTY

Home Phone: (302) 322-3070
Effective: 01/16/2009

Registered Employers:                Registered Place of Study:
Unemployed                           Not Attending

Effective:                           Effective:

---

Host Address(es):                    Host Address(es):

---

Effective Date of Anticipated Release
06/27/2008

Registrant's Initials _____ Date 1-16-09

00385354 PAVULAK, PAUL E                              Page 1 of 4



00000763

Delaware Sex Offender Registration Form
Sex Offender - Informational Print

S.B.I. Number: 00385354          Offender: PAVULAK, PAUL E

OFFENSE SUMMARY:

                    DUC/Case Number: 0403016870
                   Complaint Number: 3204024808
                   Arresting Agency: 96
                Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                State of Conviction: DE
      Date of Plea/Verdict of Guilt: 04/06/2005
                      Sentence Date: 06/10/2005
              Date of Incarceration: 10/14/2004
                       Lead Offense: DE1107680000FG

                    DUC/Case Number: 9802015040
                   Complaint Number: 3298017198
                   Arresting Agency: 32
                Court of Conviction: NEW CASTLE COUNTY SUPERIOR COURT
                State of Conviction: DE
      Date of Plea/Verdict of Guilt: 06/30/1998
                      Sentence Date: 09/04/1998
              Date of Incarceration: 02/20/1998
                       Lead Offense: DE1107680000FG

CHARGE SUMMARY:

| INCIDENT | CHG | STATUTE | DESCRIPTION |
|---|---|---|---|
| 1704000054 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE HAVE SEXUAL CONTACT |
| 3298000553 | 003 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE   HAVE SEXUAL CONTACT |
| 3298000553 | 002 | DE1107680000FG | UNLAWFUL SEXUAL CONTACT SECOND DEGREE   HAVE SEXUAL CONTACT |

VICTIM(S) INFORMATION:

| COMPLAINT | AGE | RELATIONSHIP |
|---|---|---|
| 3204024808 | 9 | ACQUAINTANCE |
| 3298017421 | 11 | ACQUAINTANCE |
| 3298017198 | 11 | ACQUAINTANCE |

Registrant's Initials _____ Date 1-16-09

00385354 PAVULAK, PAUL E                                    Page 2 of 4

00000764

### Delaware Sex Offender Registration Form
### Sex Offender - Informational Print

S.B.I. Number: 00385354        Offender: PAVULAK, PAUL E

**Registered Vehicle Information:**

Sequence: 0002
  Make: FORD
  Model: TAURUS
  Tag Number: 350325
  Color: Green
  Registration State: DE
  Vehicle Type: Automobile

Owner Address:
  145 S DUPONT HWY
  ROOM 104
  NEW CASTLE, DE 19720

Vehicle Address:
  145 S DUPONT HWY
  HOLLYWOOD MOTEL ROOM 104
  NEW CASTLE, DE 19720

Registrant's Initials _____  Date _1-16-07_

00385354 PAVULAK, PAUL E                                      Page 3 of 4

**Delaware Sex Offender Registration/Verification Supplement**

Pursuant to 11 Del. C. 4120, any person convicted of a sexual offense must register with the Superintendant of the Delaware State Police. Failure to appear in person when required and/or to provide ALL of the required information to the State Bureau of Identification will result in a warrant for your arrest.

1. I must report in person to the Delaware State Police State Bureau of Identification within 3 days of establishing or maintaining a residence in the state of Delaware or when being released from custody or supervision of Department of Corrections to register my temporary or permanent address.

2. Within 3 days, after any change of address, place of employment, place of study and/or any information listed in # 3 of this form. I must report to the State Bureau of Identification to update my registration information in-person.

3. I must provide all of the following at the time of change or verification processes: Names and aliases, date of birth, driver's license of state-issue ID card, telephone numbers for home, work, and cellular phone(s). Additionally, I am required to provide Social Security number, internet identifiers and e-mail addresses, passport, proof of immigration status, and copies of any professional licenses. I must also register vehicle information for all vehicles owned or operated by me, to include year, make, model, color, and registration number.

4. I must submit to fingerprinting and a photograph upon verification and registration processes.

5. If I intend to reside, work or attend school outside of the State of Delaware, I must notify the Delaware State Bureau of Identification in-person within three (3) days. I must also register with the state, in which I intend to reside, work or attend school.

6. Any person who knowingly or recklessly fails to register or re-register pursuant to these restrictions or to otherwise comply with any of the provisions of these requirements shall be guilty of a Class G Felony.

PLEASE READ CAREFULLY BEFORE SIGNING

As a Delaware Registered Sex Offender you are required by law to abide by the above listed requirements. By signing below, you acknowledge that you have read all the requirements on this form and you understand these requirements.

I AM ALSO REQUIRED TO VERIFY MY INFORMATION IN PERSON AT SBI (4) FOUR TIMES A YEAR
IN THE MONTHS OF:
March - June - September - December

A COPY OF THIS NOTICE WILL REMAIN ON FILE WITH THE REGISTRATION DEPARTMENT.

_Paul Pease_     1-16-09     _Wendy S. Meyers Crim. Hist. Tech II_

Registrant's Signature     Date     Please print Witness and Title    _1-16-09_

_____     _signature_

Legal Guardian of Juvenile Offender    Date    Witness Signature

Instructions:
Forward the signed original copy to:     Delaware State Police, SBI
P.O. Box 430
Dover, DE 19903

00000766