# Exhibit # 19

SBI NUMBER: _____
(Leave blank)

Registered Name: *PAVULAK* _____ *PAUL* _____ *EDWARD* _____
LAST             FIRST             MIDDLE     SUFFIX

Date of Birth: ███████-44    Place of Birth (state/country): *B N.J. CAMDEN*

Social Security Number: ████████474/

Driver's license or id state: *DE*    Driver's license or id number: ████████

Race: *C*    Sex: *M*    Height: *6'*    Weight: *250*

Hair color: *BR*    Eye color: *BL*    Skin color: *WHITE*

Alias names: *NONE*

_____

_____

_____

Scars, marks or tattoos (with descriptions): (Example: tattoo of snake lower left arm, scar on right check)

*NONE*

_____

_____

_____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Email Address: _____

Home telephone number: *302 322-3070*
                 (area code)    (number)             (area code)      (number)

Cell telephone number: _____
                 (area code)    (number)             (area code)      (number)

Passport Identification Number: *451954842*    Issuing Country: *USA*

Immigration status: _____

2 of 9

GOVERNMENT
EXHIBIT
19

01/01/2008

00000767

## LIVING and/or MAILING ADDRESS

Are you living at a shelter: _NO_ (yes or no)    Are you homeless: _NO_ (yes or no)

MAILING ADDRESS (is this different from your physical address?) _____ (yes or no)

Development or Apartment Name: _HOLLYWOOD MOTEL_ Apartment #: _104_

Street Address: _145   So   Dupont Hwy_
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _NEW CASTLE_    State: _DE_    Zip: _19720_

### PHYSICAL ADDRESS: (if different from mailing address)

Development Name: _____

Street Address: _____
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _____  State: _____  Zip: _____

### Are there other addresses that you live: _____ (yes or no)

Development or Apartment Name: _____  Apartment #: _____

Street Address: _____
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _____  State: _____  Zip: _____

Development or Apartment Name: _____  Apartment #: _____

Street Address: _____
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _____  State: _____  Zip: _____

Development or Apartment Name: _____  Apartment #: _____

Street Address: _____
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _____  State: _____  Zip: _____

Development or Apartment Name: _____  Apartment #: _____

Street Address: _____
  Number  (North, South, etc)  Street Name  (Street/Drive/etc)

City: _____  State: _____  Zip: _____

If Homeless list the area you frequent: _____

01/01/2008

00000768

## PLACE OF STUDY INFORMATION

Do you have a place of study? ___✗___ (yes or no)    Are you enrolled? ___✗___ (yes or no)

Name of place of study: _____ Effective Date: _____

Street Address: _____
          _Number_   _(North, South, etc)_     _Street Name_        _(Street/Drive/etc)_

City:_____ State:_____ Zip:_____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          _Number_   _(North, South, etc)_     _Street Name_        _(Street/Drive/etc)_

City:_____ State:_____ Zip:_____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          _Number_   _(North, South, etc)_     _Street Name_        _(Street/Drive/etc)_

City:_____ State:_____ Zip:_____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          _Number_   _(North, South, etc)_     _Street Name_        _(Street/Drive/etc)_

City:_____ State:_____ Zip:_____

Name of place of study: _____ Effective Date: _____

Street Address: _____
          _Number_   _(North, South, etc)_     _Street Name_        _(Street/Drive/etc)_

City:_____ State:_____ Zip:_____

01/01/2008

00000769

## EMPLOYMENT INFORMATION

Are you employed? _____ (yes or no)

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

Name of employer: _____ Occupation: _____

Type of business: _____

Street Address: _____
        Number    (North, South, etc)    Street Name    (Street/Drive/etc)

City: _____ State: _____ Zip: _____

Telephone: number: _____

01/01/2008

00000770

## VEHICLE INFORMATION

List all vehicles that you own or operate for private or work use. (Vehicles include cars, trucks, motorcycles, boats, planes, etc.)

__350 325__ | __DE__
Registration / hull / or plane tail number | State of registration

Vehicle year: _1996_   Vehicle make: _Ford_   Vehicle model: _Taurus_

Vehicle color: _Green_   over _____

Place vehicle is parked or located: _Hollywood mobile_
(Hanger, marina, garage, location)

Owner's name: _Paul Pavulak_

Street Address: _445_   _S_   _Dupont Hwy_
Number  (North, South, etc)  Street Name   (Street/Drive/etc)

City: _New Castle_   State: _DE_   Zip: _19720_

__350 326__ | __DE__
Registration / hull / or plane tail number | State of registration

Vehicle year: _19_   Vehicle make: _____   Vehicle model: _____

Vehicle color: _____   over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number  (North, South, etc)  Street Name   (Street/Drive/etc)

City: _____   State: _____   Zip: _____

_____ | _____
Registration / hull / or plane tail number | State of registration

Vehicle year: _____   Vehicle make: _____   Vehicle model: _____

Vehicle color: _____   over _____

Place vehicle is parked or located: _____
(Hanger, marina, garage, location)

Owner's name: _____

Street Address: _____
Number  (North, South, etc)  Street Name   (Street/Drive/etc)

City: _____   State: _____   Zip: _____

7 of 9

01/01/2008

00000771

## VERIFICATION CERTIFICATION

I, _____, have completed this validation process and make these
(PRINT FULL NAME here)

statements as true and factual. I understand that by improperly stating or willfully withholding facts needed to

complete this verification, I am liable for criminal prosecution due to non-compliance with Delaware's Megan

Law 11 Delaware Code Chapter 41.

Signature: _____

Date: _____

**If under 18:**

Name of parent/guardian: _____
(PRINT NAME here)

Signature of parent/guardian: _____

Date: _____

DSP Employee Accepting Packet: _____

Date: _____

9 of 9



Case 1:09-cr-00043-GBW   Document 160   Filed 01/15/15   Page 9 of 45 PageID #: 4347

# Exhibit # 20

# STATE OF DELAWARE

**PAGE NO.** 1 **DRIVING RECORD** **DATE** 08/16/10

| NAME AND RESIDENTIAL ADDRESS | LICENSE NUMBER | LICENSE CLASS | | ENDORSEMENTS | |
|---|---|---|---|---|---|
| PAVULAK PAUL EDWARD<br>270 QUIGLEY BLVD<br><br>NEW CASTLE    DE 19720 | | CLASS D | | | |

| MAILING ADDRESS | DATE OF BIRTH | SEX | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| | 1944 | M | BLU | 6 00 | 230 |

| LICENSE STATUS | ORIGINAL ISSUE DATE | CURR. LIC. ISSUED | LICENSE EXPIRES | RESTRICTIONS |
|---|---|---|---|---|
| PVT-VALID    CDL- | 08/26/1991 | 12/31/2007 | 02/24/2013 | Y |

| VIOLATION / DEPARTMENTAL ACTION | DATE ACTION/ VIOLATION | REFERENCE NUMBER | COURT NO. | CMV | HAZ MAT | ACC | POINT |
|---|---|---|---|---|---|---|---|
| CHANGE OF ADDRESS FROM LIC | 10/17/08 | | | | | | |
| CHANGE OF ADDRESS FROM LIC | 10/17/08 | | | | | | |
| PRIOR: 721 KING JAMES CT | | | | | | | |
| PRIOR: 270 QUIQLEY BLVD | | | | | | | |
| BEAR 197010000 | | | | | | | |
| NEW CASTLE 197200000 | | | | | | | |
| CHANGE OF ADDRESS FROM LIC | 12/31/07 | | | | | | |
| PRIOR: 109 FARM HOUSE LN | | | | | | | |
| COUNTRYSIDE FARMS | | | | | | | |
| BEAR 197010000 | | | | | | | |
| LIC SURR/NV-2101529655 | 12/31/07 | | | | | | |
| LICENSED IN NV | 04/09/02 | | NV | | | | |
| DUP LIC ISSUED PRIOR ISS 02/01/2001 | 06/12/01 | | | | | | |
| CHANGE OF ADDRESS FROM LIC | 02/01/01 | | | | | | |
| PRIOR: 739 KILGORE COURT | | | | | | | |
| NEWARK 197020000 | | | | | | | |
| 4169 SPEEDING 44 35 | 03/09/99 | ELA32374 | E7 | U | U | | 2 |
| DUP LIC ISSUED PRIOR ISS 01/26/1996 | 01/12/98 | | | | | | |
| 4169 SPEEDING 39 30 | 09/25/96 | NPA20983 | B2 | | | | 2 |
| 4164 A FAILED TO REMAIN STOPPED | 07/28/96 | NPA20208 | B2 | | | | 3 |
| LIC SURR/NJ-P09266196502444 | 08/26/91 | | | | | | |
| TOTAL POINTS | | | | | | | 007 |
| 156WMA 0000000P 1043661 | | | | | | | |



GOVERNMENT
EXHIBIT
20



I, the undersigned, an officer of the Division of Motor Vehicles for the State of Delaware, in whose charge the above records are, DO HEREBY CERTIFY that the above is a true and correct copy of the driving record of the above named individual as it appears in the Division of Motor Vehicles, and that I am the officer having legal custody of this record.

In testimony wherof, I have hereunto set my hand and official seal of my office at Dover, Kent County, DE.

Division of Motor Vehicles

# Exhibit # 23



GOVERNMENT EXHIBIT 23

Case 1:09-cr-00043-SLR   Document 160   Filed 01/15/15   Page 13 of 45 PageID #: 4251

# Exhibit # 25



# Exhibit # 26



GOVERNMENT
EXHIBIT
26

Case 1:09-cr-00043-SLR   Document 160   Filed 01/15/15   Page 17 of 45 PageID #: 4255

# Exhibit # 27



GOVERNMENT
EXHIBIT
27

# Exhibit # 30



GOVERNMENT
EXHIBIT
30

Case 1:09-cr-00043-SLW   Document 160   Filed 01/15/15   Page 21 of 45 PageID #: 3259

# EXHIBIT 33

# Computer

Case 1:09-cr-00043-SLR    Document 60    Filed 01/15/15    Page 22 of 45 PageID #: 4260

# Exhibit # 38



GOVERNMENT
EXHIBIT
38

Case 1:09-cr-00043-SLW   Document 99   Filed 04/04/14   Page 24 of 45 PageID #: 3406

# Exhibit # 43



GOVERNMENT
EXHIBIT
43

# Exhibit # 44



GOVERNMENT
EXHIBIT
44

# Exhibit # 45

GOVERNMENT
EXHIBIT
45



Case 1:09-cr-00043-SLW   Document 160   Filed 01/15/15   Page 30 of 45 PageID #: 4268

# Exhibit # 46



GOVERNMENT
EXHIBIT

# Exhibit # 47



GOVERNMENT
EXHIBIT

47

# Exhibit # 48



GOVERNMENT
EXHIBIT
48

Case 1:09-cr-00043-SLR   Document 99   Filed 04/04/14   Page 36 of 45 PageID #: 3416

# Exhibit # 49

GOVERNMENT
EXHIBIT
49



# Exhibit # 50



GOVERNMENT
EXHIBIT
50

# Exhibit # 51



Case 1:09-cr-00043-SLW  Document 160  Filed 01/15/15  Page 42 of 45 PageID #: 4280

# Exhibit # 52

Case 1:09-cr-00043-SLR Document 99 Filed 04/04/15 Page 43 of 45 PageID #: 3425



GOVERNMENT
EXHIBIT
52

Case 1:09-cr-00043-SLR   Document 160   Filed 01/15/15   Page 44 of 45 PageID #: 3282

# EXHIBITS 56

# Computer

# Exhibit # 61