Case 1:09-cr-00043-SLR   Document 100   Filed 04/07/15   Page 1 of 37 PageID #: 3428

# Exhibit # 61

4/5/05 Rob/Randy needed floor, needed
for $1,348.00 #2519.

10/14/05 - Tim called regarding several light
areas, please inspect many need to be
large light

10/8/05 - Paul and Jesse w/ dirt + inspected
areas, bubbles form Jesse's... inspected 4-5 bubble
looking for details

3/05 - called 11/4/05

11/4/05 - I'm
can take 1½ to 3 weeks will over
and in Week to schedule will over
schedule again.

GOVERNMENT
EXHIBIT
6

**B: 104 Tuckaway Rd, Wilmington, DE 19803-3900**

**Total Time: 17 minutes    Total Distance: 11.24 miles**

Call 1-800-FREE411 (1-800-373-3411) and get MapQuest Directions via text message.



All rights reserved. Use subject to License/Copyright    Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

14 x 14 ½  www          196                    5908

Deck composit white plastic rows              13,530

13 x 8    6' Deck Powder        104            310

For _Paul_                    Urgent ☐
Date _11/9/06_    Time _4:03_ A.M./P.M.

**While You Were Out**

Caller _____
Of _Nanjappa_ — (_____) 5704

Phone _____
        AREA CODE    NUMBER    EXTENSION
Fax _____

Message _____
_____
_____
_____
_____
_____

Best Time To Call _____ Date _____
Taken By _____

# EXHIBIT 64

# CELL PHONE

Case 1:09-cr-00043-SLR   Document 150   Filed 04/15/15   Page 6 of 37 PageID #: 3433

# EXHIBIT 65

# MEMORY CARD

Case 1:09-cr-00043-SLR   Document 150   Filed 04/01/15   Page 6 of 37 PageID #: 3134

# EXHIBIT 66

# MEMORY CARD

# Exhibit # 70

# December 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 Carmen Arezp MANILA | 10 Lanni BYEE nonick Kami JOYCE | 11 December Christmas Party SANTOS | 12 Carousel Plaza | 13 Carousel Plaza Corisitowning |
| 14 Jeanie | 15 Jeanie | 16 Roslyn | 17 Joy Davao Drift | 18 Malyn Cousins Davao DRIFT | 19 Remy MANILA EL MLO | 20 Remy MANILA EL MLO |
| 21 Remi MANILA El Mlo | 22 Davao - DRIFT | 23 Daving DRIFT Drift | 24 ALA CEBU Anya | 25 Ana CEBU Anya | 26 ANA CEBU Anya | 27 ANA CEBU Anya |
| 28 Jeanney CEBU | 29 Jeanney CEBU Anya Flour | 30 ALA CEBU Anya | 31 Gitara MK CEBU | | | |

GOVERNMENT
EXHIBIT
20

Case 1:09-cr-00043-SER Document 161 Filed 04/15/15 Page 10 of 37 PageID #: 3737

## January 2009

Get more great calendars with the CalendarsThatWork.com Premium Membership

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | 1 *Procous* | 2 *Chrytlied Prerlese* | 3 *Co Bradid* |
| 4 | 5 | 6 | 7 | 8 *Jesus* *Da Vino* | 9 *Jesus* *Danvo* | 10 *Co Bradid* |
| 11 *Cizgul* | 12 *Cesus* | 13 *ibgryr* | 14 *cogul* | 15 | 16 | 17 *Cesgur* |
| 18 *cesgu* | 19 *Nomie* *mon le* | 20 *Letaus* | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Case 1:09-cr-00043-SPW   Document 160   Filed 04/05/15   Page 11 of 37   PageID #: 3430

# Exhibit # 71

## December 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10<br>REMYE<br>GARDEN ROSE<br>MANILA | 11<br>REMYE<br>"<br>MANILA | 12<br>LINDY<br>"<br>MANILA | 13<br>REVENE<br>"<br>MANILA |
| 14<br>JENIE<br>DAVAO | 15<br>JENIE<br>DAVAO | 16<br>ANA<br>CEBU | 17<br>-ANA<br>-CEBU | 18<br>ANA<br>CEBU | 19<br>ANA<br>CEBU 4+ | 20<br>REMYE<br>MANILA |
| 21<br>MANILE<br>DAVAO | 22<br>MANILE<br>DAVAO | 23<br>ANA<br>CEBU | 24<br>ANA<br>CEBU | 25<br>ANA<br>CEBU 4 | 26<br>ANA<br>CEBU 4+ | 27<br>ANA<br>CEBU 4 |
| 28<br>ANA<br>MANILA<br>CEBU | 29<br>MANILA<br>? | 30<br>REMYE<br>CEBU<br>MANILA | 31<br>REMY<br>CEBU<br>MANILA | | | |



GOVERNMENT
EXHIBIT
71

# January 2009

Get more great calendars with the CalendarsThatWork.com Premium Membership

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 MICHELLE MIOAY MAE DAVID | 5 | 6 MIAMMA TOLENTINO Ouest | 7 JOY DAVID Ouest | 8 | 9 | 10 |
| 11 DAVID MANILA | 12 ANN MONICA DAVID DRAFTS | 13 | 14 DAVID DRAFT | 15 JENNIE DAVID DRAFT | 16 DAVID DRAFT | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Case 1:09-cr-00043-SEH   Document 160   Filed 04/07/15   Page 14 of 37 PageID #: 3747

# Exhibit # 74

http://us.mg2.mail.yahoo.com/dc/blank.html?bn=1155.32&.in

Please print out this email and take it with you when you arrive at the hostel. If you need to change or cancel your booking, please contact the hostel directly.

---

**Hostel Information:**

**Hostel:** NS Royal Pensione
**Address:** Juana Osmeña Street ,Cebu City 6000, Philippines
**Telephone:** +63 32 2545358
**Email:** reservations@nspensione.com
**Website:** http://www.hostelbookers.com/hostels/philippines/cebu-city/30683/

**Directions:**
From the Airport:
By Taxi:
Takes 40 Mins.
Pick up from the airport and drop off to airport is 800 Pesos.
The van can accommodate 2 - 6 people, regardless of number of people, charge will still be the same. - see map

---

**Booking Information:**

**Booking Ref: 30683-2680699 - paul pavulak**

| Date | Room details | | People | Cost (USD) | Total (USD) |
|------|-------------|---|--------|-----------|-------------|
| Tue 23/12/08 | Deluxe Room | | 2 | 15.47 | 30.94 |
| Wed 24/12/08 | Deluxe Room | | 2 | 15.47 | 30.94 |
| Thu 25/12/08 | Deluxe Room | | 2 | 15.47 | 30.94 |
| Fri 26/12/08 | Deluxe Room | | 2 | 15.47 | 30.94 |
| Sat 27/12/08 | Deluxe Room | | 2 | 15.47 | 30.94 |
| | | | | Total | USD 154.70 |
| | | | | 10% Deposit | USD 15.47 |
| | | | | Booking fee | NONE |
| | | | | **Total paid*** | **USD 15.47** |
| | | | | Balance** | USD 139.23 |

*The total paid has been charged at today's USD exchange rate by XE.com and is non refundable.
**Your balance of USD 139.23 is payable on arrival in the local currency at PHP 6750.00

Cancellation Policy:
Cancellation Policy is 48 Hours.
Inability to cancel within 48 Hours or No Show will be charged 1 night accommodation.



GOVERNMENT EXHIBIT
74

Case 1:09-cr-00043-SPW   Document 100   Filed 04/05/11   Page 16 of 37  PageID #: 3143

# Exhibit # 77

Driving Directions from 270 Quigley Blvd, New Castle, DE to John ... http://www.mapquest.com/print?a=270+Q...

# MAPQUEST

Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-friendly button.

**270 Quigley Blvd**
New Castle, DE 19720-4106

**John F. Kennedy International Airport (JFK)**
Jfk International Airport
Jamaica, NY 11430
Website | (718) 244-4444

**Total Estimated Time:** 2 hours 30 minutes
**Total Estimated Distance:** 137.59 miles
**Total Estimated Fuel Cost:** Fuel Cost

▼ **Directions from A to B:**

| | | |
|---|---|---|
| 1: | Start out going EAST on QUIGLEY BLVD toward BLEVINS DR. | 0.4 mi |
| 2: | Turn LEFT onto FRENCHTOWN RD/DE-273. | 0.3 mi |
| 3: | Turn SLIGHT RIGHT onto N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.0 mi |
| 4: | Turn SLIGHT LEFT to stay on N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.4 mi |
| 5: | Take the I-295 N/US-40 E ramp toward I-95. | 0.2 mi |
| 6: | Merge onto US-40 E toward DELAWARE MEMORIAL BRIDGE/NEW JERSEY/NEW YORK (Portions toll) (Crossing into NEW JERSEY). | 5.3 mi |
| 7: | US-40 E becomes NEW JERSEY TURNPIKE N (Portions toll). | 72.1 mi |
| 8: | Keep RIGHT to take I-95 N/NEW JERSEY TURNPIKE N toward TURNPIKE NORTH/CARS/TRUCKS-BUSES (Portions toll). | 25.4 mi |
| 9: | Merge onto I-278 E/VERRAZANO-NARROWS BRIDGE via EXIT 13 toward GOETHALS BR/VERRAZANO BR (Portions toll) (Crossing into NEW YORK). | 12.2 mi |
| 10: | Merge onto BELT PKWY E via the exit on the LEFT. | 15.6 mi |
| 11: | Merge onto NASSAU EXPY via EXIT 19 toward RT-878/KENNEDY AIRPORT/VAN WYCK EXPWY. | 1.5 mi |
| 12: | Take the VAN WYCK EXPWY SOUTH exit, EXIT 1S, toward KENNEDY AIRPORT. | 0.2 mi |
| 13: | Merge onto I-678 S/VAN WYCK EXPY. | 1.7 mi |
| 14: | Take the exit toward TERMINAL 1 2 3. | 0.1 mi |
| 15: | Take the ramp toward TERMINALS 2 3/PARKING. | 0.2 mi |
| 16: | End at Jfk International Airport Jamaica, NY 11430 | |

**Estimated Time:** 2 hours 30 minutes **Estimated Distance:** 137.59 miles

**Total Estimated Time:** 2 hours 30 minutes **Total Estimated Distance:** 137.59 miles

**Sponsored Links**

**Faster Free Nights**
Every 2 Stays = 1 Free Night
At Hyatt Hotels Worldwide.
GoldPassport.Hyatt.com

**Cheap Hotel Deals**
Low Rates Guaranteed!
Call a Hotel Expert
1-800-449-4167
www.hotels.com

**Jamaica Flower Shop**
Same day delivery in Jamaica
Serving Jamaica Since 1940
www.allyoucanfloral.com

**Jamaica Flowers**
Save $10 on Beautiful Fresh Flowers
Delivered Same Day to any City.
www.TeleFlora.com



All rights reserved. Use subject to License/Copyright Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use.

GOVERNMENT EXHIBIT
77

11/23/2008 3:40 PM

Case 1:09-cr-00043-SER   Document 100   Filed 04/05/15   Page 18 of 37   PageID #: 3145

# Exhibit # 83



KOLAMBUGAN

LANAO DEL NORTE

ILIGAN CITY

GOVERNMENT
EXHIBIT
83

JEANE    PHONE #

0929514613

6AM - NOON SUN

730 - 11 PM SUN

L'S mp')

m 0 L$

Case 1:09-cr-00043-SEH   Document 100   Filed 04/07/15   Page 21 of 37 PageID #: 3146

# Exhibit # 84



GOVERNMENT
EXHIBIT
84



*We the People*

*Of the United States,*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE

USA

**UNITED STATES OF AMERICA**

Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                    USA

Surname / Nom / Apellidos
PAVULAK

Given Names / Prénoms / Nombres
PAUL EDWARD

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
1944

Place of birth / Lieu de naissance / Lugar de nacimiento
NEW JERSEY, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
24 Jul 2008

Date of expiration / Date d'expiration / Fecha de caducidad
23 Jul 2018

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAPAVULAK<<PAUL<EDWARD<<<<<<<<<<<<<<<<<<<<<<
4519548426USA4402244M1807239317080836<179096

## REQUIREMENTS FOR THE ISSUANCE OF NON-IMMIGRANT VISA FOR TEMPORARY STAY NOT EXCEEDING FIFTY NINE DAYS FOR TOURISM AND BUSINESS PURPOSES

1.  Submit accomplished visa application (FA Form 2-A) with passport size photo attached. For **Taiwan passport and Re-entry permit holders**, submit **two (2)** application forms **(FA Form No. 2)** and **two photographs** signed on the front left side. If the applicant is not appearing in person before the Consular Officer, each application form must be notarized.

2.  Passport must be valid for at least six (6) months beyond the proposed stay in the Philippines.

3.  Proof of financial capacity
    a.  **Pleasure** – photocopy of any of the following: latest bank statement, previous year's income tax return, most recent pay stub and an employment certificate from the employer indicating position and salary or affidavit of support.
    b.  **Business** – letter from employer or sponsor of the trip indicating its specific purpose or nature, length of stay (inclusive dates), company guarantee or all moral and financial obligations to be incurred by the person while in the Philippines.

4.  Photocopy of airline and travel itinerary.

5.  **Pleasure visas for Minors** (Applicable to children who are not Philippine Passport holders and are under 15 years of age.)
    a.  Children accompanied by or coming to a parent must comply with requirements (1) to (4), plus photocopy of airline ticket and travel itinerary of the parent.
    b.  In addition to the visa, children unaccompanied by or not coming to a parent are required to have a **Waiver of Exclusion Ground (WEG)** issued by the Bureau of Immigration in Manila. A visa is issued even without the WEG upon submission of the other requirements. In this case, the following must be submitted to the Bureau of Immigration at the port of entry in the Philippines:
        ?? Affidavit of Request, Consent and Guaranty by either parent or legally appointed guardian of the child naming therein the person who will be accompanying the child to the Philippines and with whom the child will reside in the country;
        ?? Birth Certificate of the child;
        ?? Photocopy of the data page of the child's passport;
        ?? Photocopy of passport of accompanying adult or guardian and
        ?? Fee

    WEG application filed at the port of entry requires the applicant to leave the passport with the Bureau of Immigration, which will be released only after the WEG is secured.

6.  **NO VISA REQUIRED FOR BALIKBAYANS AND THEIR ALIEN SPOUSES AND CHILDREN,** for tourism purposes for a stay of one year or less in the Philippines. A "Balikbayan" is: a) Filipino citizen who has been continuously out of the Philippines for a period of at least one year; b) Filipino overseas worker or c) former Filipino. However, children under 15 years of age who are unaccompanied by or not coming to a parent are required to have a Waiver of Exclusion Ground (WEG). Please see par. 5 above.

7.  Nationals of countries which have diplomatic relations with the Philippines are generally allowed entry into the country without visas for a stay of twenty one (21) days or less, provided the nature of the trip is for tourism only and are holders of round trip or onward travel airline ticket. US passport holders are covered under this rule. **For non-US passport holders applying for a visa, a copy of the Alien Registration Card or proof of legal residency in the US is required.** However, children under 15 years of age who are unaccompanied by or not coming to a parent are required to have a Waiver of Exclusion Ground (WEG). Please see par. 5 above.

**The Philippine Consulate General reserves the right to request for additional documents aside from those submitted.**

| Schedule of Fees | |
|---|---|
| Single entry valid for three (3) months | **US $30.00** |
| Multiple entry valid for six (6) months | **60.00** |
| Multiple entry valid for one (1) year | **90.00** |
| **Application by mail:** | |
| Enclose a self-addressed stamped envelope (preferably certified mail or priority mail). Envelopes with metered stamps will not be accepted. Allow one to two weeks for processing. **The Consulate General will not be responsible for any delay or loss of documents in the mail.** | |

OK, KITERS    DAVAO
PILL ST., NO.iA TYETUH Sub Division
LAW AND- DAVAO
BEVE JANE PASOG

MICLOTEL INN ; SUIT (42)
DAM OSA COTTWIAN COMPLEX
MATMAN LAND, LAWANG- DAVAO CITY
REBA KNIGHT EMMORIS    PM 600

EVERLENERY HOTEL
Plantew mA5-5AY SAY AVE
DAVAO CITY    82-221-3860
CREDON REGENCY PL    19
DAVAO PH EDEN NATURE PARK
J.P. CABAAG 410 AVE AG-DAO DAVAO
LOYAL MANDAYA HOTEL    47

Case 1:09-cr-00043-SEH   Document 100   Filed 04/07/15   Page 25 of 37   PageID #: 3152

# Exhibit # 85

Republic of the Philippines
Department of Justice
BUREAU OF IMMIGRATION

**TOURIST VISA EXTENSION FORM**
BI FORM: MCL - 07 - 02

**DIRECTIONS:**

appropriate boxes with "X". Indicate "N/A" if not applicable. Do not leave any space blank.

all information legibly.

st Visa Extension Form not properly accomplished and notarized will be summarily denied.

ving of false information by applicant petitioner or his/her duly authorized representative will be a basis for the

summary denial of application.

4.  Only representatives duly accredited by the Bureau will be allowed to represent applicant / petitioner.

## APPLICATION INFORMATION

**TYPE OF APPLICATION**

| Visa Extension: | | Number of months: | |

**BI ACCREDITATION NUMBER**

**NAME OF AUTHORIZED REPRESENTATIVE**

## PERSONAL INFORMATION

**NAME OF APPLICANT**

LAST NAME: PAVYLAK

FIRST NAME: PAUL

MIDDLE NAME: EDWARD

OTHER NAME / ALIAS / AKA

**PHILIPPINE ADDRESS**

NO., STREET, SUBDIVISION / VILLAGE / BARANGAY

MUNICIPALITY / CITY

PROVINCE                    ZIP CODE

**FOREIGN ADDRESS**

NO., STREET, SUBDIVISION / VILLAGE: 362 JOHNSON RD

MUNICIPALITY / CITY: SICKLERVILLE     STATE: NJ

COUNTRY: USA     ZIP CODE: 08081

**SPOUSE** N/A

LAST NAME

FIRST NAME

MIDDLE NAME

NAME OF CHILDREN N/A     DATE OF BIRTH (MM-DD-YYYY)

(USE OTHER SHEET IF NEEDED)

CHARACTER REFERENCES IN THE PHILIPPINES

LANGUAGE SPOKEN: ENGLISH

DATE OF BIRTH (MM-DD-YYYY): 1944

PLACE OF BIRTH: CAMDEN NEW JERSEY

CITIZENSHIP: USA

GENDER: ☒ MALE  ☐ FEMALE   HEIGHT ___ cm  WEIGHT ___ kg

CIVIL STATUS

☐ SINGLE  ☐ SEPARATED IN FACT  ☒ DIVORCED / SEPARATED
☐ MARRIED  ☐ WIDOWER / WIDOW

## TRAVEL INFORMATION

PASSPORT NUMBER: ▓▓▓▓▓▓▓▓     EXPIRY DATE (MM-DD-YYYY): 07-23-2018

PLACE OF ISSUE: USA

DATE OF LAST ARRIVAL: 12-02-2008  FLIGHT NUMBER:

PRESENT IMMIGRATION STATUS: ____  LAST DAY OF AUTHORIZED STAY (MM-DD-YYYY): 04-03-2008

BARCODE STICKER

**GOVERNMENT EXHIBIT**
85

Case 1:09-cr-00043-SPW   Document 100   Filed 04/05/15   Page 27 of 37 PageID #: 3134

# Exhibit # 86

FA Form 2-A                    Note: Please see www.pcgny.net    for requirements

## FOREIGN SERVICE OF THE PHILIPPINES
## CONSULATE GENERAL OF THE PHILIPPINES
556 Fifth Avenue, New York, NY 10036-5095
Tel. No. (212) 764-1330

PHOTO
2" x 2"

## NON-IMMIGRANT APPLICATION FOR PASSPORT VISA
## FOR THE PHILIPPINES

20_____

CLASSIFICATION _____ No. _____

| SURNAME / FAMILY NAME / LAST NAME | CITIZENSHIP |
|---|---|
| PAVULAK | USA |

| FIRST NAME / GIVEN NAME | MIDDLE NAME (mother's maiden surname / if married, maiden surname) |
|---|---|
| PAUL | EDWARD |

| NAME OF EMPLOYER |
|---|

CIVIL STATUS
☐ SINGLE  ☐ WIDOWED
☐ MARRIED  ☒ DIVORCED
☐ SEPARATED

OCCUPATION  RETIRED
ADDRESS OF EMPLOYER

| DATE OF BIRTH (m/d/yyyy) | PLACE OF BIRTH | SEX |
|---|---|---|
| _____ 1944 | CAMDEN NEW JERSEY | ☒ MALE  ☐ FEMALE |

| CURRENT ADDRESS IN U.S. (Apartment No., Street, City) | STATE | ZIPCODE | TEL. NO. |
|---|---|---|---|
| 270 QUIGLEY BLVD NEW CASTLE | DE | 19720 | 3-951 |

| NAME OF SPOUSE | ADDRESS OF SPOUSE | REFERENCE IN THE PHILIPPINES, if any: |
|---|---|---|
| N/A | N/A | NAME: |

PURPOSE OF ENTRY
☐ BUSINESS  ☒ PLEASURE

NEXT PORT of DESTINATION  MANILA

ADDRESS:  NONE

FINANCIAL MEANS OF SUPPORT AND PROOFS

LENGTH AND DATES OF INTENDED STAY:
DEC 10, 2008 to JAN 13, 2009

| PASSPORT (US, CANADA, ETC.) | PASSPORT NUMBER | ISSUED BY | ISSUED ON (m/d/yyyy) | EXPIRY date (m/d/yyyy) |
|---|---|---|---|---|
| | | USA | 07-24-2008 | 07-23-2018 |

THE FOLLOWING PERSONS ARE ACCOMPANYING ME TO THE PHILIPPINES:
1.
2.
3.  N/A
4.

HAVE YOU EVER BEEN CONVICTED OF ANY CRIME? IF YES, PLEASE PROVIDE DETAILS:

SUBSCRIBED AND SWORN to before me this _____ day of
_____ in _____

OFFICER AUTHORIZED TO ADMINISTER OATH

Paul Pavulak

SIGNATURE OF APPLICANT

### FOR OFFICIAL USE ONLY

PASSPORT VISA NO. _____ GRANTED _____ AS NON-IMMIGRANT UNDER SECTION
9( ) _____ OF THE PHILIPPINE IMMIGRATION ACT OF 1940, AS AMENDED, MULTIPLE/ SINGLE
ENTRY UNTIL _____.
VISA INCLUDES:
CONSULAR NOTATIONS: _____

CONSUL OF THE REPUBLIC OF THE PHILIPPINES

RELEASED BY:

PRINT NAME AND SIGNATURE    DATE RELEASED:

GOVERNMENT
EXHIBIT
86

# Exhibit # 89

 **Health Care Options** | INSURED BY **United HealthCare Insurance Company**

Medicare Supplement Insurance


GOVERNMENT EXHIBIT
89

**Be sure your supplemental coverage is in place when your Medicare coverage begins. Please Respond By: January 31, 2009**

Prepared For: Paul Pavulak
Requested By:
    ******************AUTO**ALL FOR ADC 197
    5096 3 AB 1.080 19720UMS1121A 01 10000000 66 2
    Paul Pavulak
    270 Quigley Blvd
    New Castle DE 19720-4106

ınııllılıladadılılllındalalııllllınllılalllınıllıl

**Start saving right away with the Early Enrollment Discount – save at least 30% on your Medicare Supplement first-year premium! Plus, take advantage of guaranteed acceptance and a waiver of the Pre-Existing Conditions exclusion.**

Dear Paul Pavulak,

Thank you for requesting information on AARP Medicare Supplement Insurance coverage, insured by United HealthCare Insurance Company.

As the nation's leading organization representing people age 50 and older, AARP serves your needs and interests through information and education, advocacy and community services. AARP membership entitles you to a wide range of special benefits and services, including AARP Medicare Supplement Insurance in which millions of members are currently enrolled. Along with the information you requested, you'll find an application to join AARP and enjoy all the exclusive advantages AARP has to offer.

**Special Birthday Opportunity:**
**A waiver of the Pre-Existing Conditions exclusion**

By enrolling in an AARP Medicare Supplement Plan NOW, by the end of the month in which you turn 65, you'll be eligible for benefits for new covered hospital stays that start – and medical care received – on or after your insurance effective date. That's right – the pre-existing conditions exclusion is waived.

Plus, you can take advantage of these features and special savings today:

* **GUARANTEED ACCEPTANCE** into any Plan with **no health questions.**

* **TEN-YEAR "EARLY ENROLLMENT DISCOUNT"** of 30% the first year of coverage...27% the second year...24% the third year...decreasing 3% every year, for the duration of the ten-year discount period.

Maximize your savings and ensure your coverage is in place at the same time your Medicare coverage begins. Be sure to take advantage of this opportunity while you can.

**Enroll Today!**

AARP membership has many advantages, including the valuable benefits, money-saving features, and outstanding service you can only get from AARP Medicare Supplement Insurance. Respond by January 31, 2009 for your earliest possible effective date.

Sincerely,

*Jay Fleming*

Jay Fleming
Vice President, Member Services
AARP Health Care Options

P.S.     Enroll before the end of the month in which you turn 65 so you'll be eligible for benefits for covered hospital stays and medical care due to pre-existing conditions. You'll also receive the Ten-Year "Early Enrollment Discount," and Guaranteed Acceptance with no health questions!

AARP Health is a collection of health related products, services and insurance programs made available by AARP. Neither AARP Health nor AARP are the insurer. AARP contracts with insurers to make coverage available to AARP members. AARP Medical Supply Services is provided by Prescription Solutions, the licensed pharmacy approved to provide Medicare-reimbursed medical supplies. Prescription Solutions is an affiliate of United HealthCare Insurance Company. The AARP Prescription Discount Program and Health Essentials catalog are provided by Walgreens and endorsed by AARP. The AARP Prescription Discount Program is not a licensed pharmacy. Discounts under the AARP Prescription Discount Program are not insurance and are not intended as a substitute for insurance. Discounts associated with the AARP Prescription Discount Program are only available at participating network pharmacies, including Walgreens Mail Service. Discounts cannot be combined with any other discounts, promotions, coupons or vision care plans. Products and services that are reimbursable by Medicare are not available on a discounted or complimentary basis. EyeMed Vision Care (EyeMed) is the network administrator of AARP Vision Discounts. In some states, there are a limited number of eye health providers available. Some Pearle Vision locations are independently owned and operated by franchisees and do not participate. Eye exams are available by independent Doctors of Optometry at or next to Pearle Vision, Inc. in most states. In California, Pearle Vision, Inc., Sears Optical and Target Optical do not employ Doctors of Optometry and do not provide eye exams. In Puerto Rico, the only available providers are Pearle Vision locations. OptumHealth is the provider of Nurse HealthLine. Nurse HealthLine is for informational purposes only. It cannot diagnose problems or recommend specific treatment. The information provided through the Nurse HealthLine is not a substitute for your doctor's care. All decisions about prescription drugs, vision care, and health and wellness care are between you and your physician or other health care provider. Providers pay a fee to AARP and its affiliate for use of the AARP trademark and other services. Amounts paid are used for the general purposes of AARP and its members. AARP does not make health recommendations for individuals. You are strongly encouraged to evaluate your needs before making decisions that impact your health.

Not connected with or endorsed by the U.S. Government or the Federal Medicare Program.
Policy Form No. GRP79171 GPS-1

**www.aarphealthcare.com**
AARP MEDICARE SUPPLEMENT INSURANCE PLANS
Insured by United HealthCare Insurance Company

# ENROLLMENT FORM

## AARP Medicare Supplement Insurance Plans

Underwritten by United HealthCare Insurance Company, Fort Washington, PA 19034

**Please reply by: 01/31/09**
**for your coverage to be effective 02/01/09**

Paul Pavulak
270 Quigley Blvd
New Castle DE 19720-4106

O◄— Darken circle if you have indicated a name or
address change below.

The plans and rates described in this package
are good only for the address indicated.

### Instructions

- Complete all the sections of this form.
- Please print in all **CAPITAL LETTERS**.
- Circles must be darkened with Black or Blue **INK**, as shown below.

**EXAMPLE:**

Gender  ○M  ●F 

- Please be sure to include your AARP Membership Application and a check or money order for your $12.50 annual AARP Membership dues.
- If return envelope is lost or misplaced, please mail to: AARP Health Care Options, United HealthCare Enrollment Division, P.O. Box 64906, St. Paul, MN 55164-9840.

**Call Toll-Free: 1-800-272-2146**

## 1  TELL US ABOUT YOURSELF

Please fill in the following information as found on your Medicare ID Card:

( |   |   | ) |   |   |   | - |   |   |   |   |
Area Code    Phone Number

Birthdate |   |   |   |   |   |   |   |   |
M M D D Y Y Y Y

Gender  ○ M   ○ F

**MEDICARE ④ HEALTH INSURANCE**

NAME |   |   |   |   |   |   |   |   |   |   |   |   |   |
First / Middle Initial / Last

MEDICARE CLAIM # |   |   |   |   |   |   |   |   |   |   |   |

HOSPITAL (PART A) EFFECTIVE DATE: |   |   | 0 | 1 |   |   |   |   |
M M D D Y Y Y Y

MEDICAL (PART B) EFFECTIVE DATE: |   |   | 0 | 1 |   |   |   |   |
M M D D Y Y Y Y

ARE BOTH MEDICARE PARTS A & B COVERAGE ACTIVE?
○ YES   ○ NO

|   |   |   |   |   |   |   |   |   |   |   |   |   |
E-mail Address (Optional – may be used to communicate with you about your account and product offers.)

## 2  SELECT THE AARP-ENDORSED PLAN THAT BEST MEETS YOUR NEEDS

**I wish to enroll in Plan _____ (indicate plan code)**

- **You are eligible to enroll if you are an AARP member, age 65 or older, enrolled in Medicare Parts A and B and not duplicating Medicare supplement coverage.** (You may enroll using this form only if, within the last 6 months, you turned age 65 or first enrolled in Medicare Part B at age 65 or older.)

- Your enrollment form must be received by the last day of the month in which you turn age 65 to receive your Special Birthday Opportunity.

- Please refer to the enclosed Cover Page for the monthly cost of the plan you have selected, and submit the "Early Enrollment Discount Rate." Make check or money order payable to: AARP Health Care Options. If you are currently insured through AARP Health Care Options, send no money now. You will receive updated payment instructions later.



2464495308        11/21/08        **CONTINUE ON NEXT PAGE ▶**

Questions? Call Toll-Free 1-800-272-2146 and talk to an

A11826NMMMDE01 02A

# 3 (CONTINUED)

O Yes  O No  3a) Do you have another Medicare supplement policy in force?

O Yes  O No  3b) If "yes," do you intend to replace your current Medicare supplement policy with this policy?

O Yes  O No  4)  Have you had coverage under any other health insurance within the past 63 days? (For example, an employer, union, or individual plan.)

4a) If "yes," with what company and what kind of policy?

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4b) What are your dates of coverage under the other policy?
(If you are still covered under the other policy, leave "END" blank.)

START ⎿__⎿__⎿__⎿__⎿__⎿__⎿__⎿  END ⎿__⎿__⎿__⎿__⎿__⎿__⎿
      M  M  D  D  Y  Y  Y  Y           M  M  D  D  Y  Y  Y  Y

O Yes  O No  4c) Are you replacing the other health insurance indicated in question 4a?

- My signature below indicates that I have read and understand the contents of this enrollment form.

- I declare that the answers on this enrollment form are complete and true to the best of my knowledge and belief and are the basis for issuing coverage. I understand that the enrollment form becomes a part of the insurance contract and that if the answers are incomplete, incorrect or untrue, United HealthCare Insurance Company may have the right to rescind my coverage, adjust my premium, or reduce my benefits.

- Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act when determined by a court of competent jurisdiction, and as such may be subject to criminal and civil penalties.

- I understand that the coverage under the plan I am enrolling in will not take effect until issued by United HealthCare Insurance Company.

*Note:*
*If you are signing as the legal representative for the applicant, please enclose a copy of the appropriate legal documentation.*

X _____

YOUR SIGNATURE (REQUIRED)

# AARP Membership Benefits and Services

**AARP Membership Application on Back**

## A Special AARP Invitation

### AARP salutes a new groundbreaking generation — YOURS.

AARP is YOUR organization. Please join us and over 35 million Americans. Become an AARP member today and enjoy access to the many fine benefits and services of membership. You'll agree that it's one of the best values around.

**AARP**

601 E Street, N.W., Washington, DC 20049

## The Many Benefits of AARP Membership — Some Things Really Do Get Better With Time.

In many ways, you are already redefining adult lifestyle in the 21st century. More and more, it means living life on your own terms, doing what feels right for you — whether it's working, starting a new career, not working at all, pursuing a college degree, competing in a triathlon, or any one of a thousand other pursuits.

**1. AARP Privileges.** Designed to let you do a lot more living for a lot less money, AARP Privileges features big savings and quality service — from hotels, motels, resorts, car rental companies, airlines, cruises, vacation packages, sightseeing — by presenting your AARP Membership Card. There are also discounts for home security and Internet service.

**2. AARP in Action.** AARP works on both the national and local levels to improve the economic security, employment rights, long-term care, and health care of members like you. Log on to www.AARP.org and subscribe online to receive the AARP Advocate E-letter. This informative, monthly newsletter provides you with current information about legislative topics and AARP activities.

**3. AARP.org and Online Information.** Visit www.AARP.org, the best place on the web for news and information that's relevant to you. There's a wealth of information to explore, along with fun diversions, such as online crossword puzzles and games. In addition, you can subscribe to many different free AARP online newsletters relating to various topics, such as books, consumer alerts, health and wellness, travel, computers, and much more.

**4. AARP The Magazine.** Published six times a year, this magazine reflects today's adult lifestyle, and contains information on topics ranging from health and longevity to volunteerism and travel, from work and family to food and sex.

**5. AARP's Informational Publications.** Free publications are available on a wide variety of subjects, including health and fitness, finances, retirement planning, and more.

**6. AARP Bulletin.** This informative newsletter, published 11 times a year, keeps you apprised of important legislative issues, including tax regulation, pension, and Social Security issues, as well as AARP events happening around the country.

**7. AARP Investment Program.** A simple, affordable, no-nonsense approach to retirement investing, specifically designed for people over 50 with medium- to long-term investment goals. In addition to streamlined investment choices, members have access to experienced and knowledgeable investment counselors as well as our online resource center featuring educational materials and helpful tools. This investment program is offered to you through AARP Financial, a registered investment adviser. For more information, go to www.aarpfunds.com. Distributed by ALPS Distributors, Inc.

BA9818 6/06

# Your Exclusive Member Services.
## Get answers. Save money. Live healthy.



## AARP® VISION DISCOUNTS provided by EyeMed Vision Care

Save on every eyewear purchase and on routine eye exams.

**Save 30% off eyewear,** including bifocals, lenses, and frames.* Contact lens wearers save 10% on disposables and 20% on non-disposables.

**Pay only $40 for routine eye exams** for eyeglasses, including an Eye Health Exam

Report that details your results, and receive $10 off contact lens exams. Plus, receive a 90-day guarantee on every eyewear purchase.

**Simply show your AARP® Medicare Supplement card** when you visit any participating LensCrafters®, Pearle Vision®, Sears Optical®, JCPenney Optical®, and Target Optical® location, or one of thousands of independent Doctors of Optometry.**



## NURSE HEALTHLINE provided by OptumHealth

Get your health issues assessed, then get the help you need to make the right choices.

**Speak directly with registered nurses,** toll-free, 24 hours a day.

**Make informed decisions** on how to get proper care. Nurses will review your symptoms, recommend treatment options,

and refer you to providers that meet high standards of quality and efficiency.

**Start healthy lifestyle changes** with personal coaching and guidance.

**Spanish is available,** as well as translation assistance in 140+ languages.

## Questions?

Call 1-800-523-5800.
Visit www.aarphealthcare.com.

*See reverse for more services >*

**These are additional insured member services apart from the AARP Medicare Supplement Plan benefits, are not insurance programs and may be discontinued at any time.**

SA4970 (3/08)

**-AARP** | Health
Medicare Supplement Insurance
Issued by: United HealthCare
Insurance Company

DELAWARE AUTOMOBILE INSURANCE IDENTIFICATION CARDS

12/02/08

## AUTOMOBILE INSURANCE IDENTIFICATION CARD

We've issued an identification card as evidence of liability insurance for your vehicle(s). The card is valid only as long as liability insurance remains in force.

You may be required to produce your identification card at vehicle registration and inspection, when applying for a driver's license or new tags, if an accident occurs and upon a law enforcement officer's request.

KEEP A COPY OF THE ID CARD IN YOUR VEHICLE AT ALL TIMES.

For your convenience, additional copies available at usaa.com.

53DE1                                                                           55050-0407

---

UNITED SERVICES AUTOMOBILE ASSN
THIS ID CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES.
DELAWARE INSURANCE IDENTIFICATION CARD

NAME    PAUL E PAVULAK

POLICY
NUMBER    ████████    7107
EFFECTIVE               NAIC
DATE   07/03/08         CODE   25941

1996    FORD        1FALP52U2TA262208

THIS IDENTIFICATION CARD EXPIRES ON 01/03/09
9800 Fredericksburg Road         San Antonio, Texas 78288
Additional copies available at usaa.com

FOR POLICY SERVICE, CALL
    1-800-531-8111
FOR AUTO/PROPERTY CLAIMS, CALL
    1-800-531-8222

# ID CARDS ID CARDS

IF YOU ARE INVOLVED IN AN ACCIDENT

1. Call an ambulance for anyone seriously injured.
2. Secure names and addresses of all persons in the other car.
3. Be sure to obtain names and addresses of all witnesses.
4. Obtain license number and State of registration of adverse vehicle.
5. Measure any skid marks made by either vehicle.
6. DO NOT ADMIT RESPONSIBILITY nor sign any statement except for the Company's claims representative.
7. Comply with State Laws by filing required Motor Vehicle Accident Report and send a copy to the Home Office.
8. DO NOT DISCLOSE YOUR POLICY LIMITS TO ANYONE.
9. Report immediately to nearest claims representative or to the Home Office. In case of emergency, WIRE US COLLECT.