Case 1:09-cr-00043-SLR   Document 101   Filed 04/01/15   Page 1 of 43 PageID #: 2698

# Exhibit # 93

Case 1:09-cr-00043-SER  Document 161  Filed 04/07/15  Page 2 of 43 PageID #: 2699



PENGAD-Bayonne, N. J.

GOVERNMENT
EXHIBIT
83

KIMBERLY SANTOS 83
ZONE 1, RESURRECTION DRIVE
AURORA VILLAGE ~~~~~~ TUNNLA
ZAMBOANCA CITY
PHILS.

DEE CELL YES SIR

SWEET MAY            CE564
CINDY
SHAHARA BANKS
Z HEATHER
C OLISTRID
ARA DUNN
EWEITE
                     09 28 54 8298
                     CINDY
                     CE64
                     15

AISSIE OLITA
PUROK SUBA          PANDY
BIGBY STREET PHASE 3
CANLAON CITY

BACOLOD CITY
63 919 331 2449

C 0113 48852        DECEMBER

X 061 884 788 578 061

E 0113 2883
                     SINCE
                     33A

JOVELYN

LESLIE LACAVLALE
3367 BABAK-1,
LAPU-LAPU CITY

PIN 6015

LACAVLALELES LIE

TERESA NU74-N19@YA
C 01120365
MATOWCA

CHIA RIVAS
BUTUAN CITY
(SURIGAO CITY)

# Exhibit # 97



**TOPS.**

Made in/Hecho en/Fabriqué aux U.S.A.

GOVERNMENT
EXHIBIT
97

Green • 6" x 9" • 80 Sheets/Book • Gregg Rule

Verde • 15.24 x 22.86 cm • 80 Hojas/Bloque • Renglón Gregg

Vert • 15.24 x 22.86 cm • 80 Feuilles/Bloc • Réglure Gregg

# STENO BOOK
# BLOQÜE
# ESTENOGRÁFICO
# BLOC-STENO

No. 8021

0   2593280211   9

©2003 TOPS Osage, IA 50461

No. _____ From/De _____ To/A _____

ROMIE 0921 951 8881

ALA 0928 541 5818

TMXE 0917933 32 94

J HAM 09 28 20 36 779

DOKAY REMAN 09 295 641139

/1951

SIMVASTATIN 20MG
PIROXICAM 10MG
Bm Cowen        478-6031

Cora    RE 8270842
          SHannon 9270 DI

Kim — PNC BANK
      KYM. SIMMONS @ FIRST DATA .COM

      866 - 353 - 5081 X20069

                          202
Kathy — Liberty    234 - 8873

302 - 535 - 3829

PLASTIC
TAPE
STRING
STAKES WOOD - METAL
SCREW GUN
EXTENTION CORD          REGAN BROS
SAW
CONCRETE TOOLS - HAND
LEVEL
FLEX FORMS
2 × 4
BROOM i HANDLE
CUT NAILS
SCREWS
EXPANSION JOINT
GAS SAW
RAKE
SHOVEL   BOTH
TAMP
COME - 4 - LONG
WHEEL B.
SNIPS

Q Tablet M — lettered trouble

Builder Refund Program

computer

Wed 5Std Connect

1-800 - 150 MOTA - !



Case 1:09-cr-00043-SPW Document 161 Filed 04/05/15 Page 11 of 43 PageID #: 2708

380 × 9 (2)      6984

BREEZEWAYS
30 × 20 (2)      1000

Front Entry
48 × 8      384
     8368

29,000 (7 yrs) 32/yr = 1210

35,090

Reinstall Steel Parkway Barriers in
asphalt with concrete 1.02 ea

Annual contract

SHAW

(BEAR PHOTOS)

9720 ☐ Days Jan

600 Price        1300 Northeast

WAYNE $\left( 7^{00} \ 7^{30} \right)$  BLVD
                                        $4^{30}$

$(302)$   239-3000

          6694

Broushe

1604 Willow ave   Wilmn

Almore - 3rd Br

MIKE D/bach From MD
218 - 8893          6601 Day

221 BROOKE ST

190X7 = 1330          5 35·3 Wkly

CURB =          1000 Hu

~~1600~~
1900   CURB

Bull   ~~7325~~
8258

WALL
INSIDE i TOP   340   2200   +2000

OUTSIDE   7.70 4   3080

720   120   150   750

Blue Tape    4/29-87ov
Duct Tape    GA Pane
Molly Cover    No. 7
Ace Paper Flysheets
Towel 14"
Plastic putty Knife (flat)
Paint Brush
Plastic Tape    Rch up
   Bongo

Concrete Estimate

Dry-fast
15 Tractors bag mount bags
It can Hold g/v with.

Show I follow up in ____ was

Case 1:09-cr-00043-SER Document 162 Filed 04/15/15 Page 16 of 43 PageID #: 2719

LAS VEGAS

Tour Rest 702-822-6689

Iwo @ Vegas.US...@...net.com

CO-OP Tue 23am 10%
4955 Dell Rd

MELANIE DININO
DAVID DACRA (YES)

MARIA DININO @ 4950
+ 639 692152 124

No English (a) pretty
Good looks

C010 73790

/4/00 SEXYBLLYN-Vegin 06

JACEL CORRAL
STO. NINO SAPA TORK
DAVAO CITY
X 061 832 674 195 589


ROSEFE Y PASAYLO
258 NARRA AVE
BAYUGAN CITY
PHILLIPINS 8502 32A
Sm.


DONNA MAE LARDINO

639 085 144 149

| | |
|---|---|
| 11 PM TUES | 2 PM WED |
| MIDNIGHT WED | 3 PM WED |
| NOON WED | 3 AM THURS |
| 6 PM WED | 9 AM THURS |
| (6 PM) | |

Power White — 856-495-8158
Crad Cry          8850      1366

Brown

anT Hall      $P 650    609-330-4642
                        Ramon

Candy       Stephen Couch
            Bob

Russell     Pink Cracks    27

Kus    Pink Cali Gorse    37

OB    Cracks Kal    32

Hobby    Gold Cam    37

DAD    10
Nom    37 /V

2539 PARADISE VILLAGE WAY

PROPOSAL TO PURCHASE

THIS PROPOSAL TO PURCHASE IS
BEING MADE WITH THE FOLLOWING
PRICE, TERMS AND CONDITIONS.

7600 DN

PRICE                    $75,900 ⁰⁰    ← ~~9500 DN~~
                                         66,900 MRT

CONDITION              AS IS EXCEPT AS SATED
                                    30
SETTLEMENT        OCT ~~BEST 31~~ 2008 AS SATED

1. SELLER TO LEAVE ALL ~~EXISTING~~ FURNITURE
   AND APPLIANCES

                        FIRST          LIEN
2. SELLER TO HOLD A MORTGAGE OF
   $66,900 ⁰⁰ AT 5% FOR 36 MONTHS
   INTEREST ONLY @ 278.75/MTH

3. ~~BUYER TO FINANCE PROPERTY AS IS~~

3/6 SELLER TO PAY FOR A/C AND HOT
    TUB REPAIRS NOT TO EXCEED $5,900
    AS CREDIT TO BUYER

4. SELLER TO BUYER RECEIVING A
   90% LOAN AT AN ACCEPTABLE RATE TO BUYER

CHAR NYN DESCALLAR — CATHOLIST

BABAO CORDOVA

CEBU CITY PHIL 09236252073

CHAR NYS LOVER @ YAHOO

LAYK 224

CUTE - BUEAN @ yahoo
CUTE C 01080115
CAGAYAN DE ORO CITY
LANAO DEL NORTE

MALYN 0925-743-221
JERLYN CUTE18@ yahoo-c
C0112-7024

MEL

SWEET LOVELY 312.002 @ yahoo
C0115906

CHARLYN DESCALLER
NOKIA N76

JEANY                    DAVAO

JOAN CLAUDE L ESTAL
BOARDWALK DIST
MANGAGOY, BISLIG CITY
PHIL 8311
JEANY_ESTAL@YH
SURIGAO       SUR

0929 5141 613         IN LOVE


NIEZHEL TORRES
029 ARELLANO STREET
TAG-OLOAN MISAMIS
ORIENTAL, PHIL

NIEZHEL_TORRESZZ@YA
        TORRES 2000 @H
6 39 65323 774

JACEL CORRAL
HOTTIE — JACEL 18@ YH

(63) 9108491976

MELVILYN DAITOL BARING
3181 PAJO
LAPU-LAPU CITY
CEBU PHIL 6015
C00714952

SHANE

CAGAYAN DE ORO CITY
MISAMIS OCCIDENTAL

CUTE BUEAN SEX

₱25 REAPER BUENA

LOVER

KOLAMBUGAN LANAO

DEL NORTE

9207 MINDANAO

VIRGIN

63 906 680 5635

BEPER GEMENTIZ

KRISTINE &&&&& MOIRA C. CONWAY

Block 10 Lot 1
EMERALD HOMES
SAN ROQUE LAMBAGUHEN
TIBEN CITY
PHIL 2001

MALYN CAMPOS
BONISELIO STREET

DAVAO CITY 8000

PASSWORD: CUTEFACE

09478877 0963 7

SUCHAI 855 010 443005

M. Hope Co

C. 6 11 08 337

G-1MAVIS INOT
0101 BARRA MACABALAN
CAGAYAN DE ORO CITY
PHIL. 9000

28
35
23
23

HINA BAEDA CEBY
63 709 829 6969
239 N. Aven-Rg
Oro 70

REMIE LU VILLATIMA
877 815-1531

DUAL CORE
Citiron
HOTEL MANILA 302 470 9161

563 - 3474

TRANSFER DES COLLAR
C. ORDOVA
CEBU CITY 6017
09222-773-6136

Thank you

14/NOTEROSE GORD

11 AM 3 PM
IN THE FOOD EXPRESS
GATEWAY MALL

A4P0 AA SUPERMART

0927531665 7

Lin y

RE: Submitting letter
Bacolod

C 0114 5207 INDAY

AILSA 0929316 7277

ALEXIS 0928654 3561

ANA 0928 5415818

JOCELSY 09229 357807

REMIE 0421951880)

UV 0918 385702

~~JACKIE~~ 0904 716 7612

sun = TAGBILARAN BOHOL

INDAY    09 216548 77

set week DUE suy

MON

VOI    GAISANO    TABUNOK    LAYSA

MALL    B025

FILAB



373-26850256

18406706406

632 150-3010

MAKATI PRIME
TOWER SUITE
KALAYAAN AVE
CELLA MECADO S
MAKATI CITY

Case 1:09-cr-00043-SLR   Document 101   Filed 04/07/15   Page 35 of 43 PageID #: 2732

# Exhibit # 101

| ContactsID | Date | First Name | Last Name |
|---|---|---|---|
| Nanjappa | 11/6/2008 Mr. | | Nanjappa |

| Address |
|---|
| 104 Tuckaway Drive, Tuckaway |

| City | State | Zip | Home Phone |
|---|---|---|---|
| Wilmington | DE | | 302-764-5729 |

| Work Phone | Salesperson | Referred By | |
|---|---|---|---|
| | Paul | NJ-Crossroads | |

| Notes |
|---|
| deck/concrete, New pour, appt. 11/7/08 |

**Sold Date**  Fri. 11/7/08 @ 9:00.



# MAPQUEST



Las Vegas
Having it all is just the beginning
Air & 2 nights from $104*
US AIRWAYS
VACATIONS
Escape with us
ONLY Vegas
Learn more ›

**Total Time: 17 minutes       Total Distance: 11.24 miles**

**A: 270 Quigley Blvd, New Castle, DE 19720-4106**

| | | |
|---|---|---|
| START | **1:** Start out going EAST on QUIGLEY BLVD toward BLEVINS DR. | 0.4 mi |
| ← | **2:** Turn LEFT onto FRENCHTOWN RD/DE-273. | 0.3 mi |
| NORTH 13 | **3:** Turn SLIGHT RIGHT onto N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.0 mi |
| NORTH 13 | **4:** Turn SLIGHT LEFT to stay on N DUPONT HWY/US-13 N/US-301 N/US-40 E. | 1.4 mi |
| RAMP | **5:** Take the I-295 N/US-40 E ramp toward I-95. | 0.2 mi |
| SOUTH 295 | **6:** Merge onto I-295 S toward I-95/WILMINGTON/BALTIMORE. | 1.1 mi |
| NORTH 95 | **7:** Merge onto I-95 N/US-202 N via the exit on the LEFT toward WILMINGTON. | 5.1 mi |
| EXIT | **8:** Take the US-202/CONCORD PK. exit, EXIT 8, toward WILMINGTON/WEST CHESTER. | 0.1 mi |
| RAMP | **9:** Take the CONCORD PIKE/US-202 N ramp toward WEST CHESTER. PA. | 1.0 mi |
| ↑ | **10:** Keep RIGHT at the fork in the ramp. | 0.1 mi |
| ↑ | **11:** Keep RIGHT at the fork in the ramp. | 0.1 mi |
| ↑ | **12:** Turn SLIGHT RIGHT onto FOULK RD/DE-261. | 0.4 mi |
| ↑ | **13:** Turn SLIGHT RIGHT onto SIMON RD. | 0.1 mi |
| END | **14:** End at 104 Tuckaway Rd Wilmington, DE 19803-3900 | |

Case 1:09-cr-00043-SEH Document 162 Filed 04/05/15 Page 38 of 43 PageID #: 2735

# Exhibit # 102

*Paul*

*Referral Program*          12-A1

| ContactsID | Date | First Name | | Last Name |
|---|---|---|---|---|
| Romano – contra | 11/12/2008 | Eric | | Romano – contractor |

**Address**

Ida homeowner, 1805 Arlene Drive, Rolling Hills

| City | State | Zip | Hom... |
|---|---|---|---|
| Wilmington | DE | 19804 | 302-598-5315 Eric |

| Work Phone | Salesperson | Refer... |
|---|---|---|
| | Paul | Steve Brooks -Referral Program-Ho |

**Notes**

remove 12 X 8 area and replace with 12 X 12 with footer & sidewalk, appt. 11/15/08

**Sold Date**     *Friday 11/14/08 @ 1:00.*

C0033527



GOVERNMENT
EXHIBIT
102

14 X 8        112 X 5        560

14 X 12       168 X 8       1344

SIDEWALK?

12 X 4 =      48 X 10       480

Pour                        816

Prep Floor                  300

Resurface     200           1320

Floor                       768

                            _____

Case 1:09-cr-00043-SPW   Document 162   Filed 04/07/15   Page 41 of 43   PageID #: 2798

# Exhibit # 104

USAA

PAUL E PAVULAK
270 QUIGLEY BLVD
NEW CASTLE DE 19720-4106

## IMPORTANT INSURANCE PAPERS ENCLOSED



12/02/08

PRTCOVSHT1 9-96

THIS PAGE IS INTENTIONALLY LEFT BLANK