# Exhibit # 183

<u>United States v. Paul Pavulak</u>

<u>HP Tower</u>

**Conversation joined at Wed Sep 10 19:43:11 2008.**

**charnyn_lover (Wed Sep 10 19:43:11 2008):** hi huney...
**charnyn_lover (Wed Sep 10 19:43:18 2008):** how are you.?
**charnyn_lover (Wed Sep 10 19:43:20 2008):** are you thre,?
**pavy224 (Wed Sep 10 19:43:24 2008):** hi sexy
**charnyn_lover (Wed Sep 10 19:43:31 2008):** >:D<>:D>:D<
**charnyn_lover (Wed Sep 10 19:43:37 2008):** how are you huney.??
**pavy224 (Wed Sep 10 19:43:47 2008):** horney
**charnyn_lover (Wed Sep 10 19:44:08 2008):** :-*:-* uhmmp...
**charnyn_lover (Wed Sep 10 19:44:34 2008):** huney i am so sorry if i didnt come bakc on that day
**pavy224 (Wed Sep 10 19:44:35 2008):** whats uhmmpp
**charnyn_lover (Wed Sep 10 19:44:37 2008):** >:D<
**charnyn_lover (Wed Sep 10 19:44:42 2008):** :D
**pavy224 (Wed Sep 10 19:44:54 2008):** som am i
**pavy224 (Wed Sep 10 19:44:58 2008):** so
**pavy224 (Wed Sep 10 19:45:00 2008):** am
**pavy224 (Wed Sep 10 19:45:01 2008):** i
**charnyn_lover (Wed Sep 10 19:45:18 2008):** :-*
**charnyn_lover (Wed Sep 10 19:45:24 2008):** uhm what doy uo mean so you am.?
**pavy224 (Wed Sep 10 19:45:48 2008):** sorry that we missed each other
**charnyn_lover (Wed Sep 10 19:46:09 2008):** whats are you doing right now ..??? eheehheh mustah..??
**charnyn_lover (Wed Sep 10 19:46:23 2008):** >:D<>:D<>:D<
**charnyn_lover (Wed Sep 10 19:46:24 2008):** uhhhmpp wel yess i really miss you hun.
**pavy224 (Wed Sep 10 19:46:45 2008):** chatting
**charnyn_lover (Wed Sep 10 19:47:06 2008):** ahh ok..
**pavy224 (Wed Sep 10 19:47:26 2008):** looking for our special visit
**pavy224 (Wed Sep 10 19:47:36 2008):** how aree feeling
**pavy224 (Wed Sep 10 19:47:42 2008):** now
**charnyn_lover (Wed Sep 10 19:47:45 2008):** not fien huney...
**charnyn_lover (Wed Sep 10 19:47:51 2008):** >:D<
**charnyn_lover (Wed Sep 10 19:47:57 2008):** hwos your huney.?
**charnyn_lover (Wed Sep 10 19:48:00 2008):** hows
**pavy224 (Wed Sep 10 19:49:00 2008):** so whaty about becomming my weekly girlfriend
**charnyn_lover (Wed Sep 10 19:49:09 2008):** >:D<
**charnyn_lover (Wed Sep 10 19:49:18 2008):** yess dear..
**charnyn_lover (Wed Sep 10 19:49:25 2008):** i mena what do you mean.?
**charnyn_lover (Wed Sep 10 19:49:47 2008):** >:D<
**pavy224 (Wed Sep 10 19:49:52 2008):** we discussed a weekly arrangement remember
**charnyn_lover (Wed Sep 10 19:50:03 2008):** ah okk yess
**charnyn_lover (Wed Sep 10 19:50:06 2008):** uhmp...
**charnyn_lover (Wed Sep 10 19:50:10 2008):** >:D<>:D< :-*
**charnyn_lover (Wed Sep 10 19:50:26 2008):** uhmmpp dear.... wil you help me again..?
**charnyn_lover (Wed Sep 10 19:50:35 2008):** i just really need your help ..
**charnyn_lover (Wed Sep 10 19:50:39 2008):** :(:(
**pavy224 (Wed Sep 10 19:50:40 2008):** are you still interested
**charnyn_lover (Wed Sep 10 19:50:52 2008):** yess i am stil interested...
**charnyn_lover (Wed Sep 10 19:51:09 2008):** do you also huney..?
**charnyn_lover (Wed Sep 10 19:51:12 2008):** >:D<>:D<
**charnyn_lover (Wed Sep 10 19:51:28 2008):** well you help me again huney... ?? :(:(
**charnyn_lover (Wed Sep 10 19:51:30 2008):** pleaseee....
**charnyn_lover (Wed Sep 10 19:51:33 2008):** >:D<

1



GOVERNMENT EXHIBIT 183

charnyn_lover (Wed Sep 10 19:51:36 2008): @};-@};-
pavy224 (Wed Sep 10 19:51:43 2008): well we didnt connect last time and I did send you the money
charnyn_lover (Wed Sep 10 19:51:57 2008): uhm yess huney i know...
charnyn_lover (Wed Sep 10 19:51:59 2008): im sorry.
charnyn_lover (Wed Sep 10 19:52:28 2008): i use your money when i am in hospital..
pavy224 (Wed Sep 10 19:52:31 2008): and i never got to see that pussy
charnyn_lover (Wed Sep 10 19:52:31 2008): >:D<
charnyn_lover (Wed Sep 10 19:52:46 2008): :-*
charnyn_lover (Wed Sep 10 19:53:34 2008): uhmmpp.. yesss huney... you wil see it..
charnyn_lover (Wed Sep 10 19:53:43 2008): but please help me again today..
charnyn_lover (Wed Sep 10 19:53:45 2008): :(
charnyn_lover (Wed Sep 10 19:53:55 2008): i just need your help huney..
pavy224 (Wed Sep 10 19:54:20 2008): yes how is that
charnyn_lover (Wed Sep 10 19:54:56 2008): >:D<
charnyn_lover (Wed Sep 10 19:55:06 2008): uhm wil you help me again huney.??
charnyn_lover (Wed Sep 10 19:55:09 2008): >:D<>:D<
charnyn_lover (Wed Sep 10 19:55:53 2008): @};-
charnyn_lover (Wed Sep 10 19:55:56 2008): @};-
pavy224 (Wed Sep 10 19:56:00 2008): and with that help do i get you naked
charnyn_lover (Wed Sep 10 19:56:09 2008): yess hun..
charnyn_lover (Wed Sep 10 19:56:23 2008): do you have a cam hun.?
pavy224 (Wed Sep 10 19:56:46 2008): yes but not on the office computer I have to hook upi th elap top
charnyn_lover (Wed Sep 10 19:56:56 2008): uhm wil you help me right now huney.?? nd then i wil get
naked..
charnyn_lover (Wed Sep 10 19:57:02 2008): ahh ok...
charnyn_lover (Wed Sep 10 19:57:05 2008): >:D<
pavy224 (Wed Sep 10 19:57:18 2008): thats what i did last time and you disappeared
charnyn_lover (Wed Sep 10 19:57:29 2008): >:D<
charnyn_lover (Wed Sep 10 19:57:37 2008): what do you mena huney.?
charnyn_lover (Wed Sep 10 19:58:31 2008): :-*
charnyn_lover (Wed Sep 10 19:58:49 2008): :(:(:(:(:(
charnyn_lover (Wed Sep 10 19:58:52 2008): :(
pavy224 (Wed Sep 10 19:58:54 2008): i sent yuou $ you were to give me show and then nothijng
charnyn_lover (Wed Sep 10 19:59:07 2008): noo huney..
charnyn_lover (Wed Sep 10 19:59:18 2008): i have inetntion to give you a show.
charnyn_lover (Wed Sep 10 19:59:32 2008): >:D<
pavy224 (Wed Sep 10 20:00:08 2008): im know but several girls give a show and they are always on
time
charnyn_lover (Wed Sep 10 20:00:42 2008): :(
charnyn_lover (Wed Sep 10 20:01:34 2008): huney.... if i am going to get naked now.. wil you help me.?
pavy224 (Wed Sep 10 20:01:42 2008): okay
charnyn_lover (Wed Sep 10 20:01:50 2008): realy huney.
charnyn_lover (Wed Sep 10 20:01:59 2008): and then next time with ym young friend,
charnyn_lover (Wed Sep 10 20:02:15 2008): helow huney.
pavy224 (Wed Sep 10 20:02:25 2008): girl friend
charnyn_lover (Wed Sep 10 20:02:36 2008): yessss..
pavy224 (Wed Sep 10 20:02:46 2008): what age
charnyn_lover (Wed Sep 10 20:03:05 2008): 16..??
charnyn_lover (Wed Sep 10 20:03:09 2008): you like 16 hun.?
pavy224 (Wed Sep 10 20:03:51 2008): that is illeagle here and not good
charnyn_lover (Wed Sep 10 20:03:57 2008): hehe ok
charnyn_lover (Wed Sep 10 20:03:59 2008): 18.?
pavy224 (Wed Sep 10 20:04:05 2008): i would like very much but cantdo
charnyn_lover (Wed Sep 10 20:04:15 2008): uhmmm like 18 hun.?
pavy224 (Wed Sep 10 20:04:49 2008): of coursew
pavy224 (Wed Sep 10 20:04:55 2008): i like form 12 to 25

2

charnyn_lover (Wed Sep 10 20:05:02 2008): uhmmmm...
charnyn_lover (Wed Sep 10 20:05:03 2008): ok..
charnyn_lover (Wed Sep 10 20:05:15 2008): i wil bring you 18 or maybe 19 huney next time..
charnyn_lover (Wed Sep 10 20:05:26 2008): >:D<
charnyn_lover (Wed Sep 10 20:07:09 2008): :(:(:(
pavy224 (Wed Sep 10 20:07:11 2008): as i said 12 to 25 is good
charnyn_lover (Wed Sep 10 20:07:11 2008): :((
charnyn_lover (Wed Sep 10 20:07:21 2008): ahh ok...
charnyn_lover (Wed Sep 10 20:07:28 2008): ii do huney..
pavy224 (Wed Sep 10 20:08:11 2008): good
pavy224 (Wed Sep 10 20:08:22 2008): so lets see your pussy
charnyn_lover (Wed Sep 10 20:08:26 2008): :( . so would you send me right now huney..?
charnyn_lover (Wed Sep 10 20:08:37 2008): afetr i show you my psuyy.?
charnyn_lover (Wed Sep 10 20:08:40 2008): :-*
charnyn_lover (Wed Sep 10 20:08:57 2008): :(:(
pavy224 (Wed Sep 10 20:09:19 2008): i can use xoom
charnyn_lover (Wed Sep 10 20:09:31 2008): :-*
pavy224 (Wed Sep 10 20:09:34 2008): do youknow where to pick it up
charnyn_lover (Wed Sep 10 20:09:40 2008): yess huney..
charnyn_lover (Wed Sep 10 20:09:55 2008): so do you have already my info huney.
charnyn_lover (Wed Sep 10 20:10:00 2008): or i cna give you now
charnyn_lover (Wed Sep 10 20:10:07 2008): NAME: CHARNYN DESCALLAR
charnyn_lover (Wed Sep 10 20:10:21 2008): address: IBABAO,CORDOVA,CEBU
pavy224 (Wed Sep 10 20:10:29 2008): i have all thaT
charnyn_lover (Wed Sep 10 20:10:29 2008): CEBU CITY PHIL.
charnyn_lover (Wed Sep 10 20:10:35 2008): AHH OK..
pavy224 (Wed Sep 10 20:10:36 2008): I SAENTR IT LAST TIME REMEMBER
charnyn_lover (Wed Sep 10 20:10:38 2008): :-*
pavy224 (Wed Sep 10 20:10:46 2008): xoom saves the info
charnyn_lover (Wed Sep 10 20:10:54 2008): ok huney..
charnyn_lover (Wed Sep 10 20:11:00 2008): :-*
pavy224 (Wed Sep 10 20:11:01 2008): secret word was school
charnyn_lover (Wed Sep 10 20:11:06 2008): :D
charnyn_lover (Wed Sep 10 20:11:09 2008): yess huney,.
charnyn_lover (Wed Sep 10 20:11:18 2008): :-*
charnyn_lover (Wed Sep 10 20:11:33 2008): and you cna send me right now huney after i shwo you my pussy./?
charnyn_lover (Wed Sep 10 20:11:39 2008): :-*
pavy224 (Wed Sep 10 20:11:52 2008): sure
charnyn_lover (Wed Sep 10 20:11:56 2008): :-*
pavy224 (Wed Sep 10 20:12:24 2008): but i want to see all of your ussy legs apart and lips spread
charnyn_lover (Wed Sep 10 20:12:34 2008): ohh ok..
pavy224 (Wed Sep 10 20:12:41 2008): and your tois to
charnyn_lover (Wed Sep 10 20:12:48 2008): ok..
charnyn_lover (Wed Sep 10 20:13:07 2008): se me now hunn.?
pavy224 (Wed Sep 10 20:13:35 2008): hyes
charnyn_lover (Wed Sep 10 20:13:47 2008): :-*
charnyn_lover (Wed Sep 10 20:14:03 2008): uhmmm
charnyn_lover (Wed Sep 10 20:14:08 2008): :-*
charnyn_lover (Wed Sep 10 20:14:22 2008): :-*
charnyn_lover (Wed Sep 10 20:14:38 2008): @};-
pavy224 (Wed Sep 10 20:14:58 2008): \spread thoswe legs
charnyn_lover (Wed Sep 10 20:15:42 2008): :-*
charnyn_lover (Wed Sep 10 20:15:47 2008): it is
charnyn_lover (Wed Sep 10 20:16:06 2008): :-*
charnyn_lover (Wed Sep 10 20:16:13 2008): uuumpp yeah

3

pavy224 (Wed Sep 10 20:16:47 2008): let me see thosae lips
pavy224 (Wed Sep 10 20:17:03 2008): yes
charnyn_lover (Wed Sep 10 20:17:35 2008): :-*
charnyn_lover (Wed Sep 10 20:18:02 2008): :-*
charnyn_lover (Wed Sep 10 20:18:08 2008): >:D<
pavy224 (Wed Sep 10 20:18:10 2008): why dont you just meeet me when i come there and fuck me
charnyn_lover (Wed Sep 10 20:18:19 2008): uuuummmmmmmmmm:-*
charnyn_lover (Wed Sep 10 20:18:33 2008): uhmm i want hun
charnyn_lover (Wed Sep 10 20:18:43 2008): i want tomeet you
charnyn_lover (Wed Sep 10 20:18:50 2008): sowe can do a reall fun
charnyn_lover (Wed Sep 10 20:19:19 2008): :-*
charnyn_lover (Wed Sep 10 20:19:33 2008): its enough now hun.??
charnyn_lover (Wed Sep 10 20:19:50 2008): >:D<
pavy224 (Wed Sep 10 20:19:51 2008): i could watch all night
charnyn_lover (Wed Sep 10 20:19:53 2008): :-*
charnyn_lover (Wed Sep 10 20:20:11 2008): what do you mean hun..?
charnyn_lover (Wed Sep 10 20:20:17 2008): :-*
pavy224 (Wed Sep 10 20:20:26 2008): how about a pussy with no hair next time
charnyn_lover (Wed Sep 10 20:20:33 2008): uhmm sure..
charnyn_lover (Wed Sep 10 20:20:42 2008): you wnat to i shaved this huney..?
pavy224 (Wed Sep 10 20:20:51 2008): yes
charnyn_lover (Wed Sep 10 20:20:52 2008): :-*
charnyn_lover (Wed Sep 10 20:20:57 2008): uhmm ok.. i do.
charnyn_lover (Wed Sep 10 20:21:09 2008): sorry if it is hiair much hehee
charnyn_lover (Wed Sep 10 20:21:12 2008): :D
charnyn_lover (Wed Sep 10 20:21:17 2008): :-*:-*:-*:-*
pavy224 (Wed Sep 10 20:21:25 2008): i like to suck bld pussy
pavy224 (Wed Sep 10 20:21:29 2008): bald
charnyn_lover (Wed Sep 10 20:21:32 2008): :-* iihmmmm
charnyn_lover (Wed Sep 10 20:22:04 2008): uhhmm.. i want to fuck me..
charnyn_lover (Wed Sep 10 20:22:11 2008): ]i want you to fuck me hun.
charnyn_lover (Wed Sep 10 20:22:14 2008): :-*
charnyn_lover (Wed Sep 10 20:22:49 2008): do you procesing now into xoom huney..???
charnyn_lover (Wed Sep 10 20:22:52 2008): :-*
pavy224 (Wed Sep 10 20:22:59 2008): nexzt time you can watch me jerk off whilke watching yhou
charnyn_lover (Wed Sep 10 20:23:14 2008): uhmmmmmmmmmm yes..
charnyn_lover (Wed Sep 10 20:23:17 2008): thats good
charnyn_lover (Wed Sep 10 20:23:18 2008): and nice
charnyn_lover (Wed Sep 10 20:23:20 2008): :-*
pavy224 (Wed Sep 10 20:23:21 2008): and i will come there and fuck you all night long
charnyn_lover (Wed Sep 10 20:23:22 2008): >:D<
charnyn_lover (Wed Sep 10 20:23:33 2008): uhhmpp...... wooww.
charnyn_lover (Wed Sep 10 20:23:39 2008): >:D<>:D<
charnyn_lover (Wed Sep 10 20:23:58 2008): i like that huney...
charnyn_lover (Wed Sep 10 20:24:07 2008): :-*:-*
charnyn_lover (Wed Sep 10 20:24:15 2008): :-*:-*
pavy224 (Wed Sep 10 20:24:17 2008): you like me to lick your ass too
charnyn_lover (Wed Sep 10 20:24:33 2008): uhm yess... love it..
pavy224 (Wed Sep 10 20:24:36 2008): then fuck you in the ass
charnyn_lover (Wed Sep 10 20:24:39 2008): when you come here in phil.,??
charnyn_lover (Wed Sep 10 20:24:43 2008): :-*
pavy224 (Wed Sep 10 20:24:51 2008): december
charnyn_lover (Wed Sep 10 20:24:54 2008): i would like you to fuck me..]
charnyn_lover (Wed Sep 10 20:24:57 2008): uhmmpp wowwww
charnyn_lover (Wed Sep 10 20:25:10 2008): december.. to long but i cna wiat..
charnyn_lover (Wed Sep 10 20:25:14 2008): :-*

4

charnyn_lover (Wed Sep 10 20:25:31 2008): :-*:-*
pavy224 (Wed Sep 10 20:25:32 2008): illbe there for amonth
charnyn_lover (Wed Sep 10 20:25:38 2008): in a 1 month.?
pavy224 (Wed Sep 10 20:25:55 2008): for a month dec 15 to jan15
charnyn_lover (Wed Sep 10 20:26:04 2008): uhmm ok..
charnyn_lover (Wed Sep 10 20:26:08 2008): tahst so nice..
charnyn_lover (Wed Sep 10 20:26:23 2008): have a long time to we spent ..
charnyn_lover (Wed Sep 10 20:26:33 2008): :-*
pavy224 (Wed Sep 10 20:26:40 2008): where are you near cebu, davao or manila
charnyn_lover (Wed Sep 10 20:26:46 2008): where you cna sty hun.?
charnyn_lover (Wed Sep 10 20:26:56 2008): uhm to far that...
charnyn_lover (Wed Sep 10 20:27:05 2008): you cnat here in cebu./
charnyn_lover (Wed Sep 10 20:27:06 2008): ?
pavy224 (Wed Sep 10 20:27:12 2008): yuo can come stay with me
charnyn_lover (Wed Sep 10 20:27:36 2008): uhhmp yes huney..
charnyn_lover (Wed Sep 10 20:27:39 2008): i love it.
pavy224 (Wed Sep 10 20:27:45 2008): io like your tits too
charnyn_lover (Wed Sep 10 20:27:52 2008): :-* uhm really.?
charnyn_lover (Wed Sep 10 20:28:13 2008): :-*
pavy224 (Wed Sep 10 20:28:15 2008): yes i like smaller tits wwith nicew nipples to suck
charnyn_lover (Wed Sep 10 20:28:26 2008): :">:">:">
charnyn_lover (Wed Sep 10 20:28:35 2008): my tits is only for you hun..
charnyn_lover (Wed Sep 10 20:28:37 2008): :-*
charnyn_lover (Wed Sep 10 20:28:56 2008): hope so we cn do fun in real. uney..
charnyn_lover (Wed Sep 10 20:28:57 2008): huneu
charnyn_lover (Wed Sep 10 20:28:59 2008): huney
charnyn_lover (Wed Sep 10 20:29:01 2008): :-*
pavy224 (Wed Sep 10 20:29:09 2008): we sure can
charnyn_lover (Wed Sep 10 20:29:16 2008): uhmmpp...
charnyn_lover (Wed Sep 10 20:29:22 2008): ok..
pavy224 (Wed Sep 10 20:29:24 2008): do you have a viabrator
charnyn_lover (Wed Sep 10 20:29:30 2008): thast nice i will wiat you ....
charnyn_lover (Wed Sep 10 20:29:40 2008): uhmmm no huney.. i cnat afford that to buy..
charnyn_lover (Wed Sep 10 20:29:42 2008): :D
charnyn_lover (Wed Sep 10 20:29:46 2008): to expinsive.
charnyn_lover (Wed Sep 10 20:29:56 2008): i want to have that but i cnat afford
charnyn_lover (Wed Sep 10 20:29:59 2008): :-*
pavy224 (Wed Sep 10 20:30:04 2008): if i send you one will you play for me
charnyn_lover (Wed Sep 10 20:30:15 2008): uhmmmpp yess huney....
charnyn_lover (Wed Sep 10 20:30:17 2008): why not....
charnyn_lover (Wed Sep 10 20:30:22 2008): i wnat to ahve on that..
charnyn_lover (Wed Sep 10 20:30:29 2008): to fel its your cock...
pavy224 (Wed Sep 10 20:30:31 2008): you will probably cum
charnyn_lover (Wed Sep 10 20:30:31 2008): :-*
charnyn_lover (Wed Sep 10 20:30:38 2008): :-*:-*
charnyn_lover (Wed Sep 10 20:31:02 2008): how come you wil send me one viabratot hun..
charnyn_lover (Wed Sep 10 20:31:14 2008): viabrator
charnyn_lover (Wed Sep 10 20:31:17 2008): :-*
pavy224 (Wed Sep 10 20:31:28 2008): whe I do
charnyn_lover (Wed Sep 10 20:31:50 2008): uhmm ...... with a viabrator huney..?
pavy224 (Wed Sep 10 20:32:07 2008): why not
charnyn_lover (Wed Sep 10 20:32:13 2008): :D
charnyn_lover (Wed Sep 10 20:32:34 2008): uhmmpp you mena you wil send me money to buy aone..?
charnyn_lover (Wed Sep 10 20:32:43 2008): :-/:-/
pavy224 (Wed Sep 10 20:33:05 2008): do ythey have them there
charnyn_lover (Wed Sep 10 20:33:17 2008): uhmmpp.. :-?

5

charnyn_lover (Wed Sep 10 20:33:23 2008): i dont think so huney.maybe..
charnyn_lover (Wed Sep 10 20:33:34 2008): but for surely you send me form there..
pavy224 (Wed Sep 10 20:33:38 2008): they have them all over here
charnyn_lover (Wed Sep 10 20:33:47 2008): i am not sure...
pavy224 (Wed Sep 10 20:34:00 2008): you will love it
charnyn_lover (Wed Sep 10 20:34:05 2008): yesss..
charnyn_lover (Wed Sep 10 20:34:20 2008): yes huney yess
pavy224 (Wed Sep 10 20:34:24 2008): do you masturbate now and cum
charnyn_lover (Wed Sep 10 20:34:28 2008): will you send me one huney.?
pavy224 (Wed Sep 10 20:35:07 2008): sure
charnyn_lover (Wed Sep 10 20:35:13 2008): :-*:-*
pavy224 (Wed Sep 10 20:35:13 2008): do yuou cum now
charnyn_lover (Wed Sep 10 20:35:20 2008): uhmm what do you mena huney.?
charnyn_lover (Wed Sep 10 20:35:24 2008): did i cum you ..
pavy224 (Wed Sep 10 20:35:28 2008): with yor fingers
charnyn_lover (Wed Sep 10 20:35:34 2008): uhmm yesss huney.
pavy224 (Wed Sep 10 20:35:38 2008): yes i came
charnyn_lover (Wed Sep 10 20:35:49 2008): and i would like to expierince the viabrator..
charnyn_lover (Wed Sep 10 20:36:18 2008): uhmmmmpp... :-*
charnyn_lover (Wed Sep 10 20:36:34 2008): >:D<
charnyn_lover (Wed Sep 10 20:36:45 2008): are you procesing now in xoom huney..???
charnyn_lover (Wed Sep 10 20:36:47 2008): @};-
charnyn_lover (Wed Sep 10 20:36:50 2008): :-*
pavy224 (Wed Sep 10 20:36:51 2008): you will enjoy it very much
pavy224 (Wed Sep 10 20:37:10 2008): not yet im still chatting with youi
charnyn_lover (Wed Sep 10 20:37:10 2008): uhmmm yesss.. maybe huney. i wnat to have one thne i wnat to experonece the vaibrator..
charnyn_lover (Wed Sep 10 20:37:15 2008): uhm ok..
pavy224 (Wed Sep 10 20:37:24 2008): can i send the viabrator to the same address
charnyn_lover (Wed Sep 10 20:37:32 2008): uhm yesss of course huney...
charnyn_lover (Wed Sep 10 20:37:40 2008): then na you put some chocolate.??
charnyn_lover (Wed Sep 10 20:37:43 2008): :D
charnyn_lover (Wed Sep 10 20:37:53 2008): :"> i love to eat chocolate
charnyn_lover (Wed Sep 10 20:37:58 2008): :-*
pavy224 (Wed Sep 10 20:38:45 2008): i will put chocolate on my cock and you can suck it off
charnyn_lover (Wed Sep 10 20:39:41 2008): :D
charnyn_lover (Wed Sep 10 20:39:43 2008): hehehe..
charnyn_lover (Wed Sep 10 20:39:48 2008): uhmmpp.. :-*
pavy224 (Wed Sep 10 20:40:06 2008): so how come youhve not wanted to chat with me before
charnyn_lover (Wed Sep 10 20:40:23 2008): i thought you not like me huney..
charnyn_lover (Wed Sep 10 20:40:26 2008): :-*
pavy224 (Wed Sep 10 20:40:37 2008): we can have a good time before i get there and then really enjoy each other
charnyn_lover (Wed Sep 10 20:40:47 2008): umm really hun.?
charnyn_lover (Wed Sep 10 20:40:51 2008): :-*:-*
charnyn_lover (Wed Sep 10 20:41:17 2008): so you can send me a viabrator from there huney.?
charnyn_lover (Wed Sep 10 20:41:20 2008): when huney..?
charnyn_lover (Wed Sep 10 20:41:22 2008): :-*
pavy224 (Wed Sep 10 20:41:30 2008): i think we could have a wild three week over christmas
pavy224 (Wed Sep 10 20:41:40 2008): unless yuou have a bf already
charnyn_lover (Wed Sep 10 20:41:40 2008): uhm wowwwww
charnyn_lover (Wed Sep 10 20:41:46 2008): :-*:-*
charnyn_lover (Wed Sep 10 20:41:49 2008): >:D< ..
charnyn_lover (Wed Sep 10 20:41:55 2008): i would like to meet you..
charnyn_lover (Wed Sep 10 20:41:57 2008): :-*
charnyn_lover (Wed Sep 10 20:42:04 2008): hope you wil be here

6

Case 1:09-cr-00043-SER   Document 164   Filed 04/07/15   Page 8 of 49 PageID #: 2883

**pavy224 (Wed Sep 10 20:42:36 2008):** so what about that bf
**charnyn_lover (Wed Sep 10 20:42:54 2008):** :-* uhmpp. we just broke up huney..
**charnyn_lover (Wed Sep 10 20:43:07 2008):** maybe thats why i did to sick...
**charnyn_lover (Wed Sep 10 20:43:09 2008):** :D
**pavy224 (Wed Sep 10 20:43:45 2008):** are you opkay now
**pavy224 (Wed Sep 10 20:43:48 2008):** okay
**charnyn_lover (Wed Sep 10 20:43:52 2008):** :D
**charnyn_lover (Wed Sep 10 20:44:03 2008):** hehehehe not good. a little hueny..
**charnyn_lover (Wed Sep 10 20:44:11 2008):** :-* but not about feeling for him..
**charnyn_lover (Wed Sep 10 20:44:18 2008):** i am okey now...
**charnyn_lover (Wed Sep 10 20:44:24 2008):** i did to move on..
**charnyn_lover (Wed Sep 10 20:44:26 2008):** :-*
**charnyn_lover (Wed Sep 10 20:44:55 2008):** when i can have your vaibrator hun.?
**charnyn_lover (Wed Sep 10 20:45:09 2008):** @};-
**charnyn_lover (Wed Sep 10 20:45:15 2008):** >:D<
**pavy224 (Wed Sep 10 20:45:28 2008):** your such a cutie and you have the comfort to show your bopdy and i like that
**pavy224 (Wed Sep 10 20:45:34 2008):** body
**charnyn_lover (Wed Sep 10 20:45:42 2008):** uhm thanks huney..
**charnyn_lover (Wed Sep 10 20:45:46 2008):** :-*
**charnyn_lover (Wed Sep 10 20:46:10 2008):** @};-
**charnyn_lover (Wed Sep 10 20:46:34 2008):** i wiat your vaibrator here huney ok..
**charnyn_lover (Wed Sep 10 20:46:36 2008):** :-*
**pavy224 (Wed Sep 10 20:46:47 2008):** most girls would be ashmed but nyou are proud and should be of such a magnificant bopsy
**pavy224 (Wed Sep 10 20:46:51 2008):** body
**charnyn_lover (Wed Sep 10 20:46:56 2008):** :D:D
**charnyn_lover (Wed Sep 10 20:47:01 2008):** :">:">:">
**charnyn_lover (Wed Sep 10 20:47:09 2008):** uhmpp.. ok tahst that my dear..
**charnyn_lover (Wed Sep 10 20:47:11 2008):** @};-
**charnyn_lover (Wed Sep 10 20:47:21 2008):** :-*
**charnyn_lover (Wed Sep 10 20:47:45 2008):** not yet to in xoom you hun.?
**charnyn_lover (Wed Sep 10 20:47:48 2008):** :-*
**charnyn_lover (Wed Sep 10 20:48:02 2008):** i have class later huney...
**charnyn_lover (Wed Sep 10 20:48:06 2008):** :-*:-*
**charnyn_lover (Wed Sep 10 20:48:13 2008):** :-*
**pavy224 (Wed Sep 10 20:48:17 2008):** what class
**charnyn_lover (Wed Sep 10 20:48:18 2008):** >:D<>:D<>:D<
**charnyn_lover (Wed Sep 10 20:48:32 2008):** i am stil studying.. in colege 1st yera huney..
**charnyn_lover (Wed Sep 10 20:48:40 2008):** hotel restaurnat management..
**charnyn_lover (Wed Sep 10 20:48:42 2008):** @};-
**charnyn_lover (Wed Sep 10 20:48:48 2008):** :-*
**charnyn_lover (Wed Sep 10 20:49:11 2008):** :-*
**pavy224 (Wed Sep 10 20:49:31 2008):** would you want to set up a pay web site for guys to view you and your friends
**pavy224 (Wed Sep 10 20:49:40 2008):** i can help yuou do that
**charnyn_lover (Wed Sep 10 20:49:41 2008):** what do you mean.?
**charnyn_lover (Wed Sep 10 20:49:59 2008):** what do you mena hun.?
**pavy224 (Wed Sep 10 20:50:16 2008):** guya will pay to log on your web site to see you and your friends
**charnyn_lover (Wed Sep 10 20:50:37 2008):** uhmpp... how can we knwo they will pay hun.?
**pavy224 (Wed Sep 10 20:50:41 2008):** there are lots opf them on the net
**pavy224 (Wed Sep 10 20:51:28 2008):** they pay through pay pal or other payment services then are allowed on the site for what ever time they paid for.the \\\pay pal them sends yo the money
**charnyn_lover (Wed Sep 10 20:51:42 2008):** uhhmm what site huney.?
**charnyn_lover (Wed Sep 10 20:52:38 2008):** then.. hun..
**charnyn_lover (Wed Sep 10 20:52:46 2008):** we going to do cum first to them.??

7

charnyn_lover (Wed Sep 10 20:52:56 2008): after send money hun?
pavy224 (Wed Sep 10 20:53:02 2008): if yo have some girl friends that will get naked and play with them selves for guys they can make good money
charnyn_lover (Wed Sep 10 20:53:22 2008): uhmm i dont like huney.
charnyn_lover (Wed Sep 10 20:53:28 2008): i am not interested that..
charnyn_lover (Wed Sep 10 20:53:30 2008): :D
pavy224 (Wed Sep 10 20:53:35 2008): i will get some sites for you to check out. You nwont be able to go in unless you pay
charnyn_lover (Wed Sep 10 20:53:43 2008): ohh ok huney...
charnyn_lover (Wed Sep 10 20:53:46 2008): :-*
pavy224 (Wed Sep 10 20:53:49 2008): but you know what naked girls look like anyway
charnyn_lover (Wed Sep 10 20:53:54 2008): ok..
charnyn_lover (Wed Sep 10 20:54:02 2008): send me the site hun
pavy224 (Wed Sep 10 20:54:09 2008): okay
charnyn_lover (Wed Sep 10 20:54:13 2008): :-*
pavy224 (Wed Sep 10 20:54:19 2008): its safe
pavy224 (Wed Sep 10 20:54:26 2008): no comntact with the guys
pavy224 (Wed Sep 10 20:54:31 2008): yonever see them
pavy224 (Wed Sep 10 20:54:38 2008): and they dont lknow who yuou aer
charnyn_lover (Wed Sep 10 20:55:00 2008): uhm ok..
charnyn_lover (Wed Sep 10 20:55:02 2008): then huney
pavy224 (Wed Sep 10 20:55:20 2008): yes
charnyn_lover (Wed Sep 10 20:55:24 2008): ok...
charnyn_lover (Wed Sep 10 20:55:29 2008): i"ll tyr
charnyn_lover (Wed Sep 10 20:55:31 2008): try
charnyn_lover (Wed Sep 10 20:55:41 2008): :-*
charnyn_lover (Wed Sep 10 20:56:07 2008): huney i dont have much time huney i have class later...
you procesing now on xom huney..??
charnyn_lover (Wed Sep 10 20:56:09 2008): @};-
charnyn_lover (Wed Sep 10 20:56:13 2008): :(:(
pavy224 (Wed Sep 10 20:56:13 2008): good i look it up and e mail themto yuoui
charnyn_lover (Wed Sep 10 20:56:16 2008): :(
pavy224 (Wed Sep 10 20:56:23 2008): okay
charnyn_lover (Wed Sep 10 20:56:25 2008): ohh ok.. just sen dit to my email huney..
charnyn_lover (Wed Sep 10 20:56:28 2008): :-*:-*
charnyn_lover (Wed Sep 10 20:56:38 2008): i wiat hun..
charnyn_lover (Wed Sep 10 20:56:40 2008): @};-
charnyn_lover (Wed Sep 10 20:56:59 2008): how much can you send huney.?
charnyn_lover (Wed Sep 10 20:57:04 2008): can you mkae it 30 huney..??
charnyn_lover (Wed Sep 10 20:57:07 2008): 30$.?
charnyn_lover (Wed Sep 10 20:57:12 2008): :-*:-*:-*
pavy224 (Wed Sep 10 20:57:18 2008): nonono
charnyn_lover (Wed Sep 10 20:57:31 2008): ahh ok huney
charnyn_lover (Wed Sep 10 20:57:37 2008): :-*
pavy224 (Wed Sep 10 20:57:42 2008): 25 is what we did last time and you forget it costs me more to send it also
charnyn_lover (Wed Sep 10 20:57:52 2008): ok huney...
charnyn_lover (Wed Sep 10 20:58:09 2008): >:D<
charnyn_lover (Wed Sep 10 20:58:32 2008): :-*:-*:-*
charnyn_lover (Wed Sep 10 20:58:41 2008): you procesing now huney..
charnyn_lover (Wed Sep 10 20:58:54 2008): @};-@};-@};-@};-@};-}@;-}@;-
charnyn_lover (Wed Sep 10 20:59:05 2008): @};-@};-
charnyn_lover (Wed Sep 10 20:59:10 2008): @};-@};-@};-@};-@:-
charnyn_lover (Wed Sep 10 20:59:13 2008): :D
charnyn_lover (Wed Sep 10 20:59:23 2008): i wiat hun.
charnyn_lover (Wed Sep 10 20:59:38 2008): brb go to COMFORT ROOM...

8

charnyn_lover (Wed Sep 10 20:59:40 2008): :D
pavy224 (Wed Sep 10 21:01:31 2008): help
pavy224 (Wed Sep 10 21:03:20 2008): need phone #
pavy224 (Wed Sep 10 21:07:11 2008): x061840328152832 school
charnyn_lover (Wed Sep 10 21:08:44 2008): MY POHNE NUMBE RHUNEY
charnyn_lover (Wed Sep 10 21:08:52 2008): 09236952073
charnyn_lover (Wed Sep 10 21:09:49 2008): :-*
pavy224 (Wed Sep 10 21:09:55 2008): why did you say cebu was too far when i visit
charnyn_lover (Wed Sep 10 21:10:08 2008): FAR IN DAVAO AND MANILA I MEAN..
charnyn_lover (Wed Sep 10 21:10:16 2008): cebu is to far in davao manila hun
charnyn_lover (Wed Sep 10 21:10:19 2008): :D
pavy224 (Wed Sep 10 21:10:23 2008): well i will be in ceby\u too
charnyn_lover (Wed Sep 10 21:10:28 2008): yesss..
pavy224 (Wed Sep 10 21:10:37 2008): yuou dont really want to meet do you
charnyn_lover (Wed Sep 10 21:10:38 2008): its not far cebu city
charnyn_lover (Wed Sep 10 21:10:59 2008): i really want to meet huney promise but pelase dont go to davao and manila its to far with me..
charnyn_lover (Wed Sep 10 21:11:11 2008): :-*
pavy224 (Wed Sep 10 21:11:16 2008): i willl come to cebu
charnyn_lover (Wed Sep 10 21:11:18 2008): >:D<>:D<>:D<
charnyn_lover (Wed Sep 10 21:11:21 2008): hhehehe
charnyn_lover (Wed Sep 10 21:11:22 2008): ok..
charnyn_lover (Wed Sep 10 21:11:24 2008): thats good huney
charnyn_lover (Wed Sep 10 21:11:28 2008): where you will stay
charnyn_lover (Wed Sep 10 21:11:32 2008): hotel resort?
charnyn_lover (Wed Sep 10 21:11:34 2008): :-*
pavy224 (Wed Sep 10 21:11:45 2008): turn up the cam i cant see yor face
charnyn_lover (Wed Sep 10 21:11:46 2008): :-*
charnyn_lover (Wed Sep 10 21:11:56 2008): :D
pavy224 (Wed Sep 10 21:12:01 2008): wow let me see those tits again
charnyn_lover (Wed Sep 10 21:12:02 2008): heehhe
charnyn_lover (Wed Sep 10 21:12:14 2008): i ahve class alter i finish take a bath huney ehehe
charnyn_lover (Wed Sep 10 21:12:18 2008): :D
charnyn_lover (Wed Sep 10 21:12:20 2008): ok..
pavy224 (Wed Sep 10 21:12:24 2008): real fast
charnyn_lover (Wed Sep 10 21:12:37 2008): :D
charnyn_lover (Wed Sep 10 21:12:41 2008): see.?
pavy224 (Wed Sep 10 21:12:43 2008): there so nice
charnyn_lover (Wed Sep 10 21:12:50 2008): hehe thanks
charnyn_lover (Wed Sep 10 21:12:52 2008): wiat hun.
pavy224 (Wed Sep 10 21:12:55 2008): my cock is hard again
charnyn_lover (Wed Sep 10 21:12:56 2008): need to take clothess
charnyn_lover (Wed Sep 10 21:13:00 2008): im to late hehee
charnyn_lover (Wed Sep 10 21:13:03 2008): uhmm wow
pavy224 (Wed Sep 10 21:17:29 2008): let me see you with a shaved pussy
charnyn_lover (Wed Sep 10 21:20:25 2008): :-*
charnyn_lover (Wed Sep 10 21:24:37 2008): what are you doing hun.?
pavy224 (Wed Sep 10 21:24:50 2008): watching for you
pavy224 (Wed Sep 10 21:25:50 2008): nice skirt
pavy224 (Wed Sep 10 21:26:01 2008): wish you didnt have panties on
charnyn_lover (Wed Sep 10 21:26:23 2008): :D
charnyn_lover (Wed Sep 10 21:26:32 2008): hehhe yes but i go to schoool huney ehhee
pavy224 (Wed Sep 10 21:26:45 2008): hon you are so hot
pavy224 (Wed Sep 10 21:26:51 2008): i cant wait to meet you
charnyn_lover (Wed Sep 10 21:27:02 2008): :-*
pavy224 (Wed Sep 10 21:27:04 2008): i think i want to bring you home withme

9

charnyn_lover (Wed Sep 10 21:27:05 2008): hhheehe
charnyn_lover (Wed Sep 10 21:27:07 2008): me too..
charnyn_lover (Wed Sep 10 21:27:15 2008): uhmm huney.. i need to go schol now..
charnyn_lover (Wed Sep 10 21:27:22 2008): can we talk again later,
charnyn_lover (Wed Sep 10 21:27:28 2008): i m late ...
charnyn_lover (Wed Sep 10 21:27:30 2008): :(
pavy224 (Wed Sep 10 21:27:32 2008): okay enjoy
charnyn_lover (Wed Sep 10 21:27:32 2008): >:D<
charnyn_lover (Wed Sep 10 21:27:35 2008): :-*
charnyn_lover (Wed Sep 10 21:27:37 2008): ok huney
charnyn_lover (Wed Sep 10 21:27:43 2008): ctahc you later love you muwha
charnyn_lover (Wed Sep 10 21:27:55 2008): :-*
pavy224 (Wed Sep 10 21:27:58 2008): bye


## Conversation joined at Thu Sep 11 07:03:32 2008.

pavy224 (Thu Sep 11 07:03:32 2008): I want to talk to you soon. Paul

10

# Exhibit # 186

# CherryBl♡ss♡ms.com

Helping Singles Meet Since 1974    Chat Handle / ID    [ Find ]

- Home
  - Home Page
  - Log Off Web Site
  - View Site Map
  - Help
    - FAQ
    - Suggestions
  - Technical Support
  - View Site Map
- Account
  - Add Photos
  - Edit Profile
  - Setup Matches
  - View Photos
  - View Profile
  - View Site Map
- Chat
  - Cherry Chat
  - Cherry Messenger
  - See Who's Online
  - View Friends List
- Mail
  - Email Messages
    - New Messages
    - Received Messages
    - Sent Messages
  - Smile Messages
    - New Smiles
    - Received Smiles
    - Sent Smiles
  - Top 10 Questions
    - New Top 10
    - Received Top 10
    - Sent Top 10
  - Friends
  - Order
- Photos
  - Add Photos
  - View Photos
  - View Profile
- Search
  - Active Members
  - Current Matches
  - Newest Members
  - Online Members
  - -
  - Who Viewed You
  - -
  - Basic Searches
  - Complex Searches
  - Visas

I'm looking for a nice Woman between 18 to 29 years old...

Add to Friends OR
Share with a Friend

My name is Paul, I'm Single and I have No Children.

Member Id:   C01105337

<< BACK TO SEARCH RESULTS





Active within 3 days
Last

Login: 01/22/2009
IP: United States
Default Tab : Photos

54 years old | 02/24/1954
Newport, Delaware, United States
[View Map of Member's State]

| Height: | 6'0"  183-184cm | Eye Color: | Blue |
| Weight: | 205- 209  93-94kg | Hair Color: | Brown |
| Drink: | Occasionally | Smoke: | Not At All |
| Religion: | Other | Race: | White |
| Nationality: | American | Children: | No Children |
| Education: | Masters | Employment: | Construction |





Report Abuser

Photos











My 1st Photo

I am looking for a woman 18 to 25 that wants to become my girl friend and passionate lover. The girl I seek will call herself a "simple girl" living a "simple life" but inside she will be passionate, adventurous and open minded having a desire to find out about what the whole world has to offer. If your experienced about anything I am a very patient teacher and will help you become a woman. I am not a demanding person, have a nice personality and am a lot of fun. I am looking for a partner that would like to travel with me and enjoy a comfortable life. Although I am older my approach to life is still very young and active but tinted with experience. I have the freedom to travel often but I am getting tired of traveling alone. Are you an open minded type of girl that agrees that adult relations and the passion of making love don't have to wait until marriage? If you are then I will be making several visits to the Philippines to come visit and get to know you? I am not looking for a house keeper. I want a lover and girl friend to be my partner and to enjoy my life with. The ideal girl would be extremely passionate, outgoing, adventurous, not conservative, and knows that she wants to be in a romantic and sensual relationship. If you are that girl send me an e mail me so we can get to know each other. If you are not ready to become my lover immediately then please don't answer this profile I don't have time to waste on a high school holding hands kissing on the cheek relationship.

**WHAT I WANT YOU TO KNOW ABOUT ME...**
Here are the Top 10 things I want you to know about me...

1   What is the first thing that attracts me?

Something I feel

2   I best describe myself as being?

Loving

3   What do I do for fun?

Go out

4   What is the most important thing in my relationship?

Common interests

5   How important are good looks to me?

Very important

6   How do I deal with conflict?

Listen & Talk

7   Am I a forgiving person?

Always

8   Am I flexible in my thinking about life?

Always

9   Do I like my job/work?

Yes

10  Do I travel to other places in my Country?

All the time

These are the Top 10 things I want to know about you... (Answer All)
Here are thet Top 10 our of 50 questions that I want to know about you.

1   Do you exercise?   (Answer Only)
2   What are your spending habits like?   (Answer Only)
3   Are you a forgiving person?   (Answer Only)
4   What is the first thing that attracts you to me?   (Answer Only)
5   What is your favorite type of music?   (Answer Only)
6   What are your favorite hobbies?   (Answer Only)
7   You best describe yourself as being?   (Answer Only)
8   What is the most important thing in your relationship?   (Answer Only)
9   On a scale of 1 to 5, with 5 the best, how do you rate your looks?   (Answer Only)
10   Are you flexible in your thinking about life?   (Answer Only)

any tab above to learn more about me...

This page loaded in 0.23 seconds

Case 1:09-cr-00043-SLR   Document 104   Filed 04/07/11   Page 17 of 49 PageID #: 2892

# Exhibit # 187

Case 1:09-cr-00043-SER   Document 104   Filed 04/07/15   Page 18 of 49 PageID #: 2893

**United States v. Paul E. Pavulak**

<u>HP Pavilion Tower Computer</u>

<u>C:\Users\CTRD\Pictures\pauls</u>

    pauls
       2008-09-25
          2008-09-06
         paul's
      Odd Job Photos
        paul's
          New Folder



GOVERNMENT
EXHIBIT
187

# Exhibit # 188

# Images of Pavulak

Images of Pavulak

Full Path     C:\Users\CTRD\Pictures\pauls\2008-09-25\2008-09-06\030.JPG
File Created   09/13/08 03:36:30PM
Last Written   09/13/08 03:36:30PM



GOVERNMENT
EXHIBIT
188

# Images of Pavulak

Full Path     C:\Users\CTRD\Pictures\pauls\2008-09-25\2008-09-06\033.JPG
File Created  09/13/08 03:36:30PM
Last Written  09/13/08 03:36:30PM



# Images of Pavulak

Full Path    C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\014.JPG
File Created    09/13/08 03:31:44PM
Last Written    09/13/08 03:31:44PM



# Images of Pavulak

Images of Pavulak                                                    Page 4 of 11

Full Path      C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\016.JPG
File Created   09/13/08 03:31:52PM
Last Written   09/13/08 03:31:52PM



# Images of Pavulak

Images of Pavulak                                                 Page 5 of 11

Full Path      C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\029.JPG
File Created   09/13/08 03:31:56PM
Last Written   09/13/08 03:31:56PM



# Images of Pavulak

Full Path        C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\HPIM0485.JPG
File Created     09/13/08 03:32:00PM
Last Written     09/13/08 03:32:00PM



# Images of Pavulak

Full Path       C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\HPIM0487.JPG
File Created    09/13/08 03:32:00PM
Last Written    09/13/08 03:32:00PM



# Images of Pavulak

Full Path      C:\Users\CTRD\Pictures\pauls\2008-09-25\paul's\HPIM0568.JPG
File Created   09/13/08 03:32:00PM
Last Written   09/13/08 03:32:00PM



# Images of Pavulak

Full Path      C:\Users\CTRD\Pictures\pauls\HPIM0685.JPG
File Created    10/29/08 11:54:53AM
Last Written    10/17/07 10:55:46AM



# Images of Pavulak

Full Path    C:\Users\CTRD\Pictures\pauls\HPIM0686.JPG
File Created    10/29/08 11:54:53AM
Last Written    10/17/07 10:56:00AM



# Images of Pavulak

Full Path      C:\Users\CTRD\Pictures\pauls\Monday 026.JPG
File Created    10/17/07 11:55:44AM
Last Written    10/17/07 11:55:44AM



EXHIBITS 190 - 195

CD
Child Pornography Images

Case 1:09-cr-00043-SLR   Document 104   Filed 04/07/15   Page 32 of 49 PageID #: 2907

# Exhibit # 197

"United States v. Paul E. Pavulak"

Images & Video from Kingston 4GB SD Card #4

Full Path    Kingston 4GB #4\C\DCIM\100CASIO\CIMG0876.JPG
File Created   02/01/07 02:40:48PM
Last Written   02/01/07 02:40:48PM
Last Accessed 01/14/09
Logical Size   700,243



GOVERNMENT
EXHIBIT
197

# Exhibit # 198

# Filed Under Seal

# Exhibit # 199

# Filed Under Seal

# Exhibit # 200

# Filed Under Seal

Case 1:09-cr-00043-SER   Document 104   Filed 04/07/11   Page 37 of 49 PageID #: 2912

# Exhibit # 201

# Filed Under Seal

Case 1:09-cr-00043-SER   Document 104   Filed 04/07/11   Page 38 of 49 PageID #: 2913

# Exhibit # 202

# Filed Under Seal

# Exhibit # 206

# DELAWARE STATE POLICE
## PROPERTY RECEIPT

FORM NO. 302
Revised 5/22/79

Complaint No. _____

Date: _____ 011408

VICTIM: N/A

Description of property:

EMACHINES T1742 TOWER COMPUTER

COMPAQ PRESARIO 7000 SERIES TOWER COMPUTER S/N Q1P2A 108 01444

COMPAQ PRESARIO 7000 SERIES TOWER COMPUTER 2NC0 53B3 20A 4DLC 4XQ

TOTAL VALUE: _____

Received the above property from Officer _____ of the Delaware State Police

Troop No. HCU/HTCU

Name: _K. _____ IBM



GOVERNMENT
EXHIBIT
2Q6
CARDELS 800-783-0399

Address: 2W QUIGLEY BLVD NEW CASTLE DE

Case 1:09-cr-00043-SEH   Document 104   Filed 04/05/11   Page 41 of 49 PageID #: 2918

# EXHIBITS 209 - 238

# CD
# Child Pornography Images

Case 1:09-cr-00043-SER   Document 104   Filed 04/01/15   Page 42 of 49 PageID #: 2517

# Exhibit # 240

# Pavulak images from Windows Photo Gallery

WD250\Pavulak images from photo gallery                                                      Page 1

Pavulak images from photo gallery

Name    {712CFE16-B2FF-4CD9-BDCF-33BD0330B2E7}-009.JPG
File Ext JPG
Last Accessed  09/02/08 08:10:54PM
File Created    09/02/08 08:10:54PM
Last Written    09/01/07 06:08:46PM
Hash Value     a10253d9fc12cb0ed81eb4be16c81865
Full Path       Pavulak Case II\WD250\C:\Users\me\AppData\Local\Microsoft\Windows Photo Gallery\Original
Images\{712CFE16-B2FF-4CD9-BDCF-33BD0330B2E7}-009.JPG
Exif Info       Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
240

# Exhibit # 241

Name   {C888BEDA-8C75-486A-8350-6F040A7C47F2}-005.JPG
File Ext JPG
Last Accessed   09/02/08 10:04:25PM
File Created   09/02/08 10:04:25PM
Last Written   09/01/07 04:23:54PM
Hash Value   702d90003e2507d1598857f180c422c4
Full Path   Pavulak Case II\WD250\C\Users\me\AppData\Local\Microsoft\Windows Photo Gallery\Original
Images\{C888BEDA-8C75-486A-8350-6F040A7C47F2}-005.JPG
Exif Info   Hewlett-Packard·HP Photosmart M540





Case 1:09-cr-00043-SLR   Document 105   Filed 04/15/15   Page 46 of 49 PageID #: 4544

# Exhibit # 242

# Pavulak images from Windows Photo Gallery

Name   {CF75631D-DEE4-4977-8937-AE4D847D123E}-007.JPG
File Ext JPG
Last Accessed  09/02/08 10:04:53PM
File Created   09/02/08 10:04:53PM
Last Written   09/01/07 05:39:46PM
Hash Value     9a6e559aa20bd22d67f95189ec2832c5
Full Path      Pavulak Case II\WD250\C:\Users\me\AppData\Local\Microsoft\Windows Photo Gallery\Original
Images\{CF75631D-DEE4-4977-8937-AE4D847D123E}-007.JPG
Exif Info      Hewlett-Packard·HP Photosmart M540





GOVERNMENT EXHIBIT 242

# Exhibit # 243

# Pavulak images from Windows Photo Gallery

WD250\Pavulak images from photo gallery

Name   {96B397F2-BE66-4E8C-AEBA-6B2FCCF7CFB9}-027.JPG
File Ext JPG
Last Accessed   11/03/08 10:32:35AM
File Created   11/03/08 10:32:35AM
Last Written   10/17/07 11:55:58AM
Hash Value   679e98faf88c4b04dce6176e2f45403b
Full Path   Pavulak Case II\WD250\C\Users\me\AppData\Local\Microsoft\Windows Photo Gallery\Original
Images\{96B397F2-BE66-4E8C-AEBA-6B2FCCF7CFB9}-027.JPG
Exif Info   Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
243