Case 1:09-cr-00043-SLR   Document 166   Filed 01/15/15   Page 1 of 53 PageID #: 4542

# Exhibit # 244

Name    {F119D4DD-8F89-4586-BBB3-40BE6AED6B21}-001.JPG
File Ext JPG
Last Accessed   10/18/08 07:46:14PM
File Created    10/18/08 07:46:14PM
Last Written    10/17/07 10:55:44AM
Hash Value    76a06fd9f55dd5895850c1cfd34f339a
Full Path    Pavulak Case II\WD250\C\Users\me\AppData\Local\Microsoft\Windows Photo Gallery\Original
Images\{F119D4DD-8F89-4586-BBB3-40BE6AED6B21}-001.JPG
Exif Info    Hewlett-Packard·HP Photosmart M540





# Exhibit # 246

# Pavulak images

Name   HPIM0485.JPG
File Ext JPG
Last Accessed  09/13/08 03:32:00PM
File Created   09/13/08 03:32:00PM
Last Written   09/13/08 03:32:00PM
Hash Value   f57956d1a0f5dd5df26c26eeaff2a9c0
Full Path     Pavulak Case II\WD250\C\Users\me\Pictures\Old computer photos\paul's\HPIM0485.JPG
Exif Info     Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
246

Case 1:09-cr-00043-SLR Document 166 Filed 01/15/15 Page 5 of 53 PageID #: 4552

# Exhibit # 247

# Pavulak images

Name   030.JPG
File Ext JPG
Last Accessed   09/13/08 03:36:30PM
File Created   09/13/08 03:36:30PM
Last Written   09/13/08 03:36:30PM
Hash Value   28004f01603271fb7e232c8e9772fa20
Full Path   Pavulak Case II\WD250\C:\Users\me\Pictures\Vegas 2008 photos\030.JPG
Exif Info   Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
247

# Exhibit # 248

# Pavulak images

WD250\Images\Pavulak images

Name   June 06.jpg
File Ext jpg
Last Accessed  09/13/08 03:32:06PM
File Created   09/13/08 03:32:06PM
Last Written   09/13/08 03:32:06PM
Hash Value     604f99af7adf062f058d857aaa547388
Full Path      Pavulak Case II\WD250\C:\Users\me\Pictures\Old computer photos\paul's\aaaaaa\June 06.jpg
Exif Info      HP oj7200





GOVERNMENT
EXHIBIT
248

Case 1:09-cr-00043-SLR   Document 166   Filed 01/15/15   Page 9 of 53 PageID #: 4556

# Exhibit # 249

# Pavulak images

WD250\Images\Pavulak images

Name  016.JPG
File Ext JPG
Last Accessed 09/13/08 03:36:26PM
File Created  09/13/08 03:36:26PM
Last Written  09/13/08 03:36:26PM
Hash Value  b8772b83321f323bbae5e1898c386b67
Full Path  Pavulak Case II\WD250\C\Users\me\Pictures\Vegas 2008 photos\016.JPG
Exif Info  Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
249

Case 1:09-cr-00043-SPW Document 104 Filed 04/01/11 Page 11 of 53 PageID #: 2935

# Exhibit # 250

# Pavulak images

WD250\Images\Pavulak images

Name   014.JPG
File Ext JPG
Last Accessed   09/13/08 03:36:26PM
File Created   09/13/08 03:36:26PM
Last Written   09/13/08 03:36:26PM
Hash Value   20c0a862cda4fad422e4b88a7dca569b
Full Path   Pavulak Case II\WD250\C\Users\me\Pictures\Vegas 2008 photos\014.JPG
Exif Info   Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
250

Case 1:09-cr-00043-SPW Document 104-1 Filed 04/07/11 Page 13 of 53 PageID #: 2937

# Exhibit # 251

# Pavulak images

WD250\Images\Pavulak images                                                                 Page 6

Name    005 - Copy (2).png
File Ext png
Last Accessed   12/07/08 05:06:09PM
File Created    11/04/08 05:20:03PM
Last Written    12/07/08 05:06:09PM
Hash Value    25fb6796c38882ecad2ffc2cadc9fdb1
Full Path          Pavulak Case II\WD250\C\Users\me\AppData\Local\VirtualStore\Program Files
(x86)\Yahoo!\Messenger\Profiles\pavy224\My Icons\005 - Copy (2).png
Exif Info        No EXIF information available





Case 1:09-cr-00043-SPW Document 104 Filed 04/07/11 Page 15 of 53 PageID #: 2939

# Exhibit # 252

# Pavulak images

Name     .friend_icon[2].png
File Ext png
Last Accessed  11/05/08 01:10:26AM
File Created    11/05/08 01:10:26AM
Last Written    11/05/08 01:10:27AM
Hash Value     49fd2762885a652a6c965d62d5ffa9a6
Full Path       Pavulak Case II\WD250\C\Users\me\AppData\Local\Microsoft\Windows\Temporary Internet
Files\Content.IE5\8WFC8MBH\.friend_icon[2].png
Exif Info       No EXIF information available





# Exhibit # 253

# Pavulak images

Name    018.JPG
File Ext JPG
Last Accessed   09/13/08 03:36:28PM
File Created    09/13/08 03:36:28PM
Last Written    09/13/08 03:36:28PM
Hash Value      e3b33a5eae12e8d3faae1daa0b8f99a2
Full Path       Pavulak Case II\WD250\C\Users\me\Pictures\Vegas 2008 photos\018.JPG
Exif Info       Hewlett-Packard·HP Photosmart M540





GOVERNMENT
EXHIBIT
253

# Exhibit # 254

# Pavulak images

Name    033.JPG
File Ext JPG
Last Accessed  09/13/08 03:36:30PM
File Created    09/13/08 03:36:30PM
Last Written    09/13/08 03:36:30PM
Hash Value      951e6902f6053a82c8b20d458ac7f982
Full Path        Pavulak Case II\WD250\C\Users\me\Pictures\Vegas 2008 photos\033.JPG
Exif Info         Hewlett-Packard·HP Photosmart M540





GOVERNMENT EXHIBIT
254

Case 1:09-cr-00043-SLR Document 104-6 Filed 04/01/11 Page 21 of 53 PageID #: 2945

# Exhibit # 257

# Pavulak images

Name   ara 101.JPG
File Ext JPG
Last Accessed  01/30/07 10:33:50PM
File Created   01/30/07 10:33:50PM
Last Written   01/30/07 10:33:50PM
Hash Value     b309541deecdd78eb70e12401310339e
Full Path      Pavulak Case II\WD250\C\Users\me\Pictures\2009-01-14 ara\ara 101.JPG
Exif Info      CASIO COMPUTER CO.,LTD.·EX-S880





GOVERNMENT
EXHIBIT
257

# EXHIBIT 258

# DVD

# Exhibit # 258A

# Filed Under Seal

Case 1:09-cr-00043-SER Document 104 Filed 04/01/11 Page 25 of 53 PageID #: 2949

# EXHIBIT 259

# DVD

# Exhibit # 259A

# Filed Under Seal

# Exhibit # 260

# Filed Under Seal

Case 1:09-cr-00043-SLR Document 104 Filed 04/01/11 Page 28 of 53 PageID #: 2952

# EXHIBITS 261 - 269

# CD
# Child Pornography Images

# Exhibit # 270

# Yahoo Messenger Profiles

# HP Laptop





GOVERNMENT
EXHIBIT

270

# Exhibit # 271

Case 1:09-cr-00043-SER   Document 104   Filed 04/07/11   Page 32 of 53   PageID #: 2936

# *Yahoo Chat partners*





Case 1:09-cr-00043-SEB   Document 1066   Filed 04/15/11   Page 33 of 53 PageID #: 4596

Exhibit # 272

# Archived .dat files

*Archived "dat" files*



GOVERNMENT
EXHIBIT
272


Case 1:09-cr-00043-SER Document 104-1 Filed 04/01/11 Page 35 of 53 PageID #: 2939

# Exhibit # 273

**United States v. Paul Pavulak**

**HP Laptop**

mas_cute_aq_sau (Sat Jan 17 04:07:46 2009): wow...too sweet from u boss..heheheh
pavy224 (Sat Jan 17 04:22:15 2009): boy try to me nice and get accused of being tooo sweet
mas_cute_aq_sau (Sat Jan 17 04:23:49 2009): oh? u awake?
pavy224 (Sat Jan 17 04:23:50 2009): guess u got so many bf and gf now it will be difficult to chat with u
pavy224 (Sat Jan 17 04:23:59 2009): just woke up
pavy224 (Sat Jan 17 04:24:18 2009): still trying to get this time difference worked out
mas_cute_aq_sau (Sat Jan 17 04:24:24 2009): ai figured really that u just woke up coz ur so OA
mas_cute_aq_sau (Sat Jan 17 04:24:26 2009): hehehhe
pavy224 (Sat Jan 17 04:25:08 2009): i went to sleep at 3 in the afternoon yesterday and set the alarm for 7 so i would get up and then go to sleep at like midnight
mas_cute_aq_sau (Sat Jan 17 04:25:48 2009): oh.........
pavy224 (Sat Jan 17 04:26:12 2009): but i couldnt get up at 7 so i slept till 10 then got up till 1 am and went back tp sleep till just now i would go back to sleep again but saw u on line
pavy224 (Sat Jan 17 04:26:19 2009): so here i am
mas_cute_aq_sau (Sat Jan 17 04:26:20 2009): hmhmhm..........well.....
mas_cute_aq_sau (Sat Jan 17 04:26:36 2009): yes here i am the one that u love
mas_cute_aq_sau (Sat Jan 17 04:26:38 2009): hehehhe
pavy224 (Sat Jan 17 04:26:40 2009): honey my whole body is so sore
mas_cute_aq_sau (Sat Jan 17 04:26:45 2009): why?
pavy224 (Sat Jan 17 04:26:58 2009): sleeping on the couch at the office
mas_cute_aq_sau (Sat Jan 17 04:27:12 2009): oh? who told u to sleep there?
pavy224 (Sat Jan 17 04:27:17 2009): and from sleeping on the plane all cramped up
pavy224 (Sat Jan 17 04:27:20 2009): me
pavy224 (Sat Jan 17 04:27:26 2009): i told myself
pavy224 (Sat Jan 17 04:27:41 2009): cause im lazy and didnt want to take ecverything home
pavy224 (Sat Jan 17 04:27:45 2009): everything
mas_cute_aq_sau (Sat Jan 17 04:27:59 2009): errrr ......ur so OA boss... u r the one making pain with urself

pavy224 (Sat Jan 17 04:28:02 2009): randy dropped me off here because this is where my car was
pavy224 (Sat Jan 17 04:28:21 2009): yes but u were the one rubbing it away
pavy224 (Sat Jan 17 04:28:34 2009): and ur much more oa than me miss
mas_cute_aq_sau (Sat Jan 17 04:28:40 2009): ei..what can i do..am JUST miles away
mas_cute_aq_sau (Sat Jan 17 04:28:48 2009): hehhehe
pavy224 (Sat Jan 17 04:28:50 2009): i need coffee
mas_cute_aq_sau (Sat Jan 17 04:28:58 2009): NOT ME?
mas_cute_aq_sau (Sat Jan 17 04:29:02 2009): heheh
pavy224 (Sat Jan 17 04:29:15 2009): its made just have to put it in the micro
mas_cute_aq_sau (Sat Jan 17 04:29:34 2009): ahh
mas_cute_aq_sau (Sat Jan 17 04:29:49 2009): so why u woke up so early?
pavy224 (Sat Jan 17 04:31:45 2009): cause i slept 7 hours till 10 pm then again 3 1/2 hours till now
pavy224 (Sat Jan 17 04:31:57 2009): plus i want to chat with u
pavy224 (Sat Jan 17 04:32:23 2009): it is - 16 C here
pavy224 (Sat Jan 17 04:32:34 2009): so cold!!!!
mas_cute_aq_sau (Sat Jan 17 04:33:19 2009): oh.
mas_cute_aq_sau (Sat Jan 17 04:33:28 2009): need warmth up hehha

1

GOVERNMENT EXHIBIT 273

**pavy224 (Sat Jan 17 04:33:36 2009):** i did separate everything in my bags and will take the laundry to the girl today

**pavy224 (Sat Jan 17 04:34:19 2009):** and went to check a few jobs with rNDY YESTERDAY AND HAVE AN ESTIMATE TO DO TODAY (SATURDAY)

**pavy224 (Sat Jan 17 04:36:05 2009):** i wivy go back to bed when we are done though

**pavy224 (Sat Jan 17 04:36:14 2009):** so what have u been doing

**pavy224 (Sat Jan 17 04:37:05 2009):** can i c u pls

**pavy224 (Sat Jan 17 04:38:13 2009):** u busy hon? we can chat later if u want

**mas_cute_aq_sau (Sat Jan 17 04:39:49 2009):** dcdc

**mas_cute_aq_sau (Sat Jan 17 04:39:49 2009):** invite me again boss

**mas_cute_aq_sau (Sat Jan 17 04:39:56 2009):** sorry :(

**pavy224 (Sat Jan 17 04:40:04 2009):** what for diner?

**pavy224 (Sat Jan 17 04:40:32 2009):** hey u

**mas_cute_aq_sau (Sat Jan 17 04:40:56 2009):** ha? thats ur dinner?

**pavy224 (Sat Jan 17 04:41:02 2009):** u get my e mail

**pavy224 (Sat Jan 17 04:41:22 2009):** no breakfast hon it is 4:40 am

**mas_cute_aq_sau (Sat Jan 17 04:41:25 2009):** wow u really have lots of email huh

**mas_cute_aq_sau (Sat Jan 17 04:41:41 2009):** franka156@yahoo.com

**mas_cute_aq_sau (Sat Jan 17 04:41:50 2009):** is that u?

**pavy224 (Sat Jan 17 04:42:09 2009):** that was my first e amil account and creigs list is re4egistered to it

**mas_cute_aq_sau (Sat Jan 17 04:42:19 2009):** ic....wow

**pavy224 (Sat Jan 17 04:42:19 2009):** yep its me

**pavy224 (Sat Jan 17 04:43:13 2009):** i would still use it but i answered a survey to get some cupons and now get 200 e mails a day selling junk

**pavy224 (Sat Jan 17 04:43:23 2009):** so u get it then?

**mas_cute_aq_sau (Sat Jan 17 04:44:18 2009):** yep.......got it...actually i saw already the nude pics u posted in craig

**pavy224 (Sat Jan 17 04:44:53 2009):** but did u get the e mail from the girl

**mas_cute_aq_sau (Sat Jan 17 04:45:51 2009):** nah from u

**mas_cute_aq_sau (Sat Jan 17 04:46:03 2009):** okay i will try to email her

**pavy224 (Sat Jan 17 04:47:23 2009):** well she replied to creigs list which goes to franka156

**pavy224 (Sat Jan 17 04:47:31 2009):** i forwarded it to u

**pavy224 (Sat Jan 17 04:47:40 2009):** im sending u another one right now

**pavy224 (Sat Jan 17 04:48:54 2009):** get it

**pavy224 (Sat Jan 17 04:49:51 2009):** where did u go

**pavy224 (Sat Jan 17 04:50:30 2009):** bet she could get u birth control

**pavy224 (Sat Jan 17 04:51:00 2009):** these are the type people that i hang out with. Open sexually and reeal friendly and giving

**pavy224 (Sat Jan 17 04:51:28 2009):** where are u hon

**pavy224 (Sat Jan 17 04:52:25 2009):** any way i thought having the responses going to franka156 first will give u a chaqnce to reqad themand decide if u want to meet and give them ur address

**pavy224 (Sat Jan 17 04:52:38 2009):** i definately want to do that with the guys

**mas_cute_aq_sau (Sat Jan 17 04:54:28 2009):** okay.. seems ur close to her..

**mas_cute_aq_sau (Sat Jan 17 04:54:47 2009):** sorry boss... keep on dc  but remember PATIENCE is A VIRTUE hehehch

**mas_cute_aq_sau (Sat Jan 17 04:55:38 2009):** b

**mas_cute_aq_sau (Sat Jan 17 04:56:07 2009):** ac

**pavy224 (Sat Jan 17 04:56:22 2009):** any way i thought having the responses going to franka156 first will give u a chaqnce to reqad themand decide if u want to meet and give them ur address

**pavy224:** i definately want to do that with the guys

**mas_cute_aq_sau (Sat Jan 17 04:56:59 2009):**

**pavy224 (Sat Jan 17 04:57:01 2009): okay i want to discuss each ad with u and tell u what i think the respnse is about**

**mas_cute_aq_sau (Sat Jan 17 04:57:09 2009):** :D

**pavy224 (Sat Jan 17 04:58:05 2009): doesnt always make me right but i have been around swingers for many years and they are real nice people trying to find other swingers to have fun with**

**pavy224 (Sat Jan 17 04:58:17 2009): did u get the ad from the couple?**

**mas_cute_aq_sau (Sat Jan 17 04:58:51 2009):** yep

**pavy224 (Sat Jan 17 04:59:03 2009): okay**

**pavy224 (Sat Jan 17 04:59:39 2009): in general it is difficult to get a girl for a girl much harder than a guy for a GUY**

**pavy224 (Sat Jan 17 05:00:06 2009): so u will get a lot of responses**

**pavy224 (Sat Jan 17 05:00:19 2009): as u can see they are all different**

**pavy224 (Sat Jan 17 05:00:45 2009): first wants a room mate and sex partner and friend**

**pavy224 (Sat Jan 17 05:01:30 2009): the second is a traveler that wants to have some one sexually while she is traveling ( like a guy) but looks in the ads and doesnt find much**

**pavy224 (Sat Jan 17 05:02:07 2009): she is expierenced and could teach u a lot about girl girl sex much more than i can**

**mas_cute_aq_sau (Sat Jan 17 05:02:25 2009):** sandra?

**pavy224 (Sat Jan 17 05:03:26 2009): she will treat u to many things both sexually and material. make sure u let her know in the first e mail that u r a student and dont have the funds to bar hop or travel the city but still want to meet**

**pavy224 (Sat Jan 17 05:04:14 2009): yes sandra the one that is there for the month of february**

**pavy224 (Sat Jan 17 05:04:44 2009): u have to look at this as your way of trying things out to see if u like them and the amount that u like**

**mas_cute_aq_sau (Sat Jan 17 05:05:23 2009):** ha?

**mas_cute_aq_sau (Sat Jan 17 05:05:25 2009):** :D

**pavy224 (Sat Jan 17 05:05:31 2009): the couple is a real find because she is doing this to keep her husband satisfied. he is the one that wants a threesome.**

**mas_cute_aq_sau (Sat Jan 17 05:05:44 2009):** omg.....

**mas_cute_aq_sau (Sat Jan 17 05:05:58 2009):** i dnt much in bed

**mas_cute_aq_sau (Sat Jan 17 05:06:04 2009):** know

**mas_cute_aq_sau (Sat Jan 17 05:06:10 2009):** :D

**pavy224 (Sat Jan 17 05:06:17 2009): she is bi and will enjoy u and please u but it is almoswt 90% that she is doing it tom please his desiremformtwomgirls**

**pavy224 (Sat Jan 17 05:06:26 2009): u know pleanty in bed**

**pavy224 (Sat Jan 17 05:06:39 2009): twomthings suck and fuck**

**pavy224 (Sat Jan 17 05:06:48 2009): anyway**

**pavy224 (Sat Jan 17 05:07:22 2009): the couple willl do anything to get u to meet them and will ask u back often as u can see they already offered u to go to bohol**

**pavy224 (Sat Jan 17 05:07:49 2009): they dont expect u to pay for anything and will make sure u know it**

**mas_cute_aq_sau (Sat Jan 17 05:07:53 2009):** ei i dnt know what to reply with them hehehhe

**pavy224 (Sat Jan 17 05:09:03 2009): again u can say that u would like to expierence a couple but in the past u never have tried that but u are not on birth control so u want to meet at the end of a month close to ur period and the husband will ave to wear prote4ction**

**pavy224 (Sat Jan 17 05:09:27 2009): u want me to write the initial replys for u\**

**mas_cute_aq_sau (Sat Jan 17 05:09:29 2009):** ei what if he wont?

**pavy224 (Sat Jan 17 05:09:37 2009): but they have to be sent from ur computer**

**pavy224 (Sat Jan 17 05:09:54 2009): he will do ANYTHING to have two girls\**

**pavy224 (Sat Jan 17 05:10:12 2009): but if u like them i know they will get u birth control pills**

**pavy224 (Sat Jan 17 05:10:22 2009): so u want me to write for u**

**pavy224 (Sat Jan 17 05:10:42 2009): and i'll send it to u and u can cut and paste to u r e mail**

3

mas_cute_aq_sau (Sat Jan 17 05:10:53 2009): nah.......i can manage..too much support from u....

mas_cute_aq_sau (Sat Jan 17 05:11:02 2009): :D

pavy224 (Sat Jan 17 05:11:09 2009): naah never tooo much support in the beginning

pavy224 (Sat Jan 17 05:11:19 2009): plus we are paqrtners in this hon

pavy224 (Sat Jan 17 05:11:24 2009): partners

mas_cute_aq_sau (Sat Jan 17 05:11:48 2009): okay boss...i dnt knw really what to say...

mas_cute_aq_sau (Sat Jan 17 05:11:53 2009): hehehhe

pavy224 (Sat Jan 17 05:12:20 2009): okay i will write for each one and e mail it to u when we are done so u can cut and paste

mas_cute_aq_sau (Sat Jan 17 05:12:35 2009): okeitz copy sir

mas_cute_aq_sau (Sat Jan 17 05:12:36 2009): :D

mas_cute_aq_sau (Sat Jan 17 05:12:38 2009): brb

mas_cute_aq_sau (Sat Jan 17 05:12:41 2009): starvy

mas_cute_aq_sau (Sat Jan 17 05:12:42 2009): heheh

pavy224 (Sat Jan 17 05:12:46 2009): because the first response will set the stage foryour fun

mas_cute_aq_sau (Sat Jan 17 05:12:52 2009): ;)

pavy224 (Sat Jan 17 05:13:14 2009): i think we have solved how u are going to get ur pussy sucked hon

pavy224 (Sat Jan 17 05:13:40 2009): and u will see that u can make some feal fun friends in the same time

pavy224 (Sat Jan 17 05:14:42 2009): if we are done right now i will write the responses and send them to u

pavy224 (Sat Jan 17 05:15:08 2009): dont play areoiund with them just get them and send them out. i know what i am doing here

pavy224 (Sat Jan 17 05:15:12 2009): ok????

mas_cute_aq_sau (Sat Jan 17 05:16:22 2009): ahh okay

pavy224 (Sat Jan 17 05:16:38 2009): THIS WONT TAKE LONG HON

mas_cute_aq_sau (Sat Jan 17 05:17:08 2009): okeitz okietz

pavy224 (Sat Jan 17 05:35:55 2009): there are ur three responses

pavy224 (Sat Jan 17 05:36:16 2009): i didnt check the couples for spelling errors so u might want to

pavy224 (Sat Jan 17 05:36:27 2009): im going back to bed

pavy224 (Sat Jan 17 05:36:39 2009): i will get up at 7 which is 8 there pm

mas_cute_aq_sau (Sat Jan 17 05:36:40 2009): hmhmhm

pavy224 (Sat Jan 17 05:36:43 2009): we can chat then

mas_cute_aq_sau (Sat Jan 17 05:36:48 2009): okietz

mas_cute_aq_sau (Sat Jan 17 05:36:54 2009): nyt2x

pavy224 (Sat Jan 17 05:36:58 2009): bye

mas_cute_aq_sau (Sat Jan 17 05:37:01 2009): mwaaahh

mas_cute_aq_sau (Sat Jan 17 08:54:17 2009): good morning..nice day ahead..:)

mas_cute_aq_sau (Sat Jan 17 09:47:19 2009): ai

mas_cute_aq_sau (Sat Jan 17 09:47:28 2009): u there?

pavy224 (Sat Jan 17 09:47:29 2009): hey u

pavy224 (Sat Jan 17 09:47:54 2009): i saw u juat left ur message reciently so i thought i wouold try and call

pavy224 (Sat Jan 17 09:48:15 2009): i just got up for the second time it is now 9:50 am

pavy224 (Sat Jan 17 09:48:24 2009): and i will go home aftger we chat

mas_cute_aq_sau (Sat Jan 17 09:48:28 2009): oh yeah

pavy224 (Sat Jan 17 09:48:31 2009): so how are u hon\

mas_cute_aq_sau (Sat Jan 17 09:48:48 2009): i am good myself okie

mas_cute_aq_sau (Sat Jan 17 09:48:50 2009): hehehe

4

**pavy224 (Sat Jan 17 09:48:54 2009):** did u work at your sis store and become the "fruits girl"
**mas_cute_aq_sau (Sat Jan 17 09:48:54 2009):** how about u boss
**pavy224 (Sat Jan 17 09:49:13 2009):** u tired from eatring all the fruit???
**pavy224 (Sat Jan 17 09:49:25 2009):** im really missing u and the phil hon
**pavy224 (Sat Jan 17 09:49:48 2009):** i will have to get right to work monday to occupy my time
**mas_cute_aq_sau (Sat Jan 17 09:50:26 2009):** hmhmhm....
**pavy224 (Sat Jan 17 09:50:57 2009):** so how was work did seh really need u or just trying to find out what was going on in your life
**mas_cute_aq_sau (Sat Jan 17 09:51:45 2009):** both i think
**mas_cute_aq_sau (Sat Jan 17 09:51:49 2009):** u what happen
**mas_cute_aq_sau (Sat Jan 17 09:51:52 2009):** to u boss
**mas_cute_aq_sau (Sat Jan 17 09:51:53 2009):** hehehe
**mas_cute_aq_sau (Sat Jan 17 09:52:05 2009):** u tired? oh?
**mas_cute_aq_sau (Sat Jan 17 09:52:08 2009):** u just woke up
**pavy224 (Sat Jan 17 09:52:29 2009):** not really but my body doesnt realise what time zone it is in
**mas_cute_aq_sau (Sat Jan 17 09:52:29 2009):** ai why u stopped?
**pavy224 (Sat Jan 17 09:52:44 2009):** yes just work up
**pavy224 (Sat Jan 17 09:52:49 2009):** woke
**pavy224 (Sat Jan 17 09:52:55 2009):** so what did u tell her
**mas_cute_aq_sau (Sat Jan 17 09:52:58 2009):** ei u stopped ur cam?
**pavy224 (Sat Jan 17 09:53:13 2009):** turned idle hold on
**mas_cute_aq_sau (Sat Jan 17 09:53:29 2009):** sis? she didnt know that i met u with the past days
**mas_cute_aq_sau (Sat Jan 17 09:53:31 2009):** heheh
**mas_cute_aq_sau (Sat Jan 17 09:53:50 2009):** all black
**pavy224 (Sat Jan 17 09:53:51 2009):** so did u tell her
**mas_cute_aq_sau (Sat Jan 17 09:53:51 2009):** ei
**mas_cute_aq_sau (Sat Jan 17 09:54:00 2009):** nah :D
**mas_cute_aq_sau (Sat Jan 17 09:54:05 2009):** oh....
**pavy224 (Sat Jan 17 09:54:29 2009):** probably better to keep most to your self as to what is going on
**pavy224 (Sat Jan 17 09:54:51 2009):** wondeer what is wrong with the web cams
**mas_cute_aq_sau (Sat Jan 17 09:55:02 2009):** k k now
**pavy224 (Sat Jan 17 09:55:31 2009):** so u get the e mails sent
**pavy224 (Sat Jan 17 09:55:37 2009):** where are u
**mas_cute_aq_sau (Sat Jan 17 09:55:41 2009):** yep yep yep
**mas_cute_aq_sau (Sat Jan 17 09:56:11 2009):** oh...c me
**mas_cute_aq_sau (Sat Jan 17 09:56:16 2009):** see me?
**mas_cute_aq_sau (Sat Jan 17 09:56:31 2009):** :D
**mas_cute_aq_sau (Sat Jan 17 09:56:37 2009):** hehehhehe
**pavy224 (Sat Jan 17 09:56:50 2009):** gwen had me take some sinus pills when i got back and they make me very tired too so maybe the combination of the two are doing this
**pavy224 (Sat Jan 17 09:57:01 2009):** i see u yawning too
**pavy224 (Sat Jan 17 09:57:23 2009):** im moving so i know the cdam iws working
**mas_cute_aq_sau (Sat Jan 17 09:57:41 2009):** am frozen
**pavy224 (Sat Jan 17 09:57:49 2009):** yes the ice princess
**mas_cute_aq_sau (Sat Jan 17 09:58:08 2009):** ...
**mas_cute_aq_sau (Sat Jan 17 09:58:13 2009):** ...............
**pavy224 (Sat Jan 17 09:58:13 2009):** so u told me but i forgot\
**mas_cute_aq_sau (Sat Jan 17 09:58:23 2009):** ...go...
**pavy224 (Sat Jan 17 09:58:26 2009):** what are u waiting for to register at school\

**mas_cute_aq_sau (Sat Jan 17 09:58:40 2009):** my TOR
**pavy224 (Sat Jan 17 09:58:51 2009):** your sore??
**pavy224 (Sat Jan 17 09:58:54 2009):** from what
**mas_cute_aq_sau (Sat Jan 17 09:59:13 2009):** ha?
**pavy224 (Sat Jan 17 09:59:16 2009):** whAT the hell is a TOR
**mas_cute_aq_sau (Sat Jan 17 09:59:38 2009):** ei i told u already about that........
**pavy224 (Sat Jan 17 09:59:52 2009):** some red lipstick when u tralk to me would look good hon
**pavy224 (Sat Jan 17 10:00:00 2009):** i just told u i forgot
**mas_cute_aq_sau (Sat Jan 17 10:00:02 2009):** r u in bad mood now boss? maybe u need coffee
hehehe
**mas_cute_aq_sau (Sat Jan 17 10:00:10 2009):** hate u
**mas_cute_aq_sau (Sat Jan 17 10:00:13 2009):** hate u
**pavy224 (Sat Jan 17 10:00:14 2009):** no im not im playing with u
**mas_cute_aq_sau (Sat Jan 17 10:00:14 2009):** hate u
**mas_cute_aq_sau (Sat Jan 17 10:00:17 2009):** super
**pavy224 (Sat Jan 17 10:00:25 2009):** can u tell me what it is again please
**mas_cute_aq_sau (Sat Jan 17 10:00:27 2009):** red lipstick? am going to bed na...
**mas_cute_aq_sau (Sat Jan 17 10:00:33 2009):** errrrrrrrrrrrrrr
**mas_cute_aq_sau (Sat Jan 17 10:00:34 2009):** hate u
**pavy224 (Sat Jan 17 10:00:45 2009):** i get used to ur make up
**pavy224 (Sat Jan 17 10:00:54 2009):** y u hate me now
**mas_cute_aq_sau (Sat Jan 17 10:01:04 2009):** suppose not to be back online
errrrrrrrrrrrrrrrrrrrrrrr
**pavy224 (Sat Jan 17 10:01:18 2009):** just an observation
**pavy224 (Sat Jan 17 10:01:32 2009):** not meaning anythiong negitave about it
**mas_cute_aq_sau (Sat Jan 17 10:01:33 2009):** ei..maybe its not me
**mas_cute_aq_sau (Sat Jan 17 10:01:34 2009):** oi
**mas_cute_aq_sau (Sat Jan 17 10:01:41 2009):** hehehhe
**mas_cute_aq_sau (Sat Jan 17 10:01:42 2009):** well
**pavy224 (Sat Jan 17 10:01:56 2009):** well then show me your tits and i will kmnow if it is u
**mas_cute_aq_sau (Sat Jan 17 10:01:57 2009):** thats a joke need to laugh
**mas_cute_aq_sau (Sat Jan 17 10:01:58 2009):** heheheh
**pavy224 (Sat Jan 17 10:02:08 2009):** thats not a joke
**pavy224 (Sat Jan 17 10:02:13 2009):** need to show
**mas_cute_aq_sau (Sat Jan 17 10:02:31 2009):** well...its ur idea..so u need to do first
**pavy224 (Sat Jan 17 10:02:35 2009):** or is your tit protector there
**mas_cute_aq_sau (Sat Jan 17 10:02:45 2009):** ha?
**pavy224 (Sat Jan 17 10:02:55 2009):** u bring jova home so u wont have to show me ur tits
**mas_cute_aq_sau (Sat Jan 17 10:03:06 2009):** huh
**pavy224 (Sat Jan 17 10:03:13 2009):** my cock is still sleeping
**mas_cute_aq_sau (Sat Jan 17 10:03:24 2009):** so ur thinking in advance my possible excuses
**mas_cute_aq_sau (Sat Jan 17 10:03:36 2009):** well need to wake him up boss
**pavy224 (Sat Jan 17 10:03:38 2009):** really i miss ur back rubs hon
**pavy224 (Sat Jan 17 10:03:52 2009):** he there
**mas_cute_aq_sau (Sat Jan 17 10:04:00 2009):** ouch      well i can rub u here on my screen hehe
**mas_cute_aq_sau (Sat Jan 17 10:04:05 2009):** hehehe
**pavy224 (Sat Jan 17 10:04:09 2009):** hehe
**pavy224 (Sat Jan 17 10:04:39 2009):** well i hate to say it but im not sure if i want a back rub oe sex
with u first when we meet
**pavy224 (Sat Jan 17 10:04:57 2009):** i know what u want

6

**mas_cute_aq_sau (Sat Jan 17 10:05:10 2009):** well..u know exactly boss
**mas_cute_aq_sau (Sat Jan 17 10:05:11 2009):** hehehe
**pavy224 (Sat Jan 17 10:05:13 2009):** that plane ride is a killer
**mas_cute_aq_sau (Sat Jan 17 10:05:35 2009):** its not if cute beside u
**mas_cute_aq_sau (Sat Jan 17 10:05:37 2009):** hehehe
**pavy224 (Sat Jan 17 10:05:43 2009):** well at least this time i didnt have someone next to me the whole way just to singapore
**pavy224 (Sat Jan 17 10:05:59 2009):** i did watch 5 movies though
**mas_cute_aq_sau (Sat Jan 17 10:06:09 2009):** oh.......porn? hehehhe
**mas_cute_aq_sau (Sat Jan 17 10:06:11 2009):** joke
**pavy224 (Sat Jan 17 10:06:23 2009):** yeah just what i need
**mas_cute_aq_sau (Sat Jan 17 10:06:36 2009):** weeeeww they knew exactly
**pavy224 (Sat Jan 17 10:06:43 2009):** i did mastrubate when i went back to bed at 430 am
**pavy224 (Sat Jan 17 10:06:55 2009):** thinking of u with that couple
**mas_cute_aq_sau (Sat Jan 17 10:07:02 2009):** oh....thats why u wake back late
**pavy224 (Sat Jan 17 10:07:03 2009):** u are going to enjoy that
**pavy224 (Sat Jan 17 10:07:09 2009):** hehe
**mas_cute_aq_sau (Sat Jan 17 10:07:16 2009):** coz u said u will be awake around 7 ur time
**pavy224 (Sat Jan 17 10:07:25 2009):** cock in pussy and licking on the clit at the same time wow
**mas_cute_aq_sau (Sat Jan 17 10:07:39 2009):** big time
**mas_cute_aq_sau (Sat Jan 17 10:07:41 2009):** hehehhe
**pavy224 (Sat Jan 17 10:07:47 2009):** i know but i turned off the alarm and kept sleeping
**pavy224 (Sat Jan 17 10:08:07 2009):** i really do fewel a lot better right now just dont look it yet hehe
**mas_cute_aq_sau (Sat Jan 17 10:08:09 2009):** wow...well its okay..i waited u for so long hehehe
**pavy224 (Sat Jan 17 10:08:24 2009):** yes that third person can be a lot of fun
**pavy224 (Sat Jan 17 10:08:48 2009):** sounds like they have some $$ too
**pavy224 (Sat Jan 17 10:09:18 2009):** they will want to keep u around after they meet u
**mas_cute_aq_sau (Sat Jan 17 10:09:30 2009):** ei...they dnt have pic..so am half minded about em
**pavy224 (Sat Jan 17 10:09:42 2009):** dont be shy and do accept if they offer u $$
**pavy224 (Sat Jan 17 10:09:57 2009):** well next e mail ask for one
**mas_cute_aq_sau (Sat Jan 17 10:10:06 2009):** weeeeww....am just hoping they are nice..and wont just throw me away after
**pavy224 (Sat Jan 17 10:10:12 2009):** he is probably older
**pavy224 (Sat Jan 17 10:10:28 2009):** they will love u and want to keep u
**mas_cute_aq_sau (Sat Jan 17 10:10:47 2009):** we dnt know
**pavy224 (Sat Jan 17 10:10:48 2009):** i even want to keep u
**pavy224 (Sat Jan 17 10:10:53 2009):** i do know
**mas_cute_aq_sau (Sat Jan 17 10:11:03 2009):** keep u in ur cock boss?
**mas_cute_aq_sau (Sat Jan 17 10:11:04 2009):** hehehe
**mas_cute_aq_sau (Sat Jan 17 10:11:05 2009):** :D
**pavy224 (Sat Jan 17 10:11:07 2009):** i have met hundreds of couples just like this
**mas_cute_aq_sau (Sat Jan 17 10:11:22 2009):** hehehh
**pavy224 (Sat Jan 17 10:11:22 2009):** ur are so cute
**pavy224 (Sat Jan 17 10:12:17 2009):** if they ask why u are not in school rght now u tell them u wanted to get your teeth fixed and didnt have the $$ FOR BOTH
**mas_cute_aq_sau (Sat Jan 17 10:12:21 2009):** i wish i were here so we both go to the battle hehehhe
**pavy224 (Sat Jan 17 10:12:32 2009):** well i will be right here
**pavy224 (Sat Jan 17 10:12:45 2009):** and the first few times are the hardest
**mas_cute_aq_sau (Sat Jan 17 10:12:59 2009):** wow long i need to practice again on tongue to

saying lies
**mas_cute_aq_sau (Sat Jan 17 10:13:01 2009):** :D
**pavy224 (Sat Jan 17 10:13:28 2009): u just have to realise that yes u are going to have some great climaxes from these expierences**
**pavy224 (Sat Jan 17 10:13:46 2009): but u are giving them something that is difficult for them to find**
**pavy224 (Sat Jan 17 10:14:21 2009): and no there not lies just twisting the truth so they know that u dont have money for both which is the truth**
**mas_cute_aq_sau (Sat Jan 17 10:14:38 2009):** well...new experiences...i wish i could video all my experiences ba..collection hehehe
**mas_cute_aq_sau (Sat Jan 17 10:14:47 2009):** same as what u're doing
**pavy224 (Sat Jan 17 10:14:48 2009): when they offer u cab fare and offer to take u shopping do not refuse it**
**pavy224 (Sat Jan 17 10:15:19 2009): well that will be a bit difficult so use your vedio mind**
**pavy224 (Sat Jan 17 10:15:38 2009): u told me u were going to erase any nudes if i sent them**
**pavy224 (Sat Jan 17 10:15:44 2009): to u**
**pavy224 (Sat Jan 17 10:16:17 2009): sohow can u video ur new found actrivities**
**pavy224 (Sat Jan 17 10:16:25 2009): where u go**
**mas_cute_aq_sau (Sat Jan 17 10:16:25 2009):** hehhehe
**pavy224 (Sat Jan 17 10:17:25 2009): when is jack and the other guy coming**
**pavy224 (Sat Jan 17 10:17:29 2009): cuming**
**mas_cute_aq_sau (Sat Jan 17 10:17:38 2009):** dc
**mas_cute_aq_sau (Sat Jan 17 10:17:38 2009):** where u
**pavy224 (Sat Jan 17 10:17:50 2009): not available**
**pavy224 (Sat Jan 17 10:19:07 2009): i am here waiting for u my love**
**pavy224 (Sat Jan 17 10:19:08 2009): hehe**
**mas_cute_aq_sau (Sat Jan 17 10:19:14 2009):** ei boss ur not moving?
**mas_cute_aq_sau (Sat Jan 17 10:19:15 2009):** ai OA
**mas_cute_aq_sau (Sat Jan 17 10:19:17 2009):** hehehe
**pavy224 (Sat Jan 17 10:19:41 2009): hi**
**mas_cute_aq_sau (Sat Jan 17 10:19:44 2009):** ei invite me again
**pavy224 (Sat Jan 17 10:19:50 2009): u cant see me though can u**
**mas_cute_aq_sau (Sat Jan 17 10:20:11 2009):** :D
**pavy224 (Sat Jan 17 10:20:21 2009): i guess i need to get some exercise**
**mas_cute_aq_sau (Sat Jan 17 10:20:23 2009):** still human
**mas_cute_aq_sau (Sat Jan 17 10:20:24 2009):** hehehe
**pavy224 (Sat Jan 17 10:20:36 2009): the football game is on sunday at 4pm**
**mas_cute_aq_sau (Sat Jan 17 10:21:06 2009):** so u cant chat that time
**pavy224 (Sat Jan 17 10:21:10 2009): yeah well u sure made me feel masterful with ur climaxes**
**pavy224 (Sat Jan 17 10:21:19 2009): u will be sleeping**
**pavy224 (Sat Jan 17 10:21:29 2009): and no i wont chat at that time**
**pavy224 (Sat Jan 17 10:21:30 2009): hehe**
**pavy224 (Sat Jan 17 10:21:47 2009): so what is TOR**
**pavy224 (Sat Jan 17 10:21:56 2009): and where do u get it**
**pavy224 (Sat Jan 17 10:22:24 2009): left over from the trip**
**pavy224 (Sat Jan 17 10:22:34 2009): were in my bag when i cleaned it out**
**mas_cute_aq_sau (Sat Jan 17 10:23:21 2009):** heizzzzzzzzzzzzzzzzzzzzzz
**mas_cute_aq_sau (Sat Jan 17 10:23:43 2009):** ai boss slave
**mas_cute_aq_sau (Sat Jan 17 10:24:15 2009):** e
**mas_cute_aq_sau (Sat Jan 17 10:24:15 2009):** invite me agan hehehe
**mas_cute_aq_sau (Sat Jan 17 10:26:14 2009):** nica

8

**pavy224 (Sat Jan 17 10:26:23 2009):** ouch???
**mas_cute_aq_sau (Sat Jan 17 10:26:28 2009):** ;)
**pavy224 (Sat Jan 17 10:26:35 2009):** it is gwen my daughter
**mas_cute_aq_sau (Sat Jan 17 10:26:44 2009):** still kicking with the connection
**mas_cute_aq_sau (Sat Jan 17 10:26:47 2009):** ;)
**pavy224 (Sat Jan 17 10:26:57 2009):** yeah it sucks
**pavy224 (Sat Jan 17 10:27:05 2009):** must be the weather
**pavy224 (Sat Jan 17 10:27:30 2009):** can u see me
**pavy224 (Sat Jan 17 10:27:53 2009):** so baby it is late for u do u want to go to sleep?
**pavy224 (Sat Jan 17 10:28:03 2009):** if not i have to get some coffee
**mas_cute_aq_sau (Sat Jan 17 10:28:13 2009):** i just try not to say it is cause the more it will be if i say it....
**pavy224 (Sat Jan 17 10:28:14 2009):** and will stgay with u
**pavy224 (Sat Jan 17 10:28:21 2009):** hehe
**mas_cute_aq_sau (Sat Jan 17 10:28:24 2009):** yep see u now
**mas_cute_aq_sau (Sat Jan 17 10:28:24 2009):** but ur not moving though
**pavy224 (Sat Jan 17 10:28:32 2009):** the computer line is not human hon
**pavy224 (Sat Jan 17 10:28:47 2009):** ur not moving either but at least i see u
**pavy224 (Sat Jan 17 10:29:10 2009):** and if u had ur shirt off it would have ben even better to have u frozen there
**pavy224 (Sat Jan 17 10:29:17 2009):** im moving here
**pavy224 (Sat Jan 17 10:29:23 2009):** on my scren
**pavy224 (Sat Jan 17 10:29:26 2009):** screen
**mas_cute_aq_sau (Sat Jan 17 10:32:01 2009):** ai
**pavy224 (Sat Jan 17 10:32:07 2009):** march 19th
**mas_cute_aq_sau (Sat Jan 17 10:32:19 2009):** patience is a virtue but maybe not all virtue is a patience
**mas_cute_aq_sau (Sat Jan 17 10:32:20 2009):** heheh
**mas_cute_aq_sau (Sat Jan 17 10:32:27 2009):** so what about that date?
**pavy224 (Sat Jan 17 10:32:34 2009):** u and ur sayings
**mas_cute_aq_sau (Sat Jan 17 10:32:38 2009):** hehehe
**mas_cute_aq_sau (Sat Jan 17 10:32:40 2009):** whatever
**pavy224 (Sat Jan 17 10:32:46 2009):** i dont know it just poped into my mind
**pavy224 (Sat Jan 17 10:33:12 2009):** wonder if it is a date i should remember???
**mas_cute_aq_sau (Sat Jan 17 10:33:37 2009):** oh,,,,,i wonder too
**mas_cute_aq_sau (Sat Jan 17 10:33:48 2009):** oct 11
**mas_cute_aq_sau (Sat Jan 17 10:33:51 2009):** wow
**pavy224 (Sat Jan 17 10:34:01 2009):** WHATEVER????? wow that is not a nice thing to say to people here
**mas_cute_aq_sau (Sat Jan 17 10:34:34 2009):** oh? but here its the nicest, atleast we got to know how to speak english
**mas_cute_aq_sau (Sat Jan 17 10:34:36 2009):** hehehe
**pavy224 (Sat Jan 17 10:34:42 2009):** okay u are really being mean to me
**mas_cute_aq_sau (Sat Jan 17 10:34:50 2009):** whatever
**mas_cute_aq_sau (Sat Jan 17 10:34:51 2009):** :D
**pavy224 (Sat Jan 17 10:34:53 2009):** so october 11 is what???
**mas_cute_aq_sau (Sat Jan 17 10:34:59 2009):** war
**pavy224 (Sat Jan 17 10:35:16 2009):** i dont even trremember what TOR is
**mas_cute_aq_sau (Sat Jan 17 10:35:48 2009):** oh yeah then i forgot everything and have fun with FUCKS
**pavy224 (Sat Jan 17 10:36:17 2009):** well there is nothing to remember there it is an action

9

**mas_cute_aq_sau (Sat Jan 17 10:36:47 2009):** ei boss invite me again ur cam..heheh opss dnt wnt to piss u off...heheh just wnt to see glimpse of u

**mas_cute_aq_sau (Sat Jan 17 10:36:48 2009):** heheh

**mas_cute_aq_sau (Sat Jan 17 10:37:14 2009):** oh yeah..worth remembering actions...:D

**mas_cute_aq_sau (Sat Jan 17 10:37:29 2009):** still human

**mas_cute_aq_sau (Sat Jan 17 10:37:30 2009):** hehehe

**pavy224 (Sat Jan 17 10:37:33 2009): u can ask me to do anything for u and u wont piss me off hon**

**mas_cute_aq_sau (Sat Jan 17 10:37:34 2009):** love u

**pavy224 (Sat Jan 17 10:37:58 2009): i love u too sweetheart**

**mas_cute_aq_sau (Sat Jan 17 10:38:02 2009):** ai

**mas_cute_aq_sau (Sat Jan 17 10:38:03 2009):** OA

**mas_cute_aq_sau (Sat Jan 17 10:38:06 2009):** drama

**mas_cute_aq_sau (Sat Jan 17 10:38:09 2009):** actress

**pavy224 (Sat Jan 17 10:38:10 2009): probably more than i care to admit**

**mas_cute_aq_sau (Sat Jan 17 10:38:11 2009):** and actor

**mas_cute_aq_sau (Sat Jan 17 10:38:12 2009):** heheh

**pavy224 (Sat Jan 17 10:38:19 2009): hehe**

**pavy224 (Sat Jan 17 10:38:40 2009): but it will be interesting my next time back**

**pavy224 (Sat Jan 17 10:38:52 2009): u with all ur new found exprience**

**mas_cute_aq_sau (Sat Jan 17 10:38:52 2009):** yeah for sure

**mas_cute_aq_sau (Sat Jan 17 10:39:09 2009):** coz starting now ur collecting collectibles

**pavy224 (Sat Jan 17 10:39:13 2009): and me trying to keep up with u**

**mas_cute_aq_sau (Sat Jan 17 10:39:34 2009):** ei...

**mas_cute_aq_sau (Sat Jan 17 10:39:43 2009):** what about those experiences boss

**pavy224 (Sat Jan 17 10:40:09 2009): well most will be great some just ok and some u probably wont try again**

**pavy224 (Sat Jan 17 10:40:32 2009): i would stay away from the farm animals and dogs until u get more expierence**

**pavy224 (Sat Jan 17 10:40:53 2009): those horses have real big cocks and i dont think u can handle them yet???**

**pavy224 (Sat Jan 17 10:40:55 2009): hehe**

**mas_cute_aq_sau (Sat Jan 17 10:41:13 2009):** ha?

**pavy224 (Sat Jan 17 10:41:22 2009): why u think u can??**

**mas_cute_aq_sau (Sat Jan 17 10:41:27 2009):** u r in the farm fields now boss?

**mas_cute_aq_sau (Sat Jan 17 10:41:31 2009):** wow

**pavy224 (Sat Jan 17 10:41:34 2009): ill send u some pics**

**mas_cute_aq_sau (Sat Jan 17 10:41:36 2009):** am in the city

**mas_cute_aq_sau (Sat Jan 17 10:41:37 2009):** hehehe

**pavy224 (Sat Jan 17 10:41:44 2009): heheh**

**pavy224 (Sat Jan 17 10:41:49 2009): u are so cute**

**pavy224 (Sat Jan 17 10:42:00 2009): can u see me**

**mas_cute_aq_sau (Sat Jan 17 10:42:06 2009):** well i need a standing ovation for that

**mas_cute_aq_sau (Sat Jan 17 10:42:08 2009):** yep

**pavy224 (Sat Jan 17 10:42:14 2009): i cant see u but i guess u know that**

**mas_cute_aq_sau (Sat Jan 17 10:42:17 2009):** ur smiled while ago

**pavy224 (Sat Jan 17 10:42:26 2009): i was laughing at your comment**

**pavy224 (Sat Jan 17 10:43:43 2009): so honey please help me**

**mas_cute_aq_sau (Sat Jan 17 10:43:56 2009):** ei what sure the on

**pavy224 (Sat Jan 17 10:44:00 2009): and tell me what TOR**

**mas_cute_aq_sau (Sat Jan 17 10:44:05 2009):** ma

10

**pavy224 (Sat Jan 17 10:44:05 2009):** oct 11
**pavy224 (Sat Jan 17 10:44:07 2009):** is
**mas_cute_aq_sau (Sat Jan 17 10:44:11 2009):** omg
**mas_cute_aq_sau (Sat Jan 17 10:44:23 2009):** ur really an actor boss
**mas_cute_aq_sau (Sat Jan 17 10:44:27 2009):** u know that?
**pavy224 (Sat Jan 17 10:44:32 2009):** i dont like it when i forget things
**pavy224 (Sat Jan 17 10:44:43 2009):** i really dont know
**mas_cute_aq_sau (Sat Jan 17 10:44:49 2009):** supposedly ur not..ur just acting though
**mas_cute_aq_sau (Sat Jan 17 10:44:57 2009):** OA
**pavy224 (Sat Jan 17 10:45:06 2009):** trust me i need ur help to remember
**mas_cute_aq_sau (Sat Jan 17 10:45:21 2009):** well boss ur the OAiest man i ever knw
**pavy224 (Sat Jan 17 10:45:36 2009):** why are u punishing me for being old
**mas_cute_aq_sau (Sat Jan 17 10:45:53 2009):** huh
**mas_cute_aq_sau (Sat Jan 17 10:46:31 2009):** u forgot to eat ur b'fast boss...thats why ur so OA right now
**pavy224 (Sat Jan 17 10:46:42 2009):** old people tend to forget things hon
**mas_cute_aq_sau (Sat Jan 17 10:46:51 2009):** PRETEND
**mas_cute_aq_sau (Sat Jan 17 10:46:54 2009):** not TEND
**pavy224 (Sat Jan 17 10:47:00 2009):** y really dont love me do u
**mas_cute_aq_sau (Sat Jan 17 10:47:12 2009):** errrr
**mas_cute_aq_sau (Sat Jan 17 10:47:17 2009):** am sleepy boss
**mas_cute_aq_sau (Sat Jan 17 10:47:19 2009):** :D
**mas_cute_aq_sau (Sat Jan 17 10:47:20 2009):** hehehe
**pavy224 (Sat Jan 17 10:47:26 2009):** tell me hon
**mas_cute_aq_sau (Sat Jan 17 10:47:33 2009):** ur so OA
**mas_cute_aq_sau (Sat Jan 17 10:47:34 2009):** boss
**pavy224 (Sat Jan 17 10:47:51 2009):** i remember u need a background check to up date ur id
**mas_cute_aq_sau (Sat Jan 17 10:47:51 2009):** well secret hahhahaha
**mas_cute_aq_sau (Sat Jan 17 10:48:07 2009):** so what about that
**pavy224 (Sat Jan 17 10:48:18 2009):** and i remember that u have real nice tits
**pavy224 (Sat Jan 17 10:48:33 2009):** and that i love to suck ur pussy
**pavy224 (Sat Jan 17 10:48:50 2009):** but oct 11 doesnt sink in for some reason
**pavy224 (Sat Jan 17 10:48:59 2009):** i do know i will be in the Phil then
**mas_cute_aq_sau (Sat Jan 17 10:48:59 2009):** and made me climax so loud
**pavy224 (Sat Jan 17 10:49:05 2009):** hehe
**pavy224 (Sat Jan 17 10:49:13 2009):** on Oct 11
**mas_cute_aq_sau (Sat Jan 17 10:49:16 2009):** well i love u for remembering that boss..i salute u on that
**mas_cute_aq_sau (Sat Jan 17 10:49:25 2009):** wow
**mas_cute_aq_sau (Sat Jan 17 10:49:28 2009):** thats great
**pavy224 (Sat Jan 17 10:49:29 2009):** well how about Oct 11
**pavy224 (Sat Jan 17 10:49:36 2009):** tell me about that
**mas_cute_aq_sau (Sat Jan 17 10:49:39 2009):** ara s b'day
**pavy224 (Sat Jan 17 10:49:47 2009):** no its not
**pavy224 (Sat Jan 17 10:49:52 2009):** or i dont think it is
**mas_cute_aq_sau (Sat Jan 17 10:49:55 2009):** dt ho i know it
**pavy224 (Sat Jan 17 10:50:00 2009):** i have no idea what her b day is
**mas_cute_aq_sau (Sat Jan 17 10:50:01 2009):** and her b'de
**pavy224 (Sat Jan 17 10:50:08 2009):** well good for u
**mas_cute_aq_sau (Sat Jan 17 10:50:08 2009):** ?/./////////

11

**pavy224 (Sat Jan 17 10:50:20 2009): then i will take u out on oct 11th then**
**pavy224 (Sat Jan 17 10:50:25 2009): on a date**
**pavy224 (Sat Jan 17 10:50:28 2009): how about that**
mas_cute_aq_sau (Sat Jan 17 10:50:29 2009): no need
mas_cute_aq_sau (Sat Jan 17 10:50:37 2009): i will understand
**pavy224 (Sat Jan 17 10:50:39 2009): so urs really is in march**
mas_cute_aq_sau (Sat Jan 17 10:50:44 2009): if ur out that day
mas_cute_aq_sau (Sat Jan 17 10:50:51 2009): i dnt knw
**pavy224 (Sat Jan 17 10:50:56 2009): honey we cant let u turn 20 yet**
**pavy224 (Sat Jan 17 10:51:11 2009): u will have to stay 19 for another year**
**pavy224 (Sat Jan 17 10:51:21 2009): guys like 18 & 19**
mas_cute_aq_sau (Sat Jan 17 10:51:28 2009): oh yeah...i forgot..i need to hold the timje
mas_cute_aq_sau (Sat Jan 17 10:51:30 2009): time
**pavy224 (Sat Jan 17 10:51:32 2009): not 20 in the ads**
mas_cute_aq_sau (Sat Jan 17 10:51:36 2009): wait a minute?
mas_cute_aq_sau (Sat Jan 17 10:51:38 2009): oh noh
mas_cute_aq_sau (Sat Jan 17 10:51:42 2009): still running
mas_cute_aq_sau (Sat Jan 17 10:51:44 2009): though
mas_cute_aq_sau (Sat Jan 17 10:51:47 2009): hahahhaha
mas_cute_aq_sau (Sat Jan 17 10:51:48 2009): errrrrrrrrrrrrrrr
**pavy224 (Sat Jan 17 10:51:49 2009): stopp it im serious**
mas_cute_aq_sau (Sat Jan 17 10:52:00 2009): so do i
**pavy224 (Sat Jan 17 10:52:05 2009): hehe**
**pavy224 (Sat Jan 17 10:52:28 2009): i have to go to the hospital next month**
mas_cute_aq_sau (Sat Jan 17 10:52:36 2009): for what?
**pavy224 (Sat Jan 17 10:52:44 2009): to have my yearly physical**
**pavy224 (Sat Jan 17 10:53:07 2009): iut takes all day and they hook u up to all kinds of machines**
**pavy224 (Sat Jan 17 10:53:18 2009): and in the end tell me to loose weight**
**pavy224 (Sat Jan 17 10:53:20 2009): hehe**
mas_cute_aq_sau (Sat Jan 17 10:53:24 2009): hahahhahahaha
**pavy224 (Sat Jan 17 10:53:26 2009): but i already know that**
**pavy224 (Sat Jan 17 10:53:42 2009): i do it because of my heart**
mas_cute_aq_sau (Sat Jan 17 10:53:46 2009): coz u eat too much.......
**pavy224 (Sat Jan 17 10:53:49 2009): i like to have it checked out**
**pavy224 (Sat Jan 17 10:54:01 2009): my dad died at 60 from heart condition**
mas_cute_aq_sau (Sat Jan 17 10:54:10 2009): ozz am just wondering..u take vits for ur heart and u
really like eggs
**pavy224 (Sat Jan 17 10:54:11 2009): yes i do eat way too much**
**pavy224 (Sat Jan 17 10:54:16 2009): but not any more**
mas_cute_aq_sau (Sat Jan 17 10:54:17 2009): nonsense with vits
mas_cute_aq_sau (Sat Jan 17 10:54:35 2009): ozzzzzzz.......not anymore coz foods are not in
front
mas_cute_aq_sau (Sat Jan 17 10:54:43 2009): oh?
**pavy224 (Sat Jan 17 10:55:01 2009): i dont take any meds other that for my acid but that will stop**
**to when i eat less**
mas_cute_aq_sau (Sat Jan 17 10:55:12 2009): hmhhmm
**pavy224 (Sat Jan 17 10:55:21 2009): i have to get a rice cooker and learn to eat plain rice**
**pavy224 (Sat Jan 17 10:55:22 2009): hehe**
mas_cute_aq_sau (Sat Jan 17 10:55:38 2009): here is tough
**pavy224 (Sat Jan 17 10:55:39 2009): that will never happen**
mas_cute_aq_sau (Sat Jan 17 10:55:42 2009): not i joke

pavy224 (Sat Jan 17 10:56:06 2009): maybe if i substitute one of my meals for licking your pussy
mas_cute_aq_sau (Sat Jan 17 10:56:15 2009): ei boss..
pavy224 (Sat Jan 17 10:56:16 2009): i can do two things at once
pavy224 (Sat Jan 17 10:56:25 2009): loose weight and satisify u
mas_cute_aq_sau (Sat Jan 17 10:56:27 2009): u have really a heart problem?
pavy224 (Sat Jan 17 10:56:39 2009): not that i know of
pavy224 (Sat Jan 17 10:56:55 2009): but i like them to monitor it each year and see if all is well
pavy224 (Sat Jan 17 10:57:12 2009): it is part of my health insurance program
mas_cute_aq_sau (Sat Jan 17 10:57:16 2009): oh i c...since ur father has a history
mas_cute_aq_sau (Sat Jan 17 10:57:21 2009): oh i c
mas_cute_aq_sau (Sat Jan 17 10:57:31 2009): am afraid.....
pavy224 (Sat Jan 17 10:57:46 2009): they think that if u get regular check ups that u can find any problem before it get to big
mas_cute_aq_sau (Sat Jan 17 10:58:11 2009): oh yeah..........
pavy224 (Sat Jan 17 10:58:13 2009): well i dont mind doing it and it is each year in my brithday mionth
pavy224 (Sat Jan 17 10:58:17 2009): month
pavy224 (Sat Jan 17 10:58:29 2009): they do put a scope up my ass too
pavy224 (Sat Jan 17 10:58:36 2009): look for colon cancer
pavy224 (Sat Jan 17 10:58:46 2009): but they put me to sleep to do that
mas_cute_aq_sau (Sat Jan 17 10:59:16 2009): but heheh well we're dffrnt...am afraid to undergo check ups..afraid of two things....what my health problem is and how much it cost hehehhehehehe
pavy224 (Sat Jan 17 10:59:39 2009): well u dont have to worry about cost anymore
pavy224 (Sat Jan 17 10:59:46 2009): just tell me what u need hon
mas_cute_aq_sau (Sat Jan 17 11:00:01 2009): ai OA
pavy224 (Sat Jan 17 11:00:13 2009): braces for xmas and who knows what for b day hehe
pavy224 (Sat Jan 17 11:00:28 2009): the rest of u is perfect
pavy224 (Sat Jan 17 11:00:36 2009): so i dont know what to get
pavy224 (Sat Jan 17 11:00:48 2009): i do know not to get u jewelry though hehe
mas_cute_aq_sau (Sat Jan 17 11:00:49 2009): well they say better not to expect..the lesser expectation the lesser disappointment
mas_cute_aq_sau (Sat Jan 17 11:00:51 2009): hehehe
pavy224 (Sat Jan 17 11:01:21 2009): thats good i hope u dont expect anything from me ever ok
mas_cute_aq_sau (Sat Jan 17 11:01:22 2009): if its a ring for sure i would wear it ever
mas_cute_aq_sau (Sat Jan 17 11:01:24 2009): hehehhe
mas_cute_aq_sau (Sat Jan 17 11:01:32 2009): i didnt
pavy224 (Sat Jan 17 11:01:36 2009): whats a ring???
pavy224 (Sat Jan 17 11:02:22 2009): must be a translation problem between us
pavy224 (Sat Jan 17 11:02:58 2009): so what would u do if i got u a ring
pavy224 (Sat Jan 17 11:03:06 2009): marry me and have some kids???
mas_cute_aq_sau (Sat Jan 17 11:03:46 2009): nah just the ring..no marry no kids hehehhe
pavy224 (Sat Jan 17 11:03:49 2009): and u would stay home all day cooking and cleaning and changing diapers
mas_cute_aq_sau (Sat Jan 17 11:03:49 2009): i pawned it in times of trouble hahahha
mas_cute_aq_sau (Sat Jan 17 11:03:51 2009): kidding
mas_cute_aq_sau (Sat Jan 17 11:03:53 2009): hehehe
pavy224 (Sat Jan 17 11:03:59 2009): hehe
pavy224 (Sat Jan 17 11:04:06 2009): good thinking
mas_cute_aq_sau (Sat Jan 17 11:04:10 2009): well
mas_cute_aq_sau (Sat Jan 17 11:04:11 2009): well
mas_cute_aq_sau (Sat Jan 17 11:04:13 2009): well

13

**pavy224 (Sat Jan 17 11:04:18 2009): well pawn ur braces**
**pavy224 (Sat Jan 17 11:04:24 2009): or necklass then**
**mas_cute_aq_sau (Sat Jan 17 11:04:25 2009):** ei boss invite me again
**mas_cute_aq_sau (Sat Jan 17 11:04:26 2009):** hehehe
**mas_cute_aq_sau (Sat Jan 17 11:04:37 2009):** i wont hehehe
**pavy224 (Sat Jan 17 11:04:46 2009): why dont u show me u**
**pavy224 (Sat Jan 17 11:05:20 2009): way too cold here hon**
**mas_cute_aq_sau (Sat Jan 17 11:05:24 2009):** oh.....ur leaving?
**mas_cute_aq_sau (Sat Jan 17 11:05:28 2009):** oh i c
**pavy224 (Sat Jan 17 11:05:31 2009): i like ur kneesup like that**
**pavy224 (Sat Jan 17 11:05:36 2009): shame u have pants on**
**mas_cute_aq_sau (Sat Jan 17 11:05:42 2009):** oh.....
**mas_cute_aq_sau (Sat Jan 17 11:05:46 2009):** well well well
**pavy224 (Sat Jan 17 11:05:54 2009): how about them tits now hon**
**pavy224 (Sat Jan 17 11:06:08 2009): i know u dont have a bra on**
**mas_cute_aq_sau (Sat Jan 17 11:06:14 2009):** so what about em
**pavy224 (Sat Jan 17 11:06:30 2009): u said u would show them to me more often**
**mas_cute_aq_sau (Sat Jan 17 11:06:44 2009):** cnt remember
**pavy224 (Sat Jan 17 11:07:15 2009): well if that is how u feel about me**
**pavy224 (Sat Jan 17 11:07:23 2009): nothing i can do about it**
**pavy224 (Sat Jan 17 11:07:30 2009): thanks anyway**
**mas_cute_aq_sau (Sat Jan 17 11:07:34 2009):** oh...
**mas_cute_aq_sau (Sat Jan 17 11:07:36 2009):** welcome
**mas_cute_aq_sau (Sat Jan 17 11:07:38 2009):** hehehhe
**mas_cute_aq_sau (Sat Jan 17 11:07:57 2009):** hehhehhe
**pavy224 (Sat Jan 17 11:08:05 2009): id ask ara but she doesnt have any tits**
**mas_cute_aq_sau (Sat Jan 17 11:08:18 2009):** F U
**pavy224 (Sat Jan 17 11:08:21 2009): hehe**
**mas_cute_aq_sau (Sat Jan 17 11:08:59 2009):** what u think? thinking of me?
**mas_cute_aq_sau (Sat Jan 17 11:09:02 2009):** :D
**pavy224 (Sat Jan 17 11:09:18 2009): no i dont think of u**
**mas_cute_aq_sau (Sat Jan 17 11:09:26 2009):** oh........
**pavy224 (Sat Jan 17 11:09:29 2009): i wake up and call u so i can chat with u**
**pavy224 (Sat Jan 17 11:09:36 2009): but i dont think of u ever**
**mas_cute_aq_sau (Sat Jan 17 11:09:58 2009):** yeah .coz what u think all the time are tits
**pavy224 (Sat Jan 17 11:10:09 2009): and ur pussy hon**
**mas_cute_aq_sau (Sat Jan 17 11:10:20 2009):** ur so bad
**mas_cute_aq_sau (Sat Jan 17 11:10:22 2009):** ai
**mas_cute_aq_sau (Sat Jan 17 11:10:24 2009):** hehehhe
**pavy224 (Sat Jan 17 11:10:29 2009): i learned it all from u**
**mas_cute_aq_sau (Sat Jan 17 11:10:41 2009):** shemales
**pavy224 (Sat Jan 17 11:10:46 2009): is that black nail polish?**
**mas_cute_aq_sau (Sat Jan 17 11:11:01 2009):** same nail polish
**pavy224 (Sat Jan 17 11:11:12 2009): did u look at the ads on creigs list under erotic**
**pavy224 (Sat Jan 17 11:11:25 2009): almost 90% are she males**
**mas_cute_aq_sau (Sat Jan 17 11:11:29 2009):** what about :
**mas_cute_aq_sau (Sat Jan 17 11:11:33 2009):** oh
**mas_cute_aq_sau (Sat Jan 17 11:11:41 2009):** so shemale o na me
**mas_cute_aq_sau (Sat Jan 17 11:11:46 2009):** i got them ai
**mas_cute_aq_sau (Sat Jan 17 11:11:48 2009):** crazy

14

Case 1:09-cr-00043-SLRW Document 104 Filed 04/01/11 Page 50 of 53 PageID #: 2974

**pavy224 (Sat Jan 17 11:11:50 2009): a lot in manila hon**
**mas_cute_aq_sau (Sat Jan 17 11:11:57 2009):** nah i mean
**mas_cute_aq_sau (Sat Jan 17 11:12:01 2009):** those
**mas_cute_aq_sau (Sat Jan 17 11:12:04 2009):** u meet in
**mas_cute_aq_sau (Sat Jan 17 11:12:06 2009):** bacolod
**pavy224 (Sat Jan 17 11:12:09 2009): i know what u mean i was ignoring u**
**mas_cute_aq_sau (Sat Jan 17 11:12:14 2009):** hate u
**mas_cute_aq_sau (Sat Jan 17 11:12:26 2009):** thats why i ask u whom u meet in bacolod
**mas_cute_aq_sau (Sat Jan 17 11:12:29 2009):** u said
**mas_cute_aq_sau (Sat Jan 17 11:12:33 2009):** shes not
**mas_cute_aq_sau (Sat Jan 17 11:12:34 2009):** in CB
**mas_cute_aq_sau (Sat Jan 17 11:12:36 2009):** errrrrrrrrrrr
**pavy224 (Sat Jan 17 11:12:43 2009): kathy is in cb**
**pavy224 (Sat Jan 17 11:12:48 2009): the one with the tits**
**mas_cute_aq_sau (Sat Jan 17 11:12:54 2009):** so u lied to me
**mas_cute_aq_sau (Sat Jan 17 11:12:57 2009):** no doubt
**mas_cute_aq_sau (Sat Jan 17 11:12:59 2009):** ur nose
**mas_cute_aq_sau (Sat Jan 17 11:13:01 2009):** getting
**mas_cute_aq_sau (Sat Jan 17 11:13:05 2009):** .....
**pavy224 (Sat Jan 17 11:13:07 2009): i threw all the pics away though when i got home**
**mas_cute_aq_sau (Sat Jan 17 11:13:17 2009):** asus......
**mas_cute_aq_sau (Sat Jan 17 11:13:21 2009):** humble effect
**pavy224 (Sat Jan 17 11:13:34 2009): and the one kim that told me by ym the next day who she was in CB**
**mas_cute_aq_sau (Sat Jan 17 11:14:16 2009):** u definitely throw all the pics boss hehehhe
**pavy224 (Sat Jan 17 11:15:58 2009): i aint digging in the traqsh any more**
**pavy224 (Sat Jan 17 11:16:13 2009): but i had the cb number of kathy**
**pavy224 (Sat Jan 17 11:16:19 2009): in there**
**mas_cute_aq_sau (Sat Jan 17 11:16:22 2009):** oh.......
**pavy224 (Sat Jan 17 11:16:25 2009): but i thoiught u saw her**
**mas_cute_aq_sau (Sat Jan 17 11:16:48 2009):** maybe...one with shemales
**pavy224 (Sat Jan 17 11:17:07 2009): c01164733**
**pavy224 (Sat Jan 17 11:17:18 2009): she is one of the shemales**
**mas_cute_aq_sau (Sat Jan 17 11:17:28 2009):** ahhhh
**pavy224 (Sat Jan 17 11:18:02 2009): that is who i went to see but unlike the other shemales in cebu she didnt tell me that she was**
**pavy224 (Sat Jan 17 11:18:51 2009): and up to the time i left wouldnt admit it but the kim shemale ymed me and told me that swhe was**
**pavy224 (Sat Jan 17 11:18:55 2009): she**
**mas_cute_aq_sau (Sat Jan 17 11:19:08 2009):** no pi9cs
**mas_cute_aq_sau (Sat Jan 17 11:19:13 2009):** pics of her
**pavy224 (Sat Jan 17 11:19:14 2009): i dont have to lie to u about anythiong**
**pavy224 (Sat Jan 17 11:19:19 2009): rreally**
**pavy224 (Sat Jan 17 11:19:31 2009): well maybe she is switching her ad**
**pavy224 (Sat Jan 17 11:19:43 2009): u saw her pic hon**
**pavy224 (Sat Jan 17 11:19:49 2009): in the camera**
**mas_cute_aq_sau (Sat Jan 17 11:19:51 2009):** uh
**pavy224 (Sat Jan 17 11:20:04 2009): the one with buck teeth**
**pavy224 (Sat Jan 17 11:20:26 2009): it relly doesnt matter**
**mas_cute_aq_sau (Sat Jan 17 11:20:37 2009):** whose kim? i kind of forget
**pavy224 (Sat Jan 17 11:20:47 2009): i just told u because i thought u would get a laugh out of what**

15

happened to me

**pavy224 (Sat Jan 17 11:21:24 2009):** she was the real tall dark hair girl/guy in all black and she is on my ym

mas_cute_aq_sau (Sat Jan 17 11:22:10 2009): oh i c...so kathy didnt admit that shes shemale..kim the one told u that she is

mas_cute_aq_sau (Sat Jan 17 11:22:25 2009): ?

**pavy224 (Sat Jan 17 11:22:42 2009):** yes kim told me they all were

mas_cute_aq_sau (Sat Jan 17 11:22:48 2009): oh i c

**pavy224 (Sat Jan 17 11:22:55 2009):** but the other two also admitted it later

mas_cute_aq_sau (Sat Jan 17 11:23:09 2009): hmhmhmmh..........

**pavy224 (Sat Jan 17 11:23:19 2009):** they all called or ym ed me the next day to meet me

mas_cute_aq_sau (Sat Jan 17 11:23:32 2009): or?

mas_cute_aq_sau (Sat Jan 17 11:23:35 2009): tsk....

mas_cute_aq_sau (Sat Jan 17 11:23:51 2009): they called u

mas_cute_aq_sau (Sat Jan 17 11:23:53 2009): and

mas_cute_aq_sau (Sat Jan 17 11:23:57 2009): ym ed u

**pavy224 (Sat Jan 17 11:23:57 2009):** the hotel

mas_cute_aq_sau (Sat Jan 17 11:23:58 2009): ic

mas_cute_aq_sau (Sat Jan 17 11:24:02 2009): oh i c

**pavy224 (Sat Jan 17 11:24:30 2009):** i stayed at a hotel called sugarland that was right down the street from the bar that i met them at

**pavy224 (Sat Jan 17 11:24:45 2009):** anyway i really dont want to dewll on this

**pavy224 (Sat Jan 17 11:24:54 2009):** it was a laugh

**pavy224 (Sat Jan 17 11:25:06 2009):** dabd i was taken in no doubt

**pavy224 (Sat Jan 17 11:25:10 2009):** and

mas_cute_aq_sau (Sat Jan 17 11:25:30 2009): oh.....so much for bacolod..what about cebu......

**pavy224 (Sat Jan 17 11:25:46 2009):** that is a city in the Philippines

mas_cute_aq_sau (Sat Jan 17 11:25:52 2009): F U

**pavy224 (Sat Jan 17 11:25:52 2009):** and a province too

**pavy224 (Sat Jan 17 11:26:08 2009):** u looking at ur pussy hon

mas_cute_aq_sau (Sat Jan 17 11:26:23 2009): yeah smelled it

mas_cute_aq_sau (Sat Jan 17 11:26:33 2009): ei

**pavy224 (Sat Jan 17 11:26:33 2009):** smell okay??

mas_cute_aq_sau (Sat Jan 17 11:26:38 2009): what about cebu

mas_cute_aq_sau (Sat Jan 17 11:26:53 2009): can still smell ur cum

mas_cute_aq_sau (Sat Jan 17 11:26:56 2009): i dnt knw why

**pavy224 (Sat Jan 17 11:27:10 2009):** met some girls and came home to u

mas_cute_aq_sau (Sat Jan 17 11:27:17 2009): ozzzzzzzzzzzzzzzzzz

mas_cute_aq_sau (Sat Jan 17 11:27:38 2009): whose the one u go to beach that made u have sunburn?

**pavy224 (Sat Jan 17 11:28:01 2009):** i made mew have sun burn i layed out alone on the beach

**pavy224 (Sat Jan 17 11:28:06 2009):** me

**pavy224 (Sat Jan 17 11:28:19 2009):** u girls dont like to get tanner

mas_cute_aq_sau (Sat Jan 17 11:28:34 2009): c mon   promise boss i wont tell her that u tell me about her

mas_cute_aq_sau (Sat Jan 17 11:28:37 2009): swaa

**pavy224 (Sat Jan 17 11:28:41 2009):** hehe

mas_cute_aq_sau (Sat Jan 17 11:28:41 2009):

mas_cute_aq_sau (Sat Jan 17 11:28:43 2009):

**pavy224 (Sat Jan 17 11:28:43 2009):** TOR

16

**pavy224 (Sat Jan 17 11:28:53 2009):** tits?
**pavy224 (Sat Jan 17 11:28:58 2009):** pussy?
**mas_cute_aq_sau (Sat Jan 17 11:29:01 2009):** transcript of records
**mas_cute_aq_sau (Sat Jan 17 11:29:12 2009):** huh
**mas_cute_aq_sau (Sat Jan 17 11:29:17 2009):** ei am serious
**pavy224 (Sat Jan 17 11:29:18 2009):** well cebu is how u put it
**pavy224 (Sat Jan 17 11:29:23 2009):** secret
**mas_cute_aq_sau (Sat Jan 17 11:29:29 2009):** F U
**pavy224 (Sat Jan 17 11:29:32 2009):** hehe
**pavy224 (Sat Jan 17 11:29:38 2009):** how u like it honey
**mas_cute_aq_sau (Sat Jan 17 11:29:55 2009):** ei
**mas_cute_aq_sau (Sat Jan 17 11:29:56 2009):** am serious
**pavy224 (Sat Jan 17 11:30:03 2009):** i did it frist so yours doesnt count
**mas_cute_aq_sau (Sat Jan 17 11:30:13 2009):** hate u
**pavy224 (Sat Jan 17 11:30:18 2009):** there is nothong to tell
**pavy224 (Sat Jan 17 11:30:22 2009):** nothing
**mas_cute_aq_sau (Sat Jan 17 11:30:31 2009):** coz theres something to hide
**pavy224 (Sat Jan 17 11:30:34 2009):** hung out and that was it
**mas_cute_aq_sau (Sat Jan 17 11:30:34 2009):** thats soo
**pavy224 (Sat Jan 17 11:30:40 2009):** nope
**mas_cute_aq_sau (Sat Jan 17 11:30:40 2009):** ozzzzzzzzz
**pavy224 (Sat Jan 17 11:30:52 2009):** ask the girls in the hotel lobby
**mas_cute_aq_sau (Sat Jan 17 11:31:01 2009):** huh.....
**mas_cute_aq_sau (Sat Jan 17 11:31:07 2009):** why them...
**pavy224 (Sat Jan 17 11:31:15 2009):** well they wilol know if i was staying with girls there
**mas_cute_aq_sau (Sat Jan 17 11:31:24 2009):** hmmmm.....
**mas_cute_aq_sau (Sat Jan 17 11:31:36 2009):** why u dnt tell me ......
**pavy224 (Sat Jan 17 11:31:40 2009):** i had several pick me up there but not stay
**pavy224 (Sat Jan 17 11:31:52 2009):** why didnt i tell u what
**mas_cute_aq_sau (Sat Jan 17 11:31:54 2009):** convince me
**mas_cute_aq_sau (Sat Jan 17 11:31:57 2009):** :D
**pavy224 (Sat Jan 17 11:31:57 2009):** there is nothing to tell
**pavy224 (Sat Jan 17 11:32:02 2009):** no need to
**mas_cute_aq_sau (Sat Jan 17 11:32:17 2009):** ahhh okay
**pavy224 (Sat Jan 17 11:32:18 2009):** all the craziness is in your imigination
**mas_cute_aq_sau (Sat Jan 17 11:32:21 2009):** fine
**pavy224 (Sat Jan 17 11:32:24 2009):** and i cant change that
**pavy224 (Sat Jan 17 11:32:28 2009):** only u can
**mas_cute_aq_sau (Sat Jan 17 11:32:45 2009):** i like to stay this way
**mas_cute_aq_sau (Sat Jan 17 11:32:50 2009):** would it be okay?
**pavy224 (Sat Jan 17 11:32:53 2009):** what crazy
**mas_cute_aq_sau (Sat Jan 17 11:32:57 2009):** yeah
**pavy224 (Sat Jan 17 11:33:00 2009):** sure
**pavy224 (Sat Jan 17 11:33:03 2009):** if u want
**mas_cute_aq_sau (Sat Jan 17 11:33:11 2009):** if thats how u define it
**pavy224 (Sat Jan 17 11:33:25 2009):** yep
**mas_cute_aq_sau (Sat Jan 17 11:33:30 2009):** okay
**mas_cute_aq_sau (Sat Jan 17 11:33:33 2009):** :'(
**pavy224 (Sat Jan 17 11:33:34 2009):** jealousy is craziness
**mas_cute_aq_sau (Sat Jan 17 11:33:35 2009):** ahehehehe

17

mas_cute_aq_sau (Sat Jan 17 11:34:07 2009): cnt blame u if u define it that way
pavy224 (Sat Jan 17 11:34:12 2009): ill put ur left tit against any tit i saw in the Phil in contest hon
mas_cute_aq_sau (Sat Jan 17 11:34:29 2009): oh?
pavy224 (Sat Jan 17 11:34:33 2009): left is the big one
mas_cute_aq_sau (Sat Jan 17 11:34:39 2009): oh?
mas_cute_aq_sau (Sat Jan 17 11:34:54 2009): really?
pavy224 (Sat Jan 17 11:35:01 2009): but that iswnt much of a contest since i only saw yours
mas_cute_aq_sau (Sat Jan 17 11:35:25 2009): huh
mas_cute_aq_sau (Sat Jan 17 11:35:30 2009): convince me
pavy224 (Sat Jan 17 11:35:35 2009): dont have to
mas_cute_aq_sau (Sat Jan 17 11:35:41 2009): hmhmm
mas_cute_aq_sau (Sat Jan 17 11:35:42 2009): well
pavy224 (Sat Jan 17 11:35:54 2009): im chatting with u
pavy224 (Sat Jan 17 11:35:58 2009): dfnot them
pavy224 (Sat Jan 17 11:36:01 2009): not
mas_cute_aq_sau (Sat Jan 17 11:36:08 2009): figured
pavy224 (Sat Jan 17 11:36:27 2009): dont beat me up today plesaase hon
mas_cute_aq_sau (Sat Jan 17 11:36:34 2009): am not
mas_cute_aq_sau (Sat Jan 17 11:36:47 2009): feel sleepy though
pavy224 (Sat Jan 17 11:36:54 2009): me too
pavy224 (Sat Jan 17 11:37:02 2009): and i shouldnt
pavy224 (Sat Jan 17 11:37:11 2009): i just slept
mas_cute_aq_sau (Sat Jan 17 11:37:11 2009): had ur lunch?
mas_cute_aq_sau (Sat Jan 17 11:37:13 2009): yeah
mas_cute_aq_sau (Sat Jan 17 11:37:14 2009): coz
pavy224 (Sat Jan 17 11:37:16 2009): no
mas_cute_aq_sau (Sat Jan 17 11:37:16 2009): u just
mas_cute_aq_sau (Sat Jan 17 11:37:18 2009): woke up
pavy224 (Sat Jan 17 11:37:23 2009): yep
mas_cute_aq_sau (Sat Jan 17 11:37:27 2009): oh? start of diet?
pavy224 (Sat Jan 17 11:37:37 2009): no chatting with u
pavy224 (Sat Jan 17 11:37:44 2009): and u wouldnt let me eat\
mas_cute_aq_sau (Sat Jan 17 11:37:47 2009): aws... ....
mas_cute_aq_sau (Sat Jan 17 11:37:51 2009): ai OA
pavy224 (Sat Jan 17 11:37:52 2009): kept questioning me
pavy224 (Sat Jan 17 11:38:04 2009): felt like i was in the court
pavy224 (Sat Jan 17 11:38:13 2009): pleading for my life
pavy224 (Sat Jan 17 11:38:23 2009): now that is OA hon
mas_cute_aq_sau (Sat Jan 17 11:38:25 2009): ai ...OA, ....
mas_cute_aq_sau (Sat Jan 17 11:38:31 2009): hehehhe
mas_cute_aq_sau (Sat Jan 17 11:39:02 2009): so the court is ajourn hehhehe whatever
pavy224 (Sat Jan 17 11:39:21 2009): well baby so i
mas_cute_aq_sau (Sat Jan 17 11:39:29 2009): ) nice day ahead
pavy224 (Sat Jan 17 11:39:30 2009): i am going to go and let u get to sleep
mas_cute_aq_sau (Sat Jan 17 11:39:34 2009): mwaaukssas
mas_cute_aq_sau (Sat Jan 17 11:39:39 2009):
pavy224 (Sat Jan 17 11:39:42 2009): and try to get some positive things done today
pavy224 (Sat Jan 17 11:39:46 2009): love ya
pavy224 (Sat Jan 17 11:39:50 2009): bye

18