Case 1:09-cr-00043-SLR   Document 105   Filed 04/01/11   Page 1 of 37 PageID #: 2978

# Exhibit # 274

**United States v. Paul Pavulak**

**HP Laptop**

**shahara_babes (Sat Jan 17 06:28:23 2009):** hi hon
**shahara_babes (Sat Jan 17 06:28:32 2009):** im here again
**shahara_babes (Sat Jan 17 06:28:36 2009):** i love u
**shahara_babes (Sat Jan 17 06:28:59 2009):** i already saved the pics on the computer
**shahara_babes (Sat Jan 17 06:34:53 2009):** im worried about shannon this morning hon...
**shahara_babes (Sat Jan 17 06:36:22 2009):** i know ur still sleeping hon,,,
**shahara_babes (Sat Jan 17 06:36:44 2009):** i eat dinner first hon
**pavy224 (Sat Jan 17 07:03:52 2009):** hi
**shahara_babes (Sat Jan 17 07:04:02 2009):** hello
**pavy224 (Sat Jan 17 07:04:11 2009):** i just got up
**pavy224 (Sat Jan 17 07:04:20 2009):** i setthe alarm
**shahara_babes (Sat Jan 17 07:04:25 2009):** hows ur morning
**pavy224 (Sat Jan 17 07:04:28 2009):** set the alarm
**shahara_babes (Sat Jan 17 07:04:34 2009):** did u dreamed of me
**pavy224 (Sat Jan 17 07:04:51 2009):** up every minute of the night
**pavy224 (Sat Jan 17 07:05:38 2009):** u said u were worrieed about shannon how hon
**shahara_babes (Sat Jan 17 07:05:47 2009):** not available
**shahara_babes (Sat Jan 17 07:06:03 2009):** ur cam not available
**pavy224 (Sat Jan 17 07:06:05 2009):** yep idle again here
**pavy224 (Sat Jan 17 07:06:20 2009):** now try
**pavy224 (Sat Jan 17 07:06:40 2009):** wow an empty rookjm
**pavy224 (Sat Jan 17 07:06:44 2009):** room
**pavy224 (Sat Jan 17 07:06:48 2009):** oh there u are hehe
**shahara_babes (Sat Jan 17 07:06:56 2009):** hehehe
**pavy224 (Sat Jan 17 07:07:10 2009):** still cold here hon -16 C
**shahara_babes (Sat Jan 17 07:07:24 2009):** its cold here too
**shahara_babes (Sat Jan 17 07:07:31 2009):** i wore jacket
**pavy224 (Sat Jan 17 07:07:33 2009):** good think we can take showers inside
**pavy224 (Sat Jan 17 07:07:47 2009):** oops ur gone again
**pavy224 (Sat Jan 17 07:15:08 2009):** nothing there on
**shahara_babes (Sat Jan 17 07:16:44 2009):** its bad signal hon
**pavy224 (Sat Jan 17 07:16:58 2009):** i figured that hon
**pavy224 (Sat Jan 17 07:17:09 2009):** so what is this about shannon
**shahara_babes (Sat Jan 17 07:17:12 2009):** i already saved all the pics in the computer
**shahara_babes (Sat Jan 17 07:26:19 2009):** did u take a bath yet
**pavy224 (Sat Jan 17 07:26:29 2009):** u back
**shahara_babes (Sat Jan 17 07:26:47 2009):** shannon was sleeping now
**pavy224 (Sat Jan 17 07:27:04 2009):** no hon i just woke up, pee, wash my face brush my teeth and came on line
**pavy224 (Sat Jan 17 07:27:40 2009):** well the bed is empty i c
**shahara_babes (Sat Jan 17 07:27:50 2009):** hehehe
**pavy224 (Sat Jan 17 07:28:18 2009):** thats nice how about me seing u
**pavy224 (Sat Jan 17 07:28:22 2009):** seeing
**pavy224 (Sat Jan 17 07:28:52 2009):** where is shannon hon it is 8 30 pm?
**shahara_babes (Sat Jan 17 08:01:13 2009):** hi hon
**shahara_babes (Sat Jan 17 08:01:34 2009):** are u angry at me
**shahara_babes (Sat Jan 17 08:02:52 2009):** where are u now??
**shahara_babes (Sat Jan 17 08:03:02 2009):** im crying right now...
**shahara_babes (Sat Jan 17 08:03:34 2009):** little problem here about shannon
**pavy224 (Sat Jan 17 09:47:25 2009):** of course im not mad at u hon. I went back to sleep when u

1



were having trouble with the line and just got up now. Slep good and se u in the am.
shahara_babes (Sat Jan 17 19:54:02 2009): hi honey..
shahara_babes (Sat Jan 17 19:54:10 2009): good morning...
shahara_babes (Sat Jan 17 19:54:46 2009): i just finished taken a bath hon
shahara_babes (Sat Jan 17 19:55:20 2009): i used the shower gel and the scruber.i love it! hehehe
shahara_babes (Sat Jan 17 19:57:05 2009): brb hon,i hav to eat breakfast
shahara_babes (Sat Jan 17 19:57:11 2009): i love u hon
shahara_babes (Sat Jan 17 19:57:13 2009): muah
shahara_babes (Sat Jan 17 21:03:48 2009): just sleep well hon and always dream of me...i know ur still sleeping and tired of ur work.i wish i am there to take care of u and make love to u always.hehehe.i give u massage when u are tired of work...muahhhhhhhhhhhhhh
shahara_babes (Sat Jan 17 21:04:21 2009): today is a sinulog feistival in cebu
shahara_babes (Sat Jan 17 22:00:07 2009): brb hon
shahara_babes (Sat Jan 17 22:29:00 2009): brb honey paul,i have to poop....! i hav to turn off the computer

2

# Exhibit # 275

**United States v. Paul Pavulak**

**HP Laptop**

shahara_babes (Sun Jan 18 05:58:18 2009): hi honey,! i miss u so much ..hope u miss me too hon
shahara_babes (Sun Jan 18 06:21:21 2009): i eat dinner hon
shahara_babes (Sun Jan 18 06:52:46 2009): :-*
shahara_babes (Sun Jan 18 06:53:10 2009): :-*:-*:-*
shahara_babes (Sun Jan 18 06:53:49 2009): :-S
shahara_babes (Sun Jan 18 06:54:07 2009): :-S:-S:-S
pavy224 (Sun Jan 18 07:05:34 2009): u7 there
shahara_babes (Sun Jan 18 07:05:47 2009): hi honeyyy
shahara_babes (Sun Jan 18 07:05:50 2009): miss u
pavy224 (Sun Jan 18 07:05:56 2009): hi miss u too
shahara_babes (Sun Jan 18 07:06:08 2009): r morning there
pavy224 (Sun Jan 18 07:06:08 2009): i have been sleeping for the past 24 hours
pavy224 (Sun Jan 18 07:06:14 2009): yes
shahara_babes (Sun Jan 18 07:06:18 2009): hows ur
pavy224 (Sun Jan 18 07:06:27 2009): just couldnt get used to the time change i guess
pavy224 (Sun Jan 18 07:07:13 2009): so what is going on with ████ hon
pavy224 (Sun Jan 18 07:07:18 2009): wow red
pavy224 (Sun Jan 18 07:07:36 2009): u have a good day today?
shahara_babes (Sun Jan 18 07:07:51 2009): there u are
shahara_babes (Sun Jan 18 07:08:01 2009): im so happy hon to see u
pavy224 (Sun Jan 18 07:08:03 2009): yep its me
pavy224 (Sun Jan 18 07:08:23 2009): still feel tired but i know now it is just in my head
shahara_babes (Sun Jan 18 07:08:31 2009): yup wearing red
pavy224 (Sun Jan 18 07:08:42 2009): what did u do today
shahara_babes (Sun Jan 18 07:08:50 2009): are u in ur office hon?
pavy224 (Sun Jan 18 07:08:59 2009): yes just got here
pavy224 (Sun Jan 18 07:09:07 2009): and am cooking breakfast
shahara_babes (Sun Jan 18 07:09:30 2009): brb
shahara_babes (Sun Jan 18 07:10:25 2009): im done eating my dinner hon
shahara_babes (Sun Jan 18 07:10:53 2009): i ate rice,noodles and vegetables
shahara_babes (Sun Jan 18 07:12:03 2009): ████ was fall off in the stairs hon
shahara_babes (Sun Jan 18 07:12:57 2009): i took her to the doctor therapist this morning,dont worry shes a little bit ok now
shahara_babes (Sun Jan 18 07:13:05 2009): shes sleeping now hon
shahara_babes (Sun Jan 18 07:13:15 2009): shes tired
pavy224 (Sun Jan 18 07:13:15 2009): good
pavy224 (Sun Jan 18 07:13:23 2009): that happens to kids hon
pavy224 (Sun Jan 18 07:13:40 2009): nice shirt hon
shahara_babes (Sun Jan 18 07:14:00 2009): thanx hon
shahara_babes (Sun Jan 18 07:14:10 2009): im wearing jacket now
pavy224 (Sun Jan 18 07:14:28 2009): cold there?
shahara_babes (Sun Jan 18 07:14:34 2009): ur cock still sleeping hon???
shahara_babes (Sun Jan 18 07:14:49 2009): can i see it?
shahara_babes (Sun Jan 18 07:15:13 2009): u eat reakfast hon?
pavy224 (Sun Jan 18 07:15:21 2009): phone is on low bat too hon
shahara_babes (Sun Jan 18 07:15:27 2009): brb ,i hav to pee
pavy224 (Sun Jan 18 07:15:29 2009): yep
pavy224 (Sun Jan 18 07:15:32 2009): look
pavy224 (Sun Jan 18 07:16:08 2009): icu pee hn
pavy224 (Sun Jan 18 07:16:11 2009): hon
pavy224 (Sun Jan 18 07:16:35 2009): hehe

1



shahara_babes (Sun Jan 18 07:17:01 2009): wowwwwww
pavy224 (Sun Jan 18 07:17:15 2009): steak beef and toast
shahara_babes (Sun Jan 18 07:17:23 2009): s that a beef hon and bread?
pavy224 (Sun Jan 18 07:18:03 2009): yes
pavy224 (Sun Jan 18 07:18:15 2009): i guess i got to change to fish and rice though
shahara_babes (Sun Jan 18 07:18:17 2009): taste good hon
pavy224 (Sun Jan 18 07:18:40 2009): yep usually have a few eggs with it but was tooo lazy to cook them
shahara_babes (Sun Jan 18 07:19:07 2009): thats one of my favoreite hon, fish
shahara_babes (Sun Jan 18 07:19:11 2009): hehehe
pavy224 (Sun Jan 18 07:19:30 2009): well u eat the fish then and i will eat chiocken hehe
shahara_babes (Sun Jan 18 07:19:53 2009): i will both hon
shahara_babes (Sun Jan 18 07:20:04 2009): eat both
pavy224 (Sun Jan 18 07:20:06 2009): what u do today hon
shahara_babes (Sun Jan 18 07:20:37 2009): i clean the backyards hon
pavy224 (Sun Jan 18 07:20:40 2009): sis still gone
shahara_babes (Sun Jan 18 07:20:47 2009): i burned the trash
pavy224 (Sun Jan 18 07:20:52 2009): really
shahara_babes (Sun Jan 18 07:20:59 2009): shes still in the city
shahara_babes (Sun Jan 18 07:21:12 2009): today is sinulog festival
pavy224 (Sun Jan 18 07:21:16 2009): ic
pavy224 (Sun Jan 18 07:21:30 2009): how long does it last
shahara_babes (Sun Jan 18 07:21:49 2009): i miss to see ur cock on cam hon
shahara_babes (Sun Jan 18 07:21:59 2009): i want to see it right now
shahara_babes (Sun Jan 18 07:22:13 2009): plsssssssssssss
pavy224 (Sun Jan 18 07:22:13 2009): no not today hon
shahara_babes (Sun Jan 18 07:22:20 2009): why not??
pavy224 (Sun Jan 18 07:22:24 2009): im eating and he s still low bat
shahara_babes (Sun Jan 18 07:22:31 2009): im wet hon
shahara_babes (Sun Jan 18 07:22:35 2009): hehehe
pavy224 (Sun Jan 18 07:22:39 2009): well u just peded
pavy224 (Sun Jan 18 07:22:44 2009): peede
pavy224 (Sun Jan 18 07:22:49 2009): peeded
pavy224 (Sun Jan 18 07:22:57 2009): of course ur wet
pavy224 (Sun Jan 18 07:23:31 2009): i have to go to the hospital in two weeks
shahara_babes (Sun Jan 18 07:23:35 2009): im really wet hon
shahara_babes (Sun Jan 18 07:23:39 2009): why hon?
pavy224 (Sun Jan 18 07:23:40 2009): to have my annual physical
pavy224 (Sun Jan 18 07:24:07 2009): it takes all day and they hook u up to all kinds of machines and take blood etc
pavy224 (Sun Jan 18 07:24:16 2009): i just got the notice in the mail
pavy224 (Sun Jan 18 07:24:55 2009): ur b day oct 11 ??
shahara_babes (Sun Jan 18 07:24:59 2009): ah ok
shahara_babes (Sun Jan 18 07:25:05 2009): yup
pavy224 (Sun Jan 18 07:25:15 2009): well i will be there for it this year
shahara_babes (Sun Jan 18 07:25:29 2009): u still remember my b_day hon?
pavy224 (Sun Jan 18 07:25:44 2009): that is what bfs do hon
shahara_babes (Sun Jan 18 07:26:15 2009): ok hon
pavy224 (Sun Jan 18 07:26:41 2009): i got a real lot of work to do this week hon
shahara_babes (Sun Jan 18 07:26:48 2009): the dildo and the vibrator was in my bed right now hon
pavy224 (Sun Jan 18 07:26:59 2009): hehe
shahara_babes (Sun Jan 18 07:27:08 2009): yup its true
pavy224 (Sun Jan 18 07:27:11 2009): guess u will have a fun night tonight hon\
shahara_babes (Sun Jan 18 07:27:24 2009): i showed them to my mother this afternoon
pavy224 (Sun Jan 18 07:27:27 2009): doesnt it wake ur parents?
pavy224 (Sun Jan 18 07:28:04 2009): when u use them at night]

2

**shahara_babes (Sun Jan 18 07:28:18 2009):** when i locked the door,she already knows what i am doing in the room
**shahara_babes (Sun Jan 18 07:28:20 2009):** hehehe
**pavy224 (Sun Jan 18 07:28:59 2009):** u lock them out a lot hon
**pavy224 (Sun Jan 18 07:29:54 2009):** snow to day hon
**shahara_babes (Sun Jan 18 07:30:02 2009):** u know hon,i have to watched ▮▮▮▮▮ everyday     *Jane Doe*
**pavy224 (Sun Jan 18 07:30:25 2009):** well she is ur daughter hon
**pavy224 (Sun Jan 18 07:30:47 2009):** u should
**pavy224 (Sun Jan 18 07:30:59 2009):** but u cant stop her from falling down
**pavy224 (Sun Jan 18 07:31:06 2009):** all the time
**shahara_babes (Sun Jan 18 07:31:11 2009):** because this morning when i am at the bed reading the books
**pavy224 (Sun Jan 18 07:32:04 2009):** turn on the vidios for her
**shahara_babes (Sun Jan 18 07:32:12 2009):** shes in the living room,she lay down and she saw a series bulb and she put it in her pussy
**pavy224 (Sun Jan 18 07:32:13 2009):** to watch on the computer\
**shahara_babes (Sun Jan 18 07:32:28 2009):** its true..
**pavy224 (Sun Jan 18 07:32:33 2009):** girls do that hon
**shahara_babes (Sun Jan 18 07:32:33 2009):** i shouted her
**shahara_babes (Sun Jan 18 07:32:50 2009):** its a small bulb hon
**pavy224 (Sun Jan 18 07:33:17 2009):** yeah but she wont get it in to far because it will hurt and she will stop
**shahara_babes (Sun Jan 18 07:33:43 2009):** and im so scared of her doing this morning..
**shahara_babes (Sun Jan 18 07:33:54 2009):** hope she wont do that again
**pavy224 (Sun Jan 18 07:34:06 2009):** well there are a lot of things she does that u never see hon
**shahara_babes (Sun Jan 18 07:35:11 2009):** honey,tomorrow i go to carcar mall hon
**pavy224 (Sun Jan 18 07:35:25 2009):** yeah what for hon hehe
**shahara_babes (Sun Jan 18 07:35:26 2009):** i buy milk for shannon hon
**pavy224 (Sun Jan 18 07:35:33 2009):** oh
**shahara_babes (Sun Jan 18 07:35:45 2009):** can is empty now
**pavy224 (Sun Jan 18 07:36:52 2009):** i lost u
**shahara_babes (Sun Jan 18 07:36:53 2009):** u mad at me hon
**pavy224 (Sun Jan 18 07:37:23 2009):** not ur web cam but the ym screen that u type on disappered
**pavy224 (Sun Jan 18 07:37:41 2009):** i can still see u\
**shahara_babes (Sun Jan 18 07:37:48 2009):** ah ok
**pavy224 (Sun Jan 18 07:37:53 2009):** but had to bring ym back up
**shahara_babes (Sun Jan 18 07:38:32 2009):** are u ready to show me ur cock hon
**shahara_babes (Sun Jan 18 07:38:50 2009):** ur finished eating breakfast
**pavy224 (Sun Jan 18 07:38:51 2009):** we will do that on tuesdays and fridays ok
**shahara_babes (Sun Jan 18 07:39:10 2009):** ok hon..
**pavy224 (Sun Jan 18 07:39:13 2009):** plus ur mom is in the room\
**shahara_babes (Sun Jan 18 07:39:32 2009):** u will take viagra on tuesday
**pavy224 (Sun Jan 18 07:39:45 2009):** hehe
**pavy224 (Sun Jan 18 07:40:00 2009):** i wont take viagra until i get back there with u
**shahara_babes (Sun Jan 18 07:40:05 2009):** she wants to see the dildo again hon
**pavy224 (Sun Jan 18 07:40:15 2009):** well show her
**shahara_babes (Sun Jan 18 07:40:36 2009):** i told her that the didlo was in my drawer
**shahara_babes (Sun Jan 18 07:40:41 2009):** ok i will show her
**shahara_babes (Sun Jan 18 07:40:45 2009):** heheh
**pavy224 (Sun Jan 18 07:41:31 2009):** sis take hers with her?
**shahara_babes (Sun Jan 18 07:41:48 2009):** hehehe
**shahara_babes (Sun Jan 18 07:42:03 2009):** shes in the livivg room hon with the dildo
**shahara_babes (Sun Jan 18 07:42:10 2009):** living
**pavy224 (Sun Jan 18 07:42:58 2009):** hope ur dad doesnt get maqd at me for making dildos available to the duran girls hehe
**shahara_babes (Sun Jan 18 07:42:58 2009):** u want me to show the dildo to my father hon?

3

Case 1:09-cr-00043-SER   Document 105   Filed 04/05/11   Page 8 of 36 PageID #: 2989

shahara_babes (Sun Jan 18 07:43:08 2009): hehehe
pavy224 (Sun Jan 18 07:43:21 2009): no hon i dont think he will be interested
pavy224 (Sun Jan 18 07:43:38 2009): maybe grandmom
shahara_babes (Sun Jan 18 07:43:46 2009): come on hon show me now...
shahara_babes (Sun Jan 18 07:44:11 2009): grandma miss sex,i guess
shahara_babes (Sun Jan 18 07:44:13 2009): hehehe
pavy224 (Sun Jan 18 07:44:26 2009): u r so bad hon
shahara_babes (Sun Jan 18 07:44:29 2009): long time no sex hon
shahara_babes (Sun Jan 18 07:44:45 2009): ar u still tired hon
shahara_babes (Sun Jan 18 07:44:59 2009): i hav to pee again hon
pavy224 (Sun Jan 18 07:45:43 2009): well my head says i am but i slept 24 hours so i cant be
pavy224 (Sun Jan 18 07:47:24 2009): i think i need to go outside and run around
shahara_babes (Sun Jan 18 07:47:36 2009): hehehe
shahara_babes (Sun Jan 18 07:47:50 2009): just drink more coffee hon
shahara_babes (Sun Jan 18 07:48:17 2009): u wont be tired
pavy224 (Sun Jan 18 07:48:18 2009): see low bat and i got to pee too
shahara_babes (Sun Jan 18 07:48:21 2009): hehehe
pavy224 (Sun Jan 18 07:48:35 2009): well nothing tasts too good
shahara_babes (Sun Jan 18 07:48:41 2009): its fine for me if that still low batt hon
pavy224 (Sun Jan 18 07:48:43 2009): tastes
pavy224 (Sun Jan 18 07:49:18 2009): it will stay on low bat till i come back to u
pavy224 (Sun Jan 18 07:49:27 2009): i cant do that
pavy224 (Sun Jan 18 07:49:34 2009): with my tomguel\
shahara_babes (Sun Jan 18 07:49:41 2009): hehehe
shahara_babes (Sun Jan 18 07:50:25 2009): hon,why u didnt buy artificial pussy?
pavy224 (Sun Jan 18 07:50:32 2009): i got to poop to hon
shahara_babes (Sun Jan 18 07:50:38 2009): in times u miss sex u can use it
shahara_babes (Sun Jan 18 07:50:40 2009): hehehe
shahara_babes (Sun Jan 18 07:50:49 2009): ok hon
shahara_babes (Sun Jan 18 07:51:01 2009): no need to masturbate hon
pavy224 (Sun Jan 18 07:51:06 2009): i canjust grab it by its neck and chock it hon
pavy224 (Sun Jan 18 07:51:16 2009): choke
shahara_babes (Sun Jan 18 07:51:20 2009): i know thers artificial pussy there in states
pavy224 (Sun Jan 18 07:51:29 2009): how do u kmow that
pavy224 (Sun Jan 18 07:51:31 2009): know
shahara_babes (Sun Jan 18 07:51:55 2009): in the computer hon
pavy224 (Sun Jan 18 07:52:07 2009): u been searching things hon
shahara_babes (Sun Jan 18 07:52:12 2009): yup
pavy224 (Sun Jan 18 07:52:28 2009): good thats how u pearn
pavy224 (Sun Jan 18 07:52:33 2009): learn things
pavy224 (Sun Jan 18 07:52:38 2009): tired hon??
shahara_babes (Sun Jan 18 07:52:57 2009): not so tired hon..
pavy224 (Sun Jan 18 07:53:09 2009): i havent had a chance to sleep with u yet on the new bed hon
pavy224 (Sun Jan 18 07:53:27 2009): or fuck u either
shahara_babes (Sun Jan 18 07:53:46 2009): soon hon when u comeback..we sleep together in the new bed
shahara_babes (Sun Jan 18 07:54:03 2009): i love it very muchh
pavy224 (Sun Jan 18 07:54:10 2009): can we lock the door for a while first??
shahara_babes (Sun Jan 18 07:54:26 2009): i am now comfortale of the new bed hon
pavy224 (Sun Jan 18 07:54:52 2009): i got to go to the cr hon
shahara_babes (Sun Jan 18 07:54:58 2009): ok hon
shahara_babes (Sun Jan 18 07:55:01 2009): go
shahara_babes (Sun Jan 18 07:55:20 2009): i will wait u..
shahara_babes (Sun Jan 18 07:56:19 2009): i will lie down for awhile hon
shahara_babes (Sun Jan 18 07:57:41 2009): i masturbate this morning hon,just once
pavy224 (Sun Jan 18 07:59:18 2009): just once

4

Case 1:09-cr-00043-SER  Document 105  Filed 04/07/15  Page 9 of 37 PageID #: 2986

pavy224 (Sun Jan 18 07:59:23 2009): thats a shame
pavy224 (Sun Jan 18 07:59:39 2009): i c u
shahara_babes (Sun Jan 18 08:00:06 2009): u saw me lay down hon
pavy224 (Sun Jan 18 08:00:07 2009): so do the guys in the villiage like ur skirt hon
pavy224 (Sun Jan 18 08:00:26 2009): where is ██████ *Jane Doe* ?
shahara_babes (Sun Jan 18 08:00:31 2009): what guy in the village hon?
pavy224 (Sun Jan 18 08:00:38 2009): any of them
shahara_babes (Sun Jan 18 08:00:44 2009): whos guy?
pavy224 (Sun Jan 18 08:01:00 2009): im sure they know a sexy girl when they see one
shahara_babes (Sun Jan 18 08:01:07 2009): shes sleeping now hon
pavy224 (Sun Jan 18 08:01:18 2009): on the bed?
shahara_babes (Sun Jan 18 08:01:44 2009): shes still in the living room hon with my mom
pavy224 (Sun Jan 18 08:02:01 2009): okay cause i didnt see her in bed
pavy224 (Sun Jan 18 08:02:24 2009): looks like ur going to bed soon
shahara_babes (Sun Jan 18 08:03:47 2009): after we chat hon i go to bed
pavy224 (Sun Jan 18 08:04:01 2009): yes i think so
shahara_babes (Sun Jan 18 08:04:01 2009): im still watching at u hon
shahara_babes (Sun Jan 18 08:04:11 2009): wow!!!
pavy224 (Sun Jan 18 08:04:15 2009): i have to go through all the junk here in h
pavy224 (Sun Jan 18 08:04:19 2009): my office.
shahara_babes (Sun Jan 18 08:04:24 2009): i love when u smileeee
shahara_babes (Sun Jan 18 08:04:37 2009): u look more handsome hon
pavy224 (Sun Jan 18 08:04:42 2009): there are two football games on to day one at 1pm and 4 pm
shahara_babes (Sun Jan 18 08:04:44 2009): keep smiling...
pavy224 (Sun Jan 18 08:05:06 2009): so i will get to go through all the junk and put it away
pavy224 (Sun Jan 18 08:05:20 2009): well it is easy to smile when i see u hon
shahara_babes (Sun Jan 18 08:05:21 2009): ah ok
shahara_babes (Sun Jan 18 08:06:02 2009): im very happy hon when i see u on cam
pavy224 (Sun Jan 18 08:07:41 2009): we have to come up with a system for me to let u now when
im on line. I think i will call u when i come on u dont have to answer just kjow when the phone
rings that it is me going on line. ususlly in ur morning 7am to 9am and at night 8 to 9\
shahara_babes (Sun Jan 18 08:08:43 2009): thats a good idea hon
pavy224 (Sun Jan 18 08:08:56 2009): when i get more busy at work which will be march to
september
pavy224 (Sun Jan 18 08:09:04 2009): my hours will be more eratic
pavy224 (Sun Jan 18 08:09:09 2009): varied
shahara_babes (Sun Jan 18 08:09:19 2009): ok just miss call me hon at my mobile
pavy224 (Sun Jan 18 08:09:21 2009): so iwill let u know when i can chat
shahara_babes (Sun Jan 18 08:09:26 2009): when u online
shahara_babes (Sun Jan 18 08:09:28 2009): ok hon
pavy224 (Sun Jan 18 08:09:29 2009): ok
pavy224 (Sun Jan 18 08:09:43 2009): ur mobile low bat hon??
shahara_babes (Sun Jan 18 08:10:06 2009): i will charge it later hon
shahara_babes (Sun Jan 18 08:10:26 2009): its lowbatt same of ur cock
shahara_babes (Sun Jan 18 08:10:46 2009): hehehe
pavy224 (Sun Jan 18 08:10:57 2009): yep          *Jane Doe*
shahara_babes (Sun Jan 18 08:10:59 2009): only me and██████ in our house hon
shahara_babes (Sun Jan 18 08:11:06 2009): my parents were not here
pavy224 (Sun Jan 18 08:11:40 2009): where did they go\
pavy224 (Sun Jan 18 08:11:53 2009): did mom take the dildo with her?
shahara_babes (Sun Jan 18 08:12:00 2009): they went to my grandmas house hon
shahara_babes (Sun Jan 18 08:12:12 2009): no!
pavy224 (Sun Jan 18 08:12:36 2009): did sis take hers with her
shahara_babes (Sun Jan 18 08:13:01 2009): yup
pavy224 (Sun Jan 18 08:13:03 2009): butt plug hon
pavy224 (Sun Jan 18 08:13:17 2009): so pull ur skirt up hon

5

Case 1:09-cr-00043-SER   Document 105   Filed 04/05/15   Page 12 of 36 PageID #: 2989

pavy224 (Sun Jan 18 08:39:04 2009): nice thanks
pavy224 (Sun Jan 18 08:39:13 2009): cum for me
pavy224 (Sun Jan 18 08:39:19 2009): hehe
pavy224 (Sun Jan 18 08:39:25 2009): now ▆▆▆▆  *Jane Does*
shahara_babes (Sun Jan 18 08:39:28 2009): hehee
shahara_babes (Sun Jan 18 08:39:38 2009): diapers on
pavy224 (Sun Jan 18 08:39:42 2009): oh   *Jane Doe*
shahara_babes (Sun Jan 18 08:39:49 2009): u cant see ▆▆▆▆ pussy
pavy224 (Sun Jan 18 08:40:04 2009): well maybe sometime soon
shahara_babes (Sun Jan 18 08:40:11 2009): yup
shahara_babes (Sun Jan 18 08:40:26 2009): morning u can see her naked hon
pavy224 (Sun Jan 18 08:40:31 2009): ok
pavy224 (Sun Jan 18 08:40:45 2009): that will be tonight for me
shahara_babes (Sun Jan 18 08:40:57 2009): ah ok
pavy224 (Sun Jan 18 08:41:06 2009): i will leave the computer on so when u com online i will know
pavy224 (Sun Jan 18 08:41:25 2009): its almost 10 pm there hon
pavy224 (Sun Jan 18 08:41:45 2009): and i want to get some work done before the football
shahara_babes (Sun Jan 18 08:41:47 2009): yup its 9:45 here hon
pavy224 (Sun Jan 18 08:41:54 2009): so im going to go right now
pavy224 (Sun Jan 18 08:42:01 2009): see u in the morning
pavy224 (Sun Jan 18 08:42:11 2009): sleep good
pavy224 (Sun Jan 18 08:42:36 2009): what do u wear when u sleep
shahara_babes (Sun Jan 18 08:43:51 2009): just give me a call when u are online hon
shahara_babes (Sun Jan 18 08:43:52 2009): ok hon
shahara_babes (Sun Jan 18 08:43:52 2009): so that i can turn on the computer
pavy224 (Sun Jan 18 08:44:04 2009): ok
shahara_babes (Sun Jan 18 08:44:05 2009): tomorrow i hav to research to how to make boobs bigger..
shahara_babes (Sun Jan 18 08:44:05 2009): hehehe
pavy224 (Sun Jan 18 08:44:18 2009): ok hon
shahara_babes (Sun Jan 18 08:44:24 2009): i want u to enjoy with me hon..
pavy224 (Sun Jan 18 08:44:28 2009): love you
shahara_babes (Sun Jan 18 08:45:13 2009): i wear pajama hon
shahara_babes (Sun Jan 18 08:45:24 2009): i love u too hon
pavy224 (Sun Jan 18 08:45:31 2009): okay let me see them on u some time
shahara_babes (Sun Jan 18 08:45:31 2009): muah muah
pavy224 (Sun Jan 18 08:45:37 2009): night hon
shahara_babes (Sun Jan 18 08:45:57 2009): ok night night hon
shahara_babes (Sun Jan 18 08:47:24 2009): ur cam freeze
pavy224 (Sun Jan 18 08:47:39 2009): im going to work hon
shahara_babes (Sun Jan 18 08:47:50 2009): ok hon
shahara_babes (Sun Jan 18 08:47:55 2009): tc
shahara_babes (Sun Jan 18 08:48:07 2009): always love to u hon
shahara_babes (Sun Jan 18 08:49:09 2009): ok goodnight hon...
shahara_babes (Sun Jan 18 08:49:12 2009): im sleepy now hon
pavy224 (Sun Jan 18 08:49:21 2009): good noght
shahara_babes (Sun Jan 18 08:49:30 2009): ok bye
shahara_babes (Sun Jan 18 08:49:49 2009): call me when u are online hon,ok
pavy224 (Sun Jan 18 08:50:00 2009): i will hon
pavy224 (Sun Jan 18 08:50:03 2009): go to bed
shahara_babes (Sun Jan 18 20:09:54 2009): hi honey
shahara_babes (Sun Jan 18 20:11:13 2009): are u the one who missed call our landline?thats why i
turned on the computer..
shahara_babes (Sun Jan 18 20:11:58 2009): just miss call my mobile number hon,ok..when u are
online...
shahara_babes (Sun Jan 18 20:12:15 2009): ok i will turn off the computer now hon..

8

# Exhibit # 279

# Filed Under Seal

# Exhibit # 280

# Filed Under Seal

# Exhibit # 281

## Gateway Laptop – Images of Defendant

Name   ara 001.jpg
File Ext  jpg
File Created     01/09/09 01:38:54AM
Last Written     01/17/09 12:11:16PM
Last Accessed   02/20/09 09:43:15PM
Full Path        Pavulak Case\WD 60 from Gateway laptop\C\Documents and Settings\user\My
Documents\My Pictures\2009-01-17, ara\ara 001.jpg



Name   28.jpg
File Ext  jpg
File Created     01/27/09 08:31:59PM
Last Written     01/27/09 08:31:59PM
Last Accessed   02/25/09 07:15:56PM
Full Path        Pavulak Case\WD 60 from Gateway laptop\C\Documents and
Settings\user\Desktop\28.jpg



1



GOVERNMENT
EXHIBIT
281

Case 1:09-cr-00043-SER   Document 105   Filed 04/07/11   Page 18 of 37 PageID #: 2995

# EXHIBIT 283

# CD

Case 1:09-cr-00043-SER   Document 105   Filed 04/07/11   Page 19 of 37 PageID #: 2998

# EXHIBIT 285

# CD

# EXHIBIT 286

# DVD

Exhibit # 287

Case 1:09-cr-00043-SER Document 165 Filed 04/05/15 Page 22 of 37 PageID #: 2933

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
  )
      Plaintiff,  )
  )
v.  )    Criminal Action No. 09-36M
  )
PAUL E. PAVULAK,  )
  )
      Defendant.  )

### CERTIFICATE OF AUTHENTICITY
### OF BUSINESS RECORDS

I, _Dale M. Lee_ , attest that:

    I am employed by _Hewlett Packard_ ,

    my official title is _Business Consultant_ and

    I have been appointed the keeper of the attached records.

Each of the attached records is the original or duplicate of the original records in the custody of Hewlett Packard care of Corp Trust Company.

    I further state that:

        A)    these records were made at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

        B)    these records were kept in the course of a regularly conducted business activity and

        C)    it was the regular practice of this business to make such records.

I certify that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on _4/13/2009_        _Dale M Lee_
        Date                          Signature

Hewlett Packard
Custodian of Records
Service to: Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

GOVERNMENT EXHIBIT
287
CARDILS 800-763-0299

Case 1:09-cr-00043-SER   Document 105   Filed 04/05/15   Page 23 of 37 PageID #: 3000

## HP CONFIDENTIAL

| SKU : | FE693UA |
|---|---|
| Description : | HP Pavilion dv9920us NB PC ALL |
| Group : | Consumer Notebooks |
| Division : | Retail Notebooks |
| Type : | Retail Notebooks Units |
| Line : | Mobile Desktop |
| Family : | Artemis PAV 1.X - HP Pavilion dv9500 |
| Product : | Artemis PAV 1.1 - TL60F7 dv9700 |
| Model : | HP Pavilion dv9920us NB PC |

| ship_id | sonum | cpq_part | to_name | to_city | to_state | to_cty | loa |
|---|---|---|---|---|---|---|---|
| 6907165969 | 0009247377 | FE693UA#ABA | Office Depot Inc. #3074 | MOUNTAIN TOP | PA | US | 20 |
| QCHA118236 | 0009247377 | FE693UA#ABA | OFFICE DEPOT INC. #3074 | MOUNTAIN TOP | PA | US | 20 |

| | | | |
|---|---|---|---|
| Tracking Number: | 5460210547 | Ship To: | 0010008477 - OFFICE DEPOT INC. #3074 |
| Shipment ID: | 6907165969 | Ship From: | D746 - Quanta ODM |
| Alt Shipment ID: | QCHA118236 | Interplant: | N |
| Carrier: | UPSA-UPS SUPPLY CHAIN SOLUTIONS | RFID / DOD: | / |
| Latest Mode: | AIR | Invoice: | 9011257176 |
| INCO Terms: | FOB, DESTINATION | Location: | Allentown, PA US |
| Latest Status Reason: | NS - NORMAL STATUS | Status Date: | 07/31/2008 |
| | | Latest Actual Status: | DELIVERED |

» Shipment    » Order    » Reference    » Show All    » Events

| Ship Date | ETA Date | Delivery Date | Days in Transit | SCOUT Last Update Date |
|---|---|---|---|---|
| 07/25/2008 11:03:30 AM | 07/30/2008 6:18:00 AM | 07/31/2008 1:35:00 PM | 6 | 08/05/2008 1:46:17 AM |

| SCOUT Create Date | Sales Organization | Service Level | Distribution Channel |
|---|---|---|---|
| 07/25/2008 4:33:37 AM | HPUS - US Sales | - | |

| Source System | BOL Additional Remarks | Seal Number | SAD Number | Trailer Number | Truck Reg Plate | Truck Nationality |
|---|---|---|---|---|---|---|
| SAPD7C - D7 US Replenishment | | | | | | |

GOVERNMENT EXHIBIT 287A

## HP CONFIDENTIAL

| # of Pallets | # of Cartons | Total Weight | TW Qual | Ship Weight | SW Qual | Ship Volume | SV Qual | # Cart in Trailer | Trailer Volume |
|---|---|---|---|---|---|---|---|---|---|
| 6.00 | 220.00 | 73.92 POUNDS | Gross | 33.60 KILOGRAMS | Gross | 0.00 | Gross | | |

| Ship from | Ship to | Sold to |
|---|---|---|
| D746 | 0010008477 | 0010000263 |
| Quanta ODM | OFFICE DEPOT INC. #3074 | Office Depot Inc. |
| Shanghai | 7 ELMWOOD RD | 2200 Germantown Rd |
| CN | MOUNTAIN TOP | Delray Beach |
| | PA | FL |
| | 18707-213 | 33445-8223 |
| | US | US |

| Order Number | Sales Organization | Purchase Order | End Cust PO | End Cust SO | Web Ord Quote # | Import License # | Method of Payment | Drop Ship |
|---|---|---|---|---|---|---|---|---|
| 0009247377 | HPUS - US Sales | 7074539-3074 | | | | | - | |

| Line No. | Part Number | Product Line | Description | Qty |
|---|---|---|---|---|

| | Box ID | Box Weight | box Weight UOM | |
|---|---|---|---|---|
| 30 | FE693UA#ABA | KV | HP Pavilion dv9920us NB PC US | 220 |

| Current Location | Ship Id | Order Number | Sales Org | Customer PO Number | Source System |
|---|---|---|---|---|---|
| primary | 6907165969 | 0009247377 | HPUS | 7074539-3074 | D7 US Replenishment |
| alternate | QCHA118236 | 0009247377 | HPUS | 6907165969 | ODM for D7 US Replenishment |



# Exhibit # 288

# Phone Examination Report Properties

| | |
|---|---|
| Selected Manufacturer: | Nokia GSM |
| Selected Model: | Nokia 1200/1208 |
| IMEI: | 356421025620558 |
| Extraction start date/time: | 08/13/10 09:15:03 |
| Extraction end date/time: | 08/13/10 09:15:24 |
| Connection Type: | Serial Cable |
| UFED Version: | Software: 1.1.4.7 UFED , Full Image: 1.0.2.4 , Tiny Image: 1.0.1.9 |
| UFED S/N: | 5509731 |

# Phone Examination Report Index

| | |
|---|---|
| Contacts | Selected |
| SMS - Text Messages | Selected |
| Call Logs | Selected |
| Images | Not Supported |
| Ringtones | Not Supported |
| Audio | Not Supported |
| Video | Not Supported |

# Phone Contacts

Contacts Information Not Available

# Phone SMS - Text Messages

SMS MD5 Hash: 1742842BDED37C1A156776C143088FCC

SMS SHA256 Hash: A0633093 8D54344 0B66333 C24CDCC FA3AB0A E319712 2985E97
FBFC658 8B730CE


GOVERNMENT
EXHIBIT
288

| # | Number | Name | Date & Time | SMSC | Status | Folder | Storage | Type | Text |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | N/A | N/A | | N/A | Drafts | Phone | Outgoing | That is if u will ever wear it |
| 2 | +639285415818 | N/A | 01/13/09 16:59:31 | +639180000101 | Sent | Sent | Phone | Outgoing | Hope the little girl will like it too |
| 3 | +639219518801 | N/A | 01/13/09 17:11:54 | +639180000101 | Sent | Sent | Phone | Outgoing | Yep but only in body my heart will stay with u |
| 4 | +639219518801 | N/A | 01/13/09 17:13:04 | +639180000101 | Sent | Sent | Phone | Outgoing | That is if u will ever wear it |
| 5 | +639285415818 | N/A | 01/13/09 17:15:18 | +639180000101 | Sent | Sent | Phone | Outgoing | Teach her every thing hon |
| 6 | 09219518801 | N/A | 01/13/09 17:40:35 | +639180000101 | Sent | Sent | Phone | Outgoing | 2 pesos left and i will be at 0 xoxo |
| 7 | +639285415818 | N/A | 01/13/09 17:44:01 | +639180000101 | Unsent | Sent | Phone | Outgoing | That will be nice and i will suck her too u suck her a lot so she likes it |
| 8 | +639285415818 | N/A | 01/13/09 17:02:10 | +639180000101 | Sent | Sent | Phone | Outgoing | Dildo using class not everyone is as sex smart as u |
| 9 | 09285415818 | N/A | 01/13/09 17:29:03 | +639180000101 | Sent | Sent | Phone | Outgoing | Cant wait to see u both naked on the cam using the vgbrator |
| 10 | 09285415818 | N/A | 01/13/09 17:07:04 | +639180000101 | Sent | Sent | Phone | Outgoing | U are really good the way u are teaching u think u can get her to suck me next december |
| 11 | 808 | N/A | 01/13/09 17:17:27 | +639180000101 | Sent | Sent | Phone | Outgoing | 09285415818 60 |
| 12 | 09285415818 | N/A | 01/13/09 17:21:01 | +639180000101 | Sent | Sent | Phone | Outgoing | Thats the end of my pesos we are now boarding i will see u on line thursday morning xoxo |
| 13 | 808 | N/A | 01/13/09 17:23:08 | +639180000101 | Sent | Sent | Phone | Outgoing | 09219518801 30 |
| 14 | 808 | N/A | 01/13/09 17:23:41 | +639180000101 | Sent | Sent | Phone | Outgoing | 09219518801 20 |
| | | | | | | | | | That is my last load for u thought u got |

# SMS - Text Messages

| # | Number | Name | Date & Time | Status | Folder | Storage | Type | Text |
|---|--------|------|-------------|--------|--------|---------|------|------|
| 1 | | N/A | N/A | N/A | Drafts | Phone | Outgoing | That is if u will ever wear it |
| 2 | +639285415818 | N/A | 01/13/09 16:59:31 | Sent | Sent | Phone | Outgoing | Hope the little girl will like it too |
| 3 | +639219518801 | N/A | 01/13/09 17:11:54 | Sent | Sent | Phone | Outgoing | Yep but only in body my heart will stay with u |
| 4 | +639219518801 | N/A | 01/13/09 17:13:04 | Sent | Sent | Phone | Outgoing | That is if u will ever wear it |
| 5 | +639285415818 | N/A | 01/13/09 17:15:18 | Sent | Sent | Phone | Outgoing | Teach her every thing hon |
| 6 | 09219518801 | N/A | 01/13/09 17:40:35 | Sent | Sent | Phone | Outgoing | 2 pesos left and i will be at 0 xoxo |
| 7 | +639285415818 | N/A | 01/13/09 17:44:01 | Unsent | Sent | Phone | Outgoing | That will be nice and i will suck her too u suck her a lot so she likes it |
| 8 | +639285415818 | N/A | 01/13/09 17:02:10 | Sent | Sent | Phone | Outgoing | Dildo using class not everyone is as sex smart as u |
| 9 | 09285415818 | N/A | 01/13/09 17:29:03 | Sent | Sent | Phone | Outgoing | Cant wait to see u both naked on the cam using the vgbrator |
| 10 | 09285415818 | N/A | 01/13/09 17:07:04 | Sent | Sent | Phone | Outgoing | U are really good the way u are teaching u think u can get her to suck me next december |
| 11 | 808 | N/A | 01/13/09 17:17:27 | Sent | Sent | Phone | Outgoing | 09285415818 60 |
| 12 | 09285415818 | N/A | 01/13/09 17:21:01 | Sent | Sent | Phone | Outgoing | Thats the end of my pesos we are now boarding i will see u on line thursday morning xoxo |
| 13 | 808 | N/A | 01/13/09 17:23:08 | Sent | Sent | Phone | Outgoing | 09219518801 30 |
| 14 | 808 | N/A | 01/13/09 17:23:41 | Sent | Sent | Phone | Outgoing | 09219518801 20 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | 09219518801 | N/A | 01/13/09 17:26:39 | Sent | Sent | Phone | Outgoing | That is my last load for u thought u got that this morning we are now boarding xoxo |
| 16 | 09285415818 | N/A | 01/13/09 17:38:25 | Sent | Sent | Phone | Outgoing | I still have three pesos left so i will use them to write u and to tell u that i love u and know that u can make it all work out for the three of us to be happy sex life |

* Phonebook name lookup used to retrieve names

| 15 | 09219518801 | N/A | 01/13/09 17:26:39 | +639180000101 | Sent | Sent | Phone | Outgoing | that this morning we are now boarding xoxo |
| 16 | 09285415818 | N/A | 01/13/09 17:38:25 | +639180000101 | Sent | Sent | Phone | Outgoing | I still have three pesos left so I will use them to write u and to tell u that i love u and know that u can make it all work out for the three of us to be happy sex life |

* Phonebook name lookup used to retrieve names

# Phone Incoming Calls List

CLOG MD5 Hash: EC8C1C906C91E2CA266BC2C3192E310B

CLOG SHA256 Hash: 53E4DFB5 AA95E72 A8ACC85 0A775F8 0F262F6 80BEB5A F6CA76C 3EBB1AA 1CD0ACA

| # | Type | Number | Name | Date & Time | Duration |
|---|------|--------|------|-------------|----------|
| 1 | Incoming | 344322358 | 344322358 | 01/03/09 18:13:19 | 0:01:02 |
| 2 | Incoming | 09216628909 | 09216628909 | 01/03/09 18:53:19 | 0:00:16 |
| 3 | Incoming | 09216628909 | 09216628909 | 01/03/09 18:20:08 | N/A |

# Phone Outgoing Calls List

CLOG MD5 Hash: EC8C1C906C91E2CA266BC2C3192E310B

CLOG SHA256 Hash: 53E4DFB5 AA95E72 A8ACC85 0A775F8 0F262F6 80BEB5A F6CA76C 3EBB1AA 1CD0ACA

| # | Type | Number | Name | Date & Time | Duration |
|---|------|--------|------|-------------|----------|
| 1 | Outgoing | 09286543561 | Alexis | 01/05/09 18:03:09 | N/A |

| 2 | Outgoing | 09286543561 | Alexis | 01/03/09 00:40:16 | N/A |
| 3 | Outgoing | 09286543561 | Alexis | 01/03/09 00:40:14 | N/A |
| 4 | Outgoing | 09286543561 | Alexis | 12/31/08 18:07:51 | N/A |
| 5 | Outgoing | 4868154 | A | 01/03/09 18:37:12 | N/A |
| 6 | Outgoing | 4868154 | A | 01/01/09 11:16:39 | N/A |
| 7 | Outgoing | 4352691 | N/A | 01/06/09 10:00:12 | N/A |
| 8 | Outgoing | 4352691 | N/A | 01/01/09 17:30:42 | N/A |
| 9 | Outgoing | 0344352691 | N/A | 01/01/09 17:31:08 | N/A |
| 10 | Outgoing | 09077505291 | N/A | 01/03/09 01:36:20 | 0:03:13 |
| 11 | Outgoing | 09077505291 | N/A | 01/01/09 22:16:01 | 0:01:37 |
| 12 | Outgoing | 09229357807 | Jocel Sy | 01/02/09 12:44:35 | 0:01:00 |
| 13 | Outgoing | 09173062555 | Soy | 01/04/09 13:02:34 | N/A |
| 14 | Outgoing | 09219518801 | Remie | 01/04/09 19:45:48 | 0:09:15 |
| 15 | Outgoing | 09173240685 | N/A | 01/05/09 08:17:57 | 0:03:56 |

# Phone Missed Calls List

CLOG MD5 Hash: EC8C1C906C91E2CA266BC2C3192E310B

CLOG SHA256 Hash: 53E4DFB5 AA95E72 A8ACC85 0A775F8 0F262F6 80BEB5A F6CA76C 3EBB1AA 1CD0ACA

| # | Type | Number | Name | Date & Time | Duration |
|---|------|--------|------|-------------|----------|
| 1 | Missed | 09182993935 | Stephany | 01/04/09 22:17:24 | N/A |
| 2 | Missed | 09182993935 | Stephany | 01/03/09 07:21:56 | N/A |
| 3 | Missed | 09182993935 | Stephany | 01/03/09 06:38:31 | N/A |

| 4 | Missed | 09182993935 | Stephany | 01/03/09 06:37:12 | N/A |
| 5 | Missed | 09052766526 | 09052766526 | 01/03/09 16:49:33 | N/A |
| 6 | Missed | 09052766526 | 09052766526 | 01/03/09 11:53:53 | N/A |
| 7 | Missed | 09223412714 | Jessa | 01/05/09 15:32:51 | N/A |
| 8 | Missed | 09061098929 | 09061098929 | 01/10/09 22:23:40 | N/A |

\* Phonebook name lookup used to retrieve names

Case 1:09-cr-00043-SLR   Document 105   Filed 04/07/15   Page 33 of 37 PageID #: 3610

# Exhibit # 292

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :
                                  :
         Plaintiff,               :
                                  :
    v.                            :       Criminal Action No. 09-43-SLR
                                  :
PAUL E. PAVULAK,                  :
                                  :
         Defendant.               :

### STIPULATION OF FACTS

The United States of America and the defendant, Paul E. Pavulak, hereby stipulate and agree to the following:

1.       On December 8, 2008, Defendant traveled on a Singapore Airlines flight from John F. Kennedy International Airport, in New York, to Singapore. On December 10, 2008, Defendant traveled on a Singapore Airlines flight from Singapore to Manila, Philippines. On January 13, 2009, Defendant traveled on a Singapore Airlines flight from Manila, Philippines to Paris, France. On January 14, 2009, Defendant traveled on a U.S. Airways flight from Paris, France to Philadelphia International Airport, in Philadelphia, Pennsylvania. On January 14, 2009, Defendant traveled from Philadelphia, Pennsylvania to Delaware.

2.       On September 1, 2008, Defendant traveled from Delaware to Philadelphia, Pennsylvania. On September 1, 2008, Defendant traveled on a U.S. Airways flight from Philadelphia, Pennsylvania to Las Vegas, Nevada. On September 5, 2008, Defendant traveled on a U.S. Airways flight from Las Vegas, Nevada to Chicago, Illinois. On September 5, 2008, Defendant traveled on a United Airlines flight from Chicago, Illinois to Philadelphia,

1



Pennsylvania. On September 5, 2008, Defendant traveled from Philadelphia, Pennsylvania to

Delaware.

_____
Luis A. Ortiz, Esquire
Attorney for Defendant

_____
Brian C. Crockett, Esquire
Attorney for Defendant

_____
Paul E. Pavulak
Defendant

Dated: September 20, 2010

By: _____
Edward J. McAndrew
Assistant United States Attorney

By: _____
Bonnie L. Kane
Trial Attorney

2

# Exhibit # 295

Case 1:09-cr-00043-SER  Document 105  Filed 04/15/15  Page 37 of 37 PageID #: 3014

# HP Laptop – File Creation Dates

| Child Exploitation Images Windows Photo Gallery | Images of Defendant, Ara and Daughter |
| --- | --- |
|  | 9/2/08 |
| 9/13/08 | 9/13/08 |
|  | 10/18/08 |
| 10/21/08 |  |
| 10/25/08 |  |
| 10/26/08 |  |
|  | 11/3/08 |
| 11/4/08 | 11/4/08 |
|  | 11/5/08 |
| 11/22/08 |  |
|  |  |
|  |  |
|  |  |
|  |  |



GOVERNMENT EXHIBIT
295